The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JAHR, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. C14-1884-MJP<br><br>**DECLARATION OF BRIAN C. BROOK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>NOTED FOR CONSIDERATION:<br>Friday, April 29, 2016 |

I, Brian C. Brook, state and declare as follows:

1. I am an attorney at law of the States of New York and New Jersey and the District of Columbia, and a partner with the law firm of Clinton Brook & Peed, attorneys for plaintiffs in this matter. I am admitted to practice *pro hac vice* in this Court.

2. I submit this Declaration, in accordance with 28 U.S.C. § 1746, in support of Plaintiffs' Response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, which was timely filed on April 25, 2016.

DECLARATION OF BRIAN C. BROOK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION - 1
(C14-1884-MJP)

CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 256-1957

3. The reason for this late Declaration is to attach Exhibits that were omitted from the previous filing due to unresolved confidentiality concerns relating to documents that had been produced by the Government in this matter.

4. Those concerns having been resolved on April 28, 2016, the following documents that were produced by the Government in this matter are now submitted as follows:

   a. **Exhibit 2** is a copy of the Enlisted Record Brief of Michael Brett Roark (redacted to remove personal identifying information), dated August 26, 2011.

   b. **Exhibit 3** is a copy of the Certificate of Release or Discharge from Active Duty for Michael Roark (redacted to remove personal identifying information), dated December 2, 2011.

   c. **Exhibit 4** is a copy of two memoranda relating to the separation of Isaac Aguigui from the United States Military Academy Preparatory School, dated November 10 and 12, 2009.

   d. **Exhibit 5** is a copy of the Certificate of Release or Discharge from Active Duty of Isaac Glen Aguigui and associated documents (redacted to remove personal identifying information), dated November 12, 2009.

   e. **Exhibit 6** is a copy of the Enlisted Record Brief of Isaac Glen Aguigui (redacted to remove personal identifying information), dated July 29, 2014.

   f. **Exhibit 7** is a copy of the Military Protective Order issued against Isaac Aguigui, dated March 15, 2011.

DECLARATION OF BRIAN C. BROOK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION - 2
(C14-1884-MJP)

CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 256-1957

g. **Exhibit 8** is a copy of the Developmental Counseling Form of Isaac Aguigui, dated March 15, 2011.

h. **Exhibit 9** is a copy of the Developmental Counseling Form of Isaac Aguigui, dated April 15, 2011.

i. **Exhibit 10** is a copy of the Record of Proceedings Under Article 15, UCMJ against Isaac Aguigui (redacted to remove personal identifying information), dated May 5, 2011.

j. **Exhibit 11** is a copy of the Sworn Statement of Isaac G. Aguigui (redacted to remove personal identifying information), dated May 26, 2011.

k. **Exhibit 12** is a copy of the Sworn Statement of Jessica Rae Velez (redacted to remove personal identifying information), dated June 15, 2011.

l. **Exhibit 13** is a copy of excerpts from the Staff Journal of the Fort Stewart Casualty Assistance Office, dated July 18-21, 2011.

m. **Exhibit 16** is a copy of excerpts from the transcript of the Article 32 hearing testimony of Justin Kapinus, dated July 1, 2013.

n. **Exhibit 17** is a copy of the Sworn Statement of Cheryl Mancill (redacted to remove personal identifying information), dated August 7, 2012.

o. **Exhibit 18** is a copy of the Sworn Statement of Alyssa Faltysek (redacted to remove personal identifying information), dated July 10, 2012.

p. **Exhibit 19** is a copy of the Bureau of Alcohol, Tobacco, Firearms and Explosives Summary of the December 9, 2011 Interview of Nicholas

DECLARATION OF BRIAN C. BROOK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION - 3 (C14-1884-MJP)

CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 256-1957

Gray-Thompson (redacted to remove personal identifying information), dated December 28, 2011.

5. Exhibits 1, 14, 15, and 20 were filed by ECF along with Plaintiffs' Response on April 25, 2016, and accordingly are not resubmitted with this Declaration.

6. A courtesy copy of the combined Response and all Exhibits will be submitted as one document to chambers shortly, since it exceeds 50 pages in total.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2016

    /s Brian C. Brook
BRIAN C. BROOK, admitted *pro hac vice*
CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, NY 10022
Telephone No. (212) 328-9559
Fax No. (212) 328-9560
Email  brian@clintonbrook.com
Attorney for Plaintiffs

DECLARATION OF BRIAN C. BROOK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION - 4
(C14-1884-MJP)

CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 256-1957