Exhibit 2

# ENLISTED RECORD BRIEF

| BRIEF DATE 20110826 | NAME ROARK, MICHAEL BRETT | | | | | RANK - DOR PFC | 20110310 | PMOS 19D | SSN | | COMPONENT | REGULAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SECTION I – Assignment Information

| | | | |
|---|---|---|---|
| OS/Deployment Combat Duty | | #S - | 0 |
| Start-End Date | CT MO TS TT | #L - | 0 |
| | | # | M |
| | | C | 0 | 0 |
| | | O | 0 | 0 |
| | | R | 0 | 0 |
| | | TOT: | 0 |

| Dwell Time | DEROS |
|---|---|
| Start | 20100310 |
| | DROS |
| Month - Days | 17 Mo 25 Days |

Date Dependents Arrived OS

| PMOS | 19D | SQI | | O |
| SMOS | | PDSI/YRMO | / |
| Bonus MOS | | ASI | D3 B9 |

Bonus Enlist Elig Dt
Promotion Points/YRMO
Prev Promotion Points/YRMO
Prom Seq# | Prom Select Dt
Promotion MOS

| ASVAB | Test # / Dt | | ASVAB 10 | / 20100310 |
| GT | 112 | ELEC | 115 | FOOD | 115 | TECH | 114 |
| ADMIN | 111 | FA | 114 | COMMO | 114 |
| CMBT | 115 | MECH | 117 | MAINT | 115 |

Delay Separation Reason

AEA / Dt | L /

| Flag Code | Flag Start Dt | Flag Expiration Dt |
|---|---|---|
| BA | 20110823 | |
| AA | 20110823 | |

| Date of Loss 20100722 | Date of Last PCS 20100722 |
|---|---|

## SECTION II – Security Data

| PSI Status | SECRET | Fld Det | PS Stat | NONE |
| PSI Invest INIT | | | 20081105 |
| PSI Invest Compl | | | 20081125 |

## SECTION V – Foreign Language

| Language | Read | Listen | Speak |
|---|---|---|---|

DLAB

## SECTION VI – Military Education

| MEL/MES | | | |
| Course | | ACH | Year |

BMQ

Correspondence CRS Total # Hrs

## SECTION III – Service Data

| BASD 20100310 | PEBD 20100310 | BESD |
| ETS 20130713 | DIEMS 20091105 | Reenl Elig/Promb 9x |
| # Days Lost | AGCM Dt | AGCM Elig Dt 20130308 |

| | PVT | PV2 | PFC | SPC - CPL |
|---|---|---|---|---|
| DOR | 20100310 | 20100910 | 20110310 | |
| | SGT | SSG | SFC | MSG - 1SG |
| DOR | | | | |
| DOR | SGM - CSM | | | |

## SECTION VII – CIVILIAN Education

| Level Completed 4 YRS HS DESC HIGH SCHOOL DIPLOMA | Yr | 2010 |
| Institution Discipline | Yr | |
| Institution Discipline | Yr | |

Number Of Semester Hours Completed | 0

### Technical Certification

| Course Name | Dt Certified | Dt Expires |
|---|---|---|

## SECTION VIII – Awards and Decorations

| NDSM | 1 |
| ASR | 1 |

☐

## SECTION IV – Personal/Family Data

| Date of Birth | Birthplace WA |
|---|---|
| Country of Citz | Sex/Race MALE / CAUCAS |
| No of Dependent Adults/Children / | Religion |
| | NO REL PREF |
| Marital Status SINGLE | Spouse Birthplace/Citz |
| PULHES 111111 | Height/Weight 69/153 |
| MRC4 DR HA IM | |
| EFMP Dt | #Cmd Sponsored g |
| Physical Category A | APFT Dt P/F Score // |
| Last Physical Exam 20091105 | MMRB Results/Dt |

Home of Record
SAINT AUGUSTINE, FL
Mailing Address

Mil Spouse SSN/MPC
Svc Comp / DoD
Emergency Data Verified Date 20100805

## SECTION X – Remarks

HIV YRMO 201008
RGMT AFL
Date Last Photo

| TRCMDS | CPOSCD | TRCUAD | FYCAL |
|---|---|---|---|

Date of Last NCOER

## SECTION IX – Assignment Information

| ASGT | FROM | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS | ASI | LANG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROJ | | | | | | | | | | | |
| Current | 20110805 | | WG20B0 | 060008ARBDE RECON TR | FT STEWAR | US | FC | INCOMING PERSONNEL | 19D1O | 00 | YY |
| 1st Prev | 20110701 | | WG20A0 | 060008ARBDE RECON TR | FT STEWAR | US | FC | INCOMING PERSONNEL | 19D1O | 00 | YY |
| 2nd Prev | 20100813 | | WG20HD | 060008AR06 SQD HOME DET | FT STEWAR | US | FC | INCOMING PERSONNEL | 19D1O | 00 | YY |
| 3rd Prev | 20100803 | | WJJNA1 | 040003AR REPL 4TH BD | FT STEWAR | US | FC | INCOMING PERSONNEL | 19D1O | 00 | YY |
| 4th Prev | 20100408 | | W1L4EC | CO C 5TH 15TH CAV TR | FT KNOX | US | TC | INCOMING PERSONNEL | 19D1O | 00 | YY |
| 5th Prev | 20100319 | | W1L4EF | TRP F 5TH 15TH CAV TR | | | RA TRAINEE | | 1 | | YY |
| 6th Prev | 20100310 | | W1L4JB | CO A 46 AG BN RECP ES | | | RA TRAINEE | | 1 | | YY |
| 7th Prev | | | W18VES | MEPS JACKSONVILLE | JACKSONVI | | AP | | | | |
| 8th Prev | | | | | | | | | | | |
| 9th Prev | | | | | | | | | | | |
| 10th Prev | | | | | | | | | | | |
| 11th Prev | | | | | | | | | | | |
| 12th Prev | | | | | | | | | | | |
| 13th Prev | | | | | | | | | | | |
| 14th Prev | | | | | | | | | | | |
| 15th Prev | | | | | | | | | | | |
| 16th Prev | | | | | | | | | | | |
| 17th Prev | | | | | | | | | | | |
| 18th Prev | | | | | | | | | | | |
| 19th Prev | | | | | | | | | | | |
| 20th Prev | | | | | | | | | | | |
| 21st Prev | | | | | | | | | | | |
| 22nd Prev | | | | | | | | | | | |
| 23rd Prev | | | | | | | | | | | |
| 24th Prev | | | | | | | | | | | |

CONFIDENTIAL
JAHR0021429