Exhibit 3

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES **THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.** ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| ROARK, MICHAEL BRETT | ARMY/RA | ▮▮▮▮▮ |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| PV2 | E02 | ▮▮▮▮▮ | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| JACKSONVILLE, FLORIDA | ▮▮▮▮▮ |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 060008ARBDE RECON TR FC | FORT STEWART, GA 31314 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $ 400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) |
|---|
| 19D1O CAVALRY SCOUT - 1 YRS 4 MOS//NOTHING FOLLOWS |

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2010 | 03 | 10 |
| b. SEPARATION DATE THIS PERIOD | 2011 | 12 | 02 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 08 | 23 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 04 | 24 |
| i. EFFECTIVE DATE OF PAY GRADE | 2011 | 09 | 11 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| NONE//NOTHING FOLLOWS |

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | | NO |
|---|---|---|---|
| | | X | NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID 31.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

| 18. REMARKS |
|---|
| BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20091105-20100309//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS |

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| ▮▮▮▮▮ | TRACY JAHR ▮▮▮▮▮ |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) WA OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: ROARK.MICHAEL.BRETT.1393254072 | 20111202 | ESIGNED BY: EVANS.JOAN.G.1229924938 JOAN G EVANS, GS07, LEAD HUMAN RESOURCES ASS | 20111202 |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | UNDER HONORABLE CONDITIONS (GENERAL) |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, PARA 14-12B | JKA | 3 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| PATTERN OF MISCONDUCT |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) MBR |
|---|---|
| NONE | |

**DD FORM 214, AUG 2009**  PREVIOUS EDITION IS OBSOLETE.  CONFIDENTIAL
GENERATED BY TRANSPROC