# Exhibit 4

 

DEPARTMENT OF THE ARMY
Battalion Tactical Department
United States Military Academy Preparatory School
Fort Monmouth, New Jersey 07703

MAPS-BTD-A                                         10 November 2009

MEMORANDUM FOR BATTALION TACTICAL OFFICER, USMAPS

SUBJECT: Battalion Tactical Officer's Board Packet for CC Aguigui, Isaac

1. CC Aguigui, Isaac will attend the Battalion Tactical Officer's Board on 12 November 2009 to address his pattern of misconduct at USMAPS.

2. CC Aguigui has demonstrated a disturbing pattern of misconduct over the past several weeks which warrant a BTO board at the earliest date. The pattern of misconduct involves failing to attend mandatory study barracks, honor violation, lying to a tactical officer, several threshold violations, possessing a weapon (i.e., knife) and having intercourse in the barracks. However, the most severe incident involves verbally and physically threatening the livelihood of two CCs (i.e., Day, Chrismon). With regard to CC Chrismon, CC Aguigui verbally and physically threatened his life by brandishing his knife to CC Chrismon's neck. The attached sworn statements speak to the aforementioned pattern of misconduct and it is my strong opinion that CC Aguigui be expeditiously separated from USMAPS.

3. Point of Contact for this memorandum is the undersigned at (732) 532-5160.

JUAN-CARLOS SEGURA
MAJ, AV
Alpha Company Tactical Officer

Encls:
DA 2823 (8)

For Official Use Only
Law Enforcement
Sensitive

Exhibit 78
CONFIDENTIAL
JAHR0020983

# USMAPS CADET CANDIDATE SEPARATION MEMORANDUM

MAPS-BTD  Date: 12 November 2009

MEMORANDUM FOR RECORD

SUBJECT: Separation of Cadet Candidate Isaac Aguigui

1. Reason:

   a. Academic Failure:

   b. CFA Failure:

   c. Misconduct: CC Aguigui is being separated for exhibiting a pattern of misconduct over the past several weeks which initially warranted a BTO board. The pattern of misconduct involved failing to attend mandatory study barracks, honor violation, lying to a tactical officer, several threshold violations, possessing a weapon (i.e., knife) and having intercourse in the barracks. However, the most severe incident involves verbally and physically threatening the livelihood of two CCs (i.e., Day, Chrismon). With regard to CC Chrismon, CC Aguigui verbally and physically threatened his life by brandishing his knife to CC Chrismon's neck. The attached sworn statements speak to the aforementioned pattern of misconduct. The result of the BTO board recommends that CC Aguigui be separated from USMAPS at the earliest possible date.

   d. Other:

2. Aguigui, Isacc

3. Company A, Room 115 A/B, Building 1205, Fort, Monmouth, New Jersey 07703

4. **COMMENTS/RECOMMENDATIONS**:

   a. <u>Battalion Tactical Officer</u>: I request separation of this Cadet Candidate for the reason(s) indicated above.

   GREGORY S. TILY
   MAJ, AV
   Battalion Tactical Officer

5. **COMMANDANT'S DISPOSITION**:

   a. Approved/~~Disapproved~~

   b. Comments: _____

## USMAPS CADET CANDIDATE SEPARATION MEMORANDUM

*[signature]*
EDGAR K. RUGENSTEIN
COL, EN
Commandant and Dean

Encls:
DA 2823 (9)
Memorandum dated 10NOV09

Case 2:14-cv-01884-BJR   Document 25-3   Filed 04/28/16   Page 4 of 4

Page____ of ____Pages
2

For Official Use Only
Law Enforcement
Sensitive

Exhibit 39
00145
CONFIDENTIAL
JAHR0020985