# Exhibit 6

# ENLISTED RECORD BRIEF

| BRIEF DATE | NAME | RANK - DOR | PMOS | SSN | COMPONENT |
|---|---|---|---|---|---|
| 20110711 | AGUIGUI, ISAAC GLEN | PFC  20101201 | 35F | | REGULAR |

## SECTION I — Assignment Information

| OS/Deployment Combat Duty | #S - 0 |
|---|---|
| Start-End Date | CT MO TS TT |
| | #L - 0 |
| | # M |
| | C 0  0 |
| | O 0  0 |
| | R 0  0 |
| | TOT: 0 |

| Dwell Time | | DEROS |
|---|---|---|
| Start | 20091226 | |
| Month - Days | 18 Mo 23 Days | DROS |

Date Dependents Arrived OS
- PMOS: 35F    SQI:    O
- SMOS:    PDSI/YRMO: /
- Bonus MOS:    ASI: 00
- Bonus Enlist Elig Dt
- Promotion Points/YRMO
- Prev Promotion Points/YRMO
- Prom Seq#    Prom Select Dt
- Promotion MOS
- ASVAB  Test # / Dt  ASVAB 10 / 20100426
- GT 114  ELEC 113  FOOD 111  TECH 113
- ADMIN 113  FA 111  COMMO 114
- CMBT 111  MECH 109  MAINT 111
- Delay Separation Reason
- AEA / Dt    L/
- Flag Code: AA   Flag Start Dt: 20110630   Flag Expiration Dt

| Date of Loss | Date of Last PCS |
|---|---|
| 20100710 | 20101101 |

## SECTION II — Security Data

| PSI Status | TS-SCI | Fld Det PS Stat | NONE |
|---|---|---|---|
| PSI Invest INIT | | 20100115 | |
| PSI Invest Compl | | 20101202 | |

### SECTION V — Foreign Language

| Language | Read | Listen | Speak |
|---|---|---|---|
| DLAB | | | |

### SECTION VI — Military Education

MEL/MES

| Course | ACH | Year |
|---|---|---|
| COMBAT LIFE SAVERS CRS | | 2011 |

BMQ

Correspondence CRS Total # Hrs

## SECTION III — Service Data

| BASD 20091226 | PEBD 20091226 | BESD |
|---|---|---|
| ETS 20131114 | DIEMS 20091226 | Reenl Elig/Prohib 9X |
| # Days Lost | AGCM Dt | AGCM Elig Dt |

| | PVT | PV2 | PFC | SPC - CPL |
|---|---|---|---|---|
| DOR | 20100426 | 20100626 | 20101201 | |
| | SGT | SSG | SFC | MSG - 1SG |
| DOR | | | | |
| DOR | SGM - CSM | | | |

### SECTION VII — CIVILIAN Education

| Level Completed | | Yr |
|---|---|---|
| DESG | | |
| Institution | | Yr |
| Discipline | | |
| Institution | | Yr |
| Discipline | | |
| Number Of Semester Hours Completed | 0 | |

Technical Certification

| Course Name | Dt Certified | Dt Expires |
|---|---|---|

### SECTION VIII — Awards and Decorations

NDSM  1

## SECTION IV — Personal/Family Data

| Date of Birth | Birthplace KS |
|---|---|
| Country of Citz | Sex/Race  MALE / CAUCAS |
| No of Dependent Adults/Children  / | Religion  CHR NO DENOM |
| Marital Status  MARRIED | Spouse Birthplace/Citz  / |
| PULHES 111111  MRC2  DR | Height/Weight  69/170 |
| EFMP Dt | #Cmd Sponsored 0 |
| Physical Category  A | APFT Dt P/F Score  / / |
| Last Physical Exam  20110323 | MMRB Results/Dt |

Home of Record: FT STEWART, GA
Mailing Address

Mil Spouse SSN/MPC XXXXX9264/ E
Svc Comp / DoD R/A
Emergency Data Verified Date 20110303

### SECTION X - Remarks

HIV YRMO 201103
RGMT AFL CORPMI
Date Last Photo

TRCMDS    CPOSCD    TRCUAD    FYCAL

## SECTION IX — Assignment Information

Date of Last NCOER

| ASGT | FROM | MO UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS | ASI | LANG |
|---|---|---|---|---|---|---|---|---|---|---|
| PROJ Current | 20110701 | WG20T0 | 060008ARHHC AR RECON | FT STEWAR | US | FC | INCOMING PERSONNEL | 35F1O | 00 | YY |
| 1st Prev | 20101119 | WG20HD | 060008AR06 SQD HOME DET | FT STEWAR | US | FC | INCOMING PERSONNEL | 35F1O | 00 | YY |
| 2nd Prev | 20101108 | WJJNA1 | 040003IN REPL 4TH BD | FT STEWAR | US | FC | INCOMING PERSONNEL | 35F1O | 00 | YY |
| 3rd Prev | 20100712 | W1E87E | USAICFH CO C (STU) 305 | FT HUACHU | US | TC | INCOMING PERSONNEL | 35F1O | 00 | YY |
| 4th Prev | 20100430 | W0GR1R | CO C 2BN 60TH INF TR | FT JACKSO | | TC | RA TRAINEE | 1 | | YY |
| 5th Prev | 20100426 | W0U67A | RECEPTEE CO 120TH AG B | FT JACKSO | | TC | RA TRAINEE | 1 | | YY |
| 6th Prev | | W18VES | MEPS JACKSONVILLE | JACKSONVI | | AP | | | | |
| 7th Prev | | | | | | | | | | |
| 8th Prev | | | | | | | | | | |
| 9th Prev | | | | | | | | | | |
| 10th Prev | | | | | | | | | | |
| 11th Prev | | | | | | | | | | |
| 12th Prev | | | | | | | | | | |
| 13th Prev | | | | | | | | | | |
| 14th Prev | | | | | | | | | | |
| 15th Prev | | | | | | | | | | |
| 16th Prev | | | | | | | | | | |
| 17th Prev | | | | | | | | | | |
| 18th Prev | | | | | | | | | | |
| 19th Prev | | | | | | | | | | |
| 20th Prev | | | | | | | | | | |
| 21st Prev | | | | | | | | | | |
| 22nd Prev | | | | | | | | | | |
| 23rd Prev | | | | | | | | | | |
| 24th Prev | | | | | | | | | | |

CONFIDENTIAL
JAHR0008455