Exhibit 11

**SWORN STATEMENT**
**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

---

| | |
|---|---|
| **File Number:** | **0204-11-CID093** |
| **Location:** | **Fort Stewart, GA 31314** |
| **Date:** | **26 May 11** |
| **Time:** | **1641** |
| **Statement of:** | **AGUIGUI, Isaac G.** |
| **Rank/Status:** | **PFC/AD** |
| **SSN:** | ████████ |
| **Org/Address:** | **Rear D, 6-8 Cav, Fort Stewart, GA 31314** |

0204-11-CID093 42091

---

I, Isaac G. AGUIGUI, want to make the following statement under oath:

I met Private Aranyos in the month of January at my unit. At the time we were just acquaintances, occasionally smoking a cigarette in the parking lot. Our relationship went deeper when I overheard a conversation between SPC Watson-Smokes and PVT Aranyos about a "throwaway" that Watson would buy from Aranyos. After they agreed on a price I approached Aranyos' vehicle where the conversation had taken place. I asked him if he could make a similar purchase for me and he said it would take some time as he had to go to Florida to purchase the weapon. From that day on Aranyos and I had discussions about drugs, weapons, and crimes that he had either used or committed. At this point we considered each other friends. Aranyos invited me up to his house over a weekend in February to smoke some "spice" at his house. While we were at his house his wife smoked weed and we talked about possibly going in together on an armed robbery on a strip club in savannah. After that weekend I met SPC Lloyd who I soon found out was a dealer in Hinesville. Every few weeks I would go to his house and witness a few deals happen with various individuals. He would sell cocaine, ecstasy, weed, PCP, and a special blend of Spice he said he got from someone on Fort Stewart. Lloyd and I were more of acquaintances. At his house there was always a stocky black male that Lloyd always referred to as "his brother" but I never really learned his name. Every once in a while on a weekend Aranyos would have a poker game at his house where Lloyd and I were always present, there was usually weed and or spice smoked there. Towards the end of February my wife and I got into a fight and I moved in with Aranyos. It was at this time Aranyos revealed that he was a dealer in the Rincon area. From time to time he would sell a few pounds of weed that he told me he was getting from someone in Texas for a low price. He told me that he and Lloyd would do deals with each other occasionally. Very rarely Aranyos would sell weed to another dealer from Hinesville. The dealer was a white male who drove a light colored pickup truck and he always had a younger white male with him. These deals would take place outside Aranyos' neighbor Brian's house. In March Aranyos and myself at his house where he brought up the idea of doing a hit job on someone. Aranyos didn't have anyone in mind at the time but he said he wanted to kill a drug dealer as they would have not only large sums of money but drugs as well. It was a few weeks later that we approached Lloyd with the idea and he told us he had a dealer he knew in Hinesville that he wanted to get rid of. He told Aranyos and me that if we did the hit, he would keep any drugs we found, and we would keep whatever money was in the house as well as an unspecified amount of cash from Lloyd. We discussed the idea with Aranyos' wife, Jessica and she agreed to it. In April I purchased a 12 gauge shotgun for the job and Aranyos asked Lloyd to purchase a "Tech 9" machine pistol for the job. Lloyd told us that he would purchase the weapon in Florida where he also gets his drugs from. It was at this point Lloyd began taking me on drug deals with him. The deals would always take place at a McDonald's parking lot in the evening. Lloyd began making deals with the dealer we were going to make the hit on but I never directly saw the dealers face, and he was always in a different vehicle. It was usually a silver Impala or a discolored Geo Metro. In mid April Aranyos, Lloyd, and myself agreed that the hit would take place soon and that Aranyos

**INITIALS OF PERSON MAKING STATEMENT** _ICA_
**PAGE 1 OF 4 PAGES**

**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

Exhibit 2
00003 CONFIDENTIAL
JAHR0021180

**SWORN STATEMENT**                    0 2 0 4 - 1 1 -CID 0 9 3 - 4 2 0 9 1

0204-11-CID093-

**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

__STATEMENT OF:__ Isaac G. AGUIGUI_____        __TAKEN AT: FSGA__             __DATED:  26 May 11__

would tail the dealer's vehicle back to his residence and case the house. The plan was to enter the house at night, kill all individuals in the house, grab any drugs, cash, and valuables and lay low at Aranyos' house until Lloyd contacted us. I would enter the house first and kill anyone in the immediate area while Aranyos would move in to sweep the rooms with me, killing anyone else inside. I decided I no longer wanted to participate in the hit job but I was afraid if I backed out, Aranyos or Lloyd would do something to me so I confessed to my unit about the drug use and sales that were taking place. After this I moved back in with my wife and Aranyos and Lloyd broke any contact with me until recently when Aranyos invited me up to his house to reconcile the situation between us. Since then I have had very little contact with Lloyd and any time I approach him he denies any knowledge of the drugs or the arrangement with Aranyos and me.

Q: SA DALE

A: PFC AGUIGUI

Q: Did you type the statement above?

A: Yes.

Q: What is ARRANYOS full name and unit?

A: Nicholas ARRANYOS, 6-8 Cav, FSGA.

Q: Can you describe ARRANYOS?

A: About 5'9", White male, dark brown hair, dark hazel eyes, He has skull tattoo on his chest.

Q: Was that January 2011 when you met ARRANYOS?

A: Yes.

Q: What do you mean by throwaway?

A: A firearm that had been used and had the serial number scratched off.

Q: Was WATSON trying to buy a throwaway from ARRANYOS?

A: Yes.

Q: Do you know why WATSON wanted to buy the throwaway gun?

A: He wanted to kill someone he had a grudge with.

Q: Do you know who this person was?

A: I do not.

Q: Do you know if WATSON got the gun from ARRANYOS?

A: I don't know, all I know is that he told WATSON he was going to have to go down to Florida to get it and ARRANYOS did go down to Florida that weekend.

Q: Do you know if WATSON ever killed that person?

A: I don't.

Q: What is WATSON's full name and unit?

A: I don't know his first name, SPC WATSON-SMOKES, SMOKES is part of his last name, Rear D, 6-8 Cav.

Q: Is WATSON still here on Fort Stewart?

A: Yes he is at JRTC right now.

Q: Did ARRANYOS ever get you a gun?

A: No.

Q: What all crimes did ARRANYOS say he did?

A: He talked about doing armed robbery.  He said he had killed multiple people.

Q: Did he ever tell you who killed?

A: No.

Q: Did he ever tell you when killed someone?

**INITIALS OF PERSON MAKING STATEMENT** _I͟U͟_

**PAGE 2 OF 4 PAGES**

**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

Exhibit

00003

CONFIDENTIAL

JAHR0021181

0204-11-CID093-

**SWORN STATEMENT**

0 2 0 4 - 1 1 - C I D 0 9 3 - 4 2 0 9

FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

STATEMENT OF: Isaac G. AGUIGUI            TAKEN AT: FSGA            DATED: 26 May 11

A: No.

Q: Did he ever tell you why he killed someone?

A: He always talked about how he did it for money and a couple of times he said he did it for fun.

Q: Do you think he actually killed someone or was he joking around?

A: I think he was joking around about killing for fun, but I believe he was serious about killing someone for money. He also talked about killing a guy by the name of David in Melbourne, FL, because David had raped his wife.

Q: When did ARRANYOS tell you he had killed people before?

A: Right after him and WATSON talked about buying a gun. It was after I asked him for one, ARRANYOS asked me if I had ever killed anyone and I told him no. I then asked him and he said he had.

Q: Do you know if ARRANYOS did these alleged killings while he was on Active Duty?

A: That was my understanding; he stated he had been doing it for awhile.

Q: Did ARRANYOS ever tell you when or where he committed armed robbery?

A: No.

Q: Who all talked about committing armed robbery?

A: Really just ARRANYOS, LLOYD just joked around about it.

Q: How did you meet SPC LLOYD?

A: He is in the unit and we would go out and have cigarettes together. We had always joked about buy drugs and ARRANYOS told me that SPC LLOYD could get it because he is a dealer. I then went and asked LLOYD and he told me he was a dealer.

Q: What is LLOYD's full name and unit?

A: I do not know his full name but he is in 6-8 Cav.

Q: Can you describe LLOYD?

A: 6' black male, black hair, brown eyes, no noticeable tattoos or scars I can think of.

Q: Can you describe LLOYD's car?

A: Dodge Magnum, green and black custom paint job, tinted windows.

Q: Is there anything else you would like to add to this statement?

A: No. ///END OF STATEMENT/// *ICA*

INITIALS OF PERSON MAKING STATEMENT *ICA*

PAGE _3_ OF _4_ PAGES

FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Exhibit
00003
CONFIDENTIAL
JAHR0021182

0204-11-CID093-

## SWORN STATEMENT
**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

STATEMENT OF: Isaac G. AGUIGUI          TAKEN AT: FSGA          DATED: 26 May 11

## AFFIDAVIT

I, _ Isaac G. AGUIGUI, have read or had read to me this statement which begins on page 1 and ends on page ____. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each page containing the statement. I have made this statement freely without hope of benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oath, this __26th__ day of May 2011 at, Fort Stewart, GA 31314.

WITNESSES:

_____
(Signature of Person Administering Oath)

_____

_____
ORGANIZATION AND ADDRESS

SA ANDREW R. DALE
_____
(Typed Name of Person Administering Oath)

30th Military Police Detachment (CID)
Fort Stewart, GA 31314
_____
(ORGANIZATION AND ADDRESS)

10 USC 936
_____
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT _ICA_
PAGE _4_ OF _4_ PAGES

**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**