# Exhibit 12

# SWORN STATEMENT
FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

0204-11-CID093-42091

| | |
|---|---|
| **File Number:** | 0204-11-CID093 |
| **Location:** | Fort Stewart, GA 31314 |
| **Date:** | 15 Jun 2011 |
| **Time:** | 1752 |
| **Statement of:** | VELEZ, Jessica Rae |
| **Rank/Status:** | CIV |
| **SSN:** | [redacted] |
| **Org/Address:** | [redacted] Rincon, GA 31326 |

I, Jessica Rae VELEZ, want to make the following statement under oath:

The 1st time I met GiGi he asked Nick if he could have a party at the house so we said ok he came over w/ his wife Diedra + some people I didn't know he got drunk crashed his car + Nick had to go get him I went to sleep + then GiGi left w/ 2 girls + some guy + him + Diedra had trouble she threw him out I felt bad + let him stay here back + forth whenever they'd fight b/c I felt bad for him. He would always joke about Robbing peoples houses dressed like a ninja + kill people w/ Katteinnas + ninja stars but it sounded all like a joke + I'd laugh + he would play it off + laugh too. After Diedra got pregnant he bought a shotgun + said he was gonna kill her + some girl he said gave him herpes + then laughed about + made a big joke of it so we never thought anything. We thought all his threats were empty + that was his sense of humor b/c he was always like that. On my bday he said he wanted to get a cop suit + pull people over in his Charger + Rob them in the middle of nowhere + I always just assumed it was jokes. I met Bud once he came over to bring me a bag of bud but never saw him again. GiGi was always coming up w/ get rich quick schemes + saying lets rob ppl or scam people or rob drug dealers + be like "Robin Hood" in the "hood" + laugh it off + Nick would always say no + thats the quickest way to get you + your family killed. When I was around Nick would always say no talking about is different doing it your asking to get killed. After GiGi moved out we stopped talking until he text Recently + I asked for a ride or a loan he brought up Robbing drug dealers + was dead serious + Nick + I text him saying hell no + that we have kids + they would kill us all + we dont mess w/ that shit so we haven't talked since we would contact him only for rides or a loan

B004983

Exhibit 7
CONFIDENTIAL
JAHR0014542

## SWORN STATEMENT
FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE
STATEMENT OF: Jessica Rae VELEZ    TAKEN AT: FSGA    DATED: 25￢09￢11    0204  11 CID 0-9, 42091

Since we don't know anyone around here me + Nick havent talked to GIGI or Lloyd since April 15th or 16th bc GIGI cut off our phone + we've had no contact w/ anyone military or had anyone come over. GIGI would always make random comments about wanting to kill people, he would drive around w/ his shotgun out the window to scare people, he was always talking about how he Jk wanted to go to a stop sign + blow someones brains out Jk to do it. me + nick never took him seriously Jk thought he had a sick sense of humor.

Q: INV ATKINS
A: VELEZ
Q: Who is GIGI?
A: Isaac AGUIGUI.
Q: Who is Nick?
A: Nick is the father of my children, ARANYOS.
Q: How long did AGUIGUI live with you and ARANYOS?
A: On and off for a couple months. Whenever him and AGUIGUIDEORA weren't fighting.
Q: How often would the AGUIGUI talk about robbing people?
A: On a regular basis. Thats why no one ever took him serious.
Q: Has ARANYOS ever talked about robbing people?
A: No.
Q: When did AGUIGUI talk about killing his wife?
A: After he bought his shotgun. He cracked a joke and said we can all split the money if we keep quiet.
Q: When is your birthday?
A: April 14th.
Q: Why did you throw the shotgun outside?
A: Cause I threw it out there with all of his stuff except his computer and flashlight.
Q: Did you hear ARANYOS and AGUIGUI planning a hit on drug dealers in Hinesville?
A: No. The first time I heard about it, AGUIGUI said we could be like Robin Hood in the Hood. We thought he was kidding.
Q: Who is KING KONG?
A: David Henry. He wasn't a drug dealer. He is a thief and a rapist. He lives in Melborne, Florida with his wife and they are about to have a little girl.
Q: What do you know about LLOYD?
A: He is powerful and is in the Chapter of Free Masons. Nick is scared of LLOYD, everybody is scared of LLOYD.
Q: Did you see anyone pick up the shotgun outside?
A: No, once I threw his stuff outside, I don't know what happened after that.
Q: Who is BRIAN?
A: Our neighbor. He smokes Spice.
Q: Is there anything you would like to add to your statement?
A: No./// END OF STATEMENT///

INITIALS OF PERSON MAKING STATEMENT JRV
PAGE 2 OF 3 PAGES
FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Exhibit 17

B004984

CONFIDENTIAL
JAHR0014543

## SWORN STATEMENT
**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

STATEMENT OF: Jessica Rae VELEZ    TAKEN AT: FSGA    DATED: 25 Jun 11

### AFFIDAVIT    0204-11-CID093 42091

I, Jessica Rae VELEZ, have read or had read to me this statement which begins on page 1 and ends on page 3. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each page containing the statement. I have made this statement freely without hope of benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

_(Signature of Person Making Statement)_

Subscribed and sworn to before me, a person authorized by law to administer oath, this 15th day of June, 2011, at Fort Stewart, GA 31314.

_(Signature of Person Administering Oath)_

WITNESSES:

_____

_____    Investigator Brandon Scott ATKINS
ORGANIZATION AND ADDRESS       (Typed Name of Person Administering Oath)

30th Military Police Detachment (CID)
Fort Stewart, GA 31314

(ORGANIZATION AND ADDRESS)

10 USC 936

(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT: JRV
PAGE 3 OF 3 PAGES
**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

Exhibit 17

B004985

CONFIDENTIAL
JAHR0014544