Case 2:14-cv-01884-BJR   Document 25-12   Filed 04/28/16   Page 1 of 5

# Exhibit 13

# STAFF JOURNAL

**Period Covered:** From: 7/18/2011 4:37:00 AM  To: 9/25/2013 12:04:00 PM

CASE NR: 456057    SERVICE: United States Army    Name: **Deirdre Alice Aguigui**
                                                   Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
| --- | --- | --- |

**2011-07-18 / 04:37:00**    Mr. Alpice (LEA CAC)    BRIAN.D.HOLMES

Received Initial report from STE CAC. Edited and emailed the report to DFAS, and LEA CAC. Contacted Mr. Alpice (LEA CAC) about receipt of report.

**2011-07-18 / 04:48:00**    Journal Note    JOSHUA.R.ALTICE

LEA CAC-Spoke with SSG Holmes, pending movement until reciept of the casualy report, script, sglv, and 93. Also pending whether or not this is condolences or notification. 0353 CST

**2011-07-18 / 05:34:00**    Multiple    BRIAN.D.HOLMES

Contacted Mr. Kennedy (STE CAC) concerning more details on the DSM due to no heads up being offered. He confirmed that the Husband was the one to find the DSM and called 911. The Husband is also in the military. He also stated that both the parents of the DSM have been notified by the Husband. This information was confirmed through the assigned Chaplain, CPT Brown. DA also inquired about a SUPP for the cause of death and an initial report for the child. Mr. Kennedy said his office is working on both issues.


Contacted Ms. Joan (LEA CAC at 913-775-0849) to inform her that both parents have been notified and that condolence should be rendered to both parents. DA informed LEA CAC that there is a possibility that the parents may have left their home of residence and could be traveling to Fort Stewart. LEA CAC requested a script.

**2011-07-18 / 05:34:00**    BRIAN.D.HOLMES

The Secretary of the Army has asked me to express his deep regret that your daughter, Deirdre died in Fort Stewart, GA on July 17, 2011. Deirdre was found unresponsive by her husband and later transferred to Winn Army Hospital where she was pronounced deceased. The Army is conducting an investigation into the death of your daughter, Deirdre. When the investigation is complete, you will be offered the opportunity to receive a copy of the investigation. The Secretary extends his deepest sympathy to you and to your Family in your tragic loss. An Army casualty assistance officer will contact you shortly. In the meantime, if you have questions or require assistance please contact our regional representative at 1-877-681-5249.


Approved by LTC Murriel

**2011-07-18 / 07:36:00**    DENNIS.KENNEDY1

The husband (PFC Aguigui) is presently residing with unit personnel and completing investigation with CID. Unit will designate a time and place this morning for CAO to extend condolences and complete documents. Unit POC: MAJ Darell M. Robinson, 4th IBCT, Office: (912) 435-7959, Cell: (912) 271-3840.

Mortuary is investigating Remains disposition (i.e. Soldier + Stillborn???)

## STAFF JOURNAL

**Period Covered:**   From:   7/18/2011 4:37:00 AM   To:   9/25/2013 12:04:00 PM

CASE NR: 456057   SERVICE: United States Army   Name: **Deirdre Alice Aguigui**
                                                 Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
|---|---|---|

**2011-07-19 / 12:16:00**   Agent Toole, SPC Tillotson, Mr. Plumey   ROSA.M.OATES

Contacted Agent Wes Toole (Fort Stewart, CID office) this morning and inquired if the Spouse (PFC Isaac Aguigui) is a person of interest. Agent Wes stated that he is unable to say whether or not the Spouse is a person of interest at this time. The autopsy is being performed this morning and upon review of the results, Agent Toole would be able to state whether or not the Spouse is a person of interest. Contacted SPC Tillotson (24th Financial Management Center) to suspend the Death Gratuity payment. SPC Tillotson called back and stated that their office submitted a request to DFAS for a recall of the Death Gratuity payment. Per SPC Tillotson conversation with DFAS, the payment has already been released but they will attempt to pull the payment back. SPC Tillotson will not know until later today upon her receipt of a response from DFAS informing her that their office was able to pull back the Death Gratuity payment. Mr. Plumey (Casualty Chief) was provided a status update.

**2011-07-19 / 13:30:00**   Journal Note   JOSHUA.R.ALTICE

Mother maiden name is ¿Forsythe¿, passed on to Ms Oates.

**2011-07-19 / 15:49:00**   DD93/SGLV review   LAURA.E.HASH

I reviewed the DD Form 93 (17 FEB 2011) and SGLV 8286 (17 FEB 2011) with the Team Lead. Verified the following beneficiaries:

PADD: Husband
UPPA: Husband 100%
Death Gratuity: Husband 100%
SGLI: Husband 100%
Days Ahead Binder: Husband
Flag: 2 (Husband, married parents)
Awards Sets: 2 (Husband, married parents)
Payment of benefits should be held until verification that CID is not considering the husband as a person of interest.

**2011-07-19 / 20:33:00**   emailed HRC/Ft Stewart   JAKAYLA.MOBLEY

SSN & DOB updated for mother & father. Six siblings will be added when SSN's are provided. Mother and Father plan to depart today around 1200 CST for Ft Stewart. CAO for SNOK has been in contact with CAO for PNOK.

RCS: DAPCX-543                    FOR OFFICIAL USE ONLY                              PCN: ZL9-CR2

## STAFF JOURNAL

**Period Covered:**  From:  7/18/2011 4:37:00 AM    To:   9/25/2013 12:04:00 PM

CASE NR: **456057**     SERVICE: **United States Army**         Name: **Deirdre Alice Aguigui**
                                                                Rank: **SGT**

Date / Time              CAC/BASE Name                          HQ Action Officer

---

**2011-07-20 / 09:12:00**     Mr Sumner (STE CAC)                          MAJEL.A.SAVAGE

Received a call from Mr Sumner (STE CAC) to relay updates. He said autopsy is in progress and the Soldier is currently at Winn Army Community Hospital on Fort Stewart. Autopsy is being done by an Armed Forces Medical Examiner. He said DG is being held (as the Spouse is a person of interest) until the results of the autopsy are released. He said he received the 7302, and the PADD (Husband) elected cremation, and the baby (22 week boy) would be cremated with the Mother as well. He said PADD elected to retain the cremains.

He is going to make contact with the unit for any posthumous awards and services would be tentative for Mon or Tues.

**2011-07-20 / 09:26:00**     Spouse ADI Received                          MAJEL.A.SAVAGE

Received Spouse (PFC Isaac G. Aguigui) Members of Congress ADI from PEDDOPN and he CONSENTS.

(ADI uploaded to file attachments)
(NOK Tab Legal Docs updated)

B011723                                                                        CONFIDENTIAL
                                                                                JAHR0016280

RCS: DAPCX-543     FOR OFFICIAL USE ONLY     PCN: ZL9-CR2

## STAFF JOURNAL

**Period Covered:**    From:    7/18/2011 4:37:00 AM    To:    9/25/2013 12:04:00 PM

CASE NR: **456057**     SERVICE: **United States Army**     Name: **Deirdre Alice Aguigui**
Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
|---|---|---|

**2011-07-20 / 17:28:00**     Days Ahead Binder Request     MAJEL.A.SAVAGE

I requested shipment of the Days Ahead Binder from the Support Section for PADD CAO (SFC Lapsley) be sent to:

16 NEW SAVANNAH DR
SAVANNAH GA 31405-6873

**2011-07-20 / 17:35:00**     Plan of Action     MAJEL.A.SAVAGE

Plan of Action

- daily contact with CAOs
- monitor for CCAO assignment for Mother and Father from STE
- monitor for 7302
- monitor for 7 Questions
- monitor for Mother and Father ADIs
- monitor for payment receipt of DG to Spouse (pending autopsy findings)
- review awards
- monitor for posthumous awards from Unit through Mr Sumner (STE CAC)
- monitor for schedule of services

**2011-07-21 / 10:55:00**     SPC Tillotson, SFC Lapsley     ROSA.M.OATES

20 July 2011 Delayed Entry***Contacted Agent Wes Toole (Fort Stewart CID) and informed that the autopsy was complete. Inquired with Agent Toole about whether or not if the Spouse is a person of interest and Agent West stated at this time the Spouse is not considered a person of interest. Contacted MAJ Pritchett (CMAOC Case Management) and informed her of my conversation with Agent Toole. Contacted SPC Tillotson (24th Financial Management Center) and informed her that the Death Gratuity payment could be resubmitted for payment. SPC Tillotson said that their office has to get DFAS confirmation that the initial payment was pulled back from the Spouse¿s account before a resubmission of the Death Gratuity payment. Per conversation with SFC Lapsley (CAO, Spouse), the Spouse informed him that USAA Savings Bank contacted the Spouse and informed him that DFAS had pulled back the Death Gratuity payment. It was explained to SFC Lapsley that as soon as the local finance office confirms that DFAS has pulled back the initial Death Gratuity payment, the claim for payment will be resubmitted.