# Exhibit 17

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. 0279-11-CID093-42143

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Ft. Stewart, GA | 20120807 | 1302 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Mancill, Cheryl Ann | [redacted] | E-6/Active |

**8. ORGANIZATION OR ADDRESS:** Division HQ & HQ BN, Fort Stewart, GA 31314

**9.** I, Cheryl A. Mancill, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I met SGT Dierdra Aguigui (Dierdra) in June of 2011 when I PCS'd from here from Germany. I was in her squad (4BSTB) & she was assigned to help me with my in-processing. I mentioned I was trying to find somewhere for our dog since we did not have housing yet. Talking with her, she mentioned she would have no issues having our dog at her house; she said their dog had recently died & it would be nice to have the dog around. This was the beginning of my brief relationship with her before she died. My husband & I would go over to their house sometime twice a day, but always everyday to feed, water & walk the dog. During that

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 9 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF CAM TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006     DA FORM 2823, DEC 1998, IS OBSOLETE     APD PE v1.00

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

0013  CONFIDENTIAL
JAHR0020925

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF Cheryl A. Mancill  TAKEN AT FSGA  DATED 2012 Aug 7
0279-11-CID093-42143

### 9. STATEMENT (Continued)

time, over the course of that month & a half, we also met Alyssa & Dennis Faltysek. Alyssa & Dierdra were due on the same day, so they were together a lot. They had dinners together quite frequently. My impression from them, Dierdra & her husband, was Dierdra liked the Faltyseks & Isaac did not. Isaac seemed distant & not to want much of anything to do with them. Isaac also seemed detached & uninterested in being a father or husband; he liked drinking beer with the woman who lived downstairs from them. The only time he seemed interested in anything we had to say, is if we commented on the video game he was playing. Dierdra & Isaac were not clean people; neither were the Faltyseks. At this point my husband & I had never met Mike Schaffer (spelling?). I had only heard from Alyssa that they sometimes argued (Dierdra & Isaac) about him & Dierdra forbid Schafer from her house. I found out Dierdra died the Monday morning after her death from our PLT SGT.

INITIALS OF PERSON MAKING STATEMENT: CAM

PAGE 2 OF 9 PAGES

DA FORM 2823, NOV 2006

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

APD PE v1.00

0015
CONFIDENTIAL
JAHR0020926
EXHIBIT

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF Cheryl A. Mancoll    TAKEN AT FSGA    DATED 2012 Aug 7

0279-11-CID093-42143

9. STATEMENT (Continued)

He said she'd died the night before. Deirdra had agreed to take care of the dog that weekend since we went to Florida to see my husband's kids. About a week after her funeral, he invited us to a party at an apartment on post he was living in. There were probably 30-40 people there, easily, including the Faltyseks. Other than Isaac, the Faltyseks were the only ones we knew. We only stayed for about an hour; it was loud, there were too many drunk people & too much smoke & beer pong. He seemed happy, but we chalked it up to his way of coping. Later Isaac agreed to let Dutch come back over; he said the company would be nice. Then our routine was very similar as before; we went there everyday after work, the door was never locked, & he (Isaac) was hardly ever there. His house was always trashed & my husband & I cleaned it everytime we went over there & he let us take her funeral flowers home since they were dying in his apartment. We started to notice stripper poles & another soldier's uniform in the apartment, Schafer. Our

INITIALS OF PERSON MAKING STATEMENT  CAM

PAGE 3 OF 9 PAGES

DA FORM 2823, NOV 2006

APD PE v1.00

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE
CONFIDENTIAL
JAHR0020927

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

STATEMENT OF Cheryl A. Mancill TAKEN AT FSGA DATED 12 Aug 97

0279-11-CID093-42143

9. STATEMENT (Continued)

impression of Schafer was not a good one. Anytime Schafer was there with Isaac, the two of them were high. Then we found out Schafer had been driving Deirdra's Jeep. Schafer never once said "hello" or anything at all to my husband & I. We heard second hand from Alyssa the Schafer was trying to get Isaac to help him start a SPICE farm. Isaac had money from the Army & an undisclosed # of insurance policies. Isaac said Deirdra took out on herself that he knew nothing about. This seems to be when Schafer & the stripper pole & all the parties started. My husband & I contacted Isaac's 1SG & my husband met with him on August 9 at the Starbucks at the PX on post. That meeting lead to Isaac being pulled out of that apt & ordered to stay away from Schafer, per Isaac's 1SG to my husband. After that, we ran into Isaac at the PX on a lunch break. He had a skinny, extremely tan & cut, blonde girl with him; she kept grinding her teeth & my husband & I knew instantly she was on something; we suspected cocaine.

INITIALS OF PERSON MAKING STATEMENT  CAM     PAGE 4 OF 9 PAGES

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF Cheryl A. Mancill TAKEN AT FSGA DATED 2012 Aug 7

0279-11-CID093-42143

**9. STATEMENT (Continued)**

We thought, from how fast he made his way to us, that he was pissed that we'd "tattled" on him. Instead, he thanked us for cleaning his house. Then he left. We would send him text messages every once in a while, even after we bought our house, but he would never come over, & sometimes just not respond. We became friends by default with the Faltyseks & they mentioned that Isaac had given them $10,000. We're not sure why. The Faltyseks are always asking us for money, even now. The last we heard from Isaac was a few days before he was arrested in connection w/ the 2 murdered people in Savannah. CAM

INITIALS OF PERSON MAKING STATEMENT: CAM

PAGE 5 OF 9 PAGES

DA FORM 2823, NOV 2006

FOR OFFICIAL USE ONLY

Law Enforcement Sensitive

STATEMENT OF Cheryl MANCILL  TAKEN AT: FSGA  DATED: 7 Aug 12
9. STATEMENT *(Continued)*

0279-11-CID093-42143

Q: KAPINUS
A: MANCILL
Q: Did you handwrite the narrative?
A: Yes.
Q: What time of day did you usually go over to the AGUIGUI's residence?
A: Mostly after work, and sometimes at lunch. Most often at 1700.
Q: Did SGT AGUIGUI speak about her pregnancy?
A: Yeah she did all of the time. She wanted a water birth. The Army would not pay for it because the Army has the ability for birthing services and water birth was not part of it. She tried to begin a collection fund to pay for it on her own, but I don't think she raised any money.
Q: Any complications with her pregnancy?
A: Not that I know of.
Q: Any health concerns or illnesses she had?
A: I know she had a cold around June, but nothing significant about it.
Q: It's interesting you would remember she had a cold over a year ago. Any comment?
A: I just remembered she always had a red nose and she had a Kleenex. We would often times sit in the unit parking lot and talk for a while and then just follow each other to her house.
Q: Any allergies?
A: Not that I knew of.
Q: Did she wear glasses?
A: Yes, all of the time. She would take them off to wiper her face, much like anybody else with glasses.
Q: Did she have a habit of putting her glasses on the ground?
A: No.
Q: Did she eat bananas and/or shellfish?
A: Don't know.
Q: Did she drink alcohol or smoke cigarettes?
A: No.
Q: Did she ever discuss passing out or leg pain?
A: No.
Q: Was she health conscious or eat junk food?
A: Not sure.
Q: Did she disclose her sex life with you?
A: No.
Q: Did you witness anything sexual in their bedroom?
A: I do remember peaking in once and seeing sex toys on the dresser ie. dildos. My dog was in their room so I went into get him.
Q: Did they keep a clean and tidy room?
A: No. Bed was never made. The only room that was clean was the baby's room. My husband went in there to fix the closet door.
Q: Did you witness any leg restraints or sex toys on the bed?
A: No.
Q: Do you know about SGT AGUIGUI's presence at West Point?
A: No that you mention it, I heard about it. I think she met Isaac there....I think. I'm not sure.

PAGE 6 of 9  INITIALS  EXHIBIT: 60

DA Form 2823-E

FOR OFFICIAL USE ONLY
Law Enforcement Sensitive

00138 CONFIDENTIAL
JAHR0020930

FOR OFFICIAL USE ONLY
Law Enforcement Sensitive

STATEMENT OF Cheryl MANCILL    TAKEN AT: FSGA    DATED: 7 Aug 12
9. STATEMENT *(Continued)*

Q: Did you speak to the neighbor that PVT AGUIGUI drank with downstairs?
A: No.
Q: Was SCHAEFER at the AGUIGUI's residence in June and July?
A: Not when I was there. I found out about SCHAEFER and PVT AGUIGUI after SGT AGUIGUI died.
Q: You stated that PVT AGUIGUI threw a party approximately one week after his wife's death. Is that correct?
A: I think it was after her funeral.
Q: You also stated to me that he had her cremated in Jesup, GA?
A: Yes. I remember speaking to my husband about it and why he had her cremated there. No body from the unit lived out there and we all had to drive out there for the viewing and the funeral the next day.
Q: Was this odd?
A: Yes, because right outside of Ft Stewart is a really nice funeral home. Maybe it was just cheaper. I don't know.
Q: So he threw a party after the funeral?
A: Yes.
Q: Did you witness any verbal or physical altercations between the AGUIGUI's?
A: No. They would have the normal disagreements, much like normal married couples.
Q: When did PVT AGUIGUI give the FALTYSEK's $10,0000?
A: I think it was a few months after SGT AGUIGUI's death. We asked her why, and she stated she didn't know. But she went and bought some high end baby stuff for their upcoming baby. My husband and I always talk about it, but maybe it was because FALTYSEK's baby was due on the same day as SGT AGUIGUI's or he just felt bad cause the FALTYSEK's didn't have much. PFC FALTYSEK's husband wasn't working at the time.
Q: Did SGT AGUIGUI ever vocalize her desire to take supplements for weight loss or vitamin replacement?
A: No.
Q: Does F.E.A.R. meaning anything to you?
A: Only from FALTYSEK's. They told us recently.
Q: Did SCHAEFER drive SGT AGUIGUI's car before her death?
A: Not that I know of. She drove it to work so I saw it all of the time.
Q: So it's your impression that SCHAEFER was observed in AGUIGUI's life after SGT AGUIGUI's death?
A: Yeah. PVT AGUIGUI and him may have been friends before, but I knew threw FALTYSEK's that SGT AGUIGUI didn't like SCHAEFER. But I started piecing things together after SGT AGUIGUI's death, because I overheard SGT AGUIGUI tell the FALTYSEK's that she didn't like "him." I didn't know who she was talking about, but I'm sure she was talking about SCHAEFER.
Q: Are you aware of PVT AGUIGUI and SCHAEFER going to South Carolina prior to her death?
A: Not prior to her death, but after. My husband and I kept inviting him over a lot to be there for him. I remember one time PVT AGUIGUI said he was in SC with SCHAEFER's family.
Q: Did PVT AGUIGUI talk about a security business?
A: No.
Q: Does your dog scratch at the door often?
A: Only when he wants in from the heat.
Q: Did you ever witness a tall lamp stand in their residence?
A: No. But I do remember one in PVT AGUIGUI's second house.
Q: What about the living room blinds and/or the master bedroom blinds?
A: I don't know. I do know the sliding back door's blinds were always open.

PAGE 8 of 9    INITIALS CAM    EXHIBIT: 60

DA Form 2823-E
FOR OFFICIAL USE ONLY
Law Enforcement Sensitive

00138 CONFIDENTIAL
JAHR0020931

STATEMENT OF Cheryl MANCILL   TAKEN AT: FSGA   DATED: 7 Aug 12
9. STATEMENT *(Continued)*

Q: Did you witness any injuries to SGT AGUIGUI's wrists?
A: No.
Q: Arms?
A: No. I always saw her in PTs and it was summer time too. She didn't start doing pregnancy PT until after a few weeks after we met. She was always at formation and then released to go to Newman gym for PT.
Q: Did SGT AGUIGUI ever disclose to you her, if any, problems she had with her husband?
A: No.
Q: Anything about divorcing him?
A: No.
Q: Do you know if she kicked him out of the house?
A: No.
Q: Did she disclose her family life i.e parents and siblings?
A: No.
Q: What did she like to do?
A: She liked to eat a lot, not sure if that was from being pregnant, but I like to eat a lot too so. She liked to stay home a lot, but they did go to restaurants a lot.
Q: Including PVT AGUIGUI?
A: Yes. She was just pretty much into the baby stuff.
Q: Did she tell you why she was redeployed?
A: No.
Q: Where they affectionate towards each other?
A: No!
Q: Why do you say that?
A: They wouldn't even sit next to each other unless that was the absolute last place to sit.
Q: What did you think of that?
A: I noticed it especially when we noticed PVT AGUIGUI always drinking with the girl downstairs. The only time he talked about the baby only when he was directly asked.
Q: Do you know how they met?
A: Only through the FALTYSEKs.
Q: Do you know who SGT AGUIGUI was a friend to aside from the FALTYSEK's?
A: One other couple but I have no idea who they were.
Q: Do you have anything else to add to this statement?
A: I just think that PVT AGUIGUI's whole demeanor after she died was wrong. He had a party, and had a girlfriend around all of the time even in front of unit members. There was basically no mourning. There was no outward emotion or actions to mourn. In fact at the funeral I never saw hi cry at all. His dad was composed but his mom was crying so much. She hugged me and told me to take of her boy.
Q: Anything else?
A: No.///END OF STATEMENT///

PAGE 8 of 9   INITIALS   EXHIBIT: 60

DA Form 2823-E

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|

9. STATEMENT *(Continued)*

0279-11-CID093-42143

*[page crossed out diagonally with handwritten note "not used. CAM"]*

**AFFIDAVIT**

I, **Cheryl Ann Mancill**, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE **9**. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)* — Cheryl A. Mancill

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this **7** day of **August**, **2012** at **Ft Stewart, GA**

*(Signature of Person Administering Oath)*

**SA Justin Kapihu**
*(Typed Name of Person Administering Oath)*

10 USC SEC 936
*(Authority To Administer Oaths)*

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT: CAM

PAGE **9** OF **9** PAGES

DA FORM 2823, NOV 2006

APD PE v1.00

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

00139 CONFIDENTIAL
JAHR0020933