# Exhibit 19

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

Report of Investigation

0482-11-CID093-42290

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| FEAR Militia group | 771040-12-0022 | 3 |

## SUMMARY OF EVENT:

INTERVIEW OF NICHOLAS GRAY-THOMPSON: On December 9, 2011, Special Agent Thomas J. Crawford and Special Agent Lorin Coppock interviewed Nicholas Gray-Thompson (W/M, DOB: ▇▇▇▇, SS#: ▇▇▇▇, ▇▇▇▇, Newry, Maine, Phones: 912-▇▇▇▇ & 646-▇▇▇▇) at Mission Essential in Hinesville, Liberty County, GA regarding a straw purchasing conspiracy involving Christopher SALMON, Heather SALMON, Michael BURNETT and Isaac AGUIGUI.

## NARRATIVE:

1. On December 9, 2011, Special Agent (SA) Thomas J. Crawford and SA Lorin Coppock interviewed Nicholas Gray-Thompson at Mission Essential (ME) located in Hinesville, Liberty County, GA. Gray-Thompson is a sales associate at ME. Gray-Thompson related the following information:

2. Gray-Thompson recalled two (2) or three (3) males coming into ME and purchasing firearms. Gray-Thompson described one (1) as being possibly Hispanic, approximately 6'1", approximately 185 lbs and the other being a larger heavy set white male.

3. Gray-Thompson identified the male believed to be Hispanic as AGUIGUI from an email photograph that he viewed on SA Coppock's issued blackberry cell phone. Gray-Thompson described AGUIGUI as being "flashy". Gray-Thompson recalled AGUIGUI wearing Affliction brand jeans and a fedora style hat.

4. SA Crawford and SA Coppock know the taller heavy set white male as being Michael BURNETT. BURNETT is the individual who signed the ATF Form 4473 on the dates of these transactions.

5. Gray-Thompson recalled BURNETT looking at a Mossberg 500 shotgun which is referred to as "chainsaw" due to its appearance and AGUIGUI "picked out" the "judge" which is a Taurus .410 gauge revolver. Gray-Thompson stated he "believed" BURNETT provided the debit card. Gray-Thompson stated he did not look at the name on the card because the purchase was completed as a debit. Gray-Thompson stated he "believed" that BURNETT entered the personal identification number (PIN), but was unsure.

| Prepared by: Thomas J. Crawford | Title: Special Agent, Savannah Field Office | Signature: | Date: 12/28/11 |
|---|---|---|---|
| Authorized by: George P. Belsky "FOR TOBY TAYLOR" | Title: Resident Agent in Charge, Savannah Field Office | Signature: | Date: DEC 2 8 2011 |
| Second level reviewer (optional): Jeffery A. Pearce | Title: Assistant Special Agent in Charge, Atlanta Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0018270

6. Gray-Thompson recalled an occasion when another white male accompanied AGUIGUI and BURNETT. Gray-Thompson described this white male as being "skinny" and "shorter". Gray-Thompson viewed electronic photographs of Anthony PEDEN and Christopher SALMON, but was unable to make the positive identification.

7. Gray-Thompson stated one of his male co-workers told him AGUIGUI got a large sum from a life insurance policy after his wife died.

8. SA Crawford reviewed a copy of ATF 4473 dated November 25, 2011, and determined BURNETT purchased a Mossberg, Model: 500, 12 gauge shotgun, a Taurus, Model: Judge, .45 caliber/.410 revolver and a Ruger, Model: Super Blackhawk, .44 magnum revolver. The transaction was completed with a debit card. The last four (4) digits of the debit card are ▓▓▓▓. This is the debit card of AGUIGUI. (Refer to ROI #1 to view the ATF 4473, Transferor's Transaction Serial Number 111125G, regarding this transaction.)

9. Gray-Thompson stated he paid an hourly wage and does not receive commission for his sales. Gray-Thompson stated he has only been employed at ME for a few months.

Page 2 of 2

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

ATF EF 3120.2 (10-2004)
For Official Use Only

EXHIBIT
CONFIDENTIAL_JAHR0018271