UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JAHR, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. C14-1884 MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER |

THIS MATTER comes before the Court on Plaintiffs' Motion to Modify Scheduling Order, (Dkt. No. 28). Having reviewed the Motion, Defendant's response, (Dkt. No. 30), Plaintiffs' reply, (Dkt. No. 32), and the related record, the Court hereby GRANTS the Motion and rules as follows:

1. The Court finds good cause to extend the case deadlines in light of both the Court's delay in ruling on Defendant's Motion to Dismiss and Defendant's failure to produce documents. See Fed. R. Civ. P. 16(b)(4).

2. The deadline to file discovery motions is extended to September 23, 2016.

3. The deadline to complete discovery is extended to October 28, 2016.

ORDER GRANTING PLAINTIFFS' MOTION TO
MODIFY SCHEDULING ORDER- 1

4. The deadline to file dispositive motions is extended to November 28, 2016.

5. The trial date is March 20, 2017 at 9:30 a.m. The deadline for motions in limine is extended to February 13, 2017. The deadline for the pretrial order, trial briefs, and proposed findings of fact and conclusions of law is extended to March 1, 2017. The pretrial conference date is March 6, 2017 at 10 a.m.

SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 17th day of August, 2016.

Marsha J. Pechman
United States District Judge