# Exhibit G

Brenda Thomas                                    December 4, 2015

Page 1

```
1                    IN THE UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
2                              AT SEATTLE

3        TRACY JAHR, et al.,            )
                                        )
4                     Plaintiffs,  )
                                        )   CIVIL ACTION NO.
5             vs.                       )
                                        )   2:14-CV-01884-MJP
6        UNITED STATES OF AMERICA,      )
                                        )
7                     Defendant.   )
         - - - - - - - - - - - - - - - )
8

9

10

11

12            Deposition of BRENDA THOMAS, taken on behalf

13      of the Defendant, at the U.S. Attorney's Office,

14      22 Barnard Street, Suite 300, Savannah, Georgia,

15      commencing on December 4, 2015, at 3:38 p.m.,

16      before Thomas J. Dorsey, Certified Court Reporter,

17      Registered Professional Reporter.

18

19

20

21

22

23

24

25
```

Brenda Thomas                                    December 4, 2015

```
 1                    A P P E A R A N C E S

 2

 3        For the Plaintiffs:

 4              MATTHEW J. PEED
                Attorney at Law
 5              Clinton Brook & Peed
                13th Floor
 6              641 Lexington Avenue
                New York, New York  10022
 7                202-621-1828
                  matt@clintonbrook.com

 8

 9

10

11

12        For the Defendant:

13              KRISTIN B. JOHNSON
                Assistant United States Attorney
14              U.S. Department of Justice
                United States Attorney's Office
15              Suite 5220
                700 Stewart Street
16              Seattle, Washington  98101
                  206-553-4576
17                kristin.b.johnson@usdoj.gov

18

19

20

21

22

23

24

25
```

Brenda Thomas                                    December 4, 2015

Page 18

```
 1            A.    I just know she wanted to have kids.

 2            Q.    Okay.  So I understand that she moved out

 3      and I guess moved in with Michael; is that right?

 4            A.    That is correct.

 5            Q.    Okay.  And do you know when that happened?

 6            A.    November the 21st, 2011.

 7            Q.    Okay.  And do you know where they were

 8      living?

 9            A.    No.

10            Q.    Somewhere down here at Fort Stewart,

11      though, right?

12            A.    I can't answer that.  I don't know.

13            Q.    Okay.  Did you meet Michael?

14            A.    Yes.

15            Q.    Okay.  How many times?

16            A.    Three maybe, two, three times.

17            Q.    Okay.  And were you aware -- let me ask

18      you, had you ever heard of Isaac Aguigui before the

19      incident?

20            A.    Can you repeat?

21            Q.    Had you ever heard of Isaac Aguigui before

22      your daughter was killed?

23            A.    Yes.

24            Q.    Okay.  And how did you hear his name

25      before that?
```

Brenda Thomas                                    December 4, 2015

1          A.      Tiffany.

2          Q.      Okay.  And what did she tell you about

3    him?

4          A.      She said she met this guy through Michael.

5          Q.      Yeah.

6          A.      And that she felt bad for him because his

7    wife died on the sofa.

8          Q.      Is that all you remember her saying about

9    him?

10         A.      That is all she said about Isaac Aguigui.

11         Q.      Did she say anything about Michael's

12   friendship with him at all?

13         A.      No.

14         Q.      What about Christopher Salmon?  Had you

15   ever heard his name before?

16         A.      No.

17         Q.      No?  Michael Burnett?

18         A.      No.

19         Q.      Or Anthony Peden?

20         A.      No.

21         Q.      Did she ever tell you that she was

22   concerned or afraid for her safety?

23         A.      No.

24         Q.      No?  Did she ever tell you she was afraid

25   for Michael's safety?

Brenda Thomas                                    December 4, 2015

Page 20

1           A.      No.

2           Q.      Did she ever give you any indication that

3    she was aware of some kind of group that he was in?

4           A.      No.

5           Q.      Did she tell you what her plans were with

6    Michael, if they intended to continue dating when she

7    moved to California?

8           A.      Yes.

9           Q.      What did she say?

10          A.      She told me she was moving to California

11   to be with her father, attend school, finish up

12   school and Michael was moving to Seattle.  That was

13   all.

14          Q.      Okay.  Did she say whether they were going

15   to stay friends?  Or did you have any indication?

16          A.      She didn't say.

17          Q.      Okay.  So when is the last time that you

18   talked to her?

19          A.      Thanksgiving.

20          Q.      Okay.  And did she seem okay at the time?

21          A.      She said she didn't feel good.  She was on

22   the sofa.

23          Q.      Like ill?

24          A.      Her stomach.

25          Q.      Yeah; okay.  But as far as her being in

Brenda Thomas                                    December 4, 2015

1       any kind of trouble or afraid of anything, did she

2       say anything that --

3            A.    No.

4            Q.    Okay.  Have you talked to anyone from the

5       Army about this?

6            A.    Yes.

7            Q.    Okay.  Who did you talk to?

8            A.    Colonel Herring.

9            Q.    Can you spell that or guess?

10           A.    H-e-r-r-i-n-g.

11           Q.    Okay.  And is he the only person that you

12      talked to?

13           A.    No.

14           Q.    Okay.  Who else?

15           A.    Belcher.

16           Q.    Okay.

17           A.    Denise Johnson and Scr -- it starts with

18      an S.  He worked along with Denise Johnson.

19           Q.    Okay.

20           A.    Scruter, Scruler, Scruter, something like

21      that.

22           Q.    Okay.  So I kind of want to get a feeling

23      for the substance of these conversations, to the best

24      that you can remember.

25           A.    Yes.