1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY JAHR, BRENDA            §
THOMAS, TIMOTHY LEE YORK,     §
AND W. BRETT ROARK,           §
                              §   CIVIL ACTION
        Plaintiffs,           §   NO. 2:14-cv-01884-MJP
                              §
VS.                           §
                              §
UNITED STATES OF AMERICA,     §
                              §
        Defendant.            §


ORAL DEPOSITION OF
ZONIE DANIELS IV
JANUARY 28, 2016



     ORAL DEPOSITION OF ZONIE DANIELS IV, produced
as a witness at the instance of the Plaintiffs
and duly sworn, was taken in the above styled and
numbered cause on Thursday, January 28, 2016,
from 1:43 p.m. to 4:07 p.m., before Tamara
Chapman, CSR, RPR, CCR (LA) in and for the State
of Texas, reported by computerized stenotype
machine, at the of the United States Attorney's
Office, 816 Congress, Suite 1000, Austin, Texas,
pursuant to the Federal Rules of Civil Procedure
and any provisions stated on the record herein.



**2**

APPEARANCES

REPRESENTING PLAINTIFFS:
Mr. Brian C. Brook
CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, New York  10022
brian@clintonbrook.com

Mr. Ryan P. Bates
BATES PLLC
3300 Harris Park Avenue
Austin, Texas  78705
rbates@batespllc.com

REPRESENTING DEFENDANT:
Ms. Kristin B. Johnson
UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, Washington  98101
kriston.b.johnson@usdoj.gov

-

Major David J. Krynicki
U.S. ARMY LEGAL SERVICES AGENCY
9275 Gunston Road
Fort Belvoir, Virginia  22060
david.j.krynicki.mil@mail.mil

**4**

Exhibit 8.....................................   89
    Report to Suspend Favorable Personnel
Actions (FLAG) - Isaac Aguigui
(JAHR0008454)
(Retained by Mr. Brook)
Exhibit 9.....................................   102
    Agent's Investigation Report - 2/8/12
(APCID00057 - APCID00059)
(Retained by Mr. Brook)


* * *

INDEX OF PREVIOUSLY MARKED EXHIBITS
                                              Page

Exhibit 3.....................................   48

**3**

* * *

EXAMINATION INDEX


                                              Page
BY MR. BROOK................................   5

* * *

INDEX OF EXHIBITS

                                              Page
Exhibit 4.....................................   64
    Sworn Statement of Zonie Daniels, IV -
6/14/11
(JAHR0008404 - JAHR0008405)
(Retained by Mr. Brook)

Exhibit 5.....................................   68
    Commanders Request For Nonjudicial
Punishment Under Article 15, UCMJ
(1 page)
(Retained by Mr. Brook)

Exhibit 6.....................................   70
    Commanders Request For Nonjudicial
Punishment Under Article 15, UCMJ
(JAHR0008443 - 1 page)
(Retained by Mr. Brook)

Exhibit 7.....................................   76
    Document entitled "Sworn Statement for
Official Use Only, Law Enforcement
Sensitive, Statement of Isaac Aguigui
(JAHR0021180 through JAHR0021183)
(Retained by Mr. Brook)

**5**

              ZONIE DANIELS IV,
having been first duly sworn, testified as
follows:
              EXAMINATION
BY MR. BROOK:
    Q.  Good afternoon.
    A.  Good afternoon.
    Q.  Would you please state your name, spelling
it for the record.
    A.  Zonie Daniels, IV.  Z-O-N-I-E, Daniels.
That's the name.  D-A-N-I-E-L-S, IV.
    Q.  The fourth?
    A.  Yes.
    Q.  Is there a fifth?
    A.  There is not a fifth.  One day maybe.
    Q.  Okay.  You can't stop now at just four.
    A.  Yeah.  I know.  And my wife is pregnant,
and she -- it's a girl.
    Q.  Have you ever been deposed before?
    A.  To?
    Q.  Have you ever been deposed before?
    A.  Oh, no, never.
    Q.  Have you ever testified under oath before?
    A.  I think when I was younger, but that was
it.

**6**

Q. Okay.

A. That I can remember at least.

Q. Now, have you been instructed at all on how this is going to work in a question-and-answer format?

A. Yes.

Q. Okay. I'm going to go over it again just a little bit just to make sure we're all on the same page for the record here.

So, first and foremost, it's really important that because there is a transcript being made, that we try our best not to talk over each other. Even if you know where I'm going with the question, if I haven't finished yet, let me finish and then answer. And I will do my best not to talk over you if another question pops in mind.

Do you understand that?

A. Uh-huh.

Q. Also, it's important to say yes or no in response to questions. Uh-huh, huh-uh does not work for the court reporter. It's going to make her life hard, and we have to take care of her first and foremost --

A. Okay.

Q. -- so that she can get an accurate record

**7**

of what is being said in this proceeding.

A. Okay.

Q. As far as the questions go, if you answer a question that I ask, I'm going to assume that you understood it. But if you don't understand a question, it's important that you let me know. Don't answer it and ask me to clarify it, and I'll try to do that.

Do you understand that?

A. Okay.

Q. It's possible that at times the lawyer to your left is going to say "Objection" when I've asked a question. Unless she instructs you not to answer, I will except you to go ahead and answer the question if you can. Now, if you can't, again, if you don't understand it, be sure and let me know that.

A. Okay.

Q. I don't think there is going to be anything here that's going to involve privilege, but if she does instruct you not to answer, then it's important that you don't answer.

Do you understand that?

A. Yes.

Q. Okay. If I forget any of the other general rules, I'll let you know and correct myself,

**8**

most likely.

So have you -- when you were deposed before, this was when you were a minor. Is that right?

A. Yes.

Q. Okay. Have you -- and these are just general questions I have to ask.

Have you ever been arrested?

A. No.

Q. Have you ever been a party to a civil lawsuit?

A. No.

Q. When were you born?

A. August 24th, 1984.

Q. Where was that?

A. In Nagpur City, Philippines.

Q. And where did you grow up?

A. Williamsburg, Virginia.

Q. When did you move to the United States?

A. Oh, man, that's a rough one. Like 1990 or something like that.

Q. Okay. Were your parents in the military?

A. Yes.

Q. And when did you join the military?

A. 2003. November 14, 2003.

**9**

Q. What was your highest level of education outside the military that you attained?

A. Outside the military? College. I mean, a bachelor's degree. Right now I have a master's degree, but...

Q. Where did you get your bachelor's degree?

A. Virginia State University.

Q. A Hokie.

A. No, no.

Q. Oh, Virginia Tech I'm thinking of. Virginia State. Where is Virginia State?

A. That's Trojans.

Petersburg, Virginia.

Q. Okay. I've got cousins who went to college in Virginia, but I can't keep track of any of them, so...

And what was your degree in?

A. History.

Q. What is your master's in?

A. Diplomacy. Master's of arts in diplomacy.

Q. It was a master's of what? I'm sorry?

A. Master's of arts.

Q. A master's of arts. And where did you get that?

A. Norwich University.

Daniels, IV, Zonie

January 28, 2016

4 (Pages 10 to 13)

## 10

1  Q. Where is that?
2  A. In Vermont.
3  Q. When did you get that?
4  A. I just finished September of last year.
5  Q. So September 2015?
6  A. Yes.
7  Q. And are you currently stationed in
8  Vermont, or were you?
9  A. No, no. It was all online.
10 Q. Okay. I didn't think there was huge Army
11 presence in Vermont, but...
12 A. No. No.
13 Q. Okay. So, if you don't mind, just going
14 to the military, could you maybe even give a list of
15 the duty stations that you've been at in sequential
16 order?
17 A. Yeah. Fort Stewart in 2007. August -- do
18 you want to count enlisted time? So I'll start from
19 my enlisted time then.
20   So Sampson, Virginia, when I was enlisted
21 in 2003.
22 Q. Okay.
23 A. And then in 2007, Fort Stewart in Georgia.
24 Q. Okay. So when did you go to OCS?
25 A. I didn't go to OCS. I was ROTC.

## 11

1  Q. Okay.
2  A. So I was ROTC and currently with the
3  National Guard.
4  Q. I shouldn't pretend like I know anything
5  about miliary terminology. So that much --
6    MS. JOHNSON: That's a good try.
7  Q. (BY MR. BROOK) Okay. So you went to --
8  to ROTC, and that was at Virginia State?
9  A. Virginia State, yes.
10 Q. And so then you enlisted out of that?
11 A. I commissioned after?
12 Q. Commissioned after?
13 A. Yeah.
14 Q. Okay. So when you said "enlisted time" --
15 A. Enlisted time -- sorry. I enlisted in the
16 Army in 2003, and then 2007 is when I commissioned
17 as an officer versus being enlisted.
18 Q. Okay.
19 A. Because you only got the E ranks and you
20 got the O ranks.
21 Q. Okay. I understand now. Thank you.
22   So not counting any of the enlisted time.
23 So Fort Stewart in 2007. I'm sorry. Did you say
24 after that?
25 A. No. I didn't get to there.

## 12

1  So 2000- -- I have to go back a little bit
2  now because 2007 actually is Fort Knox for OCS -- or
3  OBC. Excuse me. OBC. And then --
4  Q. What does OBC stand for?
5  A. Officer basic course.
6  Q. Okay.
7  A. So then after that, it was 2008 at Fort
8  Stewart. And then I left Fort Stewart in 2011 -- no.
9  2012 was my last official, like, day of -- in Fort
10 Stewart.
11 Q. Okay. And where did you go then?
12 A. From there, I went to Fort Polk,
13 Louisiana. It should have been January of 2012.
14 Q. Where did you go after that?
15 A. And then after that, Fort Benning, Georgia
16 in 2013, late 2013.
17 Q. When next?
18 A. Fort Hood at the beginning -- in 2014,
19 yeah. 2014, Fort Hood, Texas.
20 Q. And that's your current station. Correct?
21 A. Current station, yeah.
22 Q. And do you have any particular education
23 or training that you received for your position in
24 the Army?
25 A. Well, yeah. You go through the armor

## 13

1  officer basic course, which is -- kind of teaches you
2  how to be an armor officer because I'm an armor
3  officer. And then after that, you go --
4  Q. Just to be clear, you're saying armor,
5  A-R-M-O-R --
6  A. Yes.
7  Q. -- as in, like, tanks and such?
8  A. Right. Right.
9  Q. Okay.
10 A. And then you go to the Maneuvers Captains
11 Career Course, which is what combat arms officers
12 kind of go to in order to learn their craft a little
13 better and then to potentially, later on, take
14 command, which is what I'm doing now.
15 Q. Okay. And have you been deployed?
16 A. Yes, I have.
17 Q. When was that?
18 A. I went in 2008 to Iraq.
19 Q. Okay.
20 A. 2010 --
21 Q. How long was that for?
22 A. Say it again.
23 Q. How long were you deployed for in 2008?
24 A. About -- around six months.
25 Q. And in 2010?

Daniels, IV, Zonie

January 28, 2016

5 (Pages 14 to 17)

## 14

1    A.  2010.
2    Q.  To Iraq again?
3    A.  Yes, to Iraq again.  And that was for
4  about nine months.
5    Q.  That was my next question.
6    A.  About nine and a half, something like
7  that.
8    Q.  Okay.  And then were you ever deployed
9  again?
10    A.  I was deployed again.  So Afghanistan in
11  2012.  Yeah, 2012.
12    Q.  Is that one of reasons why you went to a
13  different base, was for deployment to a different --
14    A.  No.  It was just time for -- for PCS.
15    Q.  And as a -- what does that stand for
16  again?
17    A.  Permanent change of station.
18    Q.  Permanent change of station.  So they like
19  to move you about?
20    A.  Yeah.  It's military.
21        (Discussion off the record.)
22    Q.  So we've covered that.  And was there any
23  sort of other reason given for why the change of
24  base?
25        So the Army just doesn't tell you what's

## 15

1  going on?
2    A.  No, no.  Well, you change in order to
3  progress your career.  So I'm moving on to go and do
4  other things within my career.
5    Q.  Okay.
6    A.  Yeah.
7    Q.  Now, when did you get promoted to captain?
8    A.  March of 2010.  I'm sorry.  No.  It was
9  2011.  Sorry.
10    Q.  And is that when you assumed command of
11  the 6-8 Cavalry Squadron?
12    A.  No.  That was April.  About mid-April is
13  when I came and took the position.
14    Q.  Okay.  Do you know if that was made, like,
15  retroactive or something to an earlier date?
16    A.  So I came back from -- I mean, from, like,
17  R&R around March.  But then I came back, and I was
18  told to take the command of the rear detachment
19  around my block leave time frame.  So I'm pretty sure
20  it was around April.
21    Q.  Okay.  And how many people were under your
22  command at that point?
23    A.  Something around -- between 120, 140.
24    Q.  So was that an entire company, then, that
25  you had command of?

## 16

1    A.  It was -- so it's the rear detachment,
2  which is a combination of all the companies within
3  the squadron.
4    Q.  So I am very ignorant of the Army in terms
5  of all the command structures and such, so I
6  apologize if -- but I think it might be helpful for
7  me to understand since you're, I think, an expert on
8  this.
9        MR. BROOK:  Not an expert witness
10  literally, just for the record, to be clear.
11    Q.  (BY MR. BROOK)  But to help me understand
12  some of these basics of things because you were
13  fairly senior there.
14        So within the context of an Army company,
15  can you explain how -- sort of the responsibility of
16  managing soldiers is distributed?
17    A.  Okay.  So, I mean, you have a chain of
18  command.  So typically at the company level, you'll
19  have a captain, which is what I would be; and then
20  you'll have a first sergeant, which is an E-8, which
21  would be your senior enlisted advisor; and then, from
22  there, you would have platoon sergeants within that
23  company that manages all those other soldiers that's
24  within that company.
25    Q.  Okay.  And how many, you know, people

## 17

1  would there oftentimes be in a platoon typically, for
2  your experience?
3    A.  So, I mean, it just depends on what --
4  like, for an armor -- armor company, for myself, it
5  would be 16 per platoon, which is led by a platoon
6  leader and a platoon sergeant.
7    Q.  Does the platoon leader have a particular
8  rank usually?
9    A.  Lieutenant.
10    Q.  And am I right that when you come out of
11  sort of officer training and such, you're at the rank
12  of lieutenant?
13    A.  Uh-huh.  Yes.
14    Q.  Those are like little -- those are just
15  graduated or not super-experienced --
16    A.  Right.
17    Q.  -- officers, then?
18    A.  Right.
19    Q.  Okay.  And underneath them, there would be
20  15 or so people, including a sergeant who is
21  typically, I guess, a noncommissioned officer?
22    A.  Right.  Right.  You have an E-7.  And
23  within that platoon, though, you have multiple other
24  NCOs.  So you would have other tank commanders, so
25  you -- typically, the platoon sergeant's an E-7, and

Daniels, IV, Zonie

January 28, 2016

6 (Pages 18 to 21)

---

**18**

then you have two other tank commanders, which would typically be an E-6, and then a platoon leader. Those are your TCs typically.

Q. Okay.

A. And then from there you have gunners, who are typically all E-5s. So all those guys would be NCOs as well.

Q. Okay. And just to make sure it's clear not only for me but for the record -- so E-16 is a staff sergeant?

A. Right.

Q. And E-5 is a sergeant. Right?

A. Right.

Q. And then below that, it's corporal, private first class, second-class private, and then private? Is that right?

A. Yeah. And specialist as well. So corporal and then specialist kind of go hand in hand.

Q. Okay. And how does someone be a specialist or a corporal?

A. A corporal is -- it could be laterally done by a company commander if that specialist shows the ability to come in and CO.

Q. And so while they're a specialist, that's sort of evaluation period for figuring out whether --

---

**19**

A. No, not necessarily. So, I mean, it's just a E-4, and then that E-4 may just show that potential much better than another E-4, and then you could get laterally promoted by myself or the first sergeant to a corporal, and that's really it.

You know, it would just give them the stripes as an NCO.

Q. Okay.

A. And from that point, it would give him a little bit more leverage, like within -- like a platoon, if you might say --

Q. Okay. So a corporal --

A. -- with exceptions.

Q. -- is sort of higher than a specialist, but it's not really.

A. But it's not. They're the same rank. Yeah.

Q. Okay. Thank you. I really am learning a lot here.

So do the NCOs sort of function as a management in the context of an Army company?

A. Yes. I mean, they manage the soldiers, and then, at the same time, they also help train the soldiers and ensure that administrative tasks are completed. And they would execute guidance to us

---

**20**

given by a commissioned officer.

Q. Okay. And -- so there's multiple NCOs for each platoon with a number of, I guess, subordinates? What do you call the guys who are at the bottom? Is there an acronym for that?

A. Privates.

Q. Just privates. Okay.

A. No. Subordinates too.

Q. Okay. So because it's privates and specialists --

A. Right.

Q. -- that are in that group?

A. Right.

Q. Does every NCO have responsibility for every private in a platoon?

A. I mean -- so they don't have specific -- I guess you could say yes, but at the same time, it's -- every NCO is in charge of a certain amount of soldiers. And, you know, you have -- like that E-6 would be in charge of his crew, but because -- I mean, he's still a noncommissioned officer, so he's still in charge of ensuring the soldier is doing the right thing.

Q. Now, is it the case that there are -- a given private, are they, you know, sort of required

---

**21**

to follow the instructions of multiple different NCOs at one time, or is there someone who's sort of the primary for each outfit?

A. So every private will have a chain of command that they would follow. Obviously, if a noncommissioned officer was to say, "Hey, you're doing something wrong," they have to listen to you because you're a noncommissioned officer and he is a subordinate.

But that private does have a chain of command that he would talk to and follow instructions from that -- from that specific chain of command.

Q. So there wouldn't be a situation where there's two NCOs who are directly supervising a private --

A. No.

Q. -- as primary?

A. No.

Q. And if an NCO who is not the primary supervisor for a private observes infractions or insubordination by a private, is there a responsibility on the part of that NCO to report to it the primary NCO?

A. It's their job to be -- to report anything that privates or any other soldier is doing. They're

---

Daniels, IV, Zonie                                          January 28, 2016

7 (Pages 22 to 25)

---

**22**

1   noncommissioned officers, so they have to do that.

2       Q.  So if an NCO observes a private repeatedly

3   not showing up for duty, is that acceptable to not

4   report it?

5       A.  No.  You have -- they have to report it.

6       Q.  Okay.  Do they have any discretion not to

7   report that?

8       A.  No.  They have to report anything at a --

9   if there is something that a soldier is doing that is

10  wrong, immoral, unethical, anything like that, it's

11  their duty as a noncommissioned officer to ensure

12  that, one, either it's addressed or is reported to

13  that soldier's specific chain of command, and then

14  that soldier's chain of command would handle whatever

15  the situation is.

16      Q.  Would you consider a private not showing

17  up for duty to be a minor infraction?

18      A.  Not showing up for duty?

19      Q.  Yes.

20      A.  I guess it depends on how long they

21  disappear.  If they just happen to, like, oversleep

22  or something, yes, it's a minor infraction.  But if

23  they just outright don't show up...

24      Q.  So if it's a recurring problem, does

25  that -- can that be a minor infraction for someone to

---

**23**

1   repeatedly not show up for duty?

2       A.  No.  It then turns into potentially UCMJ

3   actions if it's reoccurring often.

4       Q.  Okay.

5       A.  The first few times, it may just be a

6   counseling or a negative counseling.  But if it's

7   continuously happening, it then turns into a UCMJ

8   action.

9       Q.  Now, is the fact that someone has already

10  been the subject of UCMJ action something that is

11  important for an NCO to consider when deciding

12  whether or not to, you know, consider an infraction

13  minor or insignificant?

14      A.  So, I mean, if it's a troubled soldier,

15  yes.  It then becomes an issue where -- where

16  the soldier is continuously still either

17  disrespecting orders from either commissioned

18  officers or noncommissioned officers.  So then it

19  does become -- it gets taken up to a higher level as

20  far as punishment, you might say.

21      Q.  Right.  And if someone has had that prior

22  history and then an NCO doesn't report that

23  infraction that subsequently occurs, is that going to

24  be a problem for the commanding officer to be able to

25  decide what to do with someone who's been a troubled

---

**24**

1   soldier?

2       A.  I mean, a lot of that is subjective.  So

3   it's all situation dependent.

4       So you're saying if an NCO doesn't report

5   something that somebody else does, is that a problem?

6       Q.  Yes.

7       A.  Yes.  I mean, of course it's a problem.

8   Because that person is a noncommissioned officer, it

9   has to be reported, or they have to abide by the

10  noncommissioned officer's creed.

11      Q.  Okay.  And just, again, so I'm clear, if

12  an NCO determines that it's a minor infraction, that

13  someone just overslept and missed showing up for

14  formation, is that something that they can decide not

15  to report?

16      A.  I mean, that's up to them because that's

17  their chain of command.  So it doesn't have to go all

18  the way up to the CO.  You know, it could be

19  something that -- they have a noncommissioned officer

20  and a soldier.  The soldier doesn't show up to PT or

21  something like that, and then it could be something

22  that he takes care of at his level.

23      Q.  Okay.  So -- and then -- so a sergeant who

24  sees a private who doesn't show up for PT, that

25  sergeant could decide to deal with it at his level

---

**25**

1   rather than reporting it is what you're saying?

2       A.  Right.  Right.

3       Q.  Okay.  So I'm trying to understand, when

4   is it something that has to be actually reported up

5   the chain of command?

6       A.  If it continuously happens.

7       Q.  Now, is there any sort of specific rule,

8   or is that just a judgment call as to whether

9   continuous or repeated problems are something that

10  has to be reported?

11      A.  I mean, you kind of build a packet on a

12  soldier.  So you build a packet, and once you build

13  that packet, if there's a certain amount of

14  infractions, you just -- you have to kind of come to

15  a point where you're like, "All right.  Does this

16  soldier" -- "is this soldier understanding these

17  counselings I'm giving him?"  If he's not getting

18  these counselings or understand these counselings,

19  you then have to escalate it to where the soldier

20  receives UCMJ action.

21      Q.  So is there a requirement, though, like,

22  there's a certain number, like five times or ten

23  times, when sergeants are instructed that they have

24  to report it further up the chain of command?

25      A.  No.  I mean, there's no number.  That's

---

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Daniels, IV, Zonie

January 28, 2016

8 (Pages 26 to 29)

---

**26**

all discretionary at the level of the chain of command.

Q. Okay. Now, what about, as far as the UCMJ goes, if a sergeant knows that there's a pattern of misconduct by a private but they intentionally do not report because they want to protect the private from the consequences that they know will be dealt to the person? Is that a problem?

A. Yes. That's a problem for -- for the -- definitely for a noncommissioned officer.

Q. Is that a violation of the UCMJ?

A. Yes.

Q. Do you know what part of the UCMJ?

A. I'm not sure exactly the article or nothing, but I would have to, like, actually look into it as far as what article that would be.

Q. Would it surprise you if that was not a violation of the UCMJ?

A. Yes. But at the same time, there's many ways you can kind of look into it as far as what UCMJ actions could be taken.

Q. What is the NCO's creed?

A. Well, I don't know it, but it's something that the NCOs specifically know, and they live by that.

---

**27**

Q. Okay. Is this written down somewhere that --

A. Yes.

Q. -- you can look it up?

Okay. What is the headquarters platoon?

A. So headquarters platoon is typically the platoon -- so within a company, you have headquarters, you've got first platoon, second platoon, third platoon, like that. Headquarters is typically the guy that's like -- commo guy, training room guy, typically the first armor commander, a few of the -- the supply, the MOSs that aren't like the combat arms guys.

Q. Okay. So that would not include you as a captain?

A. I'm in the headquarters.

Q. Okay.

A. But I am combat arms, but I am -- I'm part of the headquarters because I'm in the headquarters of my company.

Q. So is everyone at --

A. It's hard to explain.

Q. Is everyone in the headquarters platoon then reporting to you?

A. No, no. So they also have a platoon

---

**28**

sergeant within the headquarters platoon.

Q. How many platoon sergeants are there?

A. Four. So you have the headquarters, first, second, third.

Q. And is it common practice to have a private that's assigned to the headquarters platoon?

A. Yes.

Q. Okay. How many?

A. It all depends on -- on the unit. So, I mean, typically you'll have a supply clerk, you'll have drivers. Like, the first arms driver, my driver, or the CO driver, commo rep. It varies from unit to --

Q. Is being a private in the headquarters platoon an important job?

A. I would say yes.

Q. Is it important to maintain, I guess, rule and order among the people in the headquarters platoon?

A. Yes.

Q. So if someone is displaying a pattern of not showing up for duty in the headquarters platoon and they're a private in that platoon, is that a problem for the platoon?

A. I'm sorry. State it again.

---

**29**

MR. BROOK: Go off the record for a second.

(Discussion off the record.)

Q. (BY MR. BROOK) I think I may have asked the wrong question, then.

Within just the headquarters platoon, how many sergeants are there?

A. Man. Now, are you talking specifically like at Fort Stewart where I was or just in general?

Q. I'm talking about -- let's go to specifics.

Based on what you said, you were in the headquarters platoon for the 6-8 Cavalry at Fort Stewart. Correct?

A. No -- well -- so at Fort Stewart, I was the rear detachment commander, so --

Q. So there's multiple --

A. So that's a little different, and that's a whole different setup. Like a company versus rear detachment, everything is totally different.

Q. Okay. So for each company, what was the rank of the person who was in -- commander for the company at Fort Stewart?

A. At -- at 6-8 in the rear detachment or in general?

---

Daniels, IV, Zonie

January 28, 2016

9 (Pages 30 to 33)

## 30

Q. At the 6-8 in rear detachment.

A. Okay. So typically, I think it was -- it was normally a staff sergeant because, of course, commanders and everything is forward in Iraq. So it was -- it was a -- whatever staff sergeant was left behind by that company was what was in the position.

Q. Okay. So the staff sergeant for each company then was under the UCMJ, the commander. Is that right?

A. See, it's hard -- it's different for a rear detachment. So they're not the commander, but they -- they're in charge of the soldiers in that formation. That's I guess how I can say it is, they're in charge of those -- they're the NCYCs of that company's set of soldiers.

Q. Okay. So for each of those sets of soldiers, is that the person who needs to make any decision about whether an infraction gets reported or not?

A. Yes. Yes.

Q. Can anyone subordinate to that soldier make that decision about whether it gets reported or not?

A. If there is another NCO within that unit, yes, they could.

## 31

Q. Can anyone subordinate to an NCO make a decision about whether to report an infraction or not?

A. If they have somebody that is below them, yes, they could report that.

I mean, in all actuality, if a soldier is seeing something that is not right, is not ethical, is not -- it's not moral, they could report that.

Q. Okay. When do they have to report that?

A. When they're -- it's all kind of like -- it's all subjective. So if a soldier sees something that is wrong, he could report it.

Q. Now, again, I'm using a somewhat loaded hypothetical here, but if a soldier -- one private hears another private talking about killing civilians, is that something that that soldier can decide not to report?

A. I mean, it would be in his duty to report, and any human being would probably want to report that. I mean, honestly.

Q. Can you think of any reason why a soldier would not report that and that would be okay?

A. I don't see why a soldier would not report that.

Q. What if someone overheard someone talking

## 32

about killing the President of the United States even in a joking manner?

A. I mean, it would in their -- in their duty as a soldier of the United States to report that.

Q. And is the same true for harming anyone else in the United States military?

A. Right.

Q. Is there any sort of difference between threatening to kill a civilian and threatening to kill a fellow soldier in terms of the soldier's duties to report that up the chain?

A. No. I mean, if somebody is threatening to kill anybody, you report it.

Q. And what if someone was actually not just threatened to kill but has agreed to kill someone else and even bought a gun to do that? Is that something that that soldier, I guess -- would that soldier be violating the UCMJ by going through those measures and going that far as to buy a gun to kill someone?

MS. JOHNSON: I'm going to object as to form.

If you understand, you can answer.

MR. BROOK: I don't even understand what I said there. I'm going to

## 33

withdraw the question and restate it.

Q. (BY MR. BROOK) Let's suppose a soldier has agreed to kill someone with another soldier who is a civilian. Is that something that is a violation of the UCMJ?

A. I would have to look at the articles, but, I mean, I'm sure it would be.

Q. Okay. Is that something where, if -- if one of the soldiers under your command had agreed with another soldier under your command to kill someone and had taken steps towards doing that, is that something where they would be referred for UCMJ action?

A. I mean, an investigation would have to be put in place. I mean, those are the -- I can't specifically -- like, on something on that level, I can't just go, "Hey, I'm giving UCMJ action." There would have to be some form of an investigation --

Q. Right.

A. -- that would have to come -- that would have to take place, and then the findings of that investigation would then cause the -- whatever the UCMJ action is or administrative action would be.

Q. Okay. I just want to step back now. I got a little sidetracked from trying to first

Daniels, IV, Zonie                                    January 28, 2016

10 (Pages 34 to 37)

---

### 34

1   understand the chain of command a little bit.
2          Is the term "first line superior" a term
3   that's used in --
4          **A. So first line is typically like the first**
5   **person that soldier goes to.**
6          Q. Okay. And for the typical private -- I
7   mean, is that something where they're told, "This
8   person is your first line superior"?
9          **A. Right.**
10         Q. Okay. And I'm trying to understand if --
11  is there a record of who's first line supervisor
12  that's kept by the headquarters group?
13         **A. I mean, we have a -- we would have a --**
14  **kind of a chain of command hierarchy, but that would**
15  **be really at the platoon level or that section's**
16  **level to -- to determine what their chain of**
17  **command's going to be.**
18         Q. So it's not something where -- that you
19  can think of there is a document somewhere that would
20  say, "Back in 2011, what was the chain of command
21  for, you know, the headquarters platoon for the 6-8
22  Cavalry, one of the companies"?
23         **A. Right. I don't think I'd be able to tell**
24  **you exactly what soldier reported to what person and**
25  **all that stuff. Yeah.**

---

### 35

1          Q. In your experience, speaking generally,
2   not just at Fort Stewart, did the company NCOs
3   consult each other or discuss soldier's disciplinary
4   problems and how to address them, or do they resolve
5   such problems on their own?
6          **A. I would say probably yes. I mean, they --**
7   **I don't see why they wouldn't. I mean, in -- I guess**
8   **in the way soldiers -- or NCOs may look to another**
9   **NCO to gain an understanding of how they should**
10  **handle a situation maybe, especially if it's a new**
11  **NCO. If it's a young NCO that's having an issue, he**
12  **may go to a senior NCO and say, "Hey, I'm having this**
13  **issue with somebody. What should I do?"**
14         Q. Is there training that's given to NCOs
15  about how the deal with troubled soldiers under their
16  command?
17         **A. I mean, they all go to -- a lot of it's**
18  **really just learning experiences, quite honestly.**
19  **They do go to their own NCO schooling, like AOC.**
20         Q. Do you know how long that lasts?
21         **A. I don't know exactly how long it actually**
22  **is. I'm not sure exactly how long it is.**
23         Q. Okay. Is it a matter of weeks or months
24  or --
25         **A. I think it depends on the echelon. So for**

---

### 36

1   like E-4, E-5, it's like, I think, four weeks, if I
2   can remember right. And then, as you go higher, it
3   gets a little longer.
4          Q. So I just want to ask you a few questions
5   about some different names of people from Fort
6   Stewart to see who you know and -- like that, because
7   I don't want to ask you a whole bunch of questions
8   about people you have no idea who they are.
9          I had a list on that.
10             MR. BROOK: Thank you.
11         Q. (BY MR. BROOK) Let's start with
12  Lieutenant Colonel Hadley.
13         **A. He was the battalion commander -- or**
14  **squadron commander when I left.**
15         Q. So did he take over for you then? Is that
16  how it worked?
17         **A. No. So he's the actual squadron**
18  **commander. So's an 0-5. So I'm an 0-3, but he's an**
19  **0-5. So he was the actual squadron commander, and he**
20  **was forward -- actually, I'm sorry. No. He took**
21  **over after.**
22             **So he took over after -- he took over the**
23  **squadron I think in 2000- -- late 2011, something**
24  **like that. It might have been October of 2011.**
25  **Something like that.**

---

### 37

1          Q. And were you still in your same position
2   at that point?
3          **A. At that point I was the -- I was in the**
4   **S-3 shop. Just an assistant S-3.**
5          Q. So what does that mean, S-3?
6          **A. Just operations.**
7          Q. Okay. So stepping back. So at some point
8   you did assume command of the 6-8 Cavalry squadron in
9   April 2011. Is that right, just to go back?
10         **A. Yes, as the -- as a rear detachment**
11  **commander.**
12         Q. And then when did you change position from
13  that to something else?
14         **A. Around July. July I went -- kind of went**
15  **to the S-3 shop.**
16         Q. Went to the S-3 shop?
17         **A. Yes.**
18         Q. That's still at Fort Stewart. Right?
19         **A. Yes, it's still at Fort Stewart. It's all**
20  **within the same unit.**
21         Q. Okay. And how many people are in the S-3
22  shop?
23         **A. I really couldn't tell you how much -- how**
24  **much it was there. Probably anywhere between 10 and**
25  **20 guys.**

---

Daniels, IV, Zonie

January 28, 2016

11 (Pages 38 to 41)

---

**38**

Q. At that point did you retain any command over the people who were in the cavalry squadron rear detachment?

A. No, no.

Q. Who took over after you for the rear detachment?

A. So what happens after -- there was no more rear detachment after everybody comes back. So the rear detachment -- if you don't mind me going into what the rear detachment is for.

Q. Yeah. Why don't we start with that?

A. So the rear detachment is typically made for a unit that's deploying forward to, like, Iraq, Afghanistan, whatever, wherever it is that they're going, but they -- it's made specifically because these specific soldiers stay back and don't go into deployment.

So somebody has to be in charge of all those soldiers. So that's why a rear detachment is made, and then a rear detachment OIC or commander is put into the position.

Q. Okay. So what happened in July then? Was -- everyone came back?

A. Yeah. Everybody came back in July. So then there was like -- Rear D was no more.

---

**39**

Q. I guess that was the part I was missing, that everyone came back.

A. Yeah.

Q. Okay. So at that point, then -- so you stopped having the same supervisory responsibilities over those 140 or so soldiers in July of 2011?

A. Right.

Q. Okay. Who took over for you in terms of supervising those people?

A. So they all went back to their companies.

Q. Okay. Okay. So I think I now understand. So the rear detachment portion, they have their companies that included people here and fighting abroad, but when they remained here, they were sort of an ad hoc company of sorts underneath your command. Is that right?

A. Right. Yeah. It's just all the companies leave a certain amount of soldiers back. So every soldier that they leave back comes to the Rear D, and then they're kind of left in their little company formations, but they're back here versus being forward.

Q. Because, otherwise, they would be in the awkward position of being under the command of someone who wasn't even in the country, right, if

---

**40**

they were just still being supervised by their company commander?

A. Right.

Q. I think I finally get it now, the situation.

So would you communicate with the company commanders about soldiers that were in the Rear D?

A. I would communicate with either their company commanders or the -- the squadron XO or the squadron commander. So those are the main people that I would talk to if -- if I was having an issue or if I needed to talk to somebody about specific issues with a soldier or something, that's who I would talk to.

Q. So the squadron XO and the squadron leader, those were people who were deployed?

A. Right. Yeah. They'd be deployed.

Q. Okay. So now I got to go through some more of these names.

Isaac Aguigui?

A. Right. So he was in the S-2 shop when I was there.

Q. And what does the S-2 shop do?

A. The military intelligence section.

Q. Is a security clearance required to work

---

**41**

in that?

A. Yes.

Q. What level?

A. I'm not sure exactly if it has to be TS, but it's secret. At least a secret, from my understanding.

Q. And TS stands for top secret. Right?

A. Yeah. Right.

Q. Again, just for the transcript. That one I actually knew.

Anthony Peden?

A. He worked in the S-3 shop.

Q. And did he work there while you were working there too?

A. He was already there when I got there. So yes.

Q. What were his responsibilities?

A. He was kind of just like an ops NCO pretty much.

Q. What is an NTO?

A. NCO, operations NCO.

Q. Okay. Operations NCO?

A. Right. And just kind of try to help facilitate information that comes from brigade or whatever.

---

Daniels, IV, Zonie

January 28, 2016

12 (Pages 42 to 45)

---

**42**

Q. Did he have any training responsibilities?

A. No, not really, because we weren't training in the Rear D.

Q. Did he have any reason to be shooting a weapon in his position?

A. Then, no. I mean, I think he's an infantryman. I'm not sure if he was an infantryman or a 19 delta. But he -- in the Rear D -- I guess -- are you asking me what -- like, before or, like, while I was there?

Q. I'm asking, you know, while he was there with you in 2011.

A. Right. Absolutely. He had no reason to have a weapon. But, I mean, every soldier is -- you're allowed to have a weapon if you so choose to have one, as long as it's registered.

Q. And where does the weapon get registered?

A. Depends on the state. And, typically -- it's in Georgia, so you have to register your weapon.

Q. So registered with the state?

A. Right.

Q. Does the weapon have to be registered with the base?

A. If he lives on post.

Q. Okay. And if you're off post, there is no

---

**43**

requirement to --

A. Right.

Q. -- register?

Now, if someone wants to bring it on with a conceal and carry permit from off base, is that something where they have to let the base know that they're bringing a weapon onto the base?

A. You can't bring a weapon on post unless it's registered on post.

Q. Are there ever, you know, inspections to try to figure out whether there's unregistered weapons on base?

A. Yeah. They'll do that at the gate. They'll do, like, random inspections to see if people have stuff.

Q. Now, when people are coming in the gate, is everyone who's in the car required to sign in or just one person for, say, a car of four people?

A. Typically, if they're all soldiers, they show their ID. But if it's somebody that's not a soldier, they would either have to go to the visitor center to get kind of been through, and they'll be able to come on post.

Q. Is there any reason why if a minor, say, was coming in onto base, that that person would not

---

**44**

have their name recorded?

A. So they don't record people's names as they come on post. They -- you know, as long as they're with somebody that is allowed to come on post, they're typically allowed on post.

Q. Okay. Next name, Michael Burnett?

A. Uh-huh.

Q. Do you know that name?

A. I do know the name. He -- I'm trying to remember where he worked. I think he worked in the S-6 shop, I believe, which is the communications shop.

Q. S-6 is communications?

A. Right.

Q. How about Christopher Salmon?

A. When I got there, he worked in the S-1 shop, which is the administrative shop. Or personnel shop.

Q. So what do they do?

A. Just personnel actions is the -- basically all the -- ensuring that documents are -- are completed properly, and it's the administrative portion of the Army, I guess you could say, yeah.

Q. So they're the ones -- do they keep track of each soldier's personnel file?

---

**45**

A. Yes.

Q. Do you know if Chris Salmon had access to those files to be able to, you know, say, remove a document if he wanted to?

A. I'm trying to remember if he did. He worked in the S-1 shop. I just don't -- I'm not exactly sure if he had access to all that stuff.

Q. Okay. Are there security provisions in place to try to protect the information in the S-1 group?

A. Yes. Yes.

Q. Are there soldiers whose job it is to secure that information, or no?

A. Well, I mean, it -- so if they're in S-1 shop, yes, they have the -- what am I trying to say? They have to secure the documents. You can't just let people, you know, pass the desk and stuff like that.

Q. How about the name Heather Salmon? Do you know that one?

A. Well, I'm assuming that's his -- his wife, but, no, I didn't know her.

Q. Okay. Have you heard of her since you were there?

A. I think I heard her name, but I never met

---

Daniels, IV, Zonie

January 28, 2016

13 (Pages 46 to 49)

---

46

1   her or nothing.
2       Q.  Christopher Jenderseck?
3       A.  I believe he's a medic, but I do remember
4   him, yeah.  He was in the -- I think he was deployed
5   with us.  I'm not sure if he was deployed with us or
6   not, but I believe he was.
7       Q.  Okay.  How about Adam Dearman?
8       A.  Dearman, I don't know that one.
9       Q.  Anthony Garner?
10      A.  I don't know that one.
11      Q.  Timothy Joiner?
12      A.  I don't think I know that one, no.
13      Q.  Richard Teegardin?
14      A.  No.
15      Q.  Stephen Payne?
16      A.  No.
17      Q.  Erica Romeo or Romeo [pronouncing]?
18      A.  I remember a Romeo, but I don't know if
19  that's the one.  Is that a female?
20      Q.  Female.
21      A.  Yes.  I don't know -- I don't know a
22  female Romeo.
23      Q.  It was Specialist Romeo, I think.
24      A.  Yeah.  I don't know.
25      Q.  Michael Schaefer?

---

47

1       A.  Schaefer, Schaefer, Schaefer.  I think I
2   kind of remember Schaefer.
3       Q.  I think he went AWOL during --
4       A.  Was he E-5?
5       Q.  I don't know if that's the case, but does
6   the name Michael Schaefer, who went AWOL --
7       A.  Well, Schaefer sounds familiar, but I'm
8   not sure if that's him.
9       Q.  I'm trying my best, but we both need to
10  try not to talk over each other.  We both need to be
11  conscious of that.
12          Okay.  John Dodds.
13      A.  No.
14      Q.  Scott Zipp?
15      A.  Zipp, yes.  I know him.
16      Q.  And who was Zipp?
17      A.  Man, what was he?  He was the -- I think
18  he was the CBRNE NCO.  Yeah.  He was our CBRNE NCO in
19  the headquarters.
20      Q.  And what did he do in headquarters?
21      A.  He was a -- oh, so he's a NBC guy.  So
22  nuclear, biological, chemical.  Now it's called
23  CBRNE, which is a little different.
24      Q.  So is he someone where -- you know, did
25  you ever -- did you interact with Zipp on a frequent

---

48

1   basis because he was in headquarters?
2       A.  A little bit.  Actually, we enlisted him.
3   But yeah.  Not a whole lot, but I did interact with
4   him.
5       Q.  Would you be able to recognize him if you
6   saw him?
7       A.  Oh, yes.
8       Q.  Okay.  In that case I will take a slight
9   detour, and I'm going to show you a video that's been
10  marked as Exhibit 3 previously.  I want to ask you if
11  you can identify the people who are in this.
12          MR. BROOK:  If it's okay with
13  opposing counsel, I'm only going to play the
14  first couple of minutes, not the second half.  Is
15  that okay?
16          MS. JOHNSON:  Let me think about
17  the video for a minute.
18          MR. BROOK:  Okay.  I'll let you
19  know when I'm planning to stop, and you can tell
20  me.
21          MS. JOHNSON:  Yeah.
22          (Playing video.)
23          MR. BROOK:  Now we've played the
24  first 2 minutes and 20 seconds of what was marked
25  as Exhibit 3.

---

49

1       Q.  (BY MR. BROOK)  Were you able to recognize
2   the people who were in the video?
3       A.  I don't know who the driver was, but, I
4   mean, the other one was definitely Zipp.
5       Q.  Okay.
6       A.  At least from that side profile, it looks
7   just like him.
8       Q.  And did it sound like him?
9       A.  I can't really remember the voice
10  specifically, but I think it sounded like him, yeah.
11      Q.  And I think in the video he did refer to
12  him as Zipp a few times as well?
13      A.  Yeah.
14      Q.  Do you know a Sergeant First Class
15  Lapsley?
16      A.  I don't even know who that is.
17      Q.  Do you think that may have been a made-up
18  name?
19      A.  I'm not sure.
20      Q.  It's not a name you've ever heard before?
21      A.  No.
22      Q.  Had you ever seen that video before?
23      A.  No, I haven't seen that before.
24      Q.  Did you have any involvement in an
25  investigation into whether Sergeant Zipp had

---

Daniels, IV, Zonie

January 28, 2016

14 (Pages 50 to 53)

---

**50**

committed a misconduct with respect to supervising Private Aguigui?

A. I don't believe so. I don't remember. No, I don't think so.

Q. Okay. So just going back to the name Isaac Aguigui, I'm guessing that, you know, since you didn't recognize him in that video, that you did not have much one-on-one interaction with him?

A. Well, I'm not going to say I didn't have a lot of interaction with him, but I just didn't recognize him in that one, no.

Q. Okay. So it's not someone where you would recognize him just by his voice?

A. Right. Right. I'd recognize his face, but I don't think I'd recognize his voice too much.

Q. Right. And where the camera was on that, you couldn't see the driver?

A. Right.

Q. So next on the list is Nathan or Nate McNew?

A. McNew. I don't know that one.

Q. Jeffrey Roberts?

A. No.

Q. Michael Adkins?

A. I don't think so.

---

**51**

Q. Vincent Rolstand?

A. I don't know him.

Q. Geraldo Villarreal?

A. No.

Q. David Rosario?

A. Rosario sounds familiar.

Q. I believe he was private first class or may have been a specialist.

A. Yeah. The Rosario sounds familiar, but I can't remember exactly what -- I know he was low enlisted, but I'm not exactly sure what the rank was.

Q. Okay. And does anything about the name or person sound familiar? Like, what do you remember about him?

A. I don't remember anything derogatory about him for that way.

Q. Anything positive?

A. He was kind of just like he showed up and did his job, and that was it. So nothing like stands out to me as far as for Rosario.

Q. Okay. And for his position, that's a good thing. Right?

A. Right.

Q. Richard Castleton? I believe he was a sergeant.

---

**52**

A. I might know Castleton. If he was an E-5, I think -- I think he was like the S-2 NCYC, if that was him. I think.

Q. So then he would have been the first line supervisor for Private Aguigui in S-2?

A. If that's the one I'm thinking about, yes, he would be one of his NCOs.

Q. Okay. How about Nicole Castleton, Specialist Castleton?

A. Is that his wife? No. I don't really know his wife, so yeah.

Q. James Davis?

A. James Davis.

Q. I believe PFC.

A. No.

Q. How about PFC Kelly Davis?

A. No.

Q. Anthony Almaguer?

A. No.

Q. Specialist Alex Holland?

A. Alex Holland. I don't think so.

Q. Specialist Pierre Robertson?

A. Nope.

Q. Private Edwin Mendez?

A. I don't think so. But, I mean, like --

---

**53**

there's Mendezes -- I think I've known Mendezes, so I don't know.

Q. What would -- this is just definitional. If someone referred to the entire S-2 section of HHC 6-8 CAV, what does that refer to?

A. The entire section of S-2? It would be the S- -- it lists everybody that works within the S-2 shop if somebody's referring to the entire S-2 shop.

Q. Okay. So is that a platoon, or what is that --

A. It's a section, so --

Q. How many people is that, approximately?

A. I really don't -- I actually don't know how many personnel would be within the S-2 shop. I know like the specific -- like the -- I guess the -- the main people that would be there would be a captain and -- E-7 or E-8 or something. Actually -- excuse me. E-7, N-2 IC, and then -- and a few other NCOs, but the specifics on what exactly the numbers would be, I'm not sure.

Q. Is it more than ten?

A. Probably around ten, I would think.

Q. And does that include -- that's including NCOs and --

A. And soldiers, yeah.

---

Daniels, IV, Zonie                    January 28, 2016

---

54

1    Q.  Now, is that something that there would be
2  records on, what section people were assigned to at a
3  given point in time?
4      A.  For the rear detachment?
5      Q.  Yes.
6      A.  Okay.  For the rear detachment.  It may
7  be.  I'm not exactly sure, but it might be.  It would
8  be like call rosters, stuff like that.  That's the
9  only thing I could think of specifically.
10     Q.  Okay.  And, otherwise, you're just relying
11  on people's memories.  Is that right?
12     A.  Yeah.  Pretty much.
13     Q.  Okay.  Because it's not like rank and
14  grade where it's something that shows up everywhere?
15     A.  No.
16     Q.  A few other names that maybe you know.
17         Nicholas Arranyos?
18     A.  I can't -- I'm not sure.  I don't think
19  so, though.
20     Q.  Stephen Lloyd?
21     A.  Lloyd, Lloyd, Lloyd.  Specialist or --
22  does it say PFC?  I'm not sure, but Lloyd sounds
23  familiar.  So -- I've known a few Lloyds within the
24  6-8.  So I'm not sure --
25     Q.  What is the guy you're thinking of look

---

55

1  like?
2      A.  Black dude, taller than me.  That's the
3  only thing I can really --
4      Q.  Does about 6-foot sound right?
5      A.  Maybe.  I'm not sure exactly, but he was
6  taller than me.
7      Q.  I think that's the guy.  What do you
8  remember about him?
9      A.  Not a whole lot.  He was -- I think he was
10  on his way out of the Army when -- when I got there.
11     Q.  Do you know why?
12     A.  No.  I'm not sure.  Not that I can
13  remember.
14     Q.  Glen Hall?
15     A.  Glen Hall.  Oh, yeah, I remember that.
16     Q.  Who was he?
17     A.  He was -- I believe he came back early
18  from the deployment.  He was in the Rear D, one of
19  the soldiers.  I think he was a -- he was a fueler in
20  the deployment, but I think he came back early as
21  well.
22     Q.  So what does a fueler do?
23     A.  Fuel vehicles.
24     Q.  Exactly as it sounds.
25         Why would someone come back early from

---

56

1  deployment?
2      A.  Multiple reasons.  Personal issues,
3  injuries.  They're about to get out of the Army as an
4  ETS, stuff like that.
5      Q.  Do you recall the reason why Glen Hall
6  came back early from deployment?
7      A.  I don't remember, no.
8      Q.  Is disciplinary problems while deployed a
9  reason to have them come back from deployment early?
10     A.  Yes.  So if that person is about to get
11  chaptered, yeah, that could be a reason.
12     Q.  What do you mean by "chaptered"?
13     A.  Like administrative leave, remove them
14  from the Army.
15     Q.  Does "chaptered" ever mean anything less
16  than being removed from the Army?
17     A.  Anything less?
18     Q.  Like a less significant, nonjudicial
19  punishment.  Would that be something that someone
20  might refer to as being chaptered?
21     A.  Well, I mean, you could get chaptered in
22  multiple different ways.  There's -- you could be
23  through UCMJ, or it could be through the med board
24  process, or it could be administrative leave remove
25  them or, again, chaptered.  Those are, like, the main

---

57

1  things.
2      Q.  Okay.  Is being chaptered always
3  involuntary, or does that include voluntary sort of
4  discharges as well?
5      A.  Yes.  It's both.
6      Q.  Last name -- it's -- I think just a last
7  name is all I have, is a Watson-Smokes?
8      A.  So that Watson-Smokes sounds familiar, but
9  I don't remember anything about that person.
10     Q.  It's an unusual name.  Correct?
11     A.  Exactly.  So I remember hearing that, but
12  I just don't know anything about that person.
13     Q.  Okay.  Could he have been someone who was
14  under your command?
15     A.  Potentially.  I'm not sure, though.
16     Q.  Now I want to just talk a little bit more
17  about supervision of soldiers.  We talked a little
18  bit about reporting and such.
19         If you learned that a soldier was planning
20  to become an active shooter at Fort Stewart, what
21  would you do about that?
22     A.  So, I mean, that -- that -- I would
23  probably call CID or the MPs, one of the two.  Yeah.
24  More than likely, either CID or the MPs, one of the
25  two I would be calling.

---

Daniels, IV, Zonie

January 28, 2016

16 (Pages 58 to 61)

---

**58**

1  Q. Okay. Is this something that, you know,
2  you receive training on as to what to do if a soldier
3  is presenting a danger to himself and other soldiers
4  like that?
5  A. So, I mean, I don't think that we've,
6  like, really received formal training on that. It's
7  more of as -- as things have happened in the Army,
8  we've started a -- kind of learned the process of
9  what we need to do in order -- for certain things.
10  Q. Is this something that in 2011 you were
11  aware of what to do?
12  A. I guess, yes. I mean, if I knew something
13  like that was happening, I would call the MPs or CID.
14  Q. And if soldiers -- you know, any other
15  soldier in the Army is aware of that, is that
16  something where they should also be calling the MPs
17  or CID?
18  A. I mean, they could do -- they could that,
19  or they can go straight to their chain of command.
20  Q. So it's one or the other?
21  A. Yes. And from there, it would be their
22  chain of command, like me calling CID, MPs.
23  Q. Okay. So if a soldier hears another
24  soldier say, "I've mapped out the sewer system at
25  Fort Stewart on how to get away from when I become an

---

**59**

1  active shooter there," is that something that that
2  soldier has a duty to report, or can they just ignore
3  it and see what happens?
4  A. No. I mean, they have a duty to report
5  stuff like that.
6  Q. And do you know where that duty comes
7  from?
8  A. Just being a soldier. I mean, those are
9  things you can take oath under.
10  Q. Okay. So the oath to protect and defend
11  the Constitution --
12  A. Right.
13  Q. -- that plays a part in reporting
14  something of that nature?
15  A. Right.
16  Q. Would a soldier who fails to report
17  something like that potentially be in trouble for not
18  doing so if someone ended up getting hurt later?
19  A. I really don't know on that one. I can't
20  specifically answer. I'm not sure.
21  Q. Okay. So you think there's a duty, but
22  it's not necessarily something that's punishable if
23  you don't follow through. Is that right?
24  A. I don't know. I can't really quite give
25  you an answer on that because I'm not -- I would have

---

**60**

1  to -- I really don't know on that one.
2  Q. Okay. That's fine. It's not a test.
3  Who would you go to find out whether
4  you're under a duty to report something like that or
5  to find out whether you're under -- whether someone
6  could be punished for failing to follow through on
7  that duty?
8  A. Well, I would go to legal advisors.
9  Q. So that's a question of interpreting the
10  UCMJ?
11  A. Right. Right.
12  Q. So I'm going to ask you now about Chris
13  Salmon a little bit more. Do you recall that he had
14  a disciplinary issue while you were in command?
15  A. Yes. Once.
16  Q. What was that issue?
17  A. He was basically -- he -- because when I
18  came to become the rear detachment commander, at some
19  point he -- he put in a voucher, a travel voucher
20  saying that he was deployed, but he never deployed.
21  So, yeah, I gave him some disciplinary action for
22  that.
23  I don't remember exactly what, but --
24  I think it was Article 15. But I don't remember
25  exactly what, though, but I do remember him doing

---

**61**

1  that, and he was punished because of it.
2  Q. Do you remember what his punishment was?
3  A. I don't remember exactly, no.
4  Q. Was he being chaptered out of the Army?
5  A. I don't remember on that one, because I
6  know he -- afterwards he started the chapter process.
7  So that was at that point after the rear detachment
8  was done.
9  Q. So after July 2005 --
10  A. Right. After July he started going
11  through the chaptered process, yeah.
12  Q. Try to wait for me to finish the question.
13  A. Okay.
14  Q. Just want to try to make her life easier
15  and this transcript clear.
16  So after July 2011 he began the chaptering
17  out process is your understanding?
18  A. Yes.
19  Q. Okay. And how did you come to have that
20  understanding?
21  A. Because I was still in the unit, so I
22  would just see what -- kind of what's happening.
23  Q. How long does that process typically take?
24  A. It depends on -- really, it depends on a
25  whole lot of things. For UCMJ actions or

---

Daniels, IV, Zonie

January 28, 2016

17 (Pages 62 to 65)

---

**62**

¹ administrative chapters, there's a lot of factors
² that goes into it.
³    Q.  And do you know the reasons why he was
⁴ being chaptered out?
⁵    A.  I don't remember.  And I'm thinking maybe
⁶ part of it was -- was that -- the whole travel
⁷ voucher thing.
⁸    Q.  Do you know if the travel voucher incident
⁹ was reported to CID?
¹⁰    A.  I don't remember.  No, I don't remember.
¹¹    Q.  When is sort of the decision?  Or how do
¹² you decide whether to report something to CID or to
¹³ just handle it internally?
¹⁴    A.  So it depends.  If it's -- let's say
¹⁵ something that is SHARP related, sexual harassment,
¹⁶ stuff like that, that I immediately take that to CID.
¹⁷ And, of course, if it's a crime, that's something I
¹⁸ would report to CID or MPs.
¹⁹    Q.  Did you consider what Private Salmon did
²⁰ to be a crime?
²¹    A.  It's all kind of subjective.  So, like, on
²² this specific one, I don't remember if I actually
²³ reported it to the MPs or CID or not, but I think for
²⁴ this one we actually just began the Article 15
²⁵ process for him, gave him his UCMJ actions for what

---

**63**

¹ he did.
²    Q.  Now, who would be able to say what the
³ reasons were for him then being chaptered out after
⁴ July 2011?
⁵    A.  Whoever his -- the -- well, his commander
⁶ at that time.  So I don't remember what -- I think he
⁷ went to HHC, but I don't remember exactly what
⁸ company he went -- he went back to.
⁹    Q.  What does HHC stand for?
¹⁰    A.  Headquarters and headquarters troop.
¹¹ Excuse me.  So it's HHT.
¹²    Q.  HHT.
¹³    A.  Yeah.
¹⁴    Q.  So that's headquarters and headquarters
¹⁵ troop?
¹⁶    A.  Right.
¹⁷    Q.  What does HHC stand for?
¹⁸    A.  Company.  The C is the company.  Since we
¹⁹ were in a squadron, everything is troop versus
²⁰ company.
²¹    Q.  So if someone said "HHC," they would have
²² been saying the wrong thing?
²³    A.  Well, I mean, they would probably just say
²⁴ it because they're used to saying HHC versus HHT.
²⁵    Q.  Right.

---

**64**

¹    A.  So they're talking about the same thing.
²    Q.  It's just a technicality?
³    A.  Right.
⁴    Q.  Do you recall what the amount was that he
⁵ had tried to get --
⁶    A.  No.  I totally don't remember that one,
⁷ no.
⁸    Q.  Was it a lot?
⁹    A.  I don't remember.
¹⁰    Q.  Okay.
¹¹    A.  It was enough for me to say -- to, you
¹² know, have a -- some type of Article 15 on it, so --
¹³    Q.  Do you remember how he got caught?
¹⁴    A.  I looked through all the vouchers as stuff
¹⁵ was getting processed, so that was how he got caught.
¹⁶    Q.  Okay.
¹⁷    MS. JOHNSON:  Is now an okay time
¹⁸ for a break.
¹⁹    MR. BROOK:  Yeah.  That would be a
²⁰ great idea.
²¹    Let's go off the record.
²²    (Break.)
²³    (Exhibit 4 was marked.)
²⁴    Q.  (BY MR. BROOK)  I'm showing you what's
²⁵ been marked as Exhibit 4.  Do you recognize this

---

**65**

¹ document?
²    A.  Uh-huh.
³    Q.  Is that a yes?
⁴    A.  Oh, yes.  I'm sorry.
⁵    Q.  And what is this document?
⁶    A.  So this was for Salmon, and it was a -- a
⁷ sworn statement for me writing saying that he did not
⁸ deploy with the unit and his TUI was an unauthorized
⁹ claim.
¹⁰    Q.  What does "TUI" mean?
¹¹    A.  Oh, for -- say you filed a travel voucher
¹² after you return from a deployment, and his was
¹³ unauthorized.
¹⁴    Q.  So TUI refers to travel voucher?
¹⁵    A.  Well, temporary duty.
¹⁶    Q.  T -- this says TDY?
¹⁷    A.  Right.  Right.
¹⁸    Q.  Okay.
¹⁹    A.  I was just saying the travel voucher
²⁰ specifically.
²¹    Q.  And as far as you can tell, this document
²² is accurate and complete?
²³    A.  Yes.  Yes.
²⁴    Q.  So now I'd like to turn the conversation
²⁵ to Private Isaac Aguigui.  How Would you characterize

---

66

1  him as a soldier?
2      A. So I guess knowing -- what I know now,
3  it's a little different, but beforehand I didn't have
4  any issues -- well, let me take that back. As a
5  soldier, he wasn't bad, but he did do things that
6  caused him to get in trouble.
7      Q. Do you recall what those things were?
8      A. Yes. I mean, he would show up late
9  multiple times. One day he peeled off of the parking
10  lot in his car. Those are some of the things that I
11  remember specifically.
12      Q. Why is peeling off in his car a problem?
13      A. Because that was because after -- that was
14  after he received some type of disciplinary talking
15  to from an NCO about either coming up -- showing up
16  late or something in that nature. I don't remember
17  exactly what, but it was something in that -- in that
18  realm.
19      Q. Okay. And I guess one name I didn't
20  mention before, but I should, is Michael Roark. Do
21  you know that name?
22      A. Yes. Yes.
23      Q. Was he under your command as well?
24      A. I don't remember if he actually was
25  because -- I'm pretty sure he was -- he was already

67

1  out of the Army when I got there. But I know him
2  just because of the obvious stuff that's happened.
3      Q. So you think he wasn't --
4      A. I don't remember if he was or not. And if
5  he was, he was like on his way out. I know he was --
6  he was out of the Army when I think that thing
7  happened with him.
8      Q. Right. You mean when he was killed?
9      A. Right.
10      Q. Would it surprise you to know that he was
11  only discharged three days before he was killed?
12      A. I don't think it would surprise me, but I
13  just don't remember exactly, you know, when -- when
14  he was killed.
15      Q. Now, were you personally involved in
16  supervising him for any disciplinary issues?
17      A. Roark?
18      Q. Yes.
19      A. No, not that I know of.
20      Q. Was it unusual for you to get involved in
21  disciplinary issues for privates?
22      A. Well, I would have to just because I was
23  their rear detachment commander. So like every
24  disciplinary action, when it comes the UCMJ, it would
25  come up to me, and I would be, like, the signing

68

1  authority.
2      Q. Okay. So before anything happened, you
3  would have to fill out a form, I guess, for an UCMJ
4  action?
5      A. Right. Right.
6          (Exhibit 5 was marked.)
7      Q. (BY MR. BROOK) So I'm going to show you
8  now what has been marked as Exhibit 5. Do you
9  recognize this document?
10      A. Yep.
11      Q. What is this document?
12      A. So this is the Article 15 that I gave for
13  Aguigui, I think. Yeah. Aguigui, yep. Company
14  grade Article 15 for failure to report, reckless
15  driving, underage drinking.
16      Q. And am I missing it, or is there no date
17  on this form?
18      A. I don't see a date.
19      Q. Do you remember approximately when this
20  was?
21      A. No. I don't remember the date on this
22  one.
23      Q. Was it unusual for a soldier under your
24  command to receive an Article 15?
25      A. I mean, it wasn't unusual, but in the rear

69

1  detachment, a lot of guys are -- are troubled
2  soldiers pretty much. That's -- a lot of guys in
3  rear detachment would be soldiers that are having
4  specific issues or, you know, on their way out of the
5  Army, yeah, like I was saying before.
6      Q. So during your time in command of the rear
7  detachment from April 2011 through July 2011, do you
8  recall how many of these forms you had to fill out?
9      A. No, I don't remember. No.
10      Q. If you had to approximate, was it more
11  than five?
12      A. I don't think it was that much.
13      Q. It would have been a handful?
14      A. Yes.
15      Q. Do you recall any of the other
16  individuals' names who you --
17      A. The only ones I could really remember was
18  Aguigui and Salmon. I don't remember any other ones
19  that I can remember off the top of my head.
20      Q. So what is the difference between a
21  company grade Article 15 and a field grade Article
22  15?
23      A. So company grade is typically handled at
24  the company commander's level, so -- which would be a
25  captain, and then field grade would be handled at

Daniels, IV, Zonie                                              January 28, 2016

19 (Pages 70 to 73)

---

70

1   higher levels with higher punishments.  So it would
2   be O-5 level.
3       Q.  So what would the rank be for those
4   people, 0-5?
5       A.  Lieutenant colonel.
6       Q.  So in this case, that's your signature at
7   the bottom of this, Exhibit 5.  Is that right?
8       A.  Yes.
9       Q.  And you didn't have to run that by anyone
10  else to issue this?
11      A.  No, not for a company grade.
12      Q.  Do you recall what the punishment was that
13  was given to Aguigui?
14      A.  I don't remember the punishment, no.
15      Q.  All right.
16          (Exhibit 6 was marked.)
17      Q.  (BY MR. BROOK)  I'm going to show you what
18  has been marked Exhibit 6.
19          MR. BROOK:  And this is bearing
20  Bates No. JAHR0008443.  And I'll just note for
21  the record that I think the other exhibits, just
22  due to a printing error, the Bates number's cut
23  off at the bottom, and they were produced in a
24  similar range by the government.
25      Q.  (BY MR. BROOK)  Do you recognize this

---

71

1   document, sir?
2       A.  Yes.
3       Q.  And what is this?
4       A.  So this is a field grade for Aguigui.
5       Q.  Okay.  And this -- do you recall whether
6   this was before or after the company grade?
7       A.  I'm sure this was after the company grade.
8       Q.  Okay.  And let me ask you this.  If you
9   look at Exhibit 5 and Exhibit 6, unless I am
10  mistaken, it's different handwriting.  Is that right?
11      A.  For?
12      Q.  For all of it.  Or am I not correct on
13  that?
14      A.  Oh, you're talking about at the bottom?
15  Yeah.
16      Q.  I mean -- let me ask you this, then.  Is
17  this your handwriting on --
18      A.  So this one -- this right here is my
19  handwriting.  This is my signature.
20      Q.  What are you pointing at?
21      A.  Oh, okay.  Exhibit 5.  So that is my
22  handwriting on the bottom where I wrote in my name.
23  And then the second one on Exhibit 6, that's my
24  signature block.  That's not my handwriting there.
25  But I'm sure it's because I probably forgot to put it

---

72

1   in and somebody did it for me.
2       Q.  Okay.  But that is your signature on
3   there?
4       A.  That is my signature, though.
5       Q.  Okay.  And do you remember this field
6   grade Article 15?
7       A.  Yes.  Yes.  I don't remember the specifics
8   on the field grade, but I do remember somewhat of
9   what the field grade was for, yeah.
10      Q.  Would you explain what the summary of the
11  offenses means?  And just maybe read it and then
12  explain what it is.
13      A.  All right.  So possession of a registered
14  weapon on post.
15          So, one, the reason why it was an
16  infraction was because, one, it was unregistered and
17  it was on post.  So I mean, that's just -- he
18  violated the Army policy.
19      Q.  And he also violated state law?
20      A.  Yes.  If it was -- I don't remember if it
21  was unregistered -- well, if it was an unregistered
22  weapon, yeah.  So state law as well.
23      Q.  Okay.  Now, was there ever any discussion
24  about reporting this to state authorities or anything
25  like that?

---

73

1       A.  I don't remember if this went to the MPs
2   or CID.  I'm sure it probably did because
3   specifically on this type of thing, it -- the MPs are
4   likely informed, especially with the discharge on the
5   firearm, because I think I remember that one, and I
6   think that happened at his home, I believe.
7       Q.  Okay.  And so that's the second offense on
8   there.  Right?
9       A.  Yeah.
10      Q.  And what does it mean to be discharging
11  firearm through negligence?
12      A.  Because I think what happened there was,
13  if I could remember right, they were in their living
14  room or something, messing with the gun, and he had
15  neglect discharge it.  He shot it on accident.
16      Q.  Do you know if anyone was hurt?
17      A.  I don't think so.
18      Q.  And what about the third offense there?
19      A.  I think -- I don't remember exactly what
20  the controlled substance was.  It may have been -- I
21  can only think of two things it could have been.  It
22  could have either been spice or marijuana, but I
23  don't remember which one.
24      Q.  Were both illegal?
25      A.  Right.  Yes.

---

Daniels, IV, Zonie                                              January 28, 2016

---

74

1   Q. And what is spice?
2   **A. It's -- hmm.  It's hard to explain what**
3   **spice is.  But it's -- basically it's like a**
4   **potpourri kind of type stuff, and soldiers will smoke**
5   **it, basically, and get high off of it, so -- and it**
6   **was illegal.  Or it is illegal.  You can't have**
7   **spice.**
8   Q. Okay.  And it was your understanding at
9   the time that that was also -- that at the time you
10  also understood that it was illegal?
11  **A. Right.**
12  Q. And was it a violation of the UCMJ for
13  Aguigui to possess it?
14  **A. Oh, yes.**
15  Q. Okay.  At the time were you aware of
16  whether or not Aguigui had other incidents where he
17  had been using spice?
18  **A. Not that I can remember.**
19  Q. Was it typical practice when you were in
20  command of the rear detachment that if someone had an
21  issue with CID that was being investigated by CID,
22  that CID would share information with you about what
23  was going on and what they learned?
24  **A. So CID typically would say, "Hey, this is**
25  **what is going on."  And then from there they would**

---

75

1   **conduct their investigation, and at the very end,**
2   **they'll come back and tell us -- they'll either give**
3   **us a document or they'll tell us what their actual**
4   **findings were.  And then from there -- it depends on**
5   **what the situation was.  And then from there,**
6   **they'll -- they'll either let us know if they're**
7   **taking a soldier or apprehending a soldier or what**
8   **have you, or if it could be solved at our level.**
9   **They may push it to the chain of commander to handle**
10  **the situation at their level.**
11  Q. Would they ever report information to you
12  before they'd completed their investigation?
13  **A. They would -- they would call and let us**
14  **know, "Hey, this is what's going on."  But as far as,**
15  **like, completing an investigation or, like, going**
16  **really into the specifics, they typically don't tell**
17  **us until they're either almost complete or if they**
18  **need some extra information.**
19  Q. Do you recall receiving any calls from CID
20  about Isaac Aguigui?
21  **A. I don't recall any specific phone calls,**
22  **but I'm sure I did.**
23  Q. Do you remember what it was that CID was
24  investigating Aguigui for while he was under your
25  command?

---

76

1   **A. I don't remember, no.**
2   Q. Did you ever see any statements that
3   Aguigui gave in writing to CID?
4   **A. I don't remember.  I probably did, but I**
5   **don't remember.**
6   Q. Why don't we look at one of those and see
7   if it refreshes your recollection.
8   I'm marking this as Exhibit 7.
9   (Exhibit 7 was marked.)
10  Q. (BY MR. BROOK)  And what's been marked as
11  Exhibit 7 is bearing Bates Nos. JAHR0021180 through
12  JAHR0021183, four pages, and it's described as a
13  sworn statement for official use only, law
14  enforcement sensitive, statement of Isaac Aguigui.
15  Have you seen this document before, sir?
16  **A. I'm not sure if I have or not.**
17  Q. Why don't you take a moment and read
18  through it, and then let me know when you're done.
19  **A. So I remember the situation, but I don't**
20  **remember if I've seen this actual report before.**
21  Q. Do you need more time to look through it
22  or --
23  MS. JOHNSON:  Are you going to ask
24  him specific questions about the content?
25  MR. BROOK:  I'm going to ask him

---

77

1   more about just what happened and may refer him
2   to this if there is a question about it.  Just
3   what he remembers.  So I'll ask my question, and
4   why don't we see.
5   Q. (BY MR. BROOK)  Captain, do you recall
6   whether you were informed about the fact that Aguigui
7   had informed CID that he had been regularly using
8   spice?
9   **A. Man.  Yeah, I don't think I remember**
10  **specifically.**
11  Q. Do you recall whether Aguigui was referred
12  to the substance abuse program?
13  **A. I would say he probably was.  I don't**
14  **remember if he -- if he was actually enrolled, but he**
15  **probably was enrolled in ASAP.**
16  Q. Were a lot of the soldiers in rear D
17  enrolled in ASAP?
18  **A. Well, if they were -- if they had a**
19  **substance abuse issue, they would be in ASAP.**
20  Q. So at the time that you issued your field
21  grade Article 15 for Isaac Aguigui, were you aware at
22  the time of whether or not he was already in ASAP?
23  **A. I don't remember.**
24  Q. Would that have been a factor that you
25  needed to take into consideration?

---

Daniels, IV, Zonie

January 28, 2016

21 (Pages 78 to 81)

---

78

1    A. If he was already in ASAP and then he had
2    this substance abuse issue, that would probably play
3    a factor into why I gave him a field grade, except
4    for the -- I mean, aside from the charges being
5    actually pretty significant.
6        If it was just -- let's say, just the
7    wrongful possession and then I gave him a field grade
8    because he, like, failed out of ASAP or something, so
9    he'd be -- because it would be like a second offense,
10   that kind of thing.
11       Q. Did you know at the time and when you were
12   in command of Isaac Aguigui in issuing two Article
13   15s that he had signed a sworn statement to CID that
14   he had plotted with fellow soldiers to kill a
15   civilian drug dealer and even bought a shotgun for
16   the purpose of doing so?
17       A. Yeah, no. I didn't -- I don't really
18   remember the CID, like, conversations specifically.
19   But, I mean, I have been informed that he did talk
20   about this, so -- I just don't remember.
21       Q. Okay. So you think that you were made
22   aware of this?
23       A. I'm sure I probably was, but I just --
24   yeah, I don't remember on this one.
25       Q. Okay. So is there any sort of record or

---

79

1    log or anything that you may have kept that would
2    indicate whether or not you had been informed about
3    this conspiracy to commit murder situation?
4        A. No. There wouldn't have been no, like,
5    documents I would have kept or nothing like that.
6        Q. In your opinion, is it appropriate conduct
7    for a soldier, even one in rear D, to do what Isaac
8    Aguigui says that he did in this sworn statement?
9        A. No, that's not appropriate behavior for
10   anybody.
11       Q. In your opinion, what should happen to a
12   soldier who has said that he was working with two
13   other soldiers to kill a drug dealer and take their
14   money?
15       A. Well -- so, I mean, at that point it's
16   really -- again, it's CID, MPs -- this stuff would be
17   reported to them and for them to actually figure out
18   what we're going to do with these guys. Because, I
19   mean, they would -- this is kind of in their hands.
20   This is -- if it's criminal offenses like this, this
21   isn't in like a company commander's hands, you know,
22   or -- this is more of working with CID and MPs and --
23   and getting to the bottom of what's going on here.
24       Q. Now -- so until CID finishes its
25   investigation, are you allowed to do anything to the

---

80

1    soldier with respect to the substance of that
2    investigation?
3        A. Well, I can't interfere with what they're
4    doing with the investigation. So that's -- yeah,
5    it's all CID at that point.
6        Q. Okay. Do you know whether Private Aguigui
7    was reassigned because of any of the CID
8    investigations into him?
9        A. No, I don't think he -- I don't think he
10   was reassigned. He was in our -- in our rear
11   detachment.
12       Q. Okay. Do you know if at some point
13   Private Aguigui was demoted?
14       A. I believe he was demoted after the field
15   grade Article 15.
16       Q. Do you know what other punishment he was
17   given because of field grade Article 15?
18       A. So likely, I mean, he was probably
19   confined to post. I don't remember the exact, so
20   more likely it was pay, confined to post,
21   restrictions, stuff like that. Extra duty.
22       Q. And were you ever, as far as you can
23   recall, briefed on Isaac Aguigui's history at West
24   Point Academy?
25       A. No. I don't think I -- I don't think I

---

81

1    knew he went to West Point. I'm just trying to
2    think.
3        Q. I believe it was the -- what is it called?
4    The US MAPS? It's the Military Academy Preparatory
5    School. Are you familiar with that?
6        A. Well, West Point, yes. I'm familiar with
7    West Point, yeah.
8        Q. So I think, if I'm not mistaken, US MAPS
9    is sort of a pre-West Point program of sorts. Is
10   that consistent with your understanding?
11       A. Yes, sir.
12       Q. So is -- so you were not aware that he
13   attended that or was kicked out of that?
14       A. I don't really remember on that one. I
15   don't think so. I don't think I knew.
16       Q. If you had known that he had been kicked
17   out of West Point, say -- I'm not trying to testify
18   here, but I'm just saying -- if you had known that he
19   had been kicked out of West Point for threatening the
20   lives of two fellow cadets, would that be something
21   that would have factored into your decision about how
22   to punish him?
23       A. I don't think so. I think it would be
24   all -- again, this is subjective on the situation, so
25   it depends on what the situation is.

---

Daniels, IV, Zonie

January 28, 2016

22 (Pages 82 to 85)

---

82

1  　　　　Now, what he's done in the past, it's a
2  little different from what's currently happening.
3  　　Q.  But isn't it true that what's happened in
4  the past is sort of relevant for -- very relevant,
5  actually, for figuring out whether there is a pattern
6  of misconduct?
7  　　A.  Uh-huh.  Yeah.  And I think that's why we
8  gave him company grade and then gave him a field
9  grade, because it's a pattern of misconduct.
10  　　Q.  So after having received two Article 15s,
11  a company grade and then a field grade, was it even
12  more important then to keep track of whether Aguigui
13  was continuing to commit misconduct?
14  　　A.  So I think -- if I can remember right, I
15  think after the field grade -- I'm trying to
16  remember.  After the field grade, I think we were
17  beginning to start the process of getting him out of
18  the Army.
19  　　　　So, I mean, at that point, yes, he's
20  monitored more because he's likely on restriction and
21  a lot of stuff like that, so -- and I think at the
22  time his wife was pregnant.  So there's certain
23  things that we have to, you know, kind of let him --
24  let him do because his wife was pregnant.
25  　　Q.  So there was a little bit more leeway that

---

83

1  was cut for him because of the situation he was in?
2  　　A.  Not necessarily, no.
3  　　Q.  Now, I'm not sure.  Was he under your
4  command when his wife died?
5  　　A.  If you tell me the date, I could tell you.
6  　　Q.  July 17th, 2011.
7  　　A.  I can't really tell you specifically
8  because that's like the -- that rough buffer between
9  everybody coming back and then me, like, not doing --
10  or not being in the rear detachment anymore.  So I
11  don't remember the exact time when -- when I no
12  longer was the rear detachment commander.
13  　　Q.  Okay.  So --
14  　　A.  I do remember going to -- I did go to the
15  funeral.  Sorry.
16  　　Q.  You did.
17  　　A.  Yeah.
18  　　Q.  And was Deirdre Aguigui under your
19  command?
20  　　A.  No.
21  　　Q.  Was it a big funeral?
22  　　A.  It was a small one.  It was just some
23  family out there.
24  　　Q.  Did you know her?
25  　　A.  No.

---

84

1  　　Q.  So why did you go to the funeral?
2  　　A.  Because it's one of my soldier's spouses,
3  so I went.
4  　　Q.  Did you ever socialize with Private
5  Aguigui?
6  　　A.  I guess just because he's -- was in an S-2
7  shop and he was around, so I probably talked to him
8  here and there.
9  　　Q.  Did you ever see Private Aguigui off base?
10  　　A.  No.
11  　　Q.  What were your impressions of him, just
12  socially?
13  　　A.  Socially?  I mean, I didn't really
14  socially, I guess, talk to him.  I mean, he was just
15  a soldier in the company.  If I talked to him, it
16  would be like "Hey, how you doing?"  And that's
17  really about it.
18  　　Q.  And did you ever sit down with him in
19  connection with these Article 15s?
20  　　A.  I'm sure I did to -- to read them his
21  Article 15 or tell him about what he's doing, I'm
22  sure.  I'm sure I did.  I don't remember
23  specifically.
24  　　Q.  Let me ask you a question about
25  developmental counseling forms.  Those are done by

---

85

1  the first line supervisor for a private?
2  　　A.  Yes.
3  　　Q.  So would you review those in deciding what
4  to do with the Article 15s?
5  　　A.  Well -- so the the -- the counseling
6  statements, those are -- those are all at that chain
7  of command.  So if that NCO gave a soldier a
8  counseling, that's within that soldier's counseling
9  file.
10  　　　　The only time I would see the counselings
11  is if stuff like this happened, like Article 15
12  needed to be recommended and they would then get all
13  those negative counseling statements together so that
14  they could be presented for an Article 15.
15  　　Q.  Now, are those prior -- are counseling
16  statements available to the first line supervisor?
17  You know, say if like it changes.  Like, one guy is
18  the first line supervisor, and then, you know, when
19  the troops came back, it became someone else.  Would
20  the second person be able to look back at that file
21  to see what the history was, or would they just have
22  to make decisions about --
23  　　A.  So typically when -- when people change
24  positions, they would do a hand-over of some sort.
25  So, yes, they would do some type of hand-over, but

---

**86**

1  they would talk to each other and say, "Hey, these
2  are my problem soldiers.  These are my stellar
3  soldiers.  These are the files," and then that's it.
4  And some type of continuity book, something like
5  that.
6      Q.  Now, if a counseling form says that, for
7  example, "You are not to consume alcohol, and if you
8  consume alcohol, you will be kicked out of the Army,"
9  is that something that's binding like the -- if the
10  person is later found to have consumed alcohol or
11  something similar to that?
12      A.  Well, I mean -- so 600-20 says if a
13  soldier is -- as far as, like, substance abuse, if
14  they drink and they're violating substance -- excuse
15  me -- substance abuse or what have you, that you
16  would have to recommend Article 15 or -- it might be
17  chapter.  One of the two.
18      Q.  Okay.  And your recollection is that the
19  process of chaptering Aguigui out of the Army did
20  begin under command?
21      A.  I believe it did, yeah.  And I think it
22  was after the field grade.
23      Q.  And how did that begin?  What was the
24  first step in the process?
25      A.  Well, the field grade was -- well,

**87**

1  actually, the company grade was the first -- the
2  first step in the process.  Then you go to the field
3  grade, and at that point it's -- soldier needs --
4  soldier is no longer benefiting the Army.
5      Q.  Okay.  So how long does the process of
6  chaptering someone out typically take?
7      A.  It really depends on -- on the chapter,
8  and then it could go anywhere from -- I don't know --
9  ten days all the way to 90 days.  So, I mean -- or --
10  or longer.  It just depends on -- on the chapter.
11      Q.  And what do you mean by that, "depends on
12  the chapter"?
13      A.  Depends on the type of chapter.  Like,
14  there's different types of soldiers getting in and
15  out -- I mean, it could be chapters because of
16  substance abuse or for misconduct, stuff like that.
17  So it's just different ways to be chaptered out of
18  the Army.
19      Q.  Okay.  And do you recall how long it took
20  to chapter Aguigui out of the Army?
21      A.  I think he was still in when everything
22  happened.  I'm not -- I'm not sure exactly, yeah.
23      Q.  Right.  So --
24      A.  I don't think he was ever actually
25  chaptered.  I'm sure he might be -- he probably is

**88**

1  out now, but --
2      Q.  I think he's at Fort Leavenworth, so I
3  think that means he's not.  Is that right, if
4  you're --
5      A.  I'm not sure on that one.
6      Q.  I guess that's one of those things you
7  don't want to have to find out.
8      A.  Yeah.
9      Q.  So in Aguigui's case, obviously, then, the
10  chaptering process took more than 90 days.  Correct?
11      A.  Likely, yes.
12      Q.  And do you recall why?
13      A.  I'm not sure exactly why.  I think -- this
14  field grade, I'm not exactly sure when it happened.
15  So, I mean, whenever it happened, I'm sure there was
16  that time in between where we were trying to chapter
17  him out.
18      Q.  Do you recall whether he was resisting
19  being chaptered out?
20      A.  Not that I remember, no.
21      Q.  Which chapter was the basis for his
22  separation?
23      A.  I don't remember.  I'm not exactly sure on
24  that one.  What is on this thing?
25      Q.  Is that something where there would be

**89**

1  records of what the chapter was?
2      A.  It may be, but I'm not sure.
3      Q.  Can you think of anything, you know,
4  somewhere where a document had to be filed or a form
5  that was filed in order to start -- you know, in
6  order to push the chaptering process along?
7      A.  Yes.  I mean, I guess administratively,
8  there is likely some form of documents, but do I have
9  it?  No.
10      Q.  Right.
11      A.  Yeah.
12      Q.  Can you think of who would have that if
13  there was an administrative form?
14      A.  The unit.
15      Q.  What is a flag when put on someone's
16  personnel file?
17      A.  So when a soldier is -- has done something
18  that causes him to get flagged, basically what it is
19  is it prevents favorable actions.  So he can no
20  longer, like, receive good conduct medals, they can't
21  get promoted, stuff like that.
22          (Exhibit 8 was marked.)
23      Q.  (BY MR. BROOK)  I'm going to show you
24  what's been marked as Exhibit 8.
25          MR. BROOK:  This is Bates-stamped

90

1     JAHR0008454.
2         Q. (BY MR. BROOK)  Do you recognize this
3     document?
4         A. Yes.  It is a flag.
5         Q. It's called a report to suspend favorable
6     personnel actions?
7         A. Uh-huh.
8         Q. And is this one that you authorized?
9         A. Yes.
10        Q. And the date on there, 2011, 07/01, that's
11    July 7th, 2011.  Correct?  Or --
12        A. July 1st.
13        Q. July 1st.  I'm sorry.
14            And do you recall whether this was before
15    or after the field grade chapter?
16        A. This is -- I'm going to say it was
17    probably in concurrent with it because he was
18    flagged, so then -- because he -- because he got a
19    field grade Article 15, he was likely being flagged
20    because of it.
21        Q. And what does that mean to -- under
22    Section 2, the box that's checked is "Adverse
23    Action"?
24        A. This is the adverse action.
25        Q. Is the field grade Article 15?

91

1         A. Yeah.
2         Q. And there's nothing else that that
3     connotes?
4         A. Yeah, this is it.  It's the field grade
5     Article 15.
6         Q. Now, would this form indicate whether or
7     not the soldier's being chaptered out?
8         A. I don't think so, no.
9         Q. Do you know what the form is, if there is
10    another form administratively that has to be filed to
11    do the chaptering process?
12        A. There is another form, but I'm not sure.
13    I don't remember the form number or nothing like
14    that.
15        Q. Is that a form that you remember filling
16    out for Aguigui, though?
17        A. No, I don't remember.
18        Q. Do you remember filling it out for Salmon?
19        A. No, no.  Because I didn't chapter Salmon.
20    Or I didn't chapter Aguigui.
21        Q. You didn't chapter Aguigui?
22        A. No, I didn't chapter -- those guys were
23    still in the Army when I left.
24        Q. Okay.  So it was the -- but I thought
25    you'd said that the process was beginning to chapter

92

1     Aguigui out.
2         A. Right.  So, I mean, it starts with the
3     company grade, field grade Article 15.
4         Q. Okay.
5         A. So that's like the -- you're taking the
6     steps to prepare to get the soldier out of the Army.
7         Q. Now, once the steps begin, though, does
8     that mean that the person might not leave the Army?
9     They might correct their behavior and --
10        A. I mean, it's a possibility, yeah.
11        Q. Is that common?
12        A. I won't say it's common, but it can
13    happen.
14        Q. Do you recall any specific instance where
15    that happened at Fort Stewart?
16        A. I can't recall an instance, no.
17        Q. Okay.  So as far as you can recall, the
18    intention was to have both Isaac Aguigui and
19    Christopher Salmon out of the Army.  Is that right?
20        A. Salmon, not so much because, I mean, I
21    didn't -- the only adverse action I've actually given
22    to Salmon was that -- the travel voucher incident.
23    So aside from that, I didn't have any issues with
24    Salmon.
25            Now, Aguigui, he -- he had a little more

93

1     on his -- on his -- under his belt as far as issues.
2     So a chapter was -- was definitely in the works for
3     him just because of the benefit -- he was -- there
4     was no benefit for him being in the Army.  The Army
5     was not being helped with Aguigui in the Army.
6         Q. And did you have any interaction or
7     involvement with Aguigui or any of his supervisors
8     about Aguigui after July of 2011?
9         A. Likely, yeah.
10        Q. Do you recall anything specifically?
11        A. No.  No.  But likely, yes, I would -- more
12    than likely, if it involves Aguigui, some of this
13    stuff was probably talked about.  I don't know.
14        Q. Do you recall whether you knew that he was
15    being investigated for murdering his wife?
16        A. So that part -- I do remember that.  We
17    wasn't sure on that just because -- I mean, we don't
18    know if he murdered his wife.  The reports that came
19    out was -- was that she had a blood clot.
20        Q. So who gave the report that she had a
21    blood clot?
22        A. I don't remember it specifically, no.
23        Q. But that was your understanding?
24        A. Yeah, that was my understanding, was that
25    she had a blood clot.



Daniels, IV, Zonie                                January 28, 2016

25 (Pages 94 to 97)

94

1    Q. Okay. Do you recall discussing that with
2  anyone in particular?
3    A. Probably -- probably Sergeant Braudis, my
4  NCYC.
5    Q. How do you spell that?
6    A. B-R-A-U-D-I-S.
7    Q. Now, is this something where it was sort
8  of a topic of gossip at the base about the whole
9  Deirdre Aguigui investigation?
10    A. I'm not going to say it was gossip, but, I
11  mean, like as the commander and the NCYC of the rear
12  detachment, you kind of got to figure out what's
13  somewhat going on, like what happened to the wife.
14  You're like, "All right. Well, she had a blood
15  clot," you know. And then from there, you kind of
16  take the steps to make sure the soldier's okay, you
17  know, and then make sure the wife is taken care as
18  far as like funeral arrangements and stuff like that
19  and that Aguigui is taking care of those things. So
20  that's what myself and Sergeant Braudis was doing.
21    Q. So did you ever talk with Private Aguigui
22  about his wife having died?
23    A. Oh, yes, I'm sure I did. I mean, just not
24  -- of course, we didn't know about all the stuff that
25  happened, but before then, you know, it's just

95

1  typical remorse stuff. "Hey, sorry about your wife
2  dying," and talking to the soldier about his morale
3  and stuff like that.
4    Q. Now, did you have any involvement at all
5  in his receiving death benefits or life insurance
6  benefits?
7    A. I don't remember. I'm sure I pulled his
8  SGLI to make sure he had SGLI or something.
9    Q. Do you recall what the amounts were --
10    A. No.
11    Q. -- or whether he got paid?
12    A. No. Now, I guess I recall the amounts,
13  yes, because I believe he had the full SGLI benefits.
14    Q. So what was the amount?
15    A. 400,000.
16    Q. And are there other payments that are made
17  in addition to the SGLI benefit?
18    A. I think -- of, for the spouse, yeah. So
19  this is just typical or general -- general stuff is
20  that -- typical knowledge stuff is the wife will get
21  100,000, you know, if the wife dies or the soldier
22  dies or something like that.
23    Q. And did you ever hear about Private
24  Aguigui actually receiving this money?
25    A. Yes.

96

1    Q. And what did you hear about that?
2    A. I mean, I -- not a whole lot. Aside from
3  after everything happened, I found out what -- what
4  it was used for. But before that, beforehand, it was
5  just to take care of funeral arrangements and stuff.
6    Q. Now -- so when did you first learn about
7  what Aguigui was actually doing with the money?
8    A. I think when I saw it on the news. Yeah.
9    Q. So in December 2011?
10    A. Yeah. Whenever it was on the news is when
11  we found out, like, hey, this is the stuff that was
12  going on.
13    Q. Now, when you found out this -- that was
14  what was going on, were you surprised?
15    A. Yes. Very surprised.
16    Q. Why was that?
17    A. I had no clue. Didn't know that stuff was
18  happening.
19    Q. So do you know how many people at the end
20  of the day who were under your command who ended up
21  being convicted of a crime?
22    A. So I was only tracking four. Those four
23  dudes.
24    Q. Did you follow at all the other
25  convictions? There were, I think, seven other people

97

1  who were ultimately convicted by the State of
2  Georgia.
3    A. No. I'm not sure who the other guys are.
4    Q. Did you ever get interviewed by any
5  investigative agency?
6    A. No.
7    Q. Would you have remembered it if you had
8  been interviewed by an investigative agency?
9    A. I think so. I don't remember being
10  interviewed, but yeah.
11    Q. Is that something that would be a
12  memorable event for you?
13    A. I think so, yeah.
14    Q. You'd be surprised.
15    So do you recall -- you mentioned before
16  that CID had some conversations with you about
17  Private Aguigui. Did they talk with you about the
18  investigation that we were talking about earlier
19  regarding the drug dealer and spice and such, or was
20  it about the investigation into him because of his
21  wife's death?
22    A. I'm thinking it was about the whole -- the
23  other thing, the spice thing. So I don't remember
24  exactly specific on that, yeah.
25    Q. And were you ever told that Aguigui had

Daniels, IV, Zonie

January 28, 2016

26 (Pages 98 to 101)

---

98

1  admitted to using spice on a regular basis?
2      **A. Not that I remember.**
3      Q. Were you ever told that he used had
4  cocaine while on active duty?
5      **A. No, not that I remember.**
6      Q. And what about that he had sold marijuana?
7      **A. Not that I remember, no.**
8      Q. Now, based upon having later been totally
9  shocked by the news of this group of, you know,
10 misfit soldiers underneath your command at one point
11 in time, have you done anything differently since
12 then to try to make sure that something like that
13 never happens again?
14     **A. No, I don't think so, because I think we**
15 **did the corrective actions to -- to ensure that**
16 **soldier -- we were doing the right thing, yeah.**
17     Q. Now, are you aware of the fact that
18 Aguigui was paying off one of his supervising
19 sergeants in order to get out of being reported for
20 missing duty on a regular basis?
21         MS. JOHNSON:  Objection; assumes
22 facts not in evidence.
23     **A. Oh. So no.**
24     Q. (BY MR. BROOK)  So I'm just wondering, is
25 this something that you've heard about happening?

---

99

1      **A. No.**
2      Q. Is a soldier allowed to accept money from
3  a subordinate in order to not report their
4  activities?
5      **A. No.**
6      Q. Do you know the circumstances under which
7  another soldier is allowed to receive money from --
8  or when -- let me rephrase that.
9         Do you know under what circumstances, if
10 any, an NCO is allowed to accept money from a soldier
11 under his supervision?
12     **A. No.  You shouldn't.  No.**
13     Q. What if he was being reimbursed for
14 something, like money that he had loaned the soldier?
15 Would that be okay?
16     **A. I'm not sure on that one really.  That's**
17 **kind of like subjective, so I don't know.  I can't**
18 **really --**
19     Q. Do you even know if it's okay to loan a
20 soldier money who's under your command?
21     **A. No, I'm not sure on that one.  No.  I**
22 **don't know.**
23     Q. Can you think of any legitimate reasons
24 why an NCO would be receiving an envelope full of a
25 thousand dollars cash from a soldier he's

---

100

1  supervising?
2      **A. I have no clue why, no.**
3      Q. Can you think of any illegitimate reasons
4  why an NCO would receive money from a soldier he's
5  supervising?
6      **A. I don't know.**
7      Q. You just don't think that way.  Right?
8      **A. No.**
9      Q. That's fine.
10        For a soldier with a top-secret security
11 clearance, is it important that that soldier not have
12 a drug abuse problem?
13     **A. I guess you'd say yes.  But I'm sure when**
14 **the soldier's TS is given, stuff like that -- stuff**
15 **happens to people, so it's a little different.**
16     Q. So if someone had had a history of drug
17 abuse, is that the reason why they would not receive
18 a TS security clearance?
19     **A. No.  I'm not a issuing official, so I**
20 **couldn't tell you specifically.  But I'm sure that**
21 **they would kind of look it and go deep into**
22 **their background before they issue somebody a TS.**
23     Q. So who is in charge of deciding whether to
24 revoke a TS security clearance?
25     **A. I'm not sure.  I'm assuming that would be**

---

101

1  **in the military intelligence realm.  I don't know.**
2      Q. Okay.  But the people who were in the rear
3  D for the S-2 section, they were under your command
4  at one point.  Correct?
5      **A. Yes.**
6      Q. So if someone in that section -- you know,
7  if they had to have a TS security clearance and they
8  had a ton of misconduct and frequently, you know,
9  consorting with foreign citizens, say, who would you
10 go to report that based on concerns about
11 classified information being --
12     **A. Right.  I mean, that would likely be to,**
13 **like, the brigade level or division level, like S-2**
14 **personnel, stuff like that.**
15     Q. Do you know whether the brigade or
16 division-level personnel were ever involved in
17 reviewing Private Aguigui's --
18     **A. I don't know.  I don't know.**
19     Q. Did you ever discuss it with them?
20     **A. No.**
21     Q. Do you recall who up the chain of command,
22 if anyone, you discussed Private Aguigui with while
23 you were his commanding officer?
24     **A. Say again.**
25     Q. Do you recall who, if anyone, you

---

Daniels, IV, Zonie

January 28, 2016

27 (Pages 102 to 105)

---

## 102

¹ discussed Private Aguigui's situation with when you
² were his commanding officer?
³ **A. Well, probably be my commander. So, more**
⁴ **likely, Colonel Reynolds.**
⁵ Q. And would he have been the person who
⁶ approved the field grade Article 15?
⁷ **A. No. Actually, since he was -- he was**
⁸ **forward, it would have been -- I don't remember his**
⁹ **name, but another -- the rear D colonel. So I don't**
¹⁰ **remember his name, no.**
¹¹ Q. So Colonel Reynolds was the rear D
¹² colonel?
¹³ **A. No, no. He was the forward. He was the**
¹⁴ **actual squadron commander.**
¹⁵ Q. Okay. So for the field grade Article 15,
¹⁶ you're saying it was the rear D colonel?
¹⁷ **A. Yes.**
¹⁸ Q. And you don't recall his name?
¹⁹ **A. I don't remember his name.**
²⁰ MR. BROOK: Give me just a second
²¹ here.
²² We can go off the record here and
²³ take a break.
²⁴ (Break.)
²⁵ (Exhibit 9 was marked.)

---

## 103

¹ Q. (BY MR. BROOK) Captain, I've shown you
² what's been marked as Exhibit 9. I'm not asking you
³ to read the whole thing. This is not a document that
⁴ you wrote. It's an agent's investigative report with
⁵ the Bates number on it APCID00057 through APCID00059.
⁶ On Page 3, if you could please take a
⁷ second and -- well, just for the sake of convenience,
⁸ I'll read it aloud, and you can read along with me.
⁹ If I get anything wrong, note it for the record.
¹⁰ This is drafted by Special Agent Jeremy
¹¹ Foxx. The date of the report is 8 February 2012.
¹² And the second paragraph of Page 3 says,
¹³ "About 1030, 8 February 12, SA FOXX interviewed SPC,"
¹⁴ Specialist, "David E. ROSARIO," R-O-S-A-R-I-O, last
¹⁵ four Social Security "2081, HHT 6-8 CAV" -- and I'm
¹⁶ going to leave out the rest of the designations here
¹⁷ just for the sake of the record -- "regarding his
¹⁸ relationship with the individuals involved.
¹⁹ SPECIALIST ROSARIO stated he was approached to work
²⁰ for PRIVATE AGUIGUI'S security company when he left
²¹ the Army and he declined. SPECIALIST ROSARIO stated
²² PRIVATE AGUIGUI discussed openly how he would conduct
²³ active shooter situations on Ft. Stewart and how he
²⁴ mapped out the sewer system in the 4IBCT area.
²⁵ SPECIALIST ROSARIO stated PRIVATE AGUIGUI talked

---

## 104

¹ constantly about anarchy and how he disliked the
² Army. SPECIALIST ROSARIO stated PRIVATE AGUIGUI
³ spent nearly $20,000 at Temptations in October
⁴ 2011" -- or "October 11 and" -- "or November 11 for
⁵ himself, SPECIALIST HOLLAND, PRIVATE JENDERSECK,
⁶ SPECIALIST WATSON-SMOKES, PRIVATE ROBERTSON, and
⁷ PRIVATE BURNETT." Those are, I guess, the people for
⁸ whom money was spent.
⁹ Now, I got -- first, just a couple of
¹⁰ questions to understand. What does the 4IBCT area
¹¹ mean?
¹² **A. Oh, that's our brigade area.**
¹³ Q. Okay. About how big an area is that?
¹⁴ **A. I don't know. I can't really explain how**
¹⁵ **big the area is. It's a whole -- to house the whole**
¹⁶ **brigade. So, I mean, it's like one, two, three,**
¹⁷ **four -- it's like six battalions or something like**
¹⁸ **that. It's pretty large.**
¹⁹ Q. So about how much of Fort Stewart is the
²⁰ 4IBCT area?
²¹ **A. I don't know. Maybe 25 percent.**
²² Q. And do you know what Temptations is?
²³ **A. I think it's a strip club. I don't know.**
²⁴ Q. That's a fine answer. I'm not going to
²⁵ press you on that one.

---

## 105

¹ **A. I'm not sure.**
² Q. And are any of those names of people who
³ were included in the -- the money that was being
⁴ spent on, do those rings any bells other than the
⁵ ones we talked about?
⁶ **A. Yes. I mean, I don't know Holland, but I**
⁷ **know Jenderseck. I think I know Watson-Smokes. I'm**
⁸ **not sure who Robertson is. I know Burnett.**
⁹ Q. Okay. Now, does -- were you aware that --
¹⁰ I guess what Specialist Rosario reported to Special
¹¹ Agent Foxx, were you aware that this had had happened
¹² at the time?
¹³ **A. No, I don't believe so.**
¹⁴ Q. To your knowledge, had anyone reported
¹⁵ that Aguigui had been discussing openly active
¹⁶ shooter situations?
¹⁷ **A. No. I mean, this is the first time I**
¹⁸ **actually heard about it.**
¹⁹ Q. Does it concern you that he was talking
²⁰ openly about an active shooter situation?
²¹ **A. Yes. It is concerning, yes.**
²² Q. Do you believe that Specialist Rosario did
²³ anything wrong by not reporting that sooner?
²⁴ **A. I don't think he did anything wrong,**
²⁵ **but -- yeah, I don't think he did anything wrong. I**

---

106

1   mean, it's just kind of the way he interpreted it.
2       Q.  Now, do you know whether Aguigui was under
3   surveillance at any time while he was at Fort
4   Stewart?
5       A.  I'm not sure if he was.  Maybe CID was.
6   I'm not sure.
7       Q.  Is that something where you would be
8   involved in the discussion about whether to surveil a
9   soldier?
10      A.  I think CID would probably inform me, but
11  I don't remember if they actually did inform me on
12  this one.  But they probably did.
13      Q.  Okay.  And do you have any opinion about
14  whether Private Aguigui should have been under
15  surveillance?
16      A.  I mean, I -- with what happened, I mean,
17  I'm sure yes, but --
18          MS. JOHNSON:  An opinion now or
19  then.
20      A.  Yeah.  An opinion now or then?
21      Q.  (BY MR. BROOK)  Opinion now.
22      A.  Opinion now, yeah, of course.  I mean, he
23  obviously was doing a lot of things.  But back then,
24  I mean, you don't know that stuff.
25      Q.  Right.  Now, if you had known this

107

1   information that -- reported by David Rosario, do you
2   think that would have been important in deciding
3   whether Aguigui should have been under surveillance?
4       A.  Yes, I think that would have been
5   important to know.  And if CID was tracking him
6   already, I mean, that's CID.  That's their -- at that
7   point, that's them.  You know, they've already -- if
8   they've received that information, CID takes on
9   that -- that -- that specific case.
10      Q.  Now, does CID have any authority or
11  influence in terms of what a soldier's duties or
12  responsibilities are?
13      A.  Command authority?  No, they don't have
14  command authority, but they -- they have the ability
15  to -- to investigate things like this.
16      Q.  Okay.  So -- but, you know, say their
17  investigation is ongoing in some respects, but in the
18  course of their investigation into one very serious
19  thing, like murder, they've learned a litany of other
20  misconduct.  Is that something where they would have
21  to report that to command for them to be able to act
22  on the other misconduct and not have to sit around
23  and wait for them to figure out the much harder
24  question about a murder?
25          MS. JOHNSON:  Objection.  I'm not

108

1   sure he's qualified to answer that.
2       A.  Yeah, I'm not sure on that one.
3       Q.  (BY MR. BROOK)  You don't know the answer?
4       A.  Yeah, I'm not sure the exact answer on
5   that one, no.
6       Q.  Okay.  Do you ever learn about a soldier's
7   misconduct from CID?
8       A.  I mean, I guess you could say yes.
9   Just -- you mean something like this?  I mean, if you
10  receive something like this, you then know what
11  misconduct they've done if they're doing some type of
12  investigation, yeah.
13      Q.  Now, is this something that -- you know,
14  when misconduct like this, say, happens, can that be
15  used to speed up a chapter packet for a soldier?
16      A.  I'm sure it's something that can go in the
17  packet.  But as far as speeding it up, I'm not sure.
18  I couldn't tell you.  I don't know.
19      Q.  Now, as a commander for rear D and if you
20  found out that -- you know, if you had found out at
21  the time about something like this -- now, I know you
22  wouldn't organize surveillance because that's CID,
23  according to what you said.  But what actions, if
24  any, would you take towards a soldier who was saying
25  things like this to his fellow soldiers?

109

1       A.  Well, I mean, as far as this goes, if I
2   knew this was happening, I would contact CID and let
3   them know what's happening.  I mean, just
4   realistically, that is just what I would do.  Contact
5   CID or the MPs and let them know what's happening.
6          And then from there, it would just really
7   be what they find, because I can't just -- because
8   these are assumptions, you know.  I can't just say,
9   "I'm now going to do surveillance on this guy because
10  of what an assumption or a perception is," you know.
11      Q.  Now, are you required to wait for CID to
12  do something with that before you can take any
13  action?
14      A.  I can't take action if I don't know if
15  it's true or not.
16      Q.  Okay.  So you would need to have CID say
17  whether or not Rosario and what he was claiming
18  Aguigui said was true?
19      A.  Right.
20      Q.  Would you be able to take any action just,
21  you know, nonpunitive to try to, you know, separate
22  the soldier from the other soldiers and prevent
23  something like this from going on in case it was
24  going on?
25      A.  I mean, I can't do anything if I don't

Daniels, IV, Zonie                                      January 28, 2016

---

**110**

know it's true or not.

Q.  Okay.  So just mere allegations from other soldiers, you couldn't do anything on that?

A.  Right.  If it's just an allegation, then there's really nothing I could do there.

Q.  Okay.

MR. BROOK:  I think that about wraps up here.  Let me just go over my notes real quick.

Q.  (BY MR. BROOK)  Were you aware of whether Private Aguigui had a protective order against him by his wife?

A.  I don't remember.  Yeah, I don't remember.

Q.  Is --

A.  I'm -- I feel like there probably was, but I don't remember specifically, no.

Q.  Okay.  I'm not going to waste time with you looking at it now, but is it something that's typically brought to the commander's attention when there's a protective order put in place with respect to one of the soldiers under his command?

A.  Yes.  Yeah.

Q.  And what happens if a soldier under your command violates a protective order?

A.  Well, I mean, he could get some type of

---

**111**

UCMJ actions for it.

Q.  Okay.  Is that something where you would take action?

A.  It all depends.  I mean, I would consult my legal advisors and see what we could do.

Q.  Let me ask you a question.  Again, I'm just trying to understand.

So what if -- you know, the situation with CID, they investigate something and they say that, you know, they can't prove that it's true.  Do you know what their burden of proof is in order to take action?

A.  No.  I don't know.

Q.  Is it beyond a reasonable doubt?

A.  Like -- I don't know.  I mean, I would assume they would have to have, like, straight facts.

Q.  Now, as a commander making decisions on, say, nonjudicial punishment, do you have to have proof beyond a reasonable doubt that the actions occurred?

A.  I mean, it has to be an informed decision. I have to know.  I can't just say, "I'm going to punish you because I think you did this."  I can't do that.

Q.  But what if you, in your heart, believed

---

**112**

that this happened, that you heard from other soldiers and you've concluded that, yes, these actions occurred.  Are you able to take action on that just because CID decided not to do so?

A.  If I don't know if it's true or not, I can't get -- I can't do any kind of -- anything to that soldier if I don't think it happened or if I just assume or think it's a perception or something like that.  I can't just take action on something that's not deemed true.

Q.  So -- but you agree that people could disagree about what's true or not in terms of investigating a situation?

A.  No.  I mean, if it's facts, it's facts. There's facts or not facts.  There's perception; there's facts.

Q.  So, in your opinion, you -- if CID made a conclusion not to prosecute someone, that would mean that you can't do anything with it as commander through the chain of command?

A.  Right, because they had no facts.

Q.  So your understanding is that they would have no facts to support their position if CID turned down a case?

A.  I mean, if they can't find anything true,

---

**113**

I mean, what -- there's nothing you can do there, you know.

Q.  Now, is this --

A.  I'm not going to say -- I'm not going to do something to a soldier because I think they did this.  It has to be a fact.  There has to be something that says that this happened.

Q.  Right.  So two different investigators could come to different conclusions, though.  Right?

MS. JOHNSON:  Let me object, because he's not qualified to testify about CID investigations.

Q.  (BY MR. BROOK)  What I'm trying to understand, Captain, just -- did you receive any sort of training or supervision about what to do with a soldier regarding, you know, sort of non-court marshal-type procedures if CID has investigated an incident but they have declined to prosecute an incident?

A.  I'm not sure if I'm fully understanding your question.

Q.  Did you receive -- so what I'm saying is, under the situation where CID has investigated potential criminal activity and has declined to prosecute it, does that mean -- or forget what that

Daniels, IV, Zonie

January 28, 2016

30 (Pages 114 to 117)

---

**114**

1  means.  What I'm asking is, under that situation,
2  were you given any sort of instruction or guidance at
3  any point in time in your career about what you as a
4  commanding officer could do with respect to providing
5  nonjudicial punishment or other sorts of measures
6  towards the soldier?
7     **A.  I mean, a lot of it is all situation**
8  **dependent.  It really is.  It's all situation**
9  **dependent.  And then from there, what happens to a**
10 **soldier because of what -- what they did or they**
11 **didn't do, I have to go on facts.  I can't go off of**
12 **assumptions or anything like that.  It has to be --**
13 **it has to be facts for me to process something.**
14    Q.  So what if -- under this situation?  Say
15 you find out that a soldier, you know, has accused
16 Aguigui of going around the barracks and threatening
17 to kill lots of people, and you've reported it to
18 CID, but you're hearing reports that it's continuing
19 to occur and CID is not taking action on it, and you
20 feel that's a problem, because you believe that it's
21 really happening.  Are you able to take action
22 against the soldier, or do you have to wait for CID?
23    MS. JOHNSON:  Objection --
24    **A.  Yeah, I'm not sure.**
25    MS. JOHNSON:  Objection; calls for

---

**115**

1  speculation.
2     Q.  (BY MR. BROOK)  I'm asking for your
3  understanding based upon the training that you've
4  received and your understanding of your command
5  authority.  Do you have to wait for CID to finish its
6  investigation even if you think CID is taking way too
7  long and you believe that the Army in your command is
8  being put at risk as a result?
9     MS. JOHNSON:  Same objection.
10    Q.  (BY MR. BROOK)  Please answer.
11    **A.  Yeah, I would definitely just -- I'm not**
12 **sure, but, again, I would -- like, legal.  I would**
13 **talk to my legal advisors, talk to CID, stuff like**
14 **that.  So that's really the steps I would take.**
15    Q.  But you have not been confronted with that
16 situation because you didn't get the information of
17 this incident?
18    **A.  Right.  Right.**
19    MR. BROOK:  I think I've got no
20 further questions, then.
21    MS. JOHNSON:  I've got nothing.
22    (THE DEPOSITION CONCLUDED AT 4:07
23 P.M.)
24
25

---

**116**

1           ACKNOWLEDGMENT OF DEPONENT
2
3     I, _____, do hereby
4  acknowledge that I have read and examined the
5  foregoing testimony, and the same is a true, correct
6  and complete transcription of the testimony given by
7  me, and any corrections appear on the attached Errata
8  Sheet signed by me.
9
10
11 _____     _____
12 (DATE)            ZONIE DANIELS IV
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**117**

1       IN THE UNITED STATES DISTRICT COURT
2         WESTERN DISTRICT OF WASHINGTON
3                 AT SEATTLE
4  TRACY JAHR, BRENDA        §
5  THOMAS, TIMOTHY LEE YORK, §
6  AND W. BRETT ROARK,       §
7             § CIVIL ACTION
8     Plaintiffs,    § NO. 2:14-cv-01884-MJP
9                    §
10 VS.                §
11                    §
12 UNITED STATES OF AMERICA, §
13                    §
14    Defendant.        §
15
16        REPORTER'S CERTIFICATION
17       DEPOSITION OF ZONIE DANIELS IV
18        TAKEN JANUARY 28, 2016
19
20    I, Tamara Chapman, Certified Shorthand Reporter
21 in and for the State of Texas, hereby certify to
22 the following:
23    That the witness, ZONIE DANIELS IV, was duly
24 sworn by the officer and that the transcript of
25 the oral deposition is a true record of the

---

Daniels, IV, Zonie                                        January 28, 2016

31 (Pages 118 to 119)

118

1  testimony given by the witness;
2   That the original deposition was delivered to
3  Mr. Brian C. Brook;
4   That a copy of this certificate was served on
5  all parties and/or the witness shown herein on
6  _____.
7   I further certify that pursuant to FRCP
8  No. 30(f)(i) that the signature of the deponent:
9  _X___ was requested by the deponent or a party
10  before the completion of the deposition and that
11  the signature is to be returned within 30 days
12  from date of receipt of the transcript.  If
13  returned, the attached Changes and Signature Page
14  contains any changes and the reasons therefor;
15   ____ was not requested by the deponent or a
16  party before the completion of the deposition.
17   I further certify that I am neither counsel
18  for, related to, nor employed by any of the
19  parties in the action in which this proceeding
20  was taken, and further that I am not financially
21  or otherwise interested in the outcome of the
22  action.
23   Certified to by me this 18th day of February, 2016
24
25

119

1
2  _____
3  Tamara Chapman, CSR, RPR
   Texas CSR# 7248 (Exp. 12/31/16)
   Henderson Legal Services, Inc.
4  1015 15th Street, NW, Suite 525
   Washington, DC 20005
5  Telephone:  877.548.8787
   Fax:  202.220.4162
6  calendar@hendersonlegalservices.com
   www.hendersonlegalservices.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Henderson Legal Services, Inc.

202-220-4158                              www.hendersonlegalservices.com

Daniels, IV, Zonie                                    January 28, 2016

1

## A

**A-R-M-O-R** 13:5
**abide** 24:9
**ability** 18:23
107:14
**able** 23:24
34:23 43:23
45:3 48:5
49:1 63:2
85:20 107:21
109:20 112:3
114:21
**abroad** 39:14
**Absolutely** 42:13
**abuse** 77:12
77:19 78:2
86:13,15
87:16 100:12
100:17
**Academy** 80:24 81:4
**accept** 99:2,10
**acceptable** 22:3
**access** 45:2,7
**accident** 73:15
**accurate** 6:25
65:22
**accused** 114:15
**acknowledge** 116:4
**ACKNOWLE...** 116:1
**acronym** 20:5
**act** 107:21
**action** 1:4 23:8
23:10 25:20
33:13,17,23
33:23 60:21
67:24 68:4
90:23,24

92:21 109:13
109:14,20
111:3,12
112:3,9
114:19,21
117:7 118:19
118:22
**actions** 4:2
23:3 26:21
44:20 61:25
62:25 89:19
90:6 98:15
108:23 111:1
111:19 112:3
**active** 57:20
59:1 98:4
103:23
105:15,20
**activities** 99:4
**activity** 113:24
**actual** 36:17
36:19 75:3
76:20 102:14
**actuality** 31:6
**ad** 39:15
**Adam** 46:7
**addition** 95:17
**address** 35:4
**addressed** 22:12
**Adkins** 50:24
**administrative** 19:24 33:23
44:17,22
56:13,24
62:1 89:13
**administrati...** 89:7 91:10
**admitted** 98:1
**adverse** 90:22
90:24 92:21
**advisor** 16:21
**advisors** 60:8
111:5 115:13
**Afghanistan**

14:10 38:14
**afternoon** 5:6
5:7
**agency** 2:16
97:5,8
**Agent** 103:10
105:11
**agent's** 4:4
103:4
**agree** 112:11
**agreed** 32:15
33:3,9
**Aguigui** 3:22
4:2 40:20
50:2,6 52:5
65:25 68:13
68:13 69:18
70:13 71:4
74:13,16
75:20,24
76:3,14 77:6
77:11,21
78:12 79:8
80:6,13
82:12 83:18
84:5,9 86:19
87:20 91:16
91:20,21
92:1,18,25
93:5,7,8,12
94:9,19,21
95:24 96:7
97:17,25
98:18 101:22
103:22,25
104:2 105:15
106:2,14
107:3 109:18
110:11
114:16
**Aguigui's** 80:23 88:9
101:17 102:1
103:20
**ahead** 7:14

**alcohol** 86:7,8
86:10
**Alex** 52:20,21
**allegation** 110:4
**allegations** 110:2
**allowed** 42:15
44:4,5 79:25
99:2,7,10
**Almaguer** 52:18
**aloud** 103:8
**AMERICA** 1:7
117:12
**amount** 20:18
25:13 39:18
64:4 95:14
**amounts** 95:9
95:12
**anarchy** 104:1
**and/or** 118:5
**answer** 6:15
7:3,7,13,14
7:20,21
32:23 59:20
59:25 104:24
108:1,3,4
115:10
**Anthony** 41:11
46:9 52:18
**anybody** 32:13
79:10
**anymore** 83:10
**AOC** 35:19
**APCID00057** 4:5 103:5
**APCID00059** 4:5 103:5
**apologize** 16:6
**appear** 116:7
**apprehending** 75:7
**approached** 103:19

**appropriate** 79:6,9
**approved** 102:6
**approximate** 69:10
**approximately** 53:12 68:19
**April** 15:12,20
37:9 69:7
**area** 103:24
104:10,12,13
104:15,20
**armor** 12:25
13:2,2,4 17:4
17:4 27:11
**arms** 13:11
27:13,18
28:11
**Army** 2:16
10:10 11:16
12:24 14:25
16:4,14
19:21 44:23
55:10 56:3
56:14,16
58:7,15 61:4
67:1,6 69:5
72:18 82:18
86:8,19 87:4
87:18,20
91:23 92:6,8
92:19 93:4,4
93:5 103:21
104:2 115:7
**arrangements** 94:18 96:5
**Arranyos** 54:17
**arrested** 8:8
**article** 3:15,18
26:14,16
60:24 62:24
64:12 68:12
68:14,24

69:21,21
72:6 77:21
78:12 80:15
80:17 82:10
84:19,21
85:4,11,14
86:16 90:19
90:25 91:5
92:3 102:6
102:15
**articles** 33:6
**arts** 9:20,22,23
**ASAP** 77:15
77:17,19,22
78:1,8
**aside** 78:4
92:23 96:2
**asked** 7:12
29:4
**asking** 42:9,11
103:2 114:1
115:2
**assigned** 28:6
54:2
**assistant** 37:4
**assume** 7:4
37:8 111:16
112:8
**assumed**
15:10
**assumes**
98:21
**assuming**
45:21 100:25
**assumption**
109:10
**assumptions**
109:8 114:12
**attached** 116:7
118:13
**attained** 9:2
**attended**
81:13
**attention**
110:19

**Attorney's**
1:18 2:12
**August** 8:14
10:17
**Austin** 1:18
2:8
**authorities**
72:24
**authority** 68:1
107:10,13,14
115:5
**authorized**
90:8
**available**
85:16
**Avenue** 2:4,8
**aware** 58:11
58:15 74:15
77:21 78:22
81:12 98:17
105:9,11
110:10
**awkward**
39:24
**AWOL** 47:3,6
_____
**B**
**B** 2:11
**B-R-A-U-D-I-S**
94:6
**bachelor's** 9:4
9:6
**back** 12:1
15:16,17
33:24 34:20
37:7,9 38:8
38:16,23,24
39:2,10,18
39:19,21
50:5 55:17
55:20,25
56:6,9 63:8
66:4 75:2
83:9 85:19
85:20 106:23

**background**
100:22
**bad** 66:5
**barracks**
114:16
**base** 14:13,24
42:23 43:5,6
43:7,12,25
84:9 94:8
**based** 29:12
98:8 101:10
115:3
**basic** 12:5
13:1
**basically**
44:20 60:17
74:3,5 89:18
**basics** 16:12
**basis** 48:1
88:21 98:1
98:20
**Bates** 2:7,7
70:20,22
76:11 103:5
**Bates-stamp...**
89:25
**battalion**
36:13
**battalions**
104:17
**bearing** 70:19
76:11
**began** 61:16
62:24
**beginning**
12:18 82:17
91:25
**behavior** 79:9
92:9
**believe** 44:11
46:3,6 50:3
51:7,24
52:14 55:17
73:6 80:14
81:3 86:21

95:13 105:13
105:22
114:20 115:7
**believed**
111:25
**bells** 105:4
**belt** 93:1
**Belvoir** 2:17
**benefit** 93:3,4
95:17
**benefiting**
87:4
**benefits** 95:5,6
95:13
**Benning** 12:15
**best** 6:12,15
47:9
**better** 13:13
19:3
**beyond** 111:14
111:19
**big** 83:21
104:13,15
**binding** 86:9
**biological**
47:22
**bit** 6:8 12:1
19:10 34:1
48:2 57:16
57:18 60:13
82:25
**Black** 55:2
**block** 15:19
71:24
**blood** 93:19,21
93:25 94:14
**board** 56:23
**book** 86:4
**born** 8:13
**bottom** 20:4
70:7,23
71:14,22
79:23
**bought** 32:16
78:15

**box** 90:22
**Braudis** 94:3
94:20
**break** 64:18,22
102:23,24
**BRENDA** 1:3
117:4
**BRETT** 1:4
117:6
**Brian** 2:3
118:3
**brian@clint...**
2:5
**briefed** 80:23
**brigade** 41:24
101:13,15
104:12,16
**bring** 43:4,8
**bringing** 43:7
**Brook** 2:3,3
3:5,13,16,19
3:23 4:3,5
5:5 11:7 16:9
16:11 29:1,4
32:24 33:2
36:10,11
48:12,18,23
49:1 64:19
64:24 68:7
70:17,19,25
76:10,25
77:5 89:23
89:25 90:2
98:24 102:20
103:1 106:21
108:3 110:7
110:10
113:13 115:2
115:10,19
118:3
**brought**
110:19
**buffer** 83:8
**build** 25:11,12
25:12

bunch 36:7
burden 111:11
Burnett 44:6
    104:7 105:8
buy 32:19

**C**

C 2:1,3 63:18
    118:3
cadets 81:20
calendar@h...
    119:6
call 20:4 25:8
    54:8 57:12
    58:13 75:13
called 47:22
    81:3 90:5
calling 57:25
    58:16,22
calls 75:19,21
    114:25
camera 50:16
can't 33:15,17
    49:9 54:18
    59:19,24
    80:3 83:7
    92:16 104:14
    109:7,8,25
    111:23 112:6
    112:6 114:11
captain 15:7
    16:19 27:15
    53:17 69:25
    77:5 103:1
    113:14
Captains
    13:10
car 43:17,18
    66:10,12
care 6:22
    24:22 94:17
    94:19 96:5
career 13:11
    15:3,4 114:3
carry 43:5

case 20:24
    47:5 48:8
    70:6 88:9
    107:9 109:23
    112:24
cash 99:25
Castleton
    51:24 52:1,8
    52:9
caught 64:13
    64:15
cause 1:16
    33:22
caused 66:6
causes 89:18
CAV 53:5
    103:15
cavalry 15:11
    29:13 34:22
    37:8 38:2
CBRNE 47:18
    47:18,23
CCR 1:17
center 43:22
certain 20:18
    25:13,22
    39:18 58:9
    82:22
certificate
    118:4
CERTIFICAT...
    117:16
Certified
    117:20
    118:23
certify 117:21
    118:7,17
chain 16:17
    21:4,10,12
    22:13,14
    24:17 25:5
    25:24 26:1
    32:11 34:1
    34:14,16,20
    58:19,22

75:9 85:6
101:21
112:20
change 14:17
    14:18,23
    15:2 37:12
    85:23
changes 85:17
    118:13,14
Chapman 1:17
    117:20 119:2
chapter 61:6
    86:17 87:7
    87:10,12,13
    87:20 88:16
    88:21 89:1
    90:15 91:19
    91:20,21,22
    91:25 93:2
    108:15
chaptered
    56:11,12,15
    56:20,21,25
    57:2 61:4,11
    62:4 63:3
    87:17,25
    88:19 91:7
chaptering
    61:16 86:19
    87:6 88:10
    89:6 91:11
chapters 62:1
    87:15
characterize
    65:25
charge 20:18
    20:20,22
    30:12,14
    38:18 100:23
charges 78:4
checked 90:22
chemical
    47:22
choose 42:15
Chris 45:2

60:12
Christopher
    44:15 46:2
    92:19
CID 57:23,24
    58:13,17,22
    62:9,12,16
    62:18,23
    73:2 74:21
    74:21,22,24
    75:19,23
    76:3 77:7
    78:13,18
    79:16,22,24
    80:5,7 97:16
    106:5,10
    107:5,6,8,10
    108:7,22
    109:2,5,11
    109:16 111:9
    112:4,17,23
    113:11,17,23
    114:18,19,22
    115:5,6,13
circumstanc...
    99:6,9
citizens 101:9
City 8:16
civil 1:4,19
    8:10 117:7
civilian 32:9
    33:4 78:15
civilians 31:16
claim 65:9
claiming
    109:17
clarify 7:7
class 18:15
    49:14 51:7
classified
    101:11
clear 13:4
    16:10 18:8
    24:11 61:15
clearance

40:25 100:11
100:18,24
101:7
clerk 28:10
CLINTON 2:3
clot 93:19,21
    93:25 94:15
club 104:23
clue 96:17
    100:2
cocaine 98:4
college 9:3,15
colonel 36:12
    70:5 102:4,9
    102:11,12,16
combat 13:11
    27:13,18
combination
    16:2
come 17:10
    18:23 25:14
    33:20 43:23
    44:3,4 55:25
    56:9 61:19
    67:25 75:2
    113:9
comes 38:8
    39:19 41:24
    59:6 67:24
coming 43:16
    43:25 66:15
    83:9
command
    13:14 15:10
    15:18,22,25
    16:5,18 21:5
    21:11,12
    22:13,14
    24:17 25:5
    25:24 26:2
    33:9,10 34:1
    34:14,20
    35:16 37:8
    38:1 39:16
    39:24 57:14

58:19,22
60:14 66:23
68:24 69:6
74:20 75:25
78:12 83:4
83:19 85:7
86:20 96:20
98:10 99:20
101:3,21
107:13,14,21
110:21,24
112:20 115:4
115:7
**command's**
34:17
**commander**
18:22 27:11
29:16,22
30:8,11
36:13,14,18
36:19 37:11
38:20 40:2
40:10 60:18
63:5 67:23
75:9 83:12
94:11 102:3
102:14
108:19
111:17
112:19
**commander's**
69:24 79:21
110:19
**commanders**
3:15,18
17:24 18:1
30:4 40:7,9
**commanding**
23:24 101:23
102:2 114:4
**commission...**
11:11,12,16
20:1 23:17
**commit** 79:3
82:13

**committed**
50:1
**commo** 27:10
28:12
**common** 28:5
92:11,12
**communicate**
40:6,8
**communicat...**
44:11,13
**companies**
16:2 34:22
39:10,13,17
**company**
15:24 16:14
16:18,23,24
17:4 18:22
19:21 27:7
27:20 29:19
29:21,23
30:6,8 35:2
39:15,20
40:2,6,9 63:8
63:18,18,20
68:13 69:21
69:23,24
70:11 71:6,7
79:21 82:8
82:11 84:15
87:1 92:3
103:20
**company's**
30:15
**complete**
65:22 75:17
116:6
**completed**
19:25 44:22
75:12
**completing**
75:15
**completion**
118:10,16
**computerized**
1:17

**conceal** 43:5
**concern**
105:19
**concerning**
105:21
**concerns**
101:10
**concluded**
112:2 115:22
**conclusion**
112:18
**conclusions**
113:9
**concurrent**
90:17
**conduct** 75:1
79:6 89:20
103:22
**confined**
80:19,20
**confronted**
115:15
**Congress** 1:18
**connection**
84:19
**connotes** 91:3
**conscious**
47:11
**consequenc...**
26:7
**consider**
22:16 23:11
23:12 62:19
**consideration**
77:25
**consistent**
81:10
**consorting**
101:9
**conspiracy**
79:3
**constantly**
104:1
**Constitution**
59:11

**consult** 35:3
111:4
**consume** 86:7
86:8
**consumed**
86:10
**contact** 109:2
109:4
**contains**
118:14
**content** 76:24
**context** 16:14
19:21
**continuing**
82:13 114:18
**continuity**
86:4
**continuous**
25:9
**continuously**
23:7,16 25:6
**controlled**
73:20
**convenience**
103:7
**conversation**
65:24
**conversations**
78:18 97:16
**convicted**
96:21 97:1
**convictions**
96:25
**copy** 118:4
**corporal** 18:14
18:18,20,21
19:5,12
**correct** 7:25
12:20 29:14
57:10 71:12
88:10 90:11
92:9 101:4
116:5
**corrections**
116:7

**corrective**
98:15
**counsel** 48:13
118:17
**counseling**
23:6,6 84:25
85:5,8,8,13
85:15 86:6
**counselings**
25:17,18,18
85:10
**count** 10:18
**counting**
11:22
**country** 39:25
**couple** 48:14
104:9
**course** 12:5
13:1,11 24:7
30:3 62:17
94:24 106:22
107:18
**court** 1:1 6:21
117:1
**cousins** 9:14
**covered** 14:22
**craft** 13:12
**creed** 24:10
26:22
**crew** 20:20
**crime** 62:17,20
96:21
**criminal** 79:20
113:24
**CSR** 1:17
119:2,3
**current** 12:20
12:21
**currently** 10:7
11:2 82:2
**cut** 70:22 83:1

**D**
**D** 38:25 39:19
40:7 42:3,8

Daniels, IV, Zonie

January 28, 2016

5

55:18 77:16
79:7 101:3
102:9,11,16
108:19
**D-A-N-I-E-L-S**
5:11
**danger** 58:3
**Daniels** 1:10
1:14 3:12 5:1
5:10,10
116:12
117:17,23
**date** 15:15
68:16,18,21
83:5 90:10
103:11
116:12
118:12
**David** 2:15
51:5 103:14
107:1
**david.j.kryni...**
2:17
**Davis** 52:12,13
52:16
**day** 5:15 12:9
66:9 96:20
118:23
**days** 67:11
87:9,9 88:10
118:11
**DC** 119:4
**deal** 24:25
35:15
**dealer** 78:15
79:13 97:19
**dealt** 26:7
**Dearman** 46:7
46:8
**death** 95:5
97:21
**December**
96:9
**decide** 23:25
24:14,25

31:17 62:12
**decided** 112:4
**deciding** 23:11
85:3 100:23
107:2
**decision** 30:18
30:22 31:2
62:11 81:21
111:21
**decisions**
85:22 111:17
**declined**
103:21
113:18,24
**deemed**
112:10
**deep** 100:21
**defend** 59:10
**Defendant** 1:8
2:11 117:14
**definitely**
26:10 49:4
93:2 115:11
**definitional**
53:3
**degree** 9:4,5,6
9:17
**Deirdre** 83:18
94:9
**delivered**
118:2
**delta** 42:8
**demoted**
80:13,14
**dependent**
24:3 114:8,9
**depends** 17:3
22:20 28:9
35:25 42:18
61:24,24
62:14 75:4
81:25 87:7
87:10,11,13
111:4
**deploy** 65:8

**deployed**
13:15,23
14:8,10
40:16,17
46:4,5 56:8
60:20,20
**deploying**
38:13
**deployment**
14:13 38:17
55:18,20
56:1,6,9
65:12
**deponent**
116:1 118:8
118:9,15
**deposed** 5:19
5:21 8:2
**deposition**
1:10,14
115:22
117:17,25
118:2,10,16
**derogatory**
51:15
**described**
76:12
**designations**
103:16
**desk** 45:17
**detachment**
15:18 16:1
29:16,20,24
30:1,11
37:10 38:3,6
38:8,9,10,12
38:19,20
39:12 54:4,6
60:18 61:7
67:23 69:1,3
69:7 74:20
80:11 83:10
83:12 94:12
**determine**
34:16

**determines**
24:12
**detour** 48:9
**developmen...**
84:25
**died** 83:4
94:22
**dies** 95:21,22
**difference**
32:8 69:20
**different** 14:13
14:13 21:1
29:18,19,20
30:10 36:5
47:23 56:22
66:3 71:10
82:2 87:14
87:17 100:15
113:8,9
**differently**
98:11
**diplomacy**
9:20,20
**directly** 21:14
**disagree**
112:12
**disappear**
22:21
**discharge**
73:4,15
**discharged**
67:11
**discharges**
57:4
**discharging**
73:10
**disciplinary**
35:3 56:8
60:14,21
66:14 67:16
67:21,24
**discretion**
22:6
**discretionary**
26:1

**discuss** 35:3
101:19
**discussed**
101:22 102:1
103:22
**discussing**
94:1 105:15
**discussion**
14:21 29:3
72:23 106:8
**disliked** 104:1
**displaying**
28:21
**disrespecting**
23:17
**distributed**
16:16
**DISTRICT** 1:1
1:1 117:1,2
**division**
101:13
**division-level**
101:16
**document**
3:21 34:19
45:4 65:1,5
65:21 68:9
68:11 71:1
75:3 76:15
89:4 90:3
103:3
**documents**
44:21 45:16
79:5 89:8
**Dodds** 47:12
**doing** 13:14
20:22 21:7
21:25 22:9
33:11 59:18
60:25 78:16
80:4 83:9
84:16,21
94:20 96:7
98:16 106:23
108:11

dollars 99:25
doubt 111:14
  111:19
drafted 103:10
drink 86:14
drinking 68:15
driver 28:11
  28:12,12
  49:3 50:17
drivers 28:11
driving 68:15
drug 78:15
  79:13 97:19
  100:12,16
dude 55:2
dudes 96:23
due 70:22
duly 1:15 5:2
  117:23
duties 32:11
  107:11
duty 10:15
  22:3,11,17
  22:18 23:1
  28:22 31:18
  32:3 59:2,4,6
  59:21 60:4,7
  65:15 80:21
  98:4,20
dying 95:2

_____

E

E 2:1,1 11:19
  103:14
E-16 18:9
E-4 19:2,2,3
  36:1
E-5 18:12 36:1
  47:4 52:1
E-5s 18:6
E-6 18:2 20:19
E-7 17:22,25
  53:17,18
E-8 16:20
  53:17

earlier 15:15
  97:18
early 55:17,20
  55:25 56:6,9
easier 61:14
echelon 35:25
education 9:1
  12:22
Edwin 52:24
either 22:12
  23:16,17
  40:8 43:21
  57:24 66:15
  73:22 75:2,6
  75:17
employed
  118:18
ended 59:18
  96:20
enforcement
  3:21 76:14
enlisted 10:18
  10:19,20
  11:10,14,15
  11:15,17,22
  16:21 48:2
  51:11
enrolled 77:14
  77:15,17
ensure 19:24
  22:11 98:15
ensuring
  20:22 44:21
entire 15:24
  53:4,6,8
entitled 3:21
envelope
  99:24
Erica 46:17
Errata 116:7
error 70:22
escalate 25:19
especially
  35:10 73:4
ethical 31:7

ETS 56:4
evaluation
  18:25
event 97:12
everybody
  38:8,24 53:7
  83:9
evidence
  98:22
exact 80:19
  83:11 108:4
exactly 26:14
  34:24 35:21
  35:22 41:4
  45:7 51:10
  51:11 53:19
  54:7 55:5,24
  57:11 60:23
  60:25 61:3
  63:7 66:17
  67:13 73:19
  87:22 88:13
  88:14,23
  97:24
EXAMINATI...
  3:1 5:4
examined
  116:4
example 86:7
exceptions
  19:13
excuse 12:3
  53:18 63:11
  86:14
execute 19:25
Exhibit 3:11
  3:14,17,20
  4:1,4,10
  48:10,25
  64:23,25
  68:6,8 70:7
  70:16,18
  71:9,9,21,23
  76:8,9,11
  89:22,24

102:25 103:2
exhibits 3:9
  4:9 70:21
Exp 119:3
experience
  17:2 35:1
experiences
  35:18
expert 16:7,9
explain 16:15
  27:22 72:10
  72:12 74:2
  104:14
extra 75:18
  80:21

_____

F

face 50:14
facilitate 41:24
fact 23:9 77:6
  98:17 113:6
factor 77:24
  78:3
factored 81:21
factors 62:1
facts 98:22
  111:16
  112:14,14,15
  112:15,16,21
  112:23
  114:11,13
failed 78:8
failing 60:6
fails 59:16
failure 68:14
fairly 16:13
familiar 47:7
  51:6,9,13
  54:23 57:8
  81:5,6
family 83:23
far 7:3 23:20
  26:3,16,20
  32:19 51:20
  65:21 75:14

80:22 86:13
  92:17 93:1
  94:18 108:17
  109:1
favorable 4:1
  89:19 90:5
Fax 119:5
February
  103:11,13
  118:23
Federal 1:19
feel 110:15
  114:20
fellow 32:10
  78:14 81:20
  108:25
female 46:19
  46:20,22
field 69:21,25
  71:4 72:5,8,9
  77:20 78:3,7
  80:14,17
  82:8,11,15
  82:16 86:22
  86:25 87:2
  88:14 90:15
  90:19,25
  91:4 92:3
  102:6,15
fifth 5:14,15
fighting 39:13
figure 43:11
  79:17 94:12
  107:23
figuring 18:25
  82:5
file 44:25 85:9
  85:20 89:16
filed 65:11
  89:4,5 91:10
files 45:3 86:3
fill 68:3 69:8
filling 91:15,18
finally 40:4
financially

Daniels, IV, Zonie

January 28, 2016

7

118:20
**find** 60:3,5
  88:7 109:7
  112:25
  114:15
**findings** 33:21
  75:4
**fine** 60:2 100:9
  104:24
**finish** 6:14
  61:12 115:5
**finished** 6:14
  10:4
**finishes** 79:24
**firearm** 73:5
  73:11
**first** 5:2 6:10
  6:22 16:20
  18:15 19:4
  23:5 27:8,11
  28:4,11
  33:25 34:2,4
  34:4,8,11
  48:14,24
  49:14 51:7
  52:4 85:1,16
  85:18 86:24
  87:1,2 96:6
  104:9 105:17
**five** 25:22
  69:11
**flag** 4:2 89:15
  90:4
**flagged** 89:18
  90:18,19
**Floor** 2:4
**follow** 21:1,5
  21:11 59:23
  60:6 96:24
**following**
  117:22
**follows** 5:3
**foregoing**
  116:5
**foreign** 101:9

**foremost** 6:10
  6:23
**forget** 7:24
  113:25
**forgot** 71:25
**form** 32:22
  33:18 68:3
  68:17 86:6
  89:4,8,13
  91:6,9,10,12
  91:13,15
**formal** 58:6
**format** 6:5
**formation**
  24:14 30:13
**formations**
  39:21
**forms** 69:8
  84:25
**Fort** 2:17
  10:17,23
  11:23 12:2,7
  12:8,9,12,15
  12:18,19
  29:9,13,15
  29:23 35:2
  36:5 37:18
  37:19 57:20
  58:25 88:2
  92:15 104:19
  106:3
**forward** 30:4
  36:20 38:13
  39:22 102:8
  102:13
**found** 86:10
  96:3,11,13
  108:20,20
**four** 5:16 28:3
  36:1 43:18
  76:12 96:22
  96:22 103:15
  104:17
**fourth** 5:12
**Foxx** 103:11

103:13
  105:11
**frame** 15:19
**FRCP** 118:7
**frequent** 47:25
**frequently**
  101:8
**Ft** 103:23
**Fuel** 55:23
**fueler** 55:19,22
**full** 95:13
  99:24
**fully** 113:20
**function** 19:20
**funeral** 83:15
  83:21 84:1
  94:18 96:5
**further** 25:24
  115:20 118:7
  118:17,20

**G**
**gain** 35:9
**Garner** 46:9
**gate** 43:13,16
**general** 7:25
  8:7 29:9,25
  95:19,19,20
**generally** 35:1
**Georgia** 10:23
  12:15 42:19
  97:2
**Geraldo** 51:3
**getting** 25:17
  59:18 64:15
  79:23 82:17
  87:14
**girl** 5:18
**give** 10:14
  19:6,9 59:24
  75:2 102:20
**given** 14:23
  20:1,25
  35:14 54:3
  70:13 80:17

92:21 100:14
  114:2 116:6
  118:1
**giving** 25:17
  33:17
**Glen** 55:14,15
  56:5
**go** 6:7 7:3,14
  10:24,25
  12:1,11,14
  12:25 13:3
  13:10,12
  15:3 18:18
  24:17 29:1
  29:10 33:17
  35:12,17,19
  36:2 37:9
  38:16 40:18
  43:21 58:19
  60:3,8 64:21
  83:14 84:1
  87:2,8
  100:21
  101:10
  102:22
  108:16 110:8
  114:11,11
**goes** 26:4 34:5
  62:2 109:1
**going** 6:4,7,13
  6:21 7:4,12
  7:18,19
  10:13 15:1
  23:23 32:18
  32:19,21,25
  34:17 38:9
  38:15 48:9
  48:13 50:5,9
  60:12 61:10
  68:7 70:17
  74:23,25
  75:14,15
  76:23,25
  79:18,23
  83:14 89:23

90:16 94:10
  94:13 96:12
  96:14 103:16
  104:24 109:9
  109:23,24
  110:17
  111:22 113:4
  113:4 114:16
**good** 5:6,7
  11:6 51:21
  89:20
**gossip** 94:8,10
**government**
  70:24
**grade** 54:14
  68:14 69:21
  69:21,23,25
  70:11 71:4,6
  71:7 72:6,8,9
  77:21 78:3,7
  80:15,17
  82:8,9,11,11
  82:15,16
  86:22,25
  87:1,3 88:14
  90:15,19,25
  91:4 92:3,3
  102:6,15
**graduated**
  17:15
**great** 64:20
**group** 20:12
  34:12 45:10
  98:9
**grow** 8:17
**Guard** 11:3
**guess** 17:21
  20:3,17
  22:20 28:17
  30:13 32:17
  35:7 39:1
  42:8 44:23
  53:15 58:12
  66:2,19 68:3
  84:6,14 88:6

Henderson Legal Services, Inc.

202-220-4158          www.hendersonlegalservices.com

100:13 104:7
105:10 108:8
**guessing** 50:6
**guidance**
19:25 114:2
**gun** 32:16,19
73:14
**gunners** 18:5
**Gunston** 2:16
**guy** 27:10,10
27:11 47:21
54:25 55:7
85:17 109:9
**guys** 18:6 20:4
27:13 37:25
69:1,2 79:18
91:22 97:3

**H**

**Hadley** 36:12
**half** 14:6 48:14
**Hall** 55:14,15
56:5
**hand** 18:18,18
**hand-over**
85:24,25
**handful** 69:13
**handle** 22:14
35:10 62:13
75:9
**handled** 69:23
69:25
**hands** 79:19
79:21
**handwriting**
71:10,17,19
71:22,24
**happen** 22:21
79:11 92:13
**happened**
38:22 58:7
67:2,7 68:2
73:6,12 77:1
82:3 85:11
87:22 88:14

88:15 92:15
94:13,25
96:3 105:11
106:16 112:1
112:7 113:7
**happening**
23:7 58:13
61:22 82:2
96:18 98:25
109:2,3,5
114:21
**happens** 25:6
38:7 59:3
98:13 100:15
108:14
110:23 114:9
**harassment**
62:15
**hard** 6:22
27:22 30:10
74:2
**harder** 107:23
**harming** 32:5
**Harris** 2:8
**head** 69:19
**headquarters**
27:5,6,8,9,16
27:19,19,23
28:1,3,6,14
28:18,22
29:6,13
34:12,21
47:19,20
48:1 63:10
63:10,14,14
**hear** 95:23
96:1
**heard** 45:23,25
49:20 98:25
105:18 112:1
**hearing** 57:11
114:18
**hears** 31:15
58:23
**heart** 111:25

**Heather** 45:19
**help** 16:11
19:23 41:23
**helped** 93:5
**helpful** 16:6
**Henderson**
119:3
**hey** 21:6 33:17
35:12 74:24
75:14 84:16
86:1 95:1
96:11
**HHC** 53:4 63:7
63:9,17,21
63:24
**HHT** 63:11,12
63:24 103:15
**hierarchy**
34:14
**high** 74:5
**higher** 19:14
23:19 36:2
70:1,1
**highest** 9:1
**history** 9:18
23:22 80:23
85:21 100:16
**hmm** 74:2
**hoc** 39:15
**Hokie** 9:8
**Holland** 52:20
52:21 104:5
105:6
**home** 73:6
**honestly** 31:20
35:18
**Hood** 12:18,19
**house** 104:15
**huge** 10:10
**huh-uh** 6:20
**human** 31:19
**hurt** 59:18
73:16
**hypothetical**
31:14

**I**

**I've** 7:12 53:1
54:23 58:24
76:20 103:1
115:19,21
**IC** 53:18
**ID** 43:20
**idea** 36:8
64:20
**identify** 48:11
**ignorant** 16:4
**ignore** 59:2
**illegal** 73:24
74:6,6,10
**illegitimate**
100:3
**immediately**
62:16
**immoral** 22:10
**important** 6:11
6:19 7:6,21
23:11 28:15
28:17 82:12
100:11 107:2
107:5
**impressions**
84:11
**incident** 62:8
92:22 113:18
113:19
115:17
**incidents**
74:16
**include** 27:14
53:23 57:3
**included** 39:13
105:3
**including**
17:20 53:23
**INDEX** 3:1,9
4:9
**indicate** 79:2
91:6
**individuals**

103:18
**individuals'**
69:16
**infantryman**
42:7,7
**influence**
107:11
**inform** 106:10
106:11
**information**
41:24 45:9
45:13 74:22
75:11,18
101:11 107:1
107:8 115:16
**informed** 73:4
77:6,7 78:19
79:2 111:21
**infraction**
22:17,22,25
23:12,23
24:12 30:18
31:2 72:16
**infractions**
21:20 25:14
**injuries** 56:3
**insignificant**
23:13
**inspections**
43:10,14
**instance** 1:15
92:14,16
**instruct** 7:20
**instructed** 6:3
25:23
**instruction**
114:2
**instructions**
21:1,11
**instructs** 7:13
**insubordina...**
21:21
**insurance**
95:5
**intelligence**

Daniels, IV, Zonie

January 28, 2016

9

| | | | | |
|---|---|---|---|---|
| 40:24 101:1 | involve 7:19 | JAHR0008443 | 44:24 82:12 | 43:10 44:3,8 |
| **intention** | **involved** 67:15 | 3:19 70:20 | **Kelly** 52:16 | 44:9 45:2,3 |
| 92:18 | 67:20 101:16 | **JAHR0008454** | **kept** 34:12 | 45:17,20,22 |
| **intentionally** | 103:18 106:8 | 4:2 90:1 | 79:1,5 | 46:8,10,12 |
| 26:5 | **involvement** | **JAHR0021180** | **kicked** 81:13 | 46:18,21,21 |
| **interact** 47:25 | 49:24 93:7 | 3:22 76:11 | 81:16,19 | 46:24 47:5 |
| 48:3 | 95:4 | **JAHR0021183** | 86:8 | 47:15,24 |
| **interaction** | **involves** 93:12 | 3:22 76:12 | **kill** 32:9,10,13 | 48:19 49:3 |
| 50:8,10 93:6 | **Iraq** 13:18 14:2 | **James** 52:12 | 32:15,15,19 | 49:14,16 |
| **interested** | 14:3 30:4 | 52:13 | 33:3,10 | 50:6,21 51:2 |
| 118:21 | 38:13 | **January** 1:11 | 78:14 79:13 | 51:10 52:1 |
| **interfere** 80:3 | **Isaac** 3:22 4:2 | 1:16 12:13 | 114:17 | 52:11 53:2 |
| **internally** | 40:20 50:6 | 117:18 | **killed** 67:8,11 | 53:13,15 |
| 62:13 | 65:25 75:20 | **Jeffrey** 50:22 | 67:14 | 54:16 55:11 |
| **interpreted** | 76:14 77:21 | **Jenderseck** | **killing** 31:15 | 57:12 58:1 |
| 106:1 | 78:12 79:7 | 46:2 104:5 | 32:1 | 58:14 59:6 |
| **interpreting** | 80:23 92:18 | 105:7 | **kind** 13:1,12 | 59:19,24 |
| 60:9 | **issue** 23:15 | **Jeremy** 103:10 | 18:18 25:11 | 60:1 61:6 |
| **interviewed** | 35:11,13 | **job** 21:24 | 25:14 26:20 | 62:3,8 64:12 |
| 97:4,8,10 | 40:11 60:14 | 28:15 45:12 | 31:10 34:14 | 66:2,21 67:1 |
| 103:13 | 60:16 70:10 | 51:19 | 37:14 39:20 | 67:5,10,13 |
| **investigate** | 74:21 77:19 | **John** 47:12 | 41:18,23 | 67:19 69:4 |
| 107:15 111:9 | 78:2 100:22 | **Johnson** 2:11 | 43:22 47:2 | 73:16 75:6 |
| **investigated** | **issued** 77:20 | 11:6 32:21 | 51:18 58:8 | 75:14 76:18 |
| 74:21 93:15 | **issues** 40:13 | 48:16,21 | 61:22 62:21 | 78:11 79:21 |
| 113:17,23 | 56:2 66:4 | 64:17 76:23 | 74:4 78:10 | 80:6,12,16 |
| **investigating** | 67:16,21 | 98:21 106:18 | 79:19 82:23 | 82:23 83:24 |
| 75:24 112:13 | 69:4 92:23 | 107:25 | 94:12,15 | 85:17,18 |
| **investigation** | 93:1 | 113:10 | 99:17 100:21 | 87:8 89:3,5 |
| 4:4 33:14,18 | **issuing** 78:12 | 114:23,25 | 106:1 112:6 | 91:9 93:13 |
| 33:22 49:25 | 100:19 | 115:9,21 | **knew** 41:10 | 93:18 94:15 |
| 75:1,12,15 | **its's** 63:11 | **join** 8:24 | 58:12 81:1 | 94:17,24,25 |
| 79:25 80:2,4 | **IV** 1:10,14 3:12 | **Joiner** 46:11 | 81:15 93:14 | 95:21 96:17 |
| 94:9 97:18 | 5:1,10,11 | **joking** 32:2 | 109:2 | 96:19 98:9 |
| 97:20 107:17 | 116:12 | **judgment** 25:8 | **know** 5:17 | 99:6,9,17,19 |
| 107:18 | 117:17,23 | **July** 37:14,14 | 6:13 7:6,16 | 99:22 100:6 |
| 108:12 115:6 | | 38:22,24 | 7:25 11:4 | 101:1,6,8,15 |
| **investigations** | ——————— | 39:6 61:9,10 | 15:14 16:25 | 101:18,18 |
| 80:8 113:12 | **J** | 61:16 63:4 | 19:6 20:19 | 104:14,21,22 |
| **investigative** | | 69:7 83:6 | 20:25 23:12 | 104:23 105:6 |
| 97:5,8 103:4 | **J** 2:15 | 90:11,12,13 | 24:18 26:7 | 105:7,7,8 |
| **investigators** | **JAHR** 1:3 | 93:8 | 26:13,23,24 | 106:2,24 |
| 113:8 | 117:4 | | 34:21 35:20 | 107:5,7,16 |
| **involuntary** | **JAHR0008404** | ——————— | 35:21 36:6 | 108:3,10,13 |
| 57:3 | 3:13 | **K** | 42:11 43:6 | 108:18,20,21 |
| | **JAHR0008405** | | | |
| | 3:13 | **keep** 9:15 | | |

Henderson Legal Services, Inc.

Daniels, IV, Zonie

January 28, 2016

10

109:14,21,21
110:1 111:8
111:10,11,13
111:15,22
112:5 113:2
113:16
114:15
**knowing** 66:2
**knowledge**
95:20 105:14
**known** 53:1
54:23 81:16
81:18 106:25
**knows** 26:4
**Knox** 12:2
**Kristin** 2:11
**kriston.b.jo...**
2:13
**Krynicki** 2:15

—— L ——
**LA** 1:17
**Lapsley** 49:15
**large** 104:18
**lasts** 35:20
**late** 12:16
36:23 66:8
66:16
**laterally** 18:21
19:4
**law** 3:21 72:19
72:22 76:13
**lawsuit** 8:11
**lawyer** 7:11
**leader** 17:6,7
18:2 40:16
**learn** 13:12
96:6 108:6
**learned** 57:19
58:8 74:23
107:19
**learning** 19:18
35:18
**leave** 15:19
39:18,19

56:13,24
92:8 103:16
**Leavenworth**
88:2
**led** 17:5
**LEE** 1:3 117:5
**leeway** 82:25
**left** 7:12 12:8
30:5 36:14
39:20 91:23
103:20
**legal** 2:16 60:8
111:5 115:12
115:13 119:3
**legitimate**
99:23
**let's** 29:10
33:2 36:11
62:14 64:21
78:6
**level** 9:1 16:18
23:19 24:22
24:25 26:1
33:16 34:15
34:16 41:3
69:24 70:2
75:8,10
101:13,13
**levels** 70:1
**leverage** 19:10
**Lexington** 2:4
**lieutenant**
17:9,12
36:12 70:5
**life** 6:21 61:14
95:5
**line** 34:2,4,8
34:11 52:4
85:1,16,18
**list** 10:14 36:9
50:19
**listen** 21:7
**lists** 53:7
**litany** 107:19
**literally** 16:10

**little** 6:8 12:1
13:12 17:14
19:10 29:18
33:25 34:1
36:3 39:20
47:23 48:2
57:16,17
60:13 66:3
82:2,25
92:25 100:15
**live** 26:24
**lives** 42:24
81:20
**living** 73:13
**Lloyd** 54:20,21
54:21,21,22
**Lloyds** 54:23
**loaded** 31:13
**loan** 99:19
**loaned** 99:14
**log** 79:1
**long** 13:21,23
22:20 35:20
35:21,22
42:16 44:3
61:23 87:5
87:19 115:7
**longer** 36:3
83:12 87:4
87:10 89:20
**look** 26:15,20
27:4 33:6
35:8 54:25
71:9 76:6,21
85:20 100:21
**looked** 64:14
**looking** 110:18
**looks** 49:6
**lot** 19:19 24:2
35:17 48:3
50:10 55:9
61:25 62:1
64:8 66:10
69:1,2 77:16
82:21 96:2

106:23 114:7
**lots** 114:17
**Louisiana**
12:13
**low** 51:10

—— M ——
**machine** 1:18
**made-up**
49:17
**main** 40:10
53:16 56:25
**maintain** 28:17
**Major** 2:15
**making** 111:17
**man** 8:20 29:8
47:17 77:9
**manage** 19:22
**management**
19:21
**manages**
16:23
**managing**
16:16
**Maneuvers**
13:10
**manner** 32:2
**mapped** 58:24
103:24
**MAPS** 81:4,8
**March** 15:8,17
**marijuana**
73:22 98:6
**marked** 4:9
48:10,24
64:23,25
68:6,8 70:16
70:18 76:9
76:10 89:22
89:24 102:25
103:2
**marking** 76:8
**marshal-type**
113:17
**master's** 9:4

9:19,20,21
9:22,23
**matter** 35:23
**McNew** 50:20
50:21
**mean** 9:3
15:16 16:17
17:3 19:1,22
20:16,21
23:14 24:2,7
24:16 25:11
25:25 28:10
31:6,18,20
32:3,12 33:7
33:14,15
34:7,13 35:6
35:7,17 37:5
42:6,14
45:14 49:4
52:25 56:12
56:15,21
57:22 58:5
58:12,18
59:4,8 63:23
65:10 66:8
67:8 68:25
71:16 72:17
73:10 78:4
78:19 79:15
79:19 80:18
82:19 84:13
84:14 86:12
87:9,11,15
88:15 89:7
90:21 92:2,5
92:10,20
93:17 94:11
94:23 96:2
101:12
104:11,16
105:6,17
106:1,16,16
106:22,24
107:6 108:8
108:9,9

109:1,3,25
110:25 111:4
111:15,21
112:14,18,25
113:1,25
114:7
**means** 72:11
88:3 114:1
**measures**
32:19 114:5
**med** 56:23
**medals** 89:20
**medic** 46:3
**memorable**
97:12
**memories**
54:11
**Mendez** 52:24
**Mendezes**
53:1,1
**mention** 66:20
**mentioned**
97:15
**mere** 110:2
**messing** 73:14
**met** 45:25
**Michael** 44:6
46:25 47:6
50:24 66:20
**mid-April**
15:12
**miliary** 11:5
**military** 8:22
8:24 9:2,3
10:14 14:20
32:6 40:24
81:4 101:1
**mind** 6:16
10:13 38:9
**minor** 8:3
22:17,22,25
23:13 24:12
43:24
**minute** 48:17
**minutes** 48:14

48:24
**misconduct**
26:5 50:1
82:6,9,13
87:16 101:8
107:20,22
108:7,11,14
**misfit** 98:10
**missed** 24:13
**missing** 39:1
68:16 98:20
**mistaken**
71:10 81:8
**moment** 76:17
**money** 79:14
95:24 96:7
99:2,7,10,14
99:20 100:4
104:8 105:3
**monitored**
82:20
**months** 13:24
14:4 35:23
**moral** 31:8
**morale** 95:2
**MOSs** 27:12
**move** 8:19
14:19
**moving** 15:3
**MPs** 57:23,24
58:13,16,22
62:18,23
73:1,3 79:16
79:22 109:5
**multiple** 17:23
20:2 21:1
29:17 56:2
56:22 66:9
**murder** 79:3
107:19,24
**murdered**
93:18
**murdering**
93:15

| N |
| --- |

**N** 2:1
**N-2** 53:18
**Nagpur** 8:16
**name** 5:8,11
44:1,6,8,9
45:19,25
47:6 49:18
49:20 50:5
51:12 57:6,7
57:10 66:19
66:21 71:22
102:9,10,18
102:19
**names** 36:5
40:19 44:2
54:16 69:16
105:2
**Nate** 50:19
**Nathan** 50:19
**National** 11:3
**nature** 59:14
66:16
**NBC** 47:21
**NCO** 19:7
20:14,18
21:19,22,23
22:2 23:11
23:22 24:4
24:12 30:24
31:1 35:9,11
35:11,12,19
41:18,21,21
41:22 47:18
47:18 66:15
85:7 99:10
99:24 100:4
**NCO's** 26:22
**NCOs** 17:24
18:7 19:20
20:2 21:1,14
26:24 35:2,8
35:14 52:7
53:19,24

**NCYC** 52:2
94:4,11
**NCYCs** 30:14
**nearly** 104:3
**necessarily**
19:1 59:22
83:2
**need** 47:9,10
58:9 75:18
76:21 109:16
**needed** 40:12
77:25 85:12
**needs** 30:17
87:3
**negative** 23:6
85:13
**neglect** 73:15
**negligence**
73:11
**neither** 118:17
**never** 5:22
45:25 60:20
98:13
**new** 2:4,4
35:10
**news** 96:8,10
98:9
**Nicholas**
54:17
**Nicole** 52:8
**nine** 14:4,6
**non-court**
113:16
**noncommis—**
17:21 20:21
21:6,8 22:1
22:11 23:18
24:8,10,19
26:10
**nonjudicial**
3:15,18
56:18 111:18
114:5
**nonpunitive**
109:21

**Nope** 52:23
**normally** 30:3
**Norwich** 9:25
**Nos** 76:11
**note** 70:20
103:9
**notes** 110:8
**November**
8:25 104:4
**NTO** 41:20
**nuclear** 47:22
**number** 20:3
25:22,25
91:13 103:5
**number's**
70:22
**numbered**
1:16
**numbers**
53:19
**NW** 119:4

| O |
| --- |

**O** 11:20
**O-3** 36:18
**O-5** 70:2
**oath** 5:23 59:9
59:10
**OBC** 12:3,3,4
**object** 32:21
113:10
**objection** 7:12
98:21 107:25
114:23,25
115:9
**observes**
21:20 22:2
**obvious** 67:2
**obviously** 21:5
88:9 106:23
**occur** 114:19
**occurred**
111:20 112:3
**occurs** 23:23
**OCS** 10:24,25

Daniels, IV, Zonie

January 28, 2016

12

12:2
**October** 36:24
104:3,4
**offense** 73:7
73:18 78:9
**offenses** 72:11
79:20
**Office** 1:18
2:12
**officer** 11:17
12:5 13:1,2,3
17:11,21
20:1,21 21:6
21:8 22:11
23:24 24:8
24:19 26:10
101:23 102:2
114:4 117:24
**officer's** 24:10
**officers** 13:11
17:17 22:1
23:18,18
**official** 3:21
12:9 76:13
100:19
**oftentimes**
17:1
**oh** 5:22 8:20
9:10 47:21
48:7 55:15
65:4,11
71:14,21
74:14 94:23
98:23 104:12
**OIC** 38:20
**okay** 5:16 6:1
6:7,24 7:2,10
7:17,24 8:6
8:22 9:14
10:10,13,22
10:24 11:1,7
11:14,18,21
12:6,11 13:9
13:15,19
14:8 15:5,14

15:21 16:17
16:25 17:19
18:4,8,19
19:8,12,18
20:2,7,9 22:6
23:4 24:11
24:23 25:3
26:3 27:1,5
27:14,17
28:8 29:21
30:2,7,16
31:9,22 33:8
33:24 34:6
34:10 35:23
37:7,21
38:22 39:4,8
39:11,11
40:18 41:22
42:25 44:6
45:8,23 46:7
47:12 48:8
48:12,15,18
49:5 50:5,12
51:12,21
52:8 53:9
54:6,10,13
57:2,13 58:1
58:23 59:10
59:21 60:2
61:13,19
64:10,16,17
65:18 66:19
68:2 71:5,8
71:21 72:2,5
72:23 73:7
74:8,15
78:21,25
80:6,12
83:13 86:18
87:5,19
91:24 92:4
92:17 94:1
94:16 99:15
99:19 101:2
102:15

104:13 105:9
106:13
107:16 108:6
109:16 110:2
110:6,17
111:2
**once** 25:12
60:15 92:7
**one-on-one**
50:8
**ones** 44:24
69:17,18
105:5
**ongoing**
107:17
**online** 10:9
**openly** 103:22
105:15,20
**operations**
37:6 41:21
41:22
**opinion** 79:6
79:11 106:13
106:18,20,21
106:22
112:17
**opposing**
48:13
**ops** 41:18
**oral** 1:10,14
117:25
**order** 10:16
13:12 15:2
28:18 58:9
89:5,6 98:19
99:3 110:11
110:20,24
111:11
**orders** 23:17
**organize**
108:22
**original** 118:2
**outcome**
118:21
**outfit** 21:3

**outright** 22:23
**outside** 9:2,3
**overheard**
31:25
**oversleep**
22:21
**overslept**
24:13

**P**

**P** 2:1,1,7
**p.m** 1:16,16
115:23
**packet** 25:11
25:12,13
108:15,17
**page** 3:4,11,16
3:19 4:9 6:9
103:6,12
118:13
**pages** 76:12
**paid** 95:11
**paragraph**
103:12
**parents** 8:22
**Park** 2:8
**parking** 66:9
**part** 21:22
26:13 27:18
39:1 59:13
62:6 93:16
**particular**
12:22 17:7
94:2
**parties** 118:5
118:19
**party** 8:10
118:9,16
**pass** 45:17
**pattern** 26:4
28:21 82:5,9
**pay** 80:20
**paying** 98:18
**payments**
95:16

**Payne** 46:15
**PCS** 14:14
**Peden** 41:11
**PEED** 2:3
**peeled** 66:9
**peeling** 66:12
**people** 15:21
16:25 17:20
28:18 36:5,8
37:21 38:2
39:9,13
40:10,16
43:14,16,18
45:17 48:11
49:2 53:12
53:16 54:2
70:4 85:23
96:19,25
100:15 101:2
104:7 105:2
112:11
114:17
**people's** 44:2
54:11
**percent**
104:21
**perception**
109:10 112:8
112:15
**period** 18:25
**Permanent**
14:17,18
**permit** 43:5
**person** 24:8
26:8 29:22
30:17 34:5,8
34:24 43:18
43:25 51:13
56:10 57:9
57:12 85:20
86:10 92:8
102:5
**Personal** 56:2
**personally**
67:15

personnel 4:1
44:17,20,25
53:14 89:16
90:6 101:14
101:16
Petersburg
9:13
PFC 52:14,16
54:22
Philippines
8:16
phone 75:21
Pierre 52:22
place 33:15,21
45:9 110:20
Plaintiffs 1:5
1:15 2:2
117:8
planning
48:19 57:19
platoon 16:22
17:1,5,5,6,7
17:23,25
18:2 19:11
20:3,15 27:5
27:6,7,8,9,9
27:23,25
28:1,2,6,15
28:19,22,23
28:24 29:6
29:13 34:15
34:21 53:9
play 48:13
78:2
played 48:23
Playing 48:22
plays 59:13
please 5:8
103:6 115:10
PLLC 2:7
plotted 78:14
point 15:22
19:9 25:15
37:2,3,7 38:1
39:4 54:3

60:19 61:7
79:15 80:5
80:12,24
81:1,6,7,9,17
81:19 82:19
87:3 98:10
101:4 107:7
114:3
pointing 71:20
policy 72:18
Polk 12:12
pops 6:16
portion 39:12
44:23
position 12:23
15:13 30:6
37:1,12
38:21 39:24
42:5 51:21
112:23
positions
85:24
positive 51:17
possess 74:13
possession
72:13 78:7
possibility
92:10
possible 7:11
post 42:24,25
43:8,9,23
44:3,5,5
72:14,17
80:19,20
potential 19:3
113:24
potentially
13:13 23:2
57:15 59:17
potpourri 74:4
practice 28:5
74:19
pre-West 81:9
pregnant 5:17
82:22,24

Preparatory
81:4
prepare 92:6
presence
10:11
presented
85:14
presenting
58:3
President 32:1
press 104:25
pretend 11:4
pretty 15:19
41:18 54:12
66:25 69:2
78:5 104:18
prevent
109:22
prevents
89:19
previously 4:9
48:10
primarily 40:8
primary 21:3
21:17,19,23
printing 70:22
prior 23:21
85:15
private 18:15
18:15,16
20:15,25
21:4,10,15
21:20,21
22:2,16
24:24 26:5,6
28:6,14,23
31:14,15
34:6 50:2
51:7 52:5,24
62:19 65:25
80:6,13 84:4
84:9 85:1
94:21 95:23
97:17 101:17
101:22 102:1

103:20,22,25
104:2,5,6,7
106:14
110:11
privates 20:6,7
20:9 21:25
67:21
privilege 7:19
probably
31:19 35:6
37:24 53:22
57:23 63:23
71:25 73:2
76:4 77:13
77:15 78:2
78:23 80:18
84:7 87:25
90:17 93:13
94:3,3 102:3
106:10,12
110:15
problem 22:24
23:24 24:5,7
26:8,9 28:24
66:12 86:2
100:12
114:20
problems 25:9
35:4,5 56:8
Procedure
1:19
procedures
113:17
proceeding
7:1 118:19
process 56:24
58:8 61:6,11
61:17,23
62:25 82:17
86:19,24
87:2,5 88:10
89:6 91:11
91:25 114:13
processed
64:15

produced 1:14
70:23
profile 49:6
program 77:12
81:9
progress 15:3
promoted 15:7
19:4 89:21
pronouncing
46:17
proof 111:11
111:19
properly 44:22
prosecute
112:18
113:18,25
protect 26:6
45:9 59:10
protective
110:11,20,24
prove 111:10
providing
114:4
provisions
1:19 45:8
PT 24:20,24
pulled 95:7
punish 81:22
111:23
punishable
59:22
punished 60:6
61:1
punishment
3:15,18
23:20 56:19
61:2 70:12
70:14 80:16
111:18 114:5
punishments
70:1
purpose 78:16
pursuant 1:19
118:7
push 75:9 89:6

Daniels, IV, Zonie

January 28, 2016

14

put 33:15
  38:21 60:19
  71:25 89:15
  110:20 115:8

**Q**

qualified 108:1
  113:11
question 6:14
  6:16 7:4,6,13
  7:14 14:5
  29:5 33:1
  60:9 61:12
  77:2,3 84:24
  107:24 111:6
  113:21
question-an...
  6:4
questions
  6:20 7:3 8:7
  36:4,7 76:24
  104:10
  115:20
quick 110:9
quite 35:18
  59:24

**R**

R 2:1
R-O-S-A-R-I-O
  103:14
R&R 15:17
random 43:14
range 70:24
rank 17:8,11
  19:16 29:22
  51:11 54:13
  70:3
ranks 11:19,20
rbates@bat...
  2:9
read 72:11
  76:17 84:20
  103:3,8,8
  116:4

real 110:8
realistically
  109:4
really 6:10
  19:5,15,18
  34:15 35:18
  37:23 42:2
  49:9 52:10
  53:13 55:3
  58:6 59:19
  59:24 60:1
  61:24 69:17
  75:16 78:17
  79:16 81:14
  83:7 84:13
  84:17 87:7
  99:16,18
  104:14 109:6
  110:5 114:8
  114:21
  115:14
realm 66:18
  101:1
rear 15:18 16:1
  29:16,19,24
  30:1,11
  37:10 38:2,5
  38:8,9,10,12
  38:19,20,25
  39:12,19
  40:7 42:3,8
  54:4,6 55:18
  60:18 61:7
  67:23 68:25
  69:3,6 74:20
  77:16 79:7
  80:10 83:10
  83:12 94:11
  101:2 102:9
  102:11,16
  108:19
reason 14:23
  31:21 42:4
  42:13 43:24
  56:5,9,11

  72:15 100:17
reasonable
  111:14,19
reasons 14:12
  56:2 62:3
  63:3 99:23
  100:3 118:14
reassigned
  80:7,10
recall 56:5
  60:13 64:4
  66:7 69:8,15
  70:12 71:5
  75:19,21
  77:5,11
  80:23 87:19
  88:12,18
  90:14 92:14
  92:16,17
  93:10,14
  94:1 95:9,12
  97:15 101:21
  101:25
  102:18
receipt 118:12
receive 58:2
  68:24 89:20
  99:7 100:4
  100:17
  108:10
  113:14,22
received 12:23
  58:6 66:14
  82:10 107:8
  115:4
receives 25:20
receiving
  75:19 95:5
  95:24 99:24
reckless 68:14
recognize 48:5
  49:1 50:7,11
  50:13,14,15
  64:25 68:9
  70:25 90:2

recollection
  76:7 86:18
recommend
  86:16
recommended
  85:12
record 1:19
  5:9 6:9,25
  14:21 16:10
  18:9 29:1,3
  34:11 44:2
  64:21 70:21
  78:25 102:22
  103:9,17
  117:25
recorded 44:1
records 54:2
  89:1
recurring
  22:24
refer 49:11
  53:5 56:20
  77:1
referred 33:12
  53:4 77:11
referring 53:8
refers 65:14
refreshes 76:7
regarding
  97:19 103:17
  113:16
register 42:19
  43:3
registered
  42:16,17,20
  42:22 43:9
  72:13
regular 98:1
  98:20
regularly 77:7
reimbursed
  99:13
related 62:15
  118:18
relationship

  103:18
relevant 82:4,4
relying 54:10
remained
  39:14
remember 6:2
  36:2 44:10
  45:5 46:3,18
  47:2 49:9
  50:3 51:10
  51:13,15
  55:8,13,15
  56:7 57:9,11
  60:23,24,25
  61:2,3,5 62:5
  62:10,10,22
  63:6,7 64:6,9
  64:13 66:11
  66:16,24
  67:4,13
  68:19,21
  69:9,17,18
  69:19 70:14
  72:5,7,8,20
  73:1,5,13,19
  73:23 74:18
  75:23 76:1,4
  76:5,19,20
  77:9,14,23
  78:18,20,24
  80:19 81:14
  82:14,16
  83:11,14
  84:22 88:20
  88:23 91:13
  91:15,17,18
  93:16,22
  95:7 97:9,23
  98:2,5,7
  102:8,10,19
  106:11
  110:13,13,16
remembered
  97:7
remembers

77:3
**remorse** 95:1
**remove** 45:3
  56:13,24
**removed**
  56:16
**reoccurring**
  23:3
**rep** 28:12
**repeated** 25:9
**repeatedly**
  22:2 23:1
**rephrase** 99:8
**report** 4:1,4
  21:22,24
  22:4,5,7,8
  23:22 24:4
  24:15 25:24
  26:6 31:2,5,8
  31:9,12,17
  31:18,19,22
  31:23 32:4
  32:11,13
  59:2,4,16
  60:4 62:12
  62:18 68:14
  75:11 76:20
  90:5 93:20
  99:3 101:10
  103:4,11
  107:21
**reported** 1:17
  22:12 24:9
  25:4,10
  30:18,22
  34:24 62:9
  62:23 79:17
  98:19 105:10
  105:14 107:1
  114:17
**reporter** 6:21
  117:20
**REPORTER'S**
  117:16
**reporting** 25:1

27:24 57:18
  59:13 72:24
  105:23
**reports** 93:18
  114:18
**REPRESEN...**
  2:2,11
**Request** 3:15
  3:18
**requested**
  118:9,15
**required** 20:25
  40:25 43:17
  109:11
**requirement**
  25:21 43:1
**resisting**
  88:18
**resolve** 35:4
**respect** 50:1
  80:1 110:20
  114:4
**respects**
  107:17
**response** 6:20
**responsibilit...**
  39:5 41:17
  42:1 107:12
**responsibility**
  16:15 20:14
  21:22
**rest** 103:16
**restate** 33:1
**restriction**
  82:20
**restrictions**
  80:21
**result** 115:8
**retain** 38:1
**Retained** 3:13
  3:16,19,23
  4:3,5
**retroactive**
  15:15
**return** 65:12

**returned**
  118:11,13
**review** 85:3
**reviewing**
  101:17
**revoke** 100:24
**Reynolds**
  102:4,11
**Richard** 46:13
  51:24
**right** 8:4 9:4
  13:8,8 17:10
  17:16,18,22
  17:22 18:11
  18:12,13,16
  20:11,13,23
  23:21 25:2,2
  25:15 30:9
  31:7 32:7
  33:19 34:9
  34:23 36:2
  37:9,18 39:7
  39:16,17,25
  40:3,17,21
  41:7,8,23
  42:13,21
  43:2 44:14
  50:14,14,16
  50:18 51:22
  51:23 54:11
  55:4 59:12
  59:15,23
  60:11,11
  61:10 63:16
  63:25 64:3
  65:17,17
  67:8,9 68:5,5
  70:7,15
  71:10,18
  72:13 73:8
  73:13,25
  74:11 82:14
  87:23 88:3
  89:10 92:2
  92:19 94:14

98:16 100:7
  101:12
  106:25
  109:19 110:4
  112:21 113:8
  113:9 115:18
  115:18
**rings** 105:4
**risk** 115:8
**Road** 2:16
**Roark** 1:4
  66:20 67:17
  117:6
**Roberts** 50:22
**Robertson**
  52:22 104:6
  105:8
**Rolstand** 51:1
**Romeo** 46:17
  46:17,18,22
  46:23
**room** 27:11
  73:14
**Rosario** 51:5,6
  51:9,20
  103:14,19,21
  103:25 104:2
  105:10,22
  107:1 109:17
**rosters** 54:8
**ROTC** 10:25
  11:2,8
**rough** 8:20
  83:8
**RPR** 1:17
  119:2
**rule** 25:7 28:17
**rules** 1:19 7:25
**run** 70:9
**Ryan** 2:7

——————
**S**
——————
**S** 2:1
**S-** 53:7
**S-1** 44:16 45:6

45:9,14
**S-2** 40:21,23
  52:2,5 53:4,6
  53:7,8,14
  84:6 101:3
  101:13
**S-3** 37:4,4,5,15
  37:16,21
  41:12
**S-6** 44:11,13
**SA** 103:13
**sake** 103:7,17
**Salmon** 44:15
  45:2,19
  60:13 62:19
  65:6 69:18
  91:18,19
  92:19,20,22
  92:24
**Sampson**
  10:20
**saw** 48:6 96:8
**saying** 13:4
  24:4 25:1
  60:20 63:22
  63:24 65:7
  65:19 69:5
  81:18 102:16
  108:24
  113:22
**says** 65:16
  79:8 86:6,12
  103:12 113:7
**Schaefer**
  46:25 47:1,1
  47:1,2,6,7
**School** 81:5
**schooling**
  35:19
**Scott** 47:14
**Seattle** 1:2
  2:13 117:3
**second** 27:8
  28:4 29:2
  48:14 71:23

Daniels, IV, Zonie

January 28, 2016

16

73:7 78:9
85:20 102:20
103:7,12
**second-class**
18:15
**seconds** 48:24
**secret** 41:5,5,7
**section** 40:24
53:4,6,11
54:2 90:22
101:3,6
**section's**
34:15
**secure** 45:13
45:16
**security** 40:25
45:8 100:10
100:18,24
101:7 103:15
103:20
**see** 30:10
31:23 35:7
36:6 43:14
50:17 59:3
61:22 68:18
76:2,6 77:4
84:9 85:10
85:21 111:5
**seeing** 31:7
**seen** 49:22,23
76:15,20
**sees** 24:24
31:11
**senior** 16:13
16:21 35:12
**sensitive** 3:22
76:14
**separate**
109:21
**separation**
88:22
**September**
10:4,5
**sequential**
10:15

**sergeant**
16:20 17:6
17:20 18:10
18:12 19:5
24:23,25
26:4 28:1
30:3,5,7
49:14,25
51:25 94:3
94:20
**sergeant's**
17:25
**sergeants**
16:22 25:23
28:2 29:7
98:19
**serious** 107:18
**served** 118:4
**Services** 2:16
119:3
**set** 30:15
**sets** 30:16
**setup** 29:19
**seven** 96:25
**sewer** 58:24
103:24
**sexual** 62:15
**SGLI** 95:8,8,13
95:17
**share** 74:22
**SHARP** 62:15
**Sheet** 116:8
**shocked** 98:9
**shooter** 57:20
59:1 103:23
105:16,20
**shooting** 42:4
**shop** 37:4,15
37:16,22
40:21,23
41:12 44:11
44:12,17,17
44:18 45:6
45:15 53:8,8
53:14 84:7

**Shorthand**
117:20
**shot** 73:15
**shotgun** 78:15
**show** 19:2
22:23 23:1
24:20,24
43:20 48:9
66:8 68:7
70:17 89:23
**showed** 51:18
**showing** 22:3
22:16,18
24:13 28:22
64:24 66:15
**shown** 103:1
118:5
**shows** 18:22
54:14
**side** 49:6
**sidetracked**
33:25
**sign** 43:17
**signature** 70:6
71:19,24
72:2,4 118:8
118:11,13
**signed** 78:13
116:8
**significant**
56:18 78:5
**signing** 67:25
**similar** 70:24
86:11
**sir** 71:1 76:15
81:11
**sit** 84:18
107:22
**situation**
21:13 22:15
24:3 35:10
40:5 75:5,10
76:19 79:3
81:24,25
83:1 102:1

105:20 111:8
112:13
113:23 114:1
114:7,8,14
115:16
**situations**
103:23
105:16
**six** 13:24
104:17
**slight** 48:8
**small** 83:22
**smoke** 74:4
**So's** 36:18
**Social** 103:15
**socialize** 84:4
**socially** 84:12
84:13,14
**sold** 98:6
**soldier** 20:22
21:25 22:9
23:14,16
24:1,20,20
25:12,16,16
25:19 30:21
31:6,11,14
31:16,21,23
32:4,10,17
32:18 33:2,3
33:10 34:5
34:24 39:19
40:13 42:14
43:21 57:19
58:2,15,23
58:24 59:2,8
59:16 66:1,5
68:23 75:7,7
79:7,12 80:1
84:15 85:7
86:13 87:3,4
89:17 92:6
95:2,21
98:16 99:2,7
99:10,14,20
99:25 100:4

100:10,11
106:9 108:15
108:24
109:22
110:23 112:7
113:5,16
114:6,10,15
114:22
**soldier's** 22:13
22:14 32:10
35:3 44:25
84:2 85:8
91:7 94:16
100:14
107:11 108:6
**soldiers** 16:16
16:23 19:22
19:24 20:19
30:12,15,17
33:9 35:8,15
38:16,19
39:6,18 40:7
43:19 45:12
53:25 55:19
57:17 58:3
58:14 69:2,3
74:4 77:16
78:14 79:13
86:2,3 87:14
98:10 108:25
109:22 110:3
110:21 112:2
**solved** 75:8
**somebody**
24:5 31:4
32:12 35:13
38:18 40:12
43:20 44:4
72:1 100:22
**somebody's**
53:8
**someone's**
89:15
**somewhat**
31:13 72:8

Daniels, IV, Zonie                                    January 28, 2016

17

94:13
**sooner** 105:23
**sorry** 9:21
  11:15,23
  15:8,9 28:25
  36:20 65:4
  83:15 90:13
  95:1
**sort** 14:23
  16:15 17:11
  18:25 19:14
  19:20 20:25
  21:2 25:7
  32:8 39:14
  57:3 62:11
  78:25 81:9
  82:4 85:24
  94:7 113:14
  113:16 114:2
**sorts** 39:15
  81:9 114:5
**sound** 49:8
  51:13 55:4
**sounded**
  49:10
**sounds** 47:7
  51:6,9 54:22
  55:24 57:8
**SPC** 103:13
**speaking** 35:1
**Special** 103:10
  105:10
**specialist**
  18:17,18,20
  18:22,24
  19:14 46:23
  51:8 52:9,20
  52:22 54:21
  103:14,19,21
  103:25 104:2
  104:5,6
  105:10,22
**specialists**
  20:10
**specific** 20:16

21:12 22:13
25:7 38:16
40:12 53:15
62:22 69:4
75:21 76:24
92:14 97:24
107:9
**specifically**
26:24 29:8
33:16 38:15
49:10 54:9
59:20 65:20
66:11 73:3
77:10 78:18
83:7 84:23
93:10,22
100:20
110:16
**specifics**
29:11 53:19
72:7 75:16
**speculation**
115:1
**speed** 108:15
**speeding**
108:17
**spell** 94:5
**spelling** 5:8
**spent** 104:3,8
105:4
**spice** 73:22
74:1,3,7,17
77:8 97:19
97:23 98:1
**spouse** 95:18
**spouses** 84:2
**squadron**
15:11 16:3
36:14,17,19
36:23 37:8
38:2 40:9,10
40:15,15
63:19 102:14
**staff** 18:10
30:3,5,7

**stand** 12:4
14:15 63:9
63:17
**stands** 41:7
51:19
**start** 10:18
36:11 38:11
82:17 89:5
**started** 58:8
61:6,10
**starts** 92:2
**state** 1:17 5:8
9:7,11,11
11:8,9 28:25
42:18,20
72:19,22,24
97:1 117:21
**stated** 1:19
103:19,21,25
104:2
**statement**
3:12,21,22
65:7 76:13
76:14 78:13
79:8
**statements**
76:2 85:6,13
85:16
**States** 1:1,7,18
2:12 8:19
32:1,4,6
117:1,12
**station** 12:20
12:21 14:17
14:18
**stationed** 10:7
**stations** 10:15
**stay** 38:16
**stellar** 86:2
**stenotype** 1:17
**step** 33:24
86:24 87:2
**Stephen** 46:15
54:20
**stepping** 37:7

**steps** 33:11
92:6,7 94:16
115:14
**Stewart** 2:12
10:17,23
11:23 12:8,8
12:10 29:9
29:14,15,23
35:2 36:6
37:18,19
57:20 58:25
92:15 103:23
104:19 106:4
**stop** 5:16
48:19
**stopped** 39:5
**straight** 58:19
111:16
**Street** 2:12
119:4
**strip** 104:23
**stripes** 19:7
**structures**
16:5
**stuff** 34:25
43:15 45:7
45:17 54:8
56:4 59:5
62:16 64:14
67:2 74:4
79:16 80:21
82:21 85:11
87:16 89:21
93:13 94:18
94:24 95:1,3
95:19,20
96:5,11,17
100:14,14
101:14
106:24
115:13
**styled** 1:15
**subject** 23:10
**subjective**
24:2 31:11

62:21 81:24
99:17
**subordinate**
21:9 30:21
31:1 99:3
**subordinates**
20:3,8
**subsequently**
23:23
**substance**
73:20 77:12
77:19 78:2
80:1 86:13
86:14,15
87:16
**Suite** 1:18 2:12
119:4
**summary**
72:10
**super-experi...**
17:15
**superior** 34:2
34:8
**supervised**
40:1
**supervising**
21:14 39:9
50:1 67:16
98:18 100:1
100:5
**supervision**
57:17 99:11
113:15
**supervisor**
21:20 34:11
52:5 85:1,16
85:18
**supervisors**
93:7
**supervisory**
39:5
**supply** 27:12
28:10
**support**
112:23

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Daniels, IV, Zonie

January 28, 2016

18

**suppose** 33:2
**sure** 6:8 7:16
  15:19 18:8
  26:14 33:7
  35:22 41:4
  42:7 45:7
  46:5 47:8
  49:19 51:11
  53:20 54:7
  54:18,22,24
  55:5,12
  57:15 59:20
  66:25 71:7
  71:25 73:2
  75:22 76:16
  78:23 83:3
  84:20,22,22
  87:22,25
  88:5,13,14
  88:15,23
  89:2 91:12
  93:17 94:16
  94:17,23
  95:7,8 97:3
  98:12 99:16
  99:21 100:13
  100:20,25
  105:1,8
  106:5,6,17
  108:1,2,4,16
  108:17
  113:20
  114:24
  115:12
**surprise** 26:17
  67:10,12
**surprised**
  96:14,15
  97:14
**surveil** 106:8
**surveillance**
  106:3,15
  107:3 108:22
  109:9
**suspend** 4:1

  90:5
**sworn** 1:15
  3:12,21 5:2
  65:7 76:13
  78:13 79:8
  117:24
**system** 58:24
  103:24

---
**T**

**T** 65:16
**take** 6:22
  13:13 15:18
  33:21 36:15
  48:8 59:9
  61:23 62:16
  66:4 76:17
  77:25 79:13
  87:6 94:16
  96:5 102:23
  103:6 108:24
  109:12,14,20
  111:3,11
  112:3,9
  114:21
  115:14
**taken** 1:15
  23:19 26:21
  33:11 94:17
  117:18
  118:20
**takes** 24:22
  107:8
**talk** 6:12,15
  21:11 40:11
  40:12,14
  47:10 57:16
  78:19 84:14
  86:1 94:21
  97:17 115:13
  115:13
**talked** 57:17
  84:7,15
  93:13 103:25
  105:5

**talking** 29:8,10
  31:15,25
  64:1 66:14
  71:14 95:2
  97:18 105:19
**taller** 55:2,6
**Tamara** 1:16
  117:20 119:2
**tank** 17:24
  18:1
**tanks** 13:7
**tasks** 19:24
**TCs** 18:3
**TDY** 65:16
**teaches** 13:1
**Tech** 9:10
**technicality**
  64:2
**Teegardin**
  46:13
**Telephone**
  119:5
**tell** 14:25
  34:23 37:23
  48:19 65:21
  75:2,3,16
  83:5,5,7
  84:21 100:20
  108:18
**temporary**
  65:15
**Temptations**
  104:3,22
**ten** 25:22
  53:21,22
  87:9
**term** 34:2,2
**terminology**
  11:5
**terms** 16:4
  32:10 39:8
  107:11
  112:12
**test** 60:2
**testified** 5:2,23

**testify** 81:17
  113:11
**testimony**
  116:5,6
  118:1
**Texas** 1:17,18
  2:8 12:19
  117:21 119:3
**Thank** 11:21
  19:18 36:10
**therefor**
  118:14
**they'd** 40:17
  75:12
**thing** 20:23
  51:22 54:9
  55:3 62:7
  63:22 64:1
  67:6 73:3
  78:10 88:24
  97:23,23
  98:16 103:3
  107:19
**things** 15:4
  16:12 57:1
  58:7,9 59:9
  61:25 66:5,7
  66:10 73:21
  82:23 88:6
  94:19 106:23
  107:15
  108:25
**think** 5:24 7:18
  10:10 16:6,7
  29:4 30:2
  31:21 34:19
  34:23 35:25
  36:1,23
  39:11 40:4
  42:6 44:10
  45:25 46:4
  46:12,23
  47:1,3,17
  48:16 49:10
  49:11,17

  50:4,15,25
  52:2,2,3,21
  52:25 53:1
  53:22 54:9
  54:18 55:7,9
  55:19,20
  57:6 58:5
  59:21 60:24
  62:23 63:6
  67:3,6,12
  68:13 69:12
  70:21 73:5,6
  73:12,17,19
  73:21 77:9
  78:21 80:9,9
  80:25,25
  81:2,8,15,15
  81:23,23
  82:7,14,15
  82:16,21
  86:21 87:21
  87:24 88:2,3
  88:13 89:3
  89:12 91:8
  95:18 96:8
  96:25 97:9
  97:13 98:14
  98:14 99:23
  100:3,7
  104:23 105:7
  105:24,25
  106:10 107:2
  107:4 110:7
  111:23 112:7
  112:8 113:5
  115:6,19
**thinking** 9:10
  52:6 54:25
  62:5 97:22
**third** 27:9 28:4
  73:18
**THOMAS** 1:3
  117:5
**thought** 91:24
**thousand**

Henderson Legal Services, Inc.

99:25
**threatened** 32:15
**threatening** 32:9,9,12
81:19 114:16
**three** 67:11
104:16
**Thursday** 1:16
**time** 10:18,19
11:14,15,22
14:14 15:19
19:23 20:17
21:2 26:19
54:3 63:6
64:17 69:6
74:9,9,15
76:21 77:20
77:22 78:11
82:22 83:11
85:10 88:16
98:11 105:12
105:17 106:3
108:21
110:17 114:3
**times** 7:11
23:5 25:22
25:23 49:12
66:9
**Timothy** 1:3
46:11 117:5
**told** 15:18 34:7
97:25 98:3
**ton** 101:8
**top** 41:7 69:19
**top-secret** 100:10
**topic** 94:8
**totally** 29:20
64:6 98:8
**track** 9:15
44:24 82:12
**tracking** 96:22
107:5
**TRACY** 1:3

117:4
**train** 19:23
**training** 12:23
17:11 27:10
35:14 42:1,3
58:2,6
113:15 115:3
**transcript** 6:11
41:9 61:15
117:24
118:12
**transcription** 116:6
**travel** 60:19
62:6,8 65:11
65:14,19
92:22
**tried** 64:5
**Trojans** 9:12
**troop** 63:10,15
63:19
**troops** 85:19
**trouble** 59:17
66:6
**troubled** 23:14
23:25 35:15
69:1
**true** 32:5 82:3
109:15,18
110:1 111:10
112:5,10,12
112:25 116:5
117:25
**try** 6:12 7:7
11:6 41:23
43:11 45:9
47:10 61:12
61:14 98:12
109:21
**trying** 25:3
33:25 34:10
44:9 45:5,15
47:9 81:1,17
82:15 88:16
111:7 113:13

**TS** 41:4,7
100:14,18,22
100:24 101:7
**TUI** 65:8,10,14
**turn** 65:24
**turned** 112:23
**turns** 23:2,7
**two** 18:1 21:14
57:23,25
73:21 78:12
79:12 81:20
82:10 86:17
104:16 113:8
**type** 64:12
66:14 73:3
74:4 85:25
86:4 87:13
108:11
110:25
**types** 87:14
**typical** 34:6
74:19 95:1
95:19
**typically** 16:18
17:1,21,25
18:2,3,6 27:6
27:10,11
28:10 30:2
34:4 38:12
42:18 43:19
44:5 61:23
69:23 74:24
75:16 85:23
87:6 110:19

**U**

**U.S** 2:16
**UCMJ** 3:15,18
23:2,7,10
25:20 26:3
26:11,13,18
26:20 30:8
32:18 33:5
33:12,17,23
56:23 60:10

61:25 62:25
67:24 68:3
74:12 111:1
**Uh-huh** 6:18
6:20 17:13
44:7 65:2
82:7 90:7
**ultimately** 97:1
**unauthorized** 65:8,13
**underage** 68:15
**underneath** 17:19 39:15
98:10
**understand** 6:17 7:5,9,16
7:22 11:21
16:7,11 25:3
25:18 32:23
32:25 34:1
34:10 39:11
104:10 111:7
113:14
**understandi...** 25:16 35:9
41:6 61:17
61:20 74:8
81:10 93:23
93:24 112:22
113:20 115:3
115:4
**understood** 7:5 74:10
**unethical** 22:10
**unit** 28:9,13
30:24 37:20
38:13 61:21
65:8 89:14
**United** 1:1,7
1:18 2:12
8:19 32:1,4,6
117:1,12
**University** 9:7

9:25
**unregistered** 43:11 72:16
72:21,21
**unusual** 57:10
67:20 68:23
68:25
**use** 3:21 76:13
**usually** 17:8

**V**

**varies** 28:12
**vehicles** 55:23
**Vermont** 10:2
10:8,11
**versus** 11:17
29:19 39:21
63:19,24
**video** 48:9,17
48:22 49:2
49:11,22
50:7
**Villarreal** 51:3
**Vincent** 51:1
**violated** 72:18
72:19
**violates** 110:24
**violating** 32:18
86:14
**violation** 26:11
26:18 33:4
74:12
**Virginia** 2:17
8:18 9:7,10
9:11,11,13
9:15 10:20
11:8,9
**visitor** 43:21
**voice** 49:9
50:13,15
**voluntary** 57:3
**voucher** 60:19
60:19 62:7,8
65:11,14,19

**vouchers**
64:14
**VS** 1:6 117:10

**W**

**W** 1:4 117:6
**wait** 61:12
107:23
109:11
114:22 115:5
**want** 10:18
26:6 31:19
33:24 36:4,7
48:10 57:16
61:14 88:7
**wanted** 45:4
**wants** 43:4
**Washington**
1:1 2:13
117:2 119:4
**wasn't** 39:25
66:5 67:3
68:25 93:17
**waste** 110:17
**Watson-Sm...**
57:7,8 104:6
105:7
**way** 24:18 35:8
51:16 55:10
67:5 69:4
87:9 100:7
106:1 115:6
**ways** 26:20
56:22 87:17
**we're** 6:8
79:18
**we've** 14:22
48:23 58:5,8
**weapon** 42:5
42:14,15,17
42:19,22
43:7,8 72:14
72:22
**weapons**
43:12

**weeks** 35:23
36:1
**went** 9:14 11:7
12:12 13:18
14:12 37:14
37:14,16
39:10 47:3,6
63:7,8,8 73:1
81:1 84:3
**weren't** 42:2
**West** 80:23
81:1,6,7,17
81:19
**WESTERN** 1:1
117:2
**wife** 5:17
45:21 52:10
52:11 82:22
82:24 83:4
93:15,18
94:13,17,22
95:1,20,21
110:12
**wife's** 97:21
**Williamsburg**
8:18
**withdraw** 33:1
**witness** 1:15
16:9 117:23
118:1,5
**wondering**
98:24
**work** 6:4,20
40:25 41:13
103:19
**worked** 36:16
41:12 44:10
44:10,16
45:6
**working** 41:14
79:12,22
**works** 53:7
93:2
**wouldn't** 21:13
35:7 79:4

108:22
**wraps** 110:8
**writing** 65:7
76:3
**written** 27:1
**wrong** 21:7
22:10 29:5
31:12 63:22
103:9 105:23
105:24,25
**wrongful** 78:7
**wrote** 71:22
103:4
**www.hender...**
119:6

**X**

**X** 118:9
**XO** 40:9,15

**Y**

**yeah** 5:17
10:17 11:13
12:19,21,25
14:11,20
15:6 18:17
19:17 34:25
38:11,24
39:3,17
40:17 41:8
43:13 44:23
46:4,24
47:18 48:3
48:21 49:10
49:13 51:9
52:11 53:25
54:12 55:15
56:11 57:23
60:21 61:11
63:13 64:19
68:13 69:5
71:15 72:9
72:22 73:9
77:9 78:17
78:24 80:4

81:7 82:7
83:17 86:21
87:22 88:8
89:11 91:1,4
92:10 93:9
93:24 95:18
96:8,10
97:10,13,24
98:16 105:25
106:20,22
108:2,4,12
110:13,22
114:24
115:11
**year** 10:4
**yep** 68:10,13
**York** 1:3 2:4,4
117:5
**you've** 112:2
**young** 35:11
**younger** 5:24

**Z**

**Z-O-N-I-E** 5:10
**Zipp** 47:14,15
47:16,25
49:4,12,25
**Zonie** 1:10,14
3:12 5:1,10
116:12
117:17,23

**0**

**0-5** 36:18,19
70:4
**07/01** 90:10

**1**

**1** 3:16,19
**1:43** 1:16
**10** 37:24
**100,000** 95:21
**1000** 1:18
**10022** 2:4
**1015** 119:4

**102** 4:4
**1030** 103:13
**11** 104:4,4
**12** 103:13
**12/31/16** 119:3
**120** 15:23
**13th** 2:4
**14** 8:25
**140** 15:23 39:6
**15** 3:15,18
17:20 60:24
62:24 64:12
68:12,14,24
69:21,22
72:6 77:21
80:15,17
84:21 85:11
85:14 86:16
90:19,25
91:5 92:3
102:6,15
**15s** 78:13
82:10 84:19
85:4
**15th** 119:4
**16** 17:5
**17th** 83:6
**18th** 118:23
**19** 42:8
**1984** 8:14
**1990** 8:20
**1st** 90:12,13

**2**

**2** 48:24 90:22
**2/8/12** 4:4
**2:14-cv-0188...**
1:5 117:8
**20** 37:25 48:24
**20,000** 104:3
**2000-** 12:1
36:23
**20005** 119:4
**2003** 8:25,25
10:21 11:16

Daniels, IV, Zonie                                    January 28, 2016

21

**2005** 61:9
**2007** 10:17,23
   11:16,23
   12:2
**2008** 12:7
   13:18,23
**2010** 13:20,25
   14:1 15:8
**2011** 12:8 15:9
   34:20 36:23
   36:24 37:9
   39:6 42:12
   58:10 61:16
   63:4 69:7,7
   83:6 90:10
   90:11 93:8
   96:9 104:4
**2012** 12:9,13
   14:11,11
   103:11
**2013** 12:16,16
**2014** 12:18,19
**2015** 10:5
**2016** 1:11,16
   117:18
   118:23
**202.220.4162**
   119:5
**2081** 103:15
**22060** 2:17
**24th** 8:14
**25** 104:21
**28** 1:11,16
   117:18

**3**
**3** 4:10 48:10
   48:25 103:6
   103:12
**30** 118:11
**30(f)(i)** 118:8
**3300** 2:8

**4**
**4** 3:11 64:23

   64:25
**4:07** 1:16
   115:22
**400,000** 95:15
**48** 4:10
**4IBCT** 103:24
   104:10,20

**5**
**5** 3:5,14 68:6,8
   70:7 71:9,21
**5220** 2:12
**525** 119:4

**6**
**6** 3:17 70:16
   70:18 71:9
   71:23
**6-8** 15:11
   29:13,24
   30:1 34:21
   37:8 53:5
   54:24 103:15
**6-foot** 55:4
**6/14/11** 3:12
**600-20** 86:12
**64** 3:11
**641** 2:4
**68** 3:14

**7**
**7** 3:20 76:8,9
   76:11
**70** 3:17
**700** 2:12
**7248** 119:3
**76** 3:20
**78705** 2:8
**7th** 90:11

**8**
**8** 4:1 89:22,24
   103:11,13
**816** 1:18
**877.548.8787**

   119:5
**89** 4:1

**9**
**9** 4:4 102:25
   103:2
**90** 87:9 88:10
**9275** 2:16
**98101** 2:13