FD-302 (Rev. 10-6-95)

-1-   0408-71-018093-42290

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   01/09/2012

(P) ____ date of birth: ____ (S), (P) ____
social security number: ____ cellular telephone number: ____
(S), (P) ____ home telephone number: ____ (S), (P) ____ home address: ____
(S), (P) ____ was interviewed at the Army Criminal Investigative Division office at Fort Stewart, Georgia. After being advised of the identity of the interviewing agents, (P) ____ provided the following information:

(P) ____ is a sergeant in the 4th Brigade, 3rd Infantry Division, Fort Stewart, Georgia. He was the first line supervisor for ISAAC AGUIGUI for approximately 4-5 weeks in October-November 2011. When he first met AGUIGUI, he was a broken soldier and needed a lot of support. (P) ____ believed him to be troubled and that he made mistakes in the past. (P) ____ was in charge of quarters and AGUIGUI worked as a runner for him. (P) ____ encountered him crying in a hallway and sought to get him help.

(P) ____ set up appointments for AGUIGUI with the chaplain, his bank, and the department of motor vehicles. AGUIGUI had a Jeep Cherokee that needed to be fixed, insured, and registered. He knew that AGUIGUI was living with (P) ____.

(P) ____ knew that AGUIGUI'S wife died and that he received a large amount of money in insurance payments. (P) ____ would ask AGUIGUI if he could afford the repairs on his Jeep and AGUIGUI replied that he could afford ten Jeeps. AGUIGUI told (P) ____ that he invested the money.

(P) ____ gave AGUIGUI time off from work during normal duty hours. He told AGUIGUI to stay out of trouble and always answer his telephone when (P) ____ called. AGUIGUI offered to give (P) ____ money. When (P) ____ was asked if he ever accepted money from AGUIGUI, (P) ____ refused to answer and asked to speak with a lawyer. At this point, questioning was stopped and the interviewing agents left the room.

After advising (P) ____ of his rights, the interviewing agents re-approached (P) ____ to ask about unrelated matters. (P) ____ stated that AGUIGUI never threatened him and he was not aware of any court-martial proceedings.

Exhibit 1

Investigation on   12/15/2011   at   Hinesville, Georgia
(F) ____
File ____ (P) ____
     Date dictated   01/09/2012   EXHIBIT

by ____

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

Page 52 of 77   CONFIDENTIAL
JAHR0018145

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.