# COMMANDERS REQUEST FOR NONJUDICIAL PUNISHMENT UNDER ARTICLE 15, UCMJ

NAME: Aguigui, Isaac G    SSN: ▓▓▓

RANK: PFC    UNIT: 6-8 CAV 4/6 1AB

---

REQUEST THE FOLLOWING ACTION BE TAKEN:

[ ] Summarized Article 15

[X] Company Grade Article 15

[ ] Field Grade Article 15

[ ] Vacation of Suspension (DA Form 2627-2)

4th BCT Use Only:

Date Received in Cell: _____

---

ARTICLE 15 CANNOT BE COMPLETED WITHOUT ALL THE INFORMATION LISTED BELOW:

1. ✓ SOLDIER'S CURRENT ERB
2. ✓ COUNSELING STATEMENTS RELEVANT TO OFFENSE(S) COMMITTED
3. ✓ SWORN STATEMENTS (DON'T FORGET THE RIGHTS NOTIFICATION WAIVER)
4. ✓ MP REPORTS (BLOTTERS ARE NOT EFFECTIVE)
5. ✓ URINALYSIS RESULTS AND CDR'S URINALYSIS MEMO
6. ✓ COPIES OF ALL 4187'S FOR SOLDIERS WHO WERE AWOL
7. ✓ BREATHALYZER RESULTS FOR DUI's AND ANY OTHER ALCOHOL RELATED CHARGES
8. COMMANDERS REQUEST FOR NONJUDICIAL PUNISHMENT (THIS FORM)
9. COPY OF ASSUMPTION OF COMMAND ORDERS FOR ACTING COMMANDERS
10. DA FORM 268, FLAG

SUMMARY OF OFFENSE (S):
Failure to report
Reckless Driving
Underage Drinking

NOTE: Please ensure all counseling's and sworn statements answer the Five (5) "W's", i.e.: Who, What, Where, When, and Why. Locations need to be physical places, i.e. "Warrior PT Field", or "PT Field next to Bldg 617". Do not include counseling's that do not relate to the incidents being charged, i.e. Performance Counseling's, Initial Counseling's, etc. This form should not be prepared with the Battalion Commander's signature block unless he/she is requesting the Article 15 personally.

POC: 1SG / CDR ▓▓▓    TELEPHONE # 912-767-7420

COMMANDERS SIGNATURE BLOCK: ▓▓▓

CPT, AR

Commanding

**EXHIBIT 5-R**

CONFIDENTIAL
JAHR0008438