EXHIBIT 7-R

**SWORN STATEMENT**
**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

File Number:   0204-11-CID093
Location:      Fort Stewart, GA 31314
Date:          26 May 11
Time:          1641  ICA
Statement of:  AGUIGUI, Isaac G.
Rank/Status:   PFC/AD
SSN:           ▓▓▓▓
Org/Address:   Rear D, 6-8 Cav, Fort Stewart, GA 31314

0204-11-CID093  42091

I, Isaac G. AGUIGUI, want to make the following statement under oath:
I met Private ▓▓▓ in the month of January at my unit. At the time we were just acquaintances, occasionally smoking a cigarette in the parking lot. Our relationship went deeper when I overheard a conversation between SPC ▓▓▓ and PVT ▓▓▓ about a "throwaway" that ▓▓▓ would buy from ▓▓▓. After they agreed on a price I approached ▓▓▓ vehicle where the conversation had taken place. I asked him if he could make a similar purchase for me and he said it would take some time as he had to go to Florida to purchase the weapon. From that day on ▓▓▓ and I had discussions about drugs, weapons, and crimes that he had either used or committed. At this point we considered each other friends. ▓▓▓ invited me up to his house over a weekend in February to smoke some "spice" at his house. While we were at his house his wife smoked weed and we talked about possibly going in together on an armed robbery on a strip club in savannah. After that weekend I met SPC ▓▓▓ who I soon found out was a dealer in Hinesville. Every few weeks I would go to his house and witness a few deals happen with various individuals. He would sell cocaine, ecstasy, weed, PCP, and a special blend of Spice he said he got from someone on Fort Stewart. ▓▓▓ and I were more of acquaintances. At his house there was always a stocky black male that ▓▓▓ always referred to as "his brother" but I never really learned his name. Every once in a while on a weekend ▓▓▓ would have a poker game at his house where ▓▓▓ and I were always present, there was usually weed and or spice smoked there. Towards the end of February my wife and I got into a fight and I moved in with ▓▓▓. It was at this time ▓▓▓ revealed that he was a dealer in the Rincon area. From time to time he would sell a few pounds of weed that he told me he was getting from someone in Texas for a low price. He told me that he and ▓▓▓ would do deals with each other occasionally. Very rarely ▓▓▓ would sell weed to another dealer from Hinesville. The dealer was a white male who drove a light colored pickup truck and he always had a younger white male with him. These deals would take place outside ▓▓▓ neighbor ▓▓▓ house. In March ▓▓▓ and were at a party at his house where he brought up the idea of doing a hit job on someone. ▓▓▓ didn't have anyone in mind at the time but he said he wanted to kill a drug dealer as they would have not only large sums of money but drugs as well. It was a few weeks later that we approached ▓▓▓ with the idea and he told us he had a dealer he knew in Hinesville that he wanted to get rid of. He told ▓▓▓ and me that if we did the hit, he would keep any drugs we found, and we would keep whatever money was in the house as well as an unspecified amount of cash from ▓▓▓. We discussed the idea with ▓▓▓ wife, ▓▓▓ and she agreed to it. In April I purchased a 12 gauge shotgun for the job and ▓▓▓ asked ▓▓▓ to purchase a "Tech 9" machine pistol for the job. ▓▓▓ told us that he would purchase the weapon in Florida where he also gets his drugs from. It was at this point ▓▓▓ began taking me on drug deals with him. The deals would always take place at a McDonald's parking lot in the evening. ▓▓▓ began making deals with the dealer we were going to make the hit on but I never directly saw the dealers face, and he was always in a different vehicle. It was usually a silver Impala or a discolored Geo Metro. In mid April ▓▓▓, and myself agreed that the hit would take place soon and that ▓▓▓

INITIALS OF PERSON MAKING STATEMENT   ICA
PAGE 1 OF 4 PAGES

FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Exhibit 2
CONFIDENTIAL
00003  JAHR0021180

SWORN STATEMENT  0204-11-CID093-42091

FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

STATEMENT OF: Isaac G. AGUIGUI   TAKEN AT: FSGA   DATED: 26 May 11

would tail the dealer's vehicle back to his residence and case the house. The plan was to enter the house at night, kill all individuals in the house, grab any drugs, cash, and valuables and lay low at ▓▓▓▓ house until ▓▓▓▓ contacted us. I would enter the house first and kill anyone in the immediate area while ▓▓▓▓ would move in to sweep the rooms with me, killing anyone else inside. I decided I no longer wanted to participate in the hit job but I was afraid if I backed out, ▓▓▓▓ would do something to me so I confessed to my unit about the drug use and sales that were taking place. After this I moved back in with my wife and ▓▓▓▓ and ▓▓▓▓ broke any contact with me until recently when ▓▓▓▓ invited me up to his house to reconcile the situation between us. Since then I have had very little contact with ▓▓▓▓ and any time I approach him he denies any knowledge of the drugs or the arrangement with ▓▓▓▓ and me.

Q: SA ▓▓▓▓
A: PFC AGUIGUI
Q: Did you type the statement above?
A: Yes.
Q: What is ▓▓▓▓ full name and unit?
A: ▓▓▓▓ 6-8 Cav, FSGA.
Q: Can you describe ▓▓▓▓?
A: About 5'9", White male, dark brown hair, dark hazel eyes, He has ▓▓▓▓.
Q: Was that January 2011 when you met ▓▓▓▓?
A: Yes.
Q: What do you mean by throwaway?
A: A firearm that had been used and had the serial number scratched off.
Q: Was ▓▓▓▓ trying to buy a throwaway from ▓▓▓▓?
A: Yes.
Q: Do you know why ▓▓▓▓ wanted to buy the throwaway gun?
A: He wanted to kill someone he had a grudge with.
Q: Do you know who this person was?
A: I do not.
Q: Do you know if ▓▓▓▓ got the gun from ▓▓▓▓?
A: I don't know, all I know is that he told ▓▓▓▓ he was going to have to go down to Florida to get it and ▓▓▓▓ did go down to Florida that weekend.
Q: Do you know if ▓▓▓▓ ever killed that person?
A: I don't.
Q: What is ▓▓▓▓ full name and unit?
A: I don't know his first name, SPC ▓▓▓▓ is part of his last name, Rear D, 6-8 Cav.
Q: Is ▓▓▓▓ still here on Fort Stewart?
A: Yes he is at JRTC right now.
Q: Did ▓▓▓▓ ever get you a gun?
A: No.
Q: What all crimes did ▓▓▓▓ say he did?
A: He talked about doing armed robbery. He said he had killed multiple people.
Q: Did he ever tell you who killed?
A: No.
Q: Did he ever tell you when killed someone?

INITIALS OF PERSON MAKING STATEMENT  I/o
PAGE 2 OF 4 PAGES

FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Exhibit 2
CONFIDENTIAL
00003 JAHR0021181

0204-11-CID093-

**SWORN STATEMENT**
**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

**STATEMENT OF:** Isaac G. AGUIGUI     **TAKEN AT:** FSGA     **DATED:** 26 May 11

A: No.
Q: Did he ever tell you why he killed someone?
A: He always talked about how he did it for money and a couple of times he said he did it for fun.
Q: Do you think he actually killed someone or was he joking around?
A: I think he was joking around about killing for fun, but I believe he was serious about killing someone for money. He also talked about killing a guy by the name of ▮ in Melbourne, FL, because ▮ had raped his wife.
Q: When did ▮ tell you he had killed people before?
A: Right after him and ▮ talked about buying a gun. It was after I asked him for one, ▮ asked me if I had ever killed anyone and I told him no. I then asked him and he said he had.
Q: Do you know if ▮ did these alleged killings while he was on Active Duty?
A: That was my understanding; he stated he had been doing it for awhile.
Q: Did ▮ ever tell you when or where he committed armed robbery?
A: No.
Q: Who all talked about committing armed robbery?
A: Really just ▮ just joked around about it.
Q: How did you meet SPC ▮
A: He is in the unit and we would go out and have cigarettes together. We had always joked about buy drugs and ▮ told me that SPC ▮ could get it because he is a dealer. I then went and asked ▮ and he told me he was a dealer.
Q: What is ▮'s full name and unit?
A: I do not know his full name but he is in 6-8 Cav.
Q: Can you describe ▮
A: 6' black male, black hair, brown eyes, no noticeable tattoos or scars I can think of.
Q: Can you describe ▮'s car?
A: Dodge Magnum, green and black custom paint job, tinted windows.
Q: Is there anything else you would like to add to this statement?
A: No. ///END OF STATEMENT/// IGA

INITIALS OF PERSON MAKING STATEMENT  IGA
PAGE 3 OF 4 PAGES

**FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE**

Exhibit 3
00003  CONFIDENTIAL
JAHR0021182

0204-11-CID093-42091

0204-11-CID093-

**SWORN STATEMENT**
FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

STATEMENT OF: Isaac G. AGUIGUI     TAKEN AT: FSGA     DATED: 26 May 11

## AFFIDAVIT

I, Isaac G. AGUIGUI, have read or had read to me this statement which begins on page 1 and ends on page ____. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each page containing the statement. I have made this statement freely without hope of benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oath, this __26th__ day of May 2011 at, Fort Stewart, GA 31314.

WITNESSES:

_____
(Signature of Person Administering Oath)

_____
ORGANIZATION AND ADDRESS

SA _____
(Typed Name of Person Administering Oath)

30th Military Police Detachment (CID)
Fort Stewart, GA 31314
(ORGANIZATION AND ADDRESS)

10 USC 936
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT _IGA_
PAGE _4_ OF _4_ PAGES

FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE

Exhibit 3
CONFIDENTIAL
00003JAHR0021183