FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/05/17 1030 ██████ ████ █ 08:00 Investigative | BASIS FOR INVESTIGATION: A CID Source RS093-20658, notified CID that ██████ and ██████ sell drugs and ██████ asked ██████ and AGUIGUI to kill a local drug dealer in Hinesville, GA, which they declined to do.

About 1030, 17 May 11, SA ██████ ██████ ██████ █ and █ ██████ this office, interviewed CID Source who stated ██████ and ██████ were dealers of Cocaine and Marihuana. CID Source stated about a month ago he/she overheard ██████ and AGUIGUI talking about a drug dealer in Hinesville, GA and when he/she asked AGUIGUI what they were talking about AGUIGUI told him/her ██████ was asking them to rob and kill a local drug dealer in Hinesville, GA. CID Source further stated about two weeks ago he/she was talking to AGUIGUI and was informed ██████ had offered him and ██████ $3000.00 to go and kill a drug dealer in Hinesville GA. AGUIGUI stated ██████ asked them to do it then take the drugs in the house and they would divide it amongst each other. AGUIGUI related ██████ told him he wanted ██████ to go up to the house and distract the dealer why AGUIGUI shots him with a shot gun. AGUIGUI stated him and ██████ told ██████ no that they were not going to do it. CID Source stated he had not heard anything else about the incident, but AGUIGUI had also been away at NTC, Fort Polk, LA and he/she had recently been on leave. CID Source was then given instructions to try and arrange a Controlled Drug Purchase with ██████ in an effort to build rapport and attempt to obtain intelligence on the murder for hire.

About 1100, 17 May 11, SA ██████ briefed the Special Agent in Charge, SA ██████ ██ ██████ on the status of the investigation.

About 1530, 17 May 11, SA ██████ and INV ██████ briefed the Multi-Agency Crack Enforcement (MACE) Drug Task Force, Hinesville, GA 31313 (HGA), on all aspects of the investigation. MACE stated they would be willing to assist in the investigation should it lead off the installation.

About 1830, 17 May 11, SA ██████ brief SA ██████ on the status of the investigation. The planned discussed is to have the CID Source try and obtain intelligence through CDP relations, conduct nightly surveillance on ██████ off post residence to identify associates. SA ██████ will also coordinate with another CID Source, who has contacts with ██████ and ██████ in an attempt to have him/her bring up the alleged murder for hire. If CID Source disclose the information and is back in with ██████ the |

**EXHIBIT**

**11-R**

CONFIDENTIAL
JAHR0000368

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

MACE would like to try and introduce one of their investigators as a possible shooter for hirer.  TLE request would be submitted in an attempt record setting up the hit, via phone or body wire.

2011/05/18 1444

██████ ██████ █

00:01 Investigative

Case Initiation

2011/05/18 1446

██████ ██████ █

00:01 Investigative

Recorded data pertaining to ██████ ██████ ██

2011/05/18 1446

██████ ██████ █

00:01 Investigative

CRC Name Check Requested for: ██████ ████

2011/05/18 1452

██████ ██████ █

00:01 Investigative

Created new entity (Entity ID Number 2315437) with data copied from ██████ ██████ ██████ (Entity ID Number 2199571).

2011/05/18 1539

██████ ██████ █

00:01 Investigative

Recorded data pertaining to U.S. Government

2011/05/18 1539

██████ ██████ █

00:01 Investigative

CRC Name Check Requested for: ██████ ████

2011/05/18 1651

██████ ██████ █

00:01 Investigative

Send Investigative Report for Approval

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000369

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/05/18 1702 | Drafted initial Report. |

00:30 Investigative

INV ▇▇▇▇▇ attempted to coordinate with CID Source, but has yet to get a response back yet.

Will draft OP PLAN to initiate Surveillance on ▇▇▇▇ residence.

File to SAC then CIC for review.

2011/05/18 1844

00:01 Investigative

Send Investigative Report for Approval

2011/05/18 1845

00:30 Investigative

SAC REVIEW:

Briefed by SA ▇▇▇ regarding information provided by CID Sources. I believe there is credible information to suggest ▇▇▇ and ▇▇▇ have committed the offense of Wrongful Distribution. This information was provided unsolicited by the CID Source and was also confirmed by another Source. Further, I believe there is credible information to believe ▇▇▇ committed the offense of Communicating a Threat and Solicitation to Commit Murder. The Source has no apparent motive to lie, is not pending disciplinary action, and confirmed information this office already knew to be true. Further, ▇▇▇ has a criminal history indicative of drug associations and access to weapons and violent behaviors (0082-10-CID093) wherein he exchanged gunfire with an unidentified civilian off-post but was not subsequently charged by HPD.

1. Conduct good thorough scrub of 0082-10-CID093 in order to identify associated and possibly the identity of the NFI target. Might have to get with MACE and HPD on this to get more info.

2. I want to see an Op Plan soonest regarding both surveillance and CDPs.
3. Risk Assessment will be of the utmost importance on this! We WILL cover all of our bases and discuss every contingency and develop measures to mitigate each.

4. Draft TLE request soonest. I want to record these conversations for future use in court if warranted.
5. Start developing targeting packages on both ▇▇▇ and ▇▇▇ (i.e.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000370

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

| | |
|---|---|
| | vehicles, residences, girlfriends [cars and residences as well], associates, WEAPONS CHECKS, places of work, habits, etc, etc. No stone should be unturned on these guys.

6. Anything we do off-post will go thru MACE first. Understand we are targeting Soldiers; however, MACE will stay informed of everything and involved as needed.

7. Determine if MACE sources have any info about threats or any hits in place.

8. Start considering how we will intro a "shooter" once CDPs have begun. This story needs to be air tight.

Great job taking this seriously and moving on it off the bat. Do what you guys do best!

To SA ██████ for continuation. Keep me updated each step of the way. |
| 2011/05/18 1859

██████ ██████ █
00:01 Investigative | Approve Investigative Report |
| 2011/05/18 1942

██████ ██████ █
00:55 Investigative | About 1942, 18 May 11, SA ██████ interviewed AGUIGUI, telephonically; who stated ██████ did ask him and ██████ to kill a local drug dealer in HGA. AGUIGUI stated he did not know the dealers name but had been with ██████ a couple of times when they meet at McDonalds Parking Lot, HGA. AGUIGUI related the dealer was a black male and drove an orange Geo Metro one time and a silver Honda Civic the next. AGUIGUI stated ██████ and this dealer knew each other very well, and did not know the exact reason why ██████ would want to have him killed. AGUIGUI further stated ██████ told him and ██████ if they would kill the dealer he would pay them and they could also have any money found in the dealer's house. ██████ and ██████ had further planned if the hit when down good they would target other dealers until ██████ ran the drug trade in HGA. AGUIGUI stated he was not assisting in the planning of the hit but had agreed to participate, provide a shot gun and a vehicle the night of the hit. AGUIGUI stated ██████ was supposed to do all of the planning of the operation and he and ██████ would let him know when they were going to do it. AGUIGUI stated he did not know if ██████ and ██████ were still planning the hit because he got caught with an empty Spice packet a month ago and ██████ and ██████ will not talk to him. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000371

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

AGENT'S COMMENT: At the time of the interview AGUIGUI was not advised of his legal rights because this office did not believe he had committed any overt acts in a conspiracy.

**2011/05/19 0950**

**00:10 Quality Control**

**GROUP A/OPS QA REVIEW OF INITIAL REPORT.  PROVIDED TO BN OPS VIA EMAIL.**

**2011/05/19 1436**

00:01 Investigative

CRC Name Check has been completed for ███████ ███████  ████ in case 0204-2011-CID093

**2011/05/21 1945**

05:00 Investigative

About 1945, 21 May 11, SA ████ and INV ███████████ this office, initiated surveillance on ████ residence. ████ vehicle was not at the residence and no lights were on. SA ████ and INV ███████ went to Clubs in Hinesville, GA, and searched for ████ vehicle which met with negative results. SA ████ and INV ███████ went back to ████ residence and established surveillance. SA ████ and INV ████ maintained surveillance until about 2330, 21 May 11, ████ did not return to his residence and no other activity was observed.

**2011/05/22 1950**

04:05 Investigative

About 1950, 22 May 11, INV ████████ and INV ███████ this office left pre arranged location en route to static Location to perform surveillance of ███████ residence. Subject was not at his residence, so INV ████████ and INV ████ began search of local business establishments and trailer parks located throughout Hinesville, GA for Subjects vehicle, which meet with negative results.

About 2345, 22 May 11, INV ████████ contacted SA ████ Team Chief, this office, to inform him of negative results in locating ████ vehicle, surveillance was cleared to be terminated for the night.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000372

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
| --- | --- |
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

| | |
| --- | --- |
| 2011/05/23 0817 ████ ████ █ 00:01 Investigative | CRC Name Check has been completed for ████ ██ ████ in case 0204-2011-CID093 |
| 2011/05/23 1000 ████ ████ █ 00:30 Quality Control | **Ref SAC Review 18 May 11.** **1. I have already pulled 0082-10 and began looking over the ROI.** **2. Posted to File.** **3. Posted to file.** **4. Once we can get someone on the inside will prepare TLE request.** **5. Will do.** **6. MACE will be briefed prior to any surveillance or other operations off post.** **7. Information was provided to MACE and they are going to see if they can develop any intel, as yet they have had nothing to report.** **8. Will do.** |
| 2011/05/23 2000 ████ ████ █ 06:00 Investigative | About 2000, 23 May 11, INV ████ and INV ████ conducted surveillance on ████ residence. ████ remained at his house for the night and no significant activity was conducted. About 2100, INV ████ and INV ████ conducted roaming surveillance of ████ residence to verify if ████ had moved from his house. About 2300, INV ████ and INV ████ conducted roaming surveillance of ████ residence. No significant activities were conducted. About 0100, INV ████ and INV ████ conducted roaming surveillance of ████ residence. No significant activities were conducted. INV ████ and INV ████ terminated surveillance at 0200 on 23 May 11. |
| 2011/05/25 1415 ████ ████ █ 00:30 Investigative | Delayed Entry About 1415, 24 May 11, INV ████ contacted RS093-20658 to obtain a copy of the Serial Number of the shotgun being claimed to be used and the |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000373

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| | address of ▮▮▮ CID Source stated they would get the items requested and meet INV ▮▮▮ the 26 May ll. |
| | About 1605, 25 May 11, INV ▮▮▮ met with CID Source at predetermined location an obtained a receipt from Big Tom's Pawn Shop, for a pistol grip Norinco Shotgun, bearing serial number 0209700 for $240.70 to AGUIAGUI on the 14 Apr 11, and ▮▮▮ street address, ▮▮▮ ▮▮▮ GA ▮▮. INV ▮▮▮ informed TC of findings and posted to file. |
| **2011/05/25 1950** ▮▮▮, ▮▮▮ ▮ 04:00 Investigative | About 1950, 25 May 11, SA ▮▮▮ and INV ▮▮▮ both this office, setup static surveillance in a semi-covert position overlooking ▮▮▮ residence located at ▮▮▮ ▮▮▮ SA ▮▮▮ observed ▮▮▮ vehicle was present oustside the residence. |
| | About 2043, 25 May 11, SA ▮▮▮ observed ▮▮▮ exit his residence and walk across the street adjacent to his residence to a dark blue in color Nissan Sentra with dealership drive-out tags. A black female with a small child approximately two years old was seen talking to ▮▮▮ The female placed the child in a car seat in the back of the vehicle. ▮▮▮ and the female entered the vehicle and then drove out away. SA ▮▮▮ attempted to follow but lost visual of the vehicle in traffic on GA Highway 196, HGA. SA ▮▮▮ and INV ▮▮▮ returned to the trailer park and resumed surveillance until about 0001, 26 May 11, where it was observed ▮▮▮ had not returned to his residence. |
| **2011/05/26 1429** ▮▮▮ ▮▮▮ ▮ 01:00 Investigative | About 1429, 26 May 11, SA ▮ advised AGUIGUI of his legal rights which he waived and provided a Sworn Statement detailing his knowledge of the solicitation to commit murder. |
| | AGENT'S COMMENT: AGUIGUI stated he has being in contact with ▮▮▮ but ▮▮▮ would not talk to him about any criminal activity he is involved in. SA ▮ instructed AGUIGUI to hang out with ▮▮▮ to get back in with the group in an effort to obtain criminal intelligence. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000374

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| 2011/05/26 2015 ███ ███ █ 02:05 Investigative | About 2015, 26 May 11, SA ███, INV ███, and INV ███ this office left pre arranged location en route to static Location to perform surveillance of LLOYDS's residence. Subject was not at his residence, so CID began search of local business establishments and ███ residence at ██ ███ ██ ███ ██ for Subjects vehicle, which meet with negative results. |
| | About 2342, 26 May 11, SA ███ contacted INV ███ in regards to the location of ███ vehicle, INV ███ informed SA ███ residence meet with negative reults. INV ███ discussed continueing surveillance until 0200, 27 May 11. |
| | About 0210, 27 May 11, terminated static surveillance of ███ residence. |
| 2011/05/27 1353 ███ ███ █ 00:45 Investigative | About 1353, 27 May 11, SA ███ coordinated with AGUIGUI who stated he had coordinated with ███ and he told him he did not have his shotgun and that his wife had threw it into the yard the same time she threw AGUIGUI's other stuff in the yard. AGUIGUI also related he has been in regular contact with ███ and his wife and they had asked if he wanted to go shooting with them. AGUIGUI stated ███ wife then stated they could not go shooting as ███ sold his pistol. SA ███ instructed AGUIGUI to maintain contact with ███ and ask him if he would want to go shop around for guns and report back to SA ███ with any new information. |
| 2011/05/27 2000 ███ ███ █ 03:30 Investigative | About 2000, 27 May 11, INV ███ Drug Suppression Team (DST), this office, and SA ███ this office left the DST office en route to Mission Essentials, Hinesville, GA 31313. |
| | About 2020, 27 May 11, INV ███ and SA ███ arrived at the parking lot of Mission Essentials to conduct surveillance. |
| | About 2140, 27 May 11, INV ███ and SA ███ departed Mission Essentials to conduct a search of local clubs for the suspect's vehicle. |
| | About 2145, 27 May 11, INV ███ and SA ███ conducted a brief search of the parking lot of Dootle's, Hinesville, GA 31313 and was met with negative results. |
| | About 2200, 27 May 11, INV ███ and SA ███ conducted a brief |

CONFIDENTIAL
JAHR0000375

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| **Case Activity Summary** |
|---|

| **Case Number: 00204-2011-CID093-042091** |
|---|

| **Date, Time, and Participant** | **Summary of Case Activity** |
|---|---|

search of the parking lot of The Silver Dollar Lounge, Hinesville, GA 31313 and was met with negative results.

About 2215, 27 May 11, INV▮▮▮▮ and SA▮▮▮ conducted a brief search of Rocky's, Fort Stewart, GA 31314 and was met with negative results.

About 2230, 27 May 11, INV▮▮▮▮ and SA▮▮▮ arrived back at the parking lot of Mission Essentials to conduct surveillance.

About 2240, 27 May 11, INV▮▮▮▮ ▮ was contacted by SA▮▮▮ ▮ Team Chief, DST, this office, who instructed INV▮▮▮ if the suspect does not arrive home by 2300, surveillance can be terminated for the night.

About 2310, 27 May 11, INV▮▮▮▮ and SA▮▮▮ terminated surveillance for the night, en route back to the DST office.

**2011/05/28 2000**
▮▮▮▮▮
**03:16 Investigative**

About 2000, 28 May 11, INV▮▮▮ and INV▮▮▮ initiated surveillance on ▮▮▮ residence.

About 2130, 28 May 11, ▮▮▮ departed his residence.

About 2145, 28 May 11, ▮▮▮ arrived at ▮▮▮ ▮▮▮ ▮▮▮ GA ▮▮▮

About 2304, 28 May 11, ▮▮▮ departed ▮▮▮ ▮▮▮ ▮▮▮ GA ▮▮▮

About 2316, 28 May 11, ▮▮▮ arrived back at his residence.

No further significant activity was observed and surveillance was terminated.

CONFIDENTIAL
JAHR0000376

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |
| 2011/05/29 2000 ██████ █<br><br>04:00 Investigative | About 2000, 29 May 11, INV ██████ and SA ██████ conducted surveillance on ██████ residence. No activity was observed. Surveillance was concluded at 0005. |
| 2011/05/31 1153 ██████<br><br>02:00 Investigative | About 1153, 31 May 11, INV ██████ advised AGUIGUI of his legal rights, which he waived and provided a second statement detailing his knowledge of the Conspiracy and Solicitation to Commit Murder involving himself, ██████ and ██████ AGUIGUI further admitted to purchasing a shot he intended to use kill a unknown drug dealer in HGA. (See Waiver Certificate/Sworn Statement) |
| **2011/05/31 1209** ██████ ██████ █<br><br>**00:30 Quality Control** | **TC Review**<br><br>**Surveillance entries need to be updated.**<br><br>**No real intelligence has been developed from the Surveillance. We may need to adjust our surveillance schedule or look at different ways to get information on ██████ and his associates.**<br><br>**AGUIGUI has agreed to assist in the investigation and provide information. He is currently on the out with ██████ but has been maintaining regular contact with ██████**<br><br>**AGUIGUI will be back in today to finish his statement.**<br><br>**I coordinated with the Melbourne PD and provided the information on ██████ They will research and call me back.**<br><br>**File to SAV for review.** |
| 2011/05/31 1400 ██████ █<br><br>00:30 Investigative | SA ██████ briefed the SAC on the status of the investigation. SA ██████ advised SA ██████ to prepare a Status report adding AGUIGUI as a subject and listing the offense of Conspiracy. SA ██████ further advised SA ██████ to brief MACE on the information provided by AGUIGUI to see if they can develop and further intelligence. SA ██████ additionally advised SA ██████ to brief MAJ ██████ on the all aspects of the investigation to determine if this office should terminate covert efforts and go ahead and bring ██████ and ██████ in for questioning. SA ██████ further advised SA ██████ to |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE                     Page 10 of 46

CONFIDENTIAL
JAHR0000377

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

**Case Activity Summary**

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| | collect from the case file the receipt for the shot gun, which was obtained through CID Source 093-20658 on 25 May 11. |
| 2011/05/31 1537 ▮▮▮ ▮ 00:01 Investigative | Initial-Final Case CRC Name Check Requested for: AGUIGUI, Isaac |
| 2011/05/31 1537 ▮▮▮ ▮ 00:01 Investigative | Recorded data pertaining to AGUIGUI, Isaac  Glen |
| 2011/05/31 1600 ▮▮▮ ▮ 00:45 Investigative | Drafted Status report adding AGUIGUI as a subject and adding the offense of Conspiracy. |
| 2011/06/01 0631 ▮▮ ▮ 00:01 Investigative | CRC Name Check has been completed for AGUIGUI, ISAAC GLEN in case 0204-2011-CID093 |
| 2011/06/01 0800 ▮▮ ▮ 00:30 Investigative | SAC REVIEW:<br><br>1. Reviewed case file, to include statements from AGUIGUI, and discussed with SA ▮ Concur with SA ▮ that surveillance operations as they are currently conducted may no longer be useful as we have not been able to establish any regular patterns of behavior or any other associates as a result. Perhaps we should consider mobile surveillance of ▮ from his place of work. This may prove useful or give us a different pattern of behavior.<br><br>2. I see the CRM and Risk Assessment, but not the OP Plan we discussed and approved.<br><br>3. Did we get a vehicle tag on the car from 25 May? If not, let's document reason we were unable to obtain.<br><br>4. Who lives at ▮▮ ▮▮.<br><br>5. In AGUIGUI'S 2nd statement there is mention of a hit at a strip club? |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000378

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| **Case Activity Summary** | |
| --- | --- |
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| | Where did this come from? The statement and file are unclear about this. |

6. Stay on top of the IP. Lots of names and leads are coming out (███████-███████ Mrs. ███████████ [NFI]).

7. Let's get the emergency TLE request in and get AGUIGUI'S consent to intercept. If we can get conversation(s) documented between him and ███████████ this will firm up info that we have obtained thus far.

8. The intent of my direction to coordinate with SJA was not to see whether we should continue covert efforts, but early coordination is the key regarding elements. Once we are able to satisfy the elements on the subjects, we should go overt and start making apprehensions. My concern is surrounded by the fact that if an active conspiracy is in place and the NFI drug dealer is killed in the meantime, we have missed the boat in preventing a Murder that could have been avoided.

Also, ensure we discuss with SJA AGUIGUI'S involvement and willingness to further assist this office.

I will dispatch the Status Report to add AGUIGUI as a Subject and add the offense of Conspiracy. AGUIGUI made admissions to smoking Spice; however, I amnot inclined to title him for this offense as I believe it was previously investigated in a separate ROI by this office. Make sure we document that case number for future reference.

| | |
| --- | --- |
| 2011/06/01 0904 <br> ███████ ███ ███ <br> 00:01 Investigative | Send Investigative Report for Approval |
| 2011/06/01 0956 <br> ███████ ███ ███ <br> 00:01 Investigative | Approve Investigative Report |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000379

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary |
|---|

| Case Number: 00204-2011-CID093-042091 |
|---|

| Date, Time, and Participant | Summary of Case Activity |
|---|---|

2011/06/01 1215

██████ ████ ██

00:15 Investigative

EPCD DN 159-11 received by evidence custodian.

2011/06/01 1220

██████ ████ ██

00:30 Investigative

About 1220, 1 Jun 11, SA DALE coordinated with Det ████████ Brevard County Sheriffs Office, who informed SA ████ his office had no unsolved homicides for a David in the area. Det ████████ further stated his office did not have any information pertaining to ████████ or ████ Det ████████ related he had heard of the street name ████████ but stated they did not have the name linked to anyone.

2011/06/05 1805

██████ ████ ██

00:05 Investigative

About 1805, 05 Jun 11, SA ████ contacted INV ████████ and stated meet AGUIAGUI the 06 June 11 and get consent to search his phone since some text messages transpired that may be relevant to the case.

2011/06/06 1430

██████ ████ ██

01:05 Investigative

About 1430, 06 Jun 11, INV ████████ and INV ████ met AGUIAGUI at a predetermined location and escorted him to the CID office.

About 1459, 06 Jun 11, INV ████ advised AGUIGUI of his legal rights, which he waived and agreed to a cellular phone extraction of data.

About 1503, 06 Jun 11, AGUIGUI signed a consent to search personal phone. AGUIGUI then stated he was the coach of a Little League baseball team and that he had to be at their pictures at 1600, so at that time INV ████████ stated it may be done by that time but if not was he willing to sign it over for the duration of the extraction and INV ████████ would return it to him on completion. AGUIAGUI stated that would not be an issue. INV ████████ than met with SA ██████ Digital Forensic Examiner to began examination.

About 1535, 06 Jun 11, INV ████████ and SA ██████ was to meet SJA at 1600 so INV ████████ instructed INV ████ to prepare an Evidence Property Custody Document (EPCD) for AGUIAGUI's phone since AGUIAGUI and INV ████████ had prior duties to attend. INV ████ documented chain of custody of cell phone on EPCD.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

Page 13 of 46

CONFIDENTIAL
JAHR0000380

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| **Case Activity Summary** | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/06/06 1522 ██████ ██████ 04:00 Investigative | Conducted a cellular phone data extraction on an iPhone, International Mobile Equipment Identity (IMEI) 012647007199452, using a Cellebrite, Universal Forensic Extraction Device (UFED), Forensic System, Serial Number (SN) 5559944, and prepared a CD containing the report.  (See CD)<br><br>Agent's Comment:  The date and time of the iPhone was set for Eastern Standard Time and was an exact match compared to the Verizon duty phone issued to agents of this office. |
| 2011/06/06 1600 ██████ ██████ 01:00 Investigative | SA ██████ and INV ██████ held face-to-face briefing with MAJ ██████ Chief of Crime Law, CPT ██████ SVP, Ms. ██████ SVP, and CPT ██████ Trial Counsel, all SJA, FSGA. The purpose of the meeting was to discuss the way forward in supporting the potential prosecution of this investigation.<br><br>This was in light of AGUIGUI's recent text messages from ██████ (sp?) that the hit was no longer planned. The problem is that there is still a missing weapon and there are drugs involved. I do not feel comfortable holding this investigation open very long given that it seems CID is the only proactive entity in this investigation.<br><br>The following IP was developed:<br><br>1. Coordinate with RINCON PD and see if they have intell on ██████ or would be willing to try CDP against ██████ If we can CDP against him we might be able to use that as an avenue to get ██████ on the Conspiracy also as it seems ██████ is the proposed leader in Conspiracy and Drugs.<br><br>2. Need to ensure current NCIC and CRC name checks are obtained on all involved parties.<br><br>3. Conduct Paw checks to determine if AGUIGUI's shotgun was sold.<br><br>4. According to legal counsel this will probably wind up being strictly a drug case as the offense of Conspiracy to Murder would be very difficult to prosecute. However, we are going to push in both directions and see what happens. We are working with the offenses Conspiracy to commit Murder, |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |

Wrongful Use, Possession and possibly Distro. of Controlled Substances.

5. We did not see a Memo 5 being of use as AGUIGUI has effectually been cut from the picture and he is our only guy to get in there. However, I discussed this with INV ████████ and we are going to submit the Memo 5 in case our coordinations with Rincon PD/Sheriff's Department allow us to use a military asset in that capacity. Not sure if this will go through given the vague nature of the request at this time. I just don't want to have that needed Memo 5 the next day and have to wait on it. Let's get it up for approval.

6. We need documented coordinations with CLEO pertaining to all involved parties from their HOR or previous duty assignments. Their names might not be in NCIC. But, they might be ID'd with a drug team. Especially if ████████ had the activity in Florida that he claims.

IP Update: NCIC/CRC on all Subjects. ID who has jurisdiction in Rincon and coordinate this case with them. Memo 5 request to BN. Pawn Checks for the Shotgun. CLEO checks for all suspects previous known activities.

7. Get INV ████ briefed up on this case so she can help with the leads.

8. After these are done we will readdress our way forward. Keep SAC briefed as this develops.

9. Good case. Now lets keep it rolling in a timely manner so no one gets hurt.

| | |
|---|---|
| 2011/06/06 1800<br>████████ █<br>00:30 Investigative | About 1800 6 June 11, SA ████ stated the extraction was complete SA ████ was just preparing disk of examination and AGUIAGUI's phone could be returned. INV ████████ and INV ████ meet with AGUIAGUI and returned his phone. |
| 2011/06/08 1550<br>████████ █<br>00:10 Investigative | ASAC (Acting SAC):<br><br>Discussed collection of AGUIGUI's cellular phone with INV ████████ and INV ████ This occurred during his cell phone extraction. ASAC ████ related as long as the transfer of information was complete, the phone could be returned to AGUIGUI. The phone was collected on an EPCD. Assumption |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000382

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| | of command orders were attached to the voucher. |

| | |
|---|---|
| 2011/06/14 1330 ▮▮▮▮ ▮▮▮ ▮ 00:30 Investigative | About 1330, 14 Jun 11, INV ▮▮▮▮ contacted Sgt ▮▮▮ ▮▮▮▮ Rincon Drug Unit (RDU), in regards to case. INV ▮▮▮▮ did a quick brief of situation and informed Sgt ▮▮▮▮ on ▮▮▮ being a current resident of Rincon involved in offenses under investigation by CID. Sgt ▮▮▮ is willing to assist CID in this matter and is willing to provide assistance in arranging the interview with ▮▮▮▮ and if CID is unable to get consent for residence Sgt ▮▮▮▮ will attempt to obtain a search warrant. INV ▮▮▮ and INV ▮▮▮ will meet with Sgt ▮▮▮ the 15 Jun 11, at a predetermined location to further discuss plan of action. |
| 2011/06/14 1445 ▮▮▮▮ ▮▮▮ ▮ 00:25 Investigative | About 1445, 13 Jun 11, SA ▮▮ and INV ▮▮▮ discussed bringing parties involved in case for an interview, SA ▮▮ instructed INV ▮▮▮▮ to contact Rincon Police Department to identify a point of contact for there drug team and brief them on current case. |
| 2011/06/15 1302 ▮▮ ▮▮ ▮ 10:00 Investigative | About 1302, 15 Jun 11, INV ▮▮▮ and INV ▮▮▮ departed a prearranged location, en route Effingham Sheriff's Department, Effingham, GA 31329. |
| | About 1324, 15 Jun 11, INV ▮▮▮▮ advised SGT ▮▮▮ ▮ ▮▮ ▮, 6/8 CAV, FSGA, of his legal rights, which he waived, and denied buying drugs from ▮▮▮ ▮▮▮ stated he has no involvement with illegal drugs and does not have any information pertaining to ▮▮▮ or ▮▮▮ selling drugs. ▮▮▮ further stated he has never seen or heard ▮▮▮ or ▮▮▮▮ talking about selling drugs. (See Waiver Certificate/Sworn Statement) |
| | About 1325, 15 June 11, INV ▮▮▮ advised AGUIGUI of his legal rights, which he waived and admitted to consuming illegal substances with ▮▮▮ ▮▮▮▮ and ▮▮▮ |
| | About 1335, 15 Jun 11, INV ▮▮▮ advised SPC ▮▮ of his legal rights which he waived and denied using, purchasing or selling illegal substances. ▮▮▮ further denied any knowledge of ▮▮▮ use or dealing of illegal substances. ▮▮ stated he only associated with ▮▮▮ and ▮▮▮ outside of work because they were on a football team together. ▮▮▮ further |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000383

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

**Case Activity Summary**

| Case Number: 00204-2011-CID093-042091 | |
| --- | --- |
| Date, Time, and Participant | Summary of Case Activity |

stated he had no information on a murder for hire on any local drug dealers, but he knew of a dealer who lived in his neighborhood known as "Coupe". (See Waiver Certificate/Sworn Statement)

About 1355, 15 Jun 11, INV ▮▮▮▮ and INV ▮▮▮▮ arrived at Effingham Sheriff's Department and briefed SGT ▮▮▮▮ on the status of the investigation. ▮▮▮▮ then allowed INV ▮▮▮▮ to type the probable cause of search into the search warrant and then ▮▮▮▮ had the search warrant signed by the District Attorney.

About 1415, 15 Jun 11, INV ▮▮▮▮ INV ▮▮▮▮ and SGT ▮▮▮▮ departed Effingham Sheriff's Department en route ▮▮▮▮ ▮▮ ▮▮

About 1430, 15 Jun 11, INV ▮▮▮▮ interviewed SPC ▮▮▮▮ who denied any involvement with ▮▮▮▮ or ▮▮▮▮ stated he would be ETSing 15 Jul 11 and was not associating with anyone in his unit outside of work. ▮▮▮▮ denied knowledge of any Soldiers who used, sold or purchased illegal substances.

About 1435, 15 Jun 11, SGT ▮▮▮▮ executed the search warrant, in which 4 Marihuana plants were found in ▮▮▮▮ back yard. The shot gun was not found on the premises

About 1450, 15 Jun 11, INV ▮▮▮▮ interviewed a CID Source, who provided a sworn statement in which he stated ▮▮▮▮ propositioned AGUIGUI and ▮▮▮▮ in April 2011 to murder a "rival drug dealer". CID Source stated AGUIGUI informed him of this information and stated ▮▮▮▮ had offered him $3000 to murder the drug dealer. CID Source further stated he believed ▮▮▮▮ and ▮▮▮▮ were members of the street gang "Bloods" since they wear red and have tattoos often associated with "Bloods". CID Source stated ▮▮▮▮ had offered to sell him marihuana if he ever wanted it. He further listed PVT ▮▮▮▮ (NFI), ▮▮▮▮ (NFI), and ▮▮▮▮ (NFI) as members of his unit who used Spice daily. (See Sworn Statement)

About 1522, 15 Jun 11, INV ▮▮▮▮ interviewed PFC ▮▮▮▮ ▮▮▮▮ 6/8 CAV, FSGA. ▮▮▮▮ stated he is friends with ▮▮▮▮ but does not have any information pertaining to ▮▮▮▮ involvement in illegal

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000384

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

drug activity. ▮▮▮ further stated he has never seen ▮▮▮ with drugs and has not heard him talk about any drug activity.

About 1603, 15 Jun 11, INV ▮▮▮ advised SPC ▮▮▮ ▮▮▮, 6/8 CAV, FSGA of his legal rights, which he waived and admitted to smoking spice shortly after his arrival at FSGA July of 2010. ▮▮▮ stated he is not friends with ▮▮▮ or ▮▮▮ and does not have any information pertaining to their involvement in illegal drug activity. ▮▮▮ further stated he never tried to illegally buy a pistol off of ▮▮▮ for the purposes of committing murder. ▮▮▮ also stated he tried talked to ▮▮▮ about buying a pistol because it was cheaper than buying a firearm at a store. During the course of the interview, ▮▮▮ invoked his legal rights, requesting legal counsel.

About 1611, 15 Jun 11, INV ▮▮▮ advised Mrs, ▮▮▮ ▮▮▮ wife of ▮▮▮ of her legal rights which she waived and provided a Sworn Statement stating she had heard AGUIGUI talk about killing people, but always assumed his was joking around. ▮▮▮ further stated AGUIGUI had talked about killing a drug dealer but here and ▮▮▮ told him they would not help him. ▮▮▮ further stated she had seen ▮▮▮ once when he delivered a bag of Marihuana to their residence, but had not seen him since. (See Waiver Certificate/Sworn Statement)

About 1637, 15 Jun 11, SA ▮▮▮ coordinated with Agent ▮▮▮ MACE and briefed him on the status of the investigation. Agent ▮▮▮ stated he would not be able to obtain a search warrant for ▮▮▮ residence unless this office had interviewee state they had seen drugs in ▮▮▮ residence in the last 48 hours.

About 1713, 15 Jun 11, SA ▮▮▮ advised ▮▮▮ of his legal rights which he waived and provided a sworn statement denying being involved with the use, possession and distribution of drugs. ▮▮▮ further denied ever talking to AGUIGUI or ▮▮▮ about killing another drug dealer. During the course of the interview ▮▮▮ stated CID could conduct a search of his residence to verify there were no drugs in his residence. When SA ▮▮▮ began to feel out the Consent to Search Form, ▮▮▮ stated he no longer wanted to give consent to search his residence. SA ▮▮▮ then asked for consent to search his vehicle which ▮▮▮ gave then asked if the search would occur today,

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

which ▮ informed him it would. ▮ then stated he would not give consent to ▮ his vehicle. SA ▮ then requested consent to search his cell phone which ▮ declined. ▮ agreed to take a polygraph examination to verify the truthfulness of his statement. (See Waiver Certificate/Sworn Statement)

AGENT'S COMMENT: SA ▮ obtained Major Case Prints, Mug Shots and a CODIS DNA sample using Kit Number 0048926, from ▮

About 1809, 15 Jun 11, SA ▮ coordinated with SFC ▮ ▮ Kennel Master, 385th MP BN, FSGA, and requested K9 support.

About 1830, 15 Jun 11, SGT ▮ K9 Handler, arrived at the parking lot of the CID Office and conducted a K9 sweep of ▮ vehicle. Sweep meet with negative results.

About 1858, 15 Jun 11, INV ▮ advised ▮ of his legal rights which he waived and denied conspiring with AGUIGUI and ▮ to kill a local drug dealer. ▮ stated he had heard AGUIGUI and talking about killing a drug dealer while riding in AGUIGUI's car, but stated he told AGUIGUI he would not assist them. ▮ further provided information about ▮ being involved in the sale of controlled substances. ▮ agreed to take a polygraph examination to verify the truthfulness of his statement. (See Waiver Certificate/Sworn Statement)

| | |
|---|---|
| 2011/06/15 1325 ▮ ▮ 00:05 Investigative | About 1325, 15 June 11, INV ▮ advised AGUIGUI of his legal rights, which he waived and admitted to consuming illegal substaces with ▮ ▮ and ▮ |
| **2011/06/16 1600** ▮ ▮ **00:55 Quality Control** | **TC Review.** **I believe we have a lot more questions to answer.** **From a review of the statements, it almost seems as if AGUIGUI is the main conspirator behind the conspiracey to commit murder. ▮ still seems to be the main drug pusher but has denied all involvement.** ▮ **and** ▮ **have both agreed to take a polygraph, lets try** |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000386

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
| --- | --- |
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |
| | and get them in as soon as possible. I have already given SA ███████ copies of the statements, other than ███████ statement. Make sure you get ███████ statement and 44 to ███████ ASAP. I think ███████ is being the most cooperative and if we can get him locked into a statement we know is true, we can figure out an approach to AGUIGUI and ███████.<br><br>Also, we need to interview AGUIGUI's wife and determine what all she knows about the drugs and conspiracy.<br><br>Go ahead and draft a Status UNRESTRICT the ROI, all subjects are aware now so no need to keep it restricted.<br><br>Update all entries in AAS and AIR.<br><br>Brief Commander and SJA, provide HIGH Risk MEMO to command.<br><br>File to INV ███████ and INV ███████ to update. |
| 2011/06/17 1100<br>███████ ███████ █<br>00:15 Investigative | LAW ENFORCEMENT RECORDS CHECK: A check of the criminal intelligence files, this office, the Crime Records Center, the Defense Criminal Investigation Index and the National Crime Information Center (NCIC) revealed no derogatory information pertaining to ███████.<br><br>LAW ENFORCEMENT RECORDS CHECK: A check of the criminal intelligence files, this office, the Crime Records Center, the Defense Criminal Investigation Index and the National Crime Information Center (NCIC) revealed no derogatory information pertaining to AGUIGUI.<br><br>LAW ENFORCEMENT RECORDS CHECK: A check of the criminal intelligence files, this office, the Crime Records Center, the Defense Criminal Investigation Index and the National Crime Information Center (NCIC) revealed the following derogatory information pertaining to ███████.<br><br>Subject: Vehicle Theft, Damage property, Trespassing; 15 Mar 02, Greeley Police Department, Charge Number: 0202510, Disposition: Guilty. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |

2011/06/17 1106
██████ ██████ █
00:01 Investigative

Recorded data pertaining to ████ ████ ████

2011/06/17 1136
██████ ██████ █
00:01 Investigative

CRC Name Check Requested for: ████ ████

2011/06/17 1138
██████ ██████ █
00:01 Investigative

CRC Name Check Requested for: ██████ ████

2011/06/17 1138
██████ ██████ █
00:01 Investigative

Recorded data pertaining to ██████ ████ ████

2011/06/17 1248
██████ ████ █
00:30 Investigative

About 1248, 17 Jun 11, SA ████ briefed CPT ██████ ████ █ Commander, Rear D, 6-8 Cav, FSGA, on the status of the investigation.  SA ████ further provided ████ a Command Monitoring Soldiers Under Investigation Memorandum.

About 1252, 17 Jun 11, SA ████ briefed CPT ██████ on the status of the investigation.

**2011/06/17 1347**
██████ ████ █
**00:30 Quality Control**

**Drafted 3 Status lifting restriction.**

**File to SAC for review.**

**Then To CIC for review.**

2011/06/17 1403
██████ ████ █
00:01 Investigative

Recorded data pertaining to ████ ████ ████

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000388

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
| --- | --- |
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/06/17 1403 ██████ ██████ █ 00:01 Investigative | CRC Name Check Requested for: ██████ ████ |
| 2011/06/17 1411 ██████ ██████ █ 00:01 Investigative | Recorded data pertaining to ██████ ██████ ██████ |
| 2011/06/17 1411 ██████ ██████ █ 00:01 Investigative | CRC Name Check Requested for: ██████ ████ |
| 2011/06/17 1428 ██████ ██████ █ 00:01 Investigative | Recorded data pertaining to ██████┃██████ ████ ████ |
| 2011/06/17 1428 ██████ ██████ █ 00:01 Investigative | CRC Name Check Requested for: ██████┃██████ ████ |
| 2011/06/17 1701 ██████ ████ █ 00:01 Investigative | Send Investigative Report for Approval |
| 2011/06/17 1751 ██████ ████ █ 00:01 Investigative | Send Investigative Report for Approval |
| 2011/06/17 1754 ██████ ████ █ 00:01 Investigative | Approve Investigative Report |
| 2011/06/17 1815 ██████ ████ 02:00 Investigative | SAC REVIEW: Reviewed case and dispatched 3rd Status Report. 1. Good work on moving on this in a timely manner. While it would have been |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000389

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

### Case Activity Summary

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|

nice to have stronger evidence as a result of more surveillance and/or TLE operations, we made the right choice in moving on this in the interest of preserving life.

2. Responses to previous SAC and Bn Ops review is missing. This will be check by SAC via ACl2 by COB 21 Jun. Ensure this is done!

3. IP is in dire need of updating. I know a lot has been going on with this case, but the IP is the key. Stay on top of it.

4. Need to detail results of the cell phone extraction in AIR format (i.e. dates and times of texts, content, who to and from, etc.)

5. Regarding gang affiliation, ensure we get tattoos and mug shots of these guys for indexing as well. This could turn into another gang-related type case.

6. Do we already have a case regarding wrongful use on ████████.
████████ He admits to offenses, but we do not mention whether this info is new or was previously investigated. Add to IP for follow-up.

7. CODIS DNA missing from case file. Not required in drug offenses; however, we have other GC related offenses here as well.

8. Where is the documentation of their release on a DD 2708 or issuance of the Cdr's Notification Memorandum for High Risk Personnel? This should have been done, but not properly documented. Ensure this is clear and annotated in the AAS per previous guidance.

Lots of hard work thus far and lots of leads remaining. Again, the IP is the key. Stay on top of it as there are several moving parts. Continue close coordination with SJA as well. Don't let them just pass over on the Conspiracy case. It might be difficult for them to prosecute. However, whether we can satisfy or disprove the elements is what counts.

To DST for response to reviews and update IP, then immediately to CIC for review.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000390

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |
| 2011/06/18 1955<br><br>██████ ██████<br><br>00:01 Investigative | CRC Name Check has been completed for ████ ████ ████ in case 0204-2011-CID093 |
| 2011/06/18 2000<br><br>██████<br><br>00:01 Investigative | CRC Name Check has been completed for ████ ████ in case 0204-2011-CID093 |
| 2011/06/20 1844<br><br>██████ ██████<br><br>00:01 Investigative | CRC Name Check has been completed for ████ ████ in case 0204-2011-CID093 |
| 2011/06/20 1847<br><br>██████ ██████<br><br>00:01 Investigative | CRC Name Check has been completed for ████ ████ ████ in case 0204-2011-CID093 |
| 2011/06/22 1039<br><br>██████ █<br><br>00:01 Investigative | CRC Name Check has been completed for ████ ████ ████ in case 0204-2011-CID093 |
| 2011/06/22 1539<br><br>██████ █<br><br>00:20 Investigative | About 1539, 22 Jun 11, INV ████ advised ████ of his legal rights which he waived and provided another statement. ████ stated he does not sell durgs, but he has sold Marihuana to friends before on active duty military status. ████ further stated while active duty, he did buy about $800 in Spice every month and bought 6 grams of Marihuana from ████ also stated he was never offered any money to kill a drug dealer for ████ and never performed surveillance on a drug dealer for ████ or |
| 2011/06/29 1425<br><br>██████ █<br><br>01:10 Investigative | About 1425, 29 Jun 11, INV ████ and INV ████ obtained a copy of ████ Arrest Warrant from ████ Prosecutor, Ogeechee Judician Circuit, pertaining to Manufacturing Marihuana. |
| 2011/07/06 1030<br><br>██████ █<br><br>03:00 Investigative | About 1030, 6 July 11, INV ████ and INV ████ drove to ████ residence to pick him up for a Polygraph. ████ was not present. INV ████ and INV ████ attempted to conduct canvass interviews on neighbors, who were not present either. INV ████ then contacted Detective ████ Chief Investigator, Effingham Sherriff's Office, Effingham County Georgia, 31329, and requested a patrol come by |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000391

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary |
|---|

| Case Number: 00204-2011-CID093-042091 |
|---|

| Date, Time, and Participant | Summary of Case Activity |
|---|---|

residence and inform him if anyone came home.

2011/07/11 0946

Response to SAC REVIEW:

00:20 Investigative

1. Noted.

2. Will add Operations Plan to case file.

3. Noted.

4. Not sure, will find out.

5. Noted.

6. Noted.

7. Noted.

8. Noted.

9. Noted.

10. Noted

11. Noted.

12. Will detail results of the cell phone extraction in AIR format (i.e. dates and times of texts, content, who to and from, etc.)

5. Noted.

6. Noted.

7. Noted.

8. Noted.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000392

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

**2011/07/24 2235**

█████ █████ █

**01:30 Quality Control**

TC Review.

This ROI is outside the 10 investigative activity window. This is unacceptable. You will ensure this case file has no further investigative time gaps.

I only see one response to one TC/SAC review in the entire case file. Review all previous TC/SAC reviews and responed to all pertant directives.

We still have not identified who lives at ████████ ██ ██ Coordinate with MACE and see if the can assist in identifying them, then brief on the results to determine next course of action.

We identifed █████ as █████ █████ (█████ go ahead and coordinate with the Mepbourne PD and verify that no one by that name has been killed there. Also inform them about ██████████ statements pertaining to him.

Make sure SA █████ entry is add to the AAS pertaining to the data extraction of AGUIGUI's phone. Also prepare an AIR for a review of the data extracted from the cell phone.

█████ has been on leave in FL and will be back 25 Jul 11. Coordinate with SA █████████ and see when he can get █████ in for a polygraph. Lets get him in as soon as possiable.

Also, coordiante with █████████ and determine if he is coming back to GA. If he is not we will need to send an RFA to have the polygraph done there.

Coordiante with Fort Worth PD, FL and see if they have any information on █████ Be sure to speak with there drug team and not a regular patrol officer.

Did █████ and █████ agree to take a polygraph? If they did make it

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000393

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| | happen, if not we need to document in AAS and AIR that they declined to take a polygraph. |
| | This case file still does not have a CIC review even though the SAC directed it last month.  This case file will be on the CIC desk by COB 25 Jul 11. |
| | Lets try to get back up to Rincon and interview  |
| | Coordiante with CPT ████ and obtain a list of all Rear D 6-8 Cav soldiers since Jan 11 to current.  Then conduct canvass interviews of all of them. |
| | Get a red case file folder for this ROI and get this case file all in order. |
| | The next review will be by the ASAC on 9 Aug 11. Let's get the above and previous SAC/ASAC/TC guidance completed before the ASAC review. |
| | File to INV ████ |
| 2011/07/25 1115 <br> ████ ██ █ <br> 00:05 Investigative | SAC determined from 18-31 Jul 11 all Non-SSI cases would be held in abeyance, and limited investigative activity would be conducted in other SSI cases, due to priority death investigations (0279-11, 0284-11, and 0288-11) and critical personnel manning. |
| 2011/07/25 1130 <br> ████ ████ █ <br> 00:33 Investigative | Response to TC Review 31 May 11: <br><br> 1. Surveillance entries have been updated. <br><br> 2. Noted. <br><br> 3. Noted. <br><br> 4. Noted. <br><br> 5. Noted. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000394

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| **Case Activity Summary** |
|---|
| **Case Number: 00204-2011-CID093-042091** |
| Date, Time, and Participant | Summary of Case Activity |

Response to TC review 24 Jul 11:

1. Noted.

2. Noted.

3. Will get with MACE and find out who lives at █ ██████ █ ████.

4. Will brief Melbourne PD and verify no one by the name of ████ █████
has been killed and will inform them about ████████████ statement
pertaining to ██████

5. Will make sure SA █████ entry is added to the AAS pertaining to the data
extraction of AGUIGUI's phone. Also prepare an AIR for a review of the data
extracted from the cell phone.

6. Will coordinate with SA █████████ for polygraph of █████

7. Will coordinate with █████████ about his polygraph as well.

8. Will coordiante with Fort Worth PD, FL drug team on information on
████████

9. Noted.

10. Will interview █████ in Rincon.

11. Will Canvass interview soldiers of Rear D 6-8 Cav.

12. Noted.

13. Noted.

To CIC for review.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000395

6

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

**Case Activity Summary**

**Case Number: 00204-2011-CID093-042091**

**Date, Time, and Participant** | **Summary of Case Activity**

2011/07/25 1320
■■■■ ■
00:20 Investigative

About 1320, 25 Jul 11, INV█ spoke with Agent█ MACE. Agent █ could not find anyone living in ██ ████

2011/07/28 0937
■■■ ■
01:00 Investigative

About 0937, 28 Jul 11, SA ███ advised█ of his legal rights which ███ waived and continued to deny Using, Possessing, Dealing a controlled substance and denied conspiring to commit murder with ███ and AGUIGUI. About 1039, 28 Jul 11, █ invoked his legal rights and requested not to be questioned further.

(See Waiver Certificate & Polygraph Report)

2011/08/02 1340
■■ ■
00:05 Investigative

About 1340, 02 Aug 11, contacted Fort Peirce,FL narcotics unit in regards to any information they might have about █ there was no agent available to talk to I was informed my phone call would be returned with in 1-2 days.

2011/08/02 1624
■■ ■
00:01 Investigative

About 1624, 02 Aug 11, this office was contacted by ST LUCIE COUNTY SHERIFFS OFFICE (SLCSO)about information pertaining to █ they directed me to their archive office where an offense report was faxed to this office in regards to an incident █ was involved in on 08 Jul 11. On 8 Jul 11, █ was arrested by the SLCSO for possession of a firearm and possession of Marihuana.

2011/08/08 1640
■■ ■
00:10 Investigative

To ASAC for review.

2011/08/10 1710
■■ ■
00:20 Investigative

Acting SAC review:

1. There are a lot of supervisory reviews in this investigation that provide good guidance to assist in solving this case. I do not think a thorough review is needed at this time; however I want you to focus on TC █ review on 24 Jul 11. He makes very good points.

1. The lapse in activity should be explained, if there is a reason for it. It

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

Page 29 of 46

CONFIDENTIAL
JAHR0000396

### Case Activity Summary

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|

should also not happen again as there are mutliple leads still pending in the investigation.

2. (And most important right now) Read TC ▮ #2 entry from his review. "Noted" does not always work. The guidance given needs to be read and followed in a timely manner. SAC ▮ and TC ▮ have given some excellent points to focus on. Their guidance will help you bring this case to closure. Read the reviews, update your IP, and conduct the requested activity. TC ▮ Suggest closer montioring of this ROI. We are getting to the point where we have to start monitoring PCS/ETS os subjects.

3. This is good work in a difficult case. Keep up the good work in it.

Case to TC ▮.

**2011/08/11 1120**
▮▮
00:20 Investigative

About 1120, 11 Aug 11, INV ▮ spoke with Detective ▮ ▮ Effingham Sheriff's Office, to set up a time to interview "▮ Det. ▮ stated 22 Aug 11 would be the best time for his schedule and would arrange it with "▮.

**2011/08/19 1112**
▮▮
00:15 Investigative

About 1112, 19 Aug 11, INV ▮ spoke with CPT ▮ to receive a copy of the Rear-Detachment Roster from January to present. CPT ▮ stated that due to the building and location moves, it still could not be found, but would have his admin to continue looking until it was found.

**2011/08/21 1535**
▮▮
00:10 Investigative

About 1535, 21 Aug 11, INV ▮ spoke with Det. ▮ to make sure the interview of "▮ was still going to be able to happen on 22 Aug 11. Det. ▮ stated the interview would have to hold off due to not being able to speak to "▮" prior. Det. ▮ further stated he will approach "▮ and set up a date and time for the interview to take place.

**2011/08/22 1330**
▮▮
00:05 Investigative

About 1330, 22 Aug 11, INV ▮ spoke with Agent ▮ about the home on ▮ ▮ ▮ Agent ▮ found out the address changed to ▮ ▮ Agent ▮ stated he would find out who lived at the address and directed INV ▮ to call him back about it at another time.

CONFIDENTIAL
JAHR0000397

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| 2011/08/24 1310 <br><br> ▮▮▮▮ ▮ <br><br> 00:20 Investigative | About 1310, 24 Aug 11, Agent ▮▮ contacted INV ▮▮ and advised him the last known resident of ▮▮▮▮ was a renter by the name of ▮▮ and the land lord is ▮▮ Agent ▮▮ told INV ▮▮ that he would bring the Comprehensive Report by his office later in the week. |
| 2011/08/29 1145 <br><br> ▮▮▮▮ ▮ <br><br> 00:45 Investigative | About 1145, 29 Aug 11, INV ▮▮ arrived at Rahn's Bonding Company, 508 N. Laurel Street, Springfield, GA 31329, and spoke with ▮▮ Bail Bondsman. INV ▮▮ asked ▮▮ if he had any contact with ▮▮ stated that he did have a good contact number for ▮▮ 1-▮-▮▮ and for Mrs. ▮▮ ▮▮N further stated that he knows ▮▮ is currently located in Denver, Colorado, and his appearance before the court will be in about 2 years. INV ▮ directed ▮ to contact him whenever ▮▮ calls next. |
| 2011/09/06 0957 <br><br> ▮▮▮▮ ▮ <br><br> 00:20 Investigative | About 0957, 6 Sep 11, INV ▮▮ left a message for the Drug Team, Melborne Police Department, concerning ▮▮ ▮▮ INV ▮▮ requested that someone call him back as soon as possible. |
| **2011/09/07 0900** <br><br> ▮▮▮ ▮ <br><br> **00:10 Quality Control** | **INV ▮▮ will be TDY to Fort Bragg, NC from 6 Sep to 26 Sep 11, little to no investigative activity during this time frame.** |
| 2011/09/27 1136 <br><br> ▮▮▮▮ ▮ <br><br> 00:20 Investigative | About 1136, 27 Sep 11, INV ▮▮ recieved a phone call from Detective ▮▮ who stated ▮▮ will be appearing before the court at 0900, 13 Oct 11. INV ▮▮ was also asked if he could explain the reason for the arrest warrant during the Trial. INV ▮▮ stated he will be there. |
| **2011/10/05 1230** <br><br> ▮▮▮▮ ▮ <br><br> **00:05 Quality Control** | **Spoke with SAC who requested case file for review. I recovered file from INV ▮▮ who returned from TDY to Ft. BRAGG on 27 Sep 11. printed up to date AAS. I have not had a chance to conduct a review of this file since reporting as DST Team Chief on 18 Sep. File to SAC for review.** |
| 2011/10/17 1000 <br><br> ▮▮▮▮ ▮ <br><br> 02:00 Investigative | Received case file from SAC prior to his review in order to determine if any time sensitive leads are required. <br><br> Reviewed case file: <br> Leads Developed: <br> -Coordinate with MACE to identify vehicles described by AGUIGUI |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000398

| Case Activity Summary | |
| --- | --- |
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

|  | -Conduct an ATF trace of the shotgun purchased by AGUIGUI<br>-Attempt to locate ▮▮▮ ▮▮▮ and re-interview. According to Inv.<br>▮▮▮ ▮▮▮▮ currently has an arrest warrant issued and is pending a 30 year sentence for Manufacturing of a Controlled Substance. |
| 2011/10/17 1345<br>▮▮▮ ▮▮▮▮ ▮<br>00:30 Investigative | Briefed LTC ▮▮▮ and CSM ▮▮▮ on this investigation relevant to PFC AGUIGUI. LTC ▮▮▮ stated he was currently in the process of a Chapter packet of PFC AGUIGUI as he seems to have multiple disciplinary issues and does not believe he should be in the Army. SA ▮▮ briefed in further detail the investigations involving PFC AGUIGUI and recommended waiting on the chapter until additional information was developed and SJA provided an opine. LTC ▮▮▮ stated if SJA preferred charges and recommend pretrail confinement he would agree, however if not, LTC ▮▮▮ stated he would continue the chapter at the current rate. LTC ▮▮▮ stated he feels PFC AGUIGUI is a high risk and does not want him to be in the Army any longer. |
| 2011/10/17 1520<br>▮▮▮ ▮▮▮▮ ▮<br>00:30 Investigative | Briefed MAJ ▮▮▮ on additional information developed on PFC AGUIGUI and the current chapter packet being processed. MAJ ▮▮▮ stated CPT ▮▮▮ was currently involved in court-martial prep and would be unavailable for the rest of the week. MAJ ▮▮▮ stated he would be available on 20 Oct 11 to conduct a full review of the case and provide an opine or recommend additional leads to pursue. |
| 2011/10/17 1610<br>▮▮▮ ▮▮▮▮ ▮<br>00:10 Investigative | Coordinated with Inv. ▮▮▮ to meet with MACE in the afternoon of 18 Oct 11 to review additional leads and determine the status of ▮▮▮. |

CONFIDENTIAL
JAHR0000399

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/10/18 1430<br><br>00:30 Investigative | About 1430, 18 Oct 11, SA ▮ coordinated with Inv. ▮, M.A.C.E., who conducted a query of Orange Geo Metros in the area. Inv. ▮ stated there were no orange Geo Metros in the area, however there were several red in color vehicles. Inv. ▮ stated they were not aware of any drug dealers in the area who drive an orange Geo Metro or a Silver/Gray in color Chevrolet Impala. |
| 2011/10/20 1140<br><br>00:30 Investigative | About 1140, 20 Oct 11, SA ▮ briefed CPT ▮, Senior Trial Counsel, OSJA, FSGA, who requested copies of AIRs, sworn statements and any other relevant information from this investigation and 0279-11-CID093 in order to determine if any action will be taken against PFC AGUIGUI. |
| 2011/10/24 1650<br><br>00:10 Investigative | To TC for review. |
| 2011/10/25 1706<br><br>00:30 Investigative | TC REVIEW:<br><br>Coordinated with CPT ▮ who related she has placed AGUIGUI's chaper paperwork on hold pending the current investigation and the review of documents she has recieved from SA ▮ I. AGUIGUI admitted to the Murder For Hire in great detail.<br><br>Further, SA ▮ and SAC ▮ briefed CPT ▮ on the statements obtained during this investigation pertaining to AGUIGUI's wife. Referance 0279-11 (SGT AGUIGUI UNDETERMINED DEATH INVESTIGATION)<br><br>TC Reviewed the statement of Mrs. ▮ VELEZ taken 15 Jun 11:<br><br>Noted Points:<br><br>Pertaining to SGT AGUIGUI, PFC AGUIGUI related to Mrs. ▮ '▮ |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| | (SGT AGUIGUI) got pregnant, AGUIGUI purchased a shotgun and stated he was going to kill her, in a joking manner. He also stated he was not the father of D. AGUIGUI'S fetus. |
| | Random comments about killing people made to Mrs. ██████ by I. AGUIGUI. |
| | Mrs. ██████ Q and A portion of the statement: |
| | "Q: When did AGUIGUI talk about killing his wife?"<br>"A: After he bought his shotgun, he cracked a joke and said we can all split the money if we keep quiet." |
| | Let's locate ██████ for re-interview ref, this case and 0279-11. |
| | ██████ statement related AGUIGUI "mind" was always coming up with inhuman thoughts on how to make money. AGUIGUI also talked about Robbing, Burglary, Theft and Murders all the time. (See ██████ statement) |
| | *Keep in mind these interviews took place before SGT AGUIGUI was found deceased in her living room. |
| | Pending SJA coordination. |
| | Continue. Back to CA. |
| 2011/10/26 1530<br>██████ ██████ █<br>00:15 Investigative | Acknowledge TC Review:<br>1. Noted PFC AGUIGUI's chapter paperwork being placed on hold.<br>2. Will attempt to locate ██████ for re-interview.<br>3. Noted pending SJA coordination. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000401

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/10/26 1535 <br><br>00:05 Investigative | To CIC for review. |
| 2011/10/31 1021 <br><br>00:10 Investigative | Recieved the following email from CPT ▮▮▮▮▮▮:<br><br>SA ▮▮▮<br><br>Here are some follow-up questions I had after reviewing Aguigui:<br><br>1. Did either Aguigui attend West Point at any time and if so, why/when did they leave?<br><br>2. Do you have a copies of Aguigui's SGLI Form and DD93 from the past year,<br>including multiple copies to show any changes made?<br><br>3. Any other prior copies of her SGLI and DD93 from the past year?<br><br>4. When do her medical records first confirm she was pregnant?<br><br>5. During the autopsy, did they conduct a DNA test to determine if the baby was his?<br><br>6. Was the syringe found in the living room ever tested to determine if there is residue of any substance on it?<br><br>7. Was the contents of the potassium iodide bottle tested to ensure it was actually potassium iodide?<br><br>8. Did the ME rule out that she could have been given too much (or taken) potassium iodide or chloride?<br><br>9. Do you have the autopsy photos (or in the alternative, photos of the body taken at the ER)?<br><br>10. Do you have copies of the restricted reports she filed in the spring? I saw them referenced in the report but no reports. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000402

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

**Case Activity Summary**

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
| --- | --- |

11. Do you know how long they have been married?

I am tracking that the computer exams and the final autopsy report is still pending. This is just what I thought of after reviewing the death investigation. I am not trying to send you on any wild goose chases but these may close some loops for us so we can make a final determination. Let

me know if you want to discuss these. I thought email might be the easiest way for me to get my questions to you in an organized manner and then we can

go from there.

Thanks!
Respectfully,

█████ ██ ██████

CPT, JA
Senior Trial Counsel
Office of the Staff Judge Advocate
60 McNeely Road
Fort Stewart, GA 31314

CPT ███████

1. Based on the interview of AGUIGUI we understand they met at West Point, he was kicked out and she followed, we will be getting with West Point to determine the circumstances.

2. We only have current copies.

3. Not provided to us, we asked if any changes were made and told no.

4. Her LMP was listed as 9 Jan 11

5. No DNA testing however blood as been archived and we are currently discussing whether or not DNA testing can be done. The issue we have has whether or not the child is his, what he perceived is what is important.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000403

**Case Activity Summary**

| Case Number: 00204-2011-CID093-042091 |
|---|

| Date, Time, and Participant | Summary of Case Activity |
|---|---|

6. The syringe was obtained, it appears as it was used for animal medicine as there was a bottle nearby. Coordination with the lab requested we not send anything until toxicology determined if anything was found in her system.

7. Same regarding the lab coordination.

8. According to the preliminary results it is undetermined if the potassium iodide was even in her system. We focused on it as it was the most unusual aspect of the activity surrounding her death.

9. The autopsy photographs will be provided by AFMES when they provide the

final reports

10. Coordination with Ms. ▮▮▮▮ provided all information available in the report.

11. I am not sure if the exact date but it was late 2009/early 2010.


Please let me know if there is any other thoughts you may have?

V/R

SA ▮▮


SA ▮▮

Please see the email below. It contains my questions and and SA ▮▮ responses. I still haven't made it through the conspiracy case but I hope to do that this afternoon or evening. Is it possible for me to get a copy of the photos taken at the hospital of Aguigui's body. I will try to give you a call later this afternoon or Monday with some other ideas I have.

Respectfully,

CONFIDENTIAL
JAHR0000404

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| **Case Activity Summary** |
|---|

**Case Number: 00204-2011-CID093-042091**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|

███ ██ ████

CPT, JA
Senior Trial Counsel

Office of the Staff Judge Advocate
60 McNeely Road
Fort Stewart, GA 31314

2011/11/18 1629

███ ████████ █

00:10 Investigative

Sir,

I would be more than happy to discuss this case with you and the other case we have involving PVT AGUIGUI. We are still waiting on further testing from AFMES, but I really don't know if this will ever be classified anything other than an Undetermined Death or Death by Natural Causes, since AFMES has

not been able to locate as cause for her death yet. We do have the other case on him involving the murder for hire. My Team Chief, Ms. ████ recently went over the death case with CPT ████████ and if you like, we can

bring the cases to go over them with you sometime next week if you like. As of right now, I am free most of Monday. If you have any questions, please let me now.

V/R
CW4 ████ ████
Special Agent in Charge
30th MP Detachment
Ft. Stewart, GA 31324

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000405

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| **Case Activity Summary** |
| --- |
| **Case Number: 00204-2011-CID093-042091** |
| **Date, Time, and Participant** **Summary of Case Activity** |

2011/11/21 1320

██████ ██████ █

00:10 Investigative

TC REVIEW:

-LIMITED INVESTIGATIVE ACTIVITY DUE TO CASE 0453-2011-CID093 (DEATH INVESTIGATION)-CA WILL BE CONDUCTING TIME SENSITIVE; PRELIMINARY INVESTIGATIVE LEADS DURING THE INITIAL COURSE OF THIS CASE. FURTHER, MANPOWER SHORTAGES DUE TO AGENTS ON EMERGENCY LEAVE AND ADDITIONAL SCHOOLING.

-We need to get Mrs. ██████ re-interviewed ASAP.

-Did we trace the shotgun PFC AGUIGUI purchased?

-Coordinate with M.A.C.E. to see if they have any additional updates or information pertaining to this case.

-Get with CPT ██████████ to see if there is anything else she needs. I understand the CDRs are ready to chapter AGUIAGUI out the military. Are they going to be doing anything referance this investigation. See what the plan of action if any there will be pertaining to this case.

2011/11/22 1131

██████ ██████ █

00:10 Investigative

CF back to SA ██████ for completion.

2011/11/22 1135

██████ ██████ █

00:05 Investigative

Received case file back from SA ██████

Acknowledge TC Review;

1. Will attempt to locate Ms. ██████
2. Will conduct ATF trace on shotgun.
3. Will coordinate with M.A.C.E.
4. Will get with CPT ██████████ on status.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000406

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
| --- | --- |
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |

2011/11/29 1600
████████
00:30 Investigative

Briefed CPT ████████ on all aspects of this investigation.  CPT
████████ stated she would review all information previously provided
prior to providing an opine.

2011/12/12 1100
██ ██ █
00:20 Investigative

ASAC:

Discussed IA with SAC who stated there will be no investigative activity 12-16
Dec 11 due to priority ROIs 279-11-CID093 and 482-11-CID093. Posted to all
CFs.

2011/12/12 1200
████ ██ █
03:00 Investigative

DELAYED ENTRY:

SAC ███    ASAC ████   TC ████   TC ████████, TC ███
and SAI ████ reviewed all open investigations in this office. SAC
provided specific guidance in all cases.

2011/12/13 0900
███ ██ █
08:00 Investigative

DELAYED ENTRY:

SAC Directive:

No investigative activity in all cases 8 Dec 11 due to mandatory training.
Specifically, in-depth training on CID Reg. 195-1 Appendix D. All CAs were
instructed and participated in this training due to a recognized need. MFR
was prepared by SAC and posted to CFs.

2011/12/14 1614
████ ██ █
00:01 Investigative

Send Investigative Report for Approval

CONFIDENTIAL
JAHR0000407

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2011/12/16 1300<br><br>00:20 Investigative | Discussed case status with CPT ▇▇▇▇ with new information from 482-11-CID093. CPT ▇▇▇▇ stated the new developments involving PV2 AGUIGUI will not change anything with this investigation as all subjects from both investigations are different individuals other than PV2 AGUIGUI. CPT ▇▇▇▇ stated she still believes her opine will be probable cause with no prosecution due to lack of sufficient admissible evidence, however, would like to conduct another full review of the case file prior to her final opine. |
| 2012/01/20 1430<br><br>00:01 Investigative | DELAYED ENTRY: No investigative activity conducted on 26 Dec 11, 2 Jan 12 and 16 Jan 12, due to Federal Holidays (Christmas, New Years and Martin Luther King Day). |
| 2012/01/23 1700<br><br>00:10 Investigative | Discussed case file with SAC, who provided guidance of confirming with SJA on their opine and draft final report as no new information has been developed. |
| 2012/01/24 1305<br><br>00:05 Investigative | Attempted to make contact with CPT ▇▇▇▇, met with negative results. |
| 2012/01/30 1020<br><br>00:30 Investigative | About 1020, 30 Jan 12, SA ▇▇ briefed CPT ▇▇▇▇ on the status of this investigation. CPT ▇▇▇▇ opined probable cause did exist to believe AGUIGUI, ▇▇▇ and ▇▇ committed the offense of conspiracy. |
| 2012/01/30 1105<br><br>00:05 Investigative | Sent an e-mail to LTC ▇▇▇ requesting a time to brief him on the investigation and obtain Commander's Intent. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000408

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2012/01/30 1330 ███ ███ █ 01:00 Investigative | About 1330, 30 Jan 12, SA ███ briefed LTC ███ on all aspects of this investigation. LTC ███ stated he would take action amounting to less than court-martial against SPC ███ and would confer with SJA on action against PVT AGUIGUI. |
| 2012/02/07 1630 ███ ███ █ 00:30 Investigative | About 1630, 7 Feb 12, SA ███ briefed CPT ███ on the aspects of this investigation involving distribution of controlled substances, CPT ███ opined probable cause exists to believe ███ and ███ committed the offenses listed. |
| 2012/02/23 1650 ███ ███ █ 00:05 Investigative | Sent fax to Ft. Stewart Central Dispatch requesting an updated NCIC check on AGUIGUI, ███ and ███ |
| 2012/02/24 1020 ███ ███ █ 00:10 Investigative | Submitted fingerprint cards to Admin for distro to CRC. |
| 2012/02/24 1130 ███ ███ █ 00:30 Investigative | Obtained NCIC checks from Central Dispatch. Made Corrections to AIRs. Drafted Final Report. To TC for final review. |
| 2012/02/24 1230 ███ ███ █ 00:10 Investigative | This is a Final (C) ROI IAW CIDR 195-1 Ch. 4-10, Para a. 10, Action Commander intends to take action amounting to less than Court Martial against SPC ███ and Prosecutor states no further activity necessary for action against PVT AGUIGUI or Mr. ███. Leads Remaining: |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000409

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
| --- | --- |
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |

Re-interview Ms. ▆▆▆▆

Identify and Interview ' ▆▆▆▆

2012/02/28 1000
▆▆▆▆  ▆▆▆ ▆
00:15 Investigative

Received case file from SA ▆▆▆▆ with noted administrative corrections to be made, reviewed corrections with SA ▆▆▆▆

2012/02/28 1035
▆▆▆  ▆▆▆ ▆
00:10 Investigative

Made corrections discussed with SA ▆▆▆▆

To CIC then SAC for final review.

2012/02/28 1036
▆▆▆  ▆▆▆ ▆
00:01 Investigative

Send Investigative Report for Approval

2012/03/23 1330
▆▆▆  ▆▆ ▆
00:30 Investigative

Received case file from SA ▆ ▆▆▆ with corrections.  SA ▆ ▆▆▆ directed Status Report be drafted for unfounding the offense of Solicitation to Commit Murder by PVT AGUIGUI as No PC opine was provided by MAJ ▆▆▆

Drafted Status Report, to SAC for approval.

2012/03/23 1359
▆▆▆  ▆▆▆ ▆
00:01 Investigative

Send Investigative Report for Approval

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000410

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2012/03/29 1551 <br><br> 00:01 Investigative | Approve Investigative Report |
| 2012/03/29 1600 <br><br> 00:30 Investigative | SAC Review: Reviewed Status Report, dispatched.  Returned case file to TC to review Final Report and prepare for closure. |
| **2012/04/03 1400** <br><br> **01:00 Quality Control** | **TC REVIEW:**<br><br>**1. Corrected AIRs, signed.**<br>**2. Corrected final.**<br>**3. Docs stamped**<br>**4. DVD marked**<br>**5. Dispatched finger print cards.**<br>**6. Added LAW ENFORCEMENT RECORDS to first BFI AIR.**<br>**7. No case quality warnings**<br><br>**To SAC for closure.** |
| 2012/04/03 1504 <br><br> 00:01 Investigative | Send Investigative Report for Approval |
| 2012/04/04 1420 <br><br> 01:00 Investigative | Acting SAC Review:<br><br>1. Made minor changes to the final report.<br><br>2. FBI cards need to be completed and forwarded with AAS entries.<br><br>File through TC ▇▇▇▇ to CIC/Admin for distro.  4833 is required. |
| 2012/04/04 1613 <br><br> 00:01 Investigative | Approve Investigative Report |

CONFIDENTIAL
JAHR0000411

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| Case Number: 00204-2011-CID093-042091 | |
| Date, Time, and Participant | Summary of Case Activity |
| 2012/04/04 1620 <br><br>00:10 Investigative | After approving the final report I noted PV2 ▮▮▮▮ unit was changed to his residential address.  This does not change the outcome of the investigation and per his former CDR and SJA he would not be pulled back to active duty to face charges. |
| **2012/04/09 1031** ▮▮▮▮ ▮▮ ▮<br><br>**00:20 Quality Control** | **CINTEL Actions accomplished based on final review of case file**<br><br>**1. Personal data of entities into ACI2:  YES – all entities in case file have been added to ACI2 and no mug shots of** ▮▮▮▮ ▮▮▮▮ **and AGUIGUI uploaded in ACI2.**<br><br>**2.  Property entities completed and identified to owners, entered into NCIC, coded as appropriate:  YES – property (marihuana) entered in ACI2.**<br><br>**3.  Database searches:  ROCIC   xxx COPS  xxx DEIDS   Lexis-Nexis**<br><br>**4.  Fingerprints cards: Yes – record/major case prints of** ▮▮▮▮ **,** ▮▮▮▮ **and** ▮▮▮▮<br><br>**5.  CRC/NCIC name check from MP desk: Law enforcement records check completed and documented in file.**<br><br>**6.  To admin for distro.** |
| **2012/07/03 0934** <br><br>**00:20 Quality Control** | **Received completed 4833. Sent original off to CRC, copied and scanned a copy and placed in case file. Updated all trackers and case given to Evid for final dispo** |
| 2012/07/09 1530 <br><br>00:15 Investigative | A review of the CF by the Evidence Custodian revealed open voucher EPCD, DN 159-11 existed in association with this investigation. CF will remain in Evidence Room pending final disposition of the evidence. |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary | |
|---|---|
| **Case Number: 00204-2011-CID093-042091** | |
| **Date, Time, and Participant** | **Summary of Case Activity** |
| 2012/07/10 1000 <br> ▮▮▮▮ ▮▮▮▮ H. <br> 01:00 Investigative | Discussed Final Disposition of evidence with MAJ ▮▮▮▮ OSJA, FSGA, for all items of evidence associated with EPCD, DN 159-11. MAJ ▮▮▮▮ stated he wanted to hold off on the final disposition of this evidence pending final adjudication for all of the cases where PVT Isaac G. AGUIGUI is a subject; as there are multiple cases. Although he is currently scheduled to be prosecuted by civilian authorities; MAJ ▮▮▮▮ stated the military will monitor the progress of their case and may assume prosecutorial jurisdiction in the future. Therefore, MAJ ▮▮▮▮ does not want to authorize the disposition of any evidence associated with an investigation in which AGUIGUI was a subject. |
| **2012/12/06 0942** <br> ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ <br> **00:05 Quality Control** | **Received case from Evid, updated all trackers. CF filed in file rm** |

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0000413