UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00905-2011-CID016**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| 2011/09/30 1115 <br> ███████ <br> 00:10 Investigative | BASIS FOR INVESTIGATION: This investigation was initiated based on the information extracted from the Extremist Raw Data File, Tab 19. |
| 2011/09/30 1122 <br> ███████ <br> 00:15 Investigative | About 1122, Sep 11, SA ███████ coordinated with SPC ███████, Staff Duty, 6th Squadron, 8th Calvary, Fort Stewart, GA, who forwarded the following chain of command work phone information pertaining to PVT Isaac G. AGUIGUI: CPT ███████ Commander, 912-435-8584; 1SG ███████, 912-435-8585; and the Orderly/Training Room, 912-435-8630. ███████ related he was unable to release the cell phone numbers and he would contact the chain of command and forward this offices information to call as soon as possible. <br><br> About 1130, SA ███████ attempted to contact the Commander, 1SG and the Orderly/Training room, no answer, unable to leave messages on all three phone numbers. |
| 2011/09/30 1203 <br> ███████ <br> 00:20 Investigative | SA ███████ contacted Mr. ███████ Alcohol Tobacco and Firearms (ATF) and e-mailed him all information. |
| 2011/09/30 1209 <br> ███████ <br> 00:01 Investigative | Case Initiation |
| 2011/09/30 1211 <br> ███████ <br> 00:01 Investigative | Created new entity (Entity ID Number 2355529) with data copied from AGUIGUI, Isaac Glen (Entity ID Number 2355526). |
| 2011/09/30 1215 <br> ███████ (+1) <br> 00:10 Investigative | About 1010, 30 Sep 11, this office was telephonically notified by Detective Sergeant ███████, (509) 888-4251, Wenatchee County Sheriff's Office, Wenatchee, WA, of the following incident. SGT ███████ said ███████ PVT Isaac G. AGUIGUI, HHC 6th of the 8th Arm Recon, Fort Stewart, GA 31314, residing at ███████, WA ███████, told him that AGUIGUI may be planning a terrorist Attack against an unknown entity. The ███████ said AGUIGUI was being investigated for the murder of his wife in GA and that he has been acting strangely. AGUIGUI purchased 15 different types of fire arms from High Mountain Hunting Supplies, Cashmere, WA |

EXHIBIT
34-R

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0043521

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00905-2011-CID016**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| | (509) 665-96362 within the last few days. The ▮ told SGT ▮ that AGUIGUI is suppose to go to Wisconsin for unknown reason for an unknown military matter. SGT ▮ said he confirmed the purchase of the 15 weapons (some of the weapons were assault) from the High Mountain Hunting Supplies. A review of the DOD Employee Interactive Data System (DEIDS) confirmed AGUIGUI as a Soldier. A review of the Automated Criminal Investigative and Intelligence System (ACI2) revealed that AGUIGUI is a subject in Report of Investigation 0204-11-CID093-42091 at Fort Stewart, GA. The file is still in an open status. AGUIGUI was titled with Conspiracy to Commit Murder, Solicitation to Commit Murder and Wrongful Distribution of Cocaine.<br><br>Information was passed to the JTTF, Force Protection, 22nd MP Bn, and 6th MP Grp Crim Intel.<br><br>Initiated eGuardian under number USUSAFLBN-2011-00014.<br><br>CPT ▮ 966-0230 notified by email and telephonic. |
| 2011/09/30 1220<br>▮<br>00:15 Investigative | Coordinated with SA ▮, Fort Stewart CID office who related that PFC AGUIGUI was a West Point dropout and is very intelligent and deceptive. He is not militant but undisciplined. He purchased security guard uniforms and stated he was going to open a security guard business upon discharge from the Army. |
| 2011/09/30 1228<br>▮<br>00:10 Criminal Intelligence | SA ▮ Fort McCoy, WI, was called at (608) 388-5296. Followed up with email and BOLO. |
| 2011/09/30 1230<br>▮<br>00:10 Investigative | Coordinated with the Fort Stewart Military Police Desk (NFI) who was unable to access the Absent Without Leave (AWOL) file because the Officer In Charge (OIC) had left for the day. |
| 2011/09/30 1236<br>▮<br>00:10 Investigative | SA ▮ contacted SA ▮, Wisconsin Resident Agency, Fort McCoy, WI, who had already been briefed on all aspects by Mr. ▮ |

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0043522

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00905-2011-CID016**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| 2011/09/30 1240 ▉ 00:10 Investigative | SA ▉ contacted SA ▉ who related they were already aware of the situation and were coordinating with the Wanatchee FBI office. |
| 2011/09/30 1240 ▉ 00:15 Investigative | About 1240, 30 Sep 11, SA ▉ coordinated with SA ▉ who related Agent ▉ Federal Bureau of Investigation (FBI), Suite 250, 316 West Boone Avenue, Spokane, WA 99201, is the supervisor in charge, he had been briefed and is well aware of the situation. |
| 2011/09/30 1242 ▉ 00:05 Investigative | SA ▉ related SAC ▉ and SA ▉ are currently heading to AGUIGUI's unit to figure out where this dude is at. Stand by for more. We cannot confirm yet if he is on leave, AWOL, or chaptered. |
| 2011/09/30 1250 ▉ 00:05 Investigative | About 1250, 30 Sep 11, SA ▉ coordinated with CPT ▉, Company Commander, 6th Squadron, 8th Cavalry Regiment, Fort Stewart, GA. Office: 912-435-8584, Cell: ▉, to request information pertaining to PVT AGUIGUI. CPT ▉ stated PVT AGUIGUI was on leave from 27 Sep 11 to 3 Oct 11. CPT ▉ did not have PVT AGUIGUI's leave address or personal phone number at that time. |
| 2011/09/30 1256 ▉ 00:05 Investigative | About 1256, 30 Sep 11, SA ▉ coordinated with CPT ▉ to request additional information on PVT AGUIGUI. Met with negative results and left a voice mail message requesting he contact SA ▉ at his earliest possible convenience. |
| 2011/09/30 1337 ▉ 00:05 Investigative | About 1337, 30 Sep 11, SA ▉ coordinated with Sgt ▉ Wenatchee Police Department, 140 South Mission Street, Wenatchee, WA 98807. Phone: (509) 888-4251, pertaining to the name and location of ▉ who he visited at ▉ WA ▉. Met with negative results and left him a voice mail requesting he contact SA ▉ at his earliest possible convenience. |
| 2011/09/30 1350 ▉ 00:15 Investigative | Coordinated with Mr. ▉ Wisconsin FBI Liaison, who requested approval to send the "Be On The Look OUT" (BOLO) Report out to all law enforcement in Wisconsin. SA ▉ briefed SA ▉ who approved the request from Mr. ▉ |

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00905-2011-CID016**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| 2011/09/30 1425 ███████ 00:15 Investigative | Coordinated with 2LT ███████, Staff Duty OIC, who related he needed to obtain approval to forward PVT AGUIGUI's leave information. 2LT ███████ related he will contact this office with the pertinent information once he obtains approval. |
| 2011/09/30 1458 ███████ 00:10 Investigative | Coordinated with DET ███████, who related Agent ███████ notified his office about two hours ago and planned on sending two agents to speak with ███████. |
| 2011/09/30 1513 ███████ 00:05 Investigative | Coordinated with ███████, who related the FBI has been in contact with ███████ SA ███████ explained to ███████ why CID is involved and asked ███████ for a few minutes of ███████ time. ███████ related she was ███████ and would contact this office when ███████ arrives home. |
| 2011/09/30 1520 ███████ 00:05 Investigative | About 1520, 30 Sep 11, SA ███████ coordinated with SA ███████, Task Force Officer, 902nd Military Group, Joint Terrorism Task Force - Tacoma, Cell: ███████, to request clarifying information pertaining to PVT AGUIGUI. ███████ stated he was near this offce and would arrange to stop at this office momentarily. |
| 2011/09/30 1530 ███████ 02:30 Investigative | Coordinated with ███████ (NFI), who related ███████ (NFI) told ███████ that ███████, PVT AGUIGUI had just purchased fifteen assault riffles and ammunition. ███████ related all the information was told to ███████ by ███████ and ███████ called a friend at the Wenatchee Police Department (WPD) for advice. ███████ expressed ███████ only called because ███████ was concerned for ███████ well being since he is going through an investigation of the death of his wife and unborn child. ███████ refused to give ███████ address and other personal information because ███████ does not want ███████ (NFI) ███████ (AGUIGUI) finding out ███████ provided information regarding what ███████ had done. ███████ related as far as ███████ knows, there were no threats to anyone, to himself or terrorist statements made by ███████, PVT AGUIGUI. ███████ related ███████ believes ███████ is still in ███████. About 1548, coordinated with ███████ ███████ WA, who related ███████ told ███████ |

| Case Activity Summary ||
|---|---|
| Case Number: 00905-2011-CID016 ||
| Date, Time, and Participant | Summary of Case Activity |
| | ▇▇ about ▇▇ buying the riffles. ▇▇ related Isaac's (PVT AGUIGUI) ▇▇ (NFI) told ▇▇ today when they met to ▇▇, related ▇▇ told ▇▇ that ▇▇ bought fifteen assault riffles with ammunition and wanted to get silencers but was unable to. ▇▇ explained that Isaac was planning to keep the riffles at a buddies house (NFI) and ▇▇ was concerned for ▇▇ because of what had just happened with his wife. ▇▇ elated ▇▇ told ▇▇ that ▇▇ spent about $20,000 for the riffles and wanted to buy property to build his house so he could have his own firing range. ▇▇ explained that ▇▇ was just worried for ▇▇ and does not want ▇▇ (NFI) ▇▇ finding out ▇▇ or ▇▇ gave information regarding ▇▇ ▇▇ expressed that ▇▇ was scared for ▇▇ and for ▇▇ explained that ▇▇ found out because ▇▇ and believes Isaac is probably staying with ▇▇ WA and was planning on going back to his post to sign papers to get out of the Army. ▇▇ related ▇▇ never mentioned or said anything about Isaac threatening anyone, having problems with anyone or his intentions.<br><br>AGENT'S COMMENT: ▇▇ and ▇▇ insisted on keeping their personal information out of the report, ▇▇ explained to them that the information will stay in the Law Enforcement file but could not guarantee keeping them unanimous. ▇▇ expressed ▇▇ does not want to put a bulls eye on ▇▇ because Isaac is very smart, so smart that his common sense is not like everybody else. ▇▇ explained ▇▇ doesn't want to feel bad for doing the right thing and that all of this came about just because ▇▇ was concerned for ▇▇, ▇▇ related ▇▇ keeps in touch with ▇▇ and ▇▇ is starting to get scared. SA ▇▇ expressed to ▇▇ he will brief his superiors of their concerns and if this office could contact ▇▇ later to follow up with ▇▇ on what this office could do. ▇▇ related this office could contact ▇▇ to notify ▇▇ on the decision. SA ▇▇ thanked ▇▇ for ▇▇ time and reminded ▇▇ this office would be in contact. |
| 2011/09/30 1600<br><br>▇▇<br>00:30 Investigative | About 1600, 30 Sep 11, SA ▇▇ met with SA ▇▇ at this office to discuss PVT AGUIGUI. SA ▇▇ related he was notified by Mr. ▇▇ this office, of this case. SA ▇▇ reiterated information pertaining to the investigation of the death of PVT AGUIGUI's wife, which is awaiting toxicology results, and PVT AGUIGUI's alleged use of cocaine, which is the reason he is facing a discharge from the U.S. Army. SA ▇▇ related there is no indication of an impending attack or any terrorist |

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00905-2011-CID016**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| | threat from PVT AGUIGUI at this time. SA ███ related FBI agents are in route to locate PVT AGUIGUI in order to question him. |
| 2011/09/30 1730<br>███ (+1)<br>01:30 Investigative | Drafted IP/organized CF. CF to SA ███ to complete AAS entry. |
| 2011/09/30 1849<br>███<br>00:05 Investigative | CF to TC for Review. |
| 2011/10/03 0906<br>███<br>00:10 Criminal Intelligence | CIC REVIEW<br><br>AGUIGUI: SUBJECT, 01673-2011-MPC093 2011/06/29 FIREARM - NEGLIGENT DISCHARGE (ARTICLE 134, UCMJ) 1. SYNOPSIS: INVESTIGATION REVEALED THAT AT THE ABOVE TIME, DATE AND LOCATION ███ REPORTED THAT AGUIGUI HAD A NEGLIGENT DISCHARGE OF HIS UNREGISTERED HANDGUN CAUSING DAMAGE TO PRIVATE PROPERTY. DAMAGE TO THE QUARTERS CONSISTED OF A HOLE IN THE WALL OF THE RESIDENCE. AGUIGUI WAS TAKEN TO THE MP STATION WHERE HE WAS ADVISED OF HIS LEGAL RIGHTS WHICH HE WAIVED RENDERING A SWORN STATEMENT ADMITTING TO THE ABOVE OFFENCE. AGUIGUI WAS FURTHER PROCESSED AND RELEASED TO HIS UNIT ON A DD FM 2708. THE WEAPON WAS RETAINED BY FT STEWART POLICE UNTIL IT CAN BE PROPERLY REGISTERED AND STORED. ECOD IS UNKNOWN. THIS IS A FINAL REPORT.<br><br>2. INTERVIEW OF SUBJECT: WHEN QUESTIONED BY FT STEWART POLICE AGUIGUI STATED THAT HE WAS AT ███ HOUSE SHOWING ███ HIS WEAPON WHEN HIS FINGER SLIPPED ON THE TRIGGER AND THE WEAPON DISCHARGED, CAUSING A ROUND TO GO THROUGH THE COUCH AND INTO THE WALL. AGUIGUI WENT TO THE OTHER RESIDENTS OF THE BUILDING TO MAKE SURE THAT THERE WERE NO INJURIES. HE THEN WENT TO HIS RESIDENCE AND WAITED FOR THE FT STEWART POLICE. |

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

| Case Activity Summary ||
|---|---|
| Case Number: 00905-2011-CID016 ||
| Date, Time, and Participant | Summary of Case Activity |
|  | 3. INTERVIEW OF WITNESS: WHEN QUESTIONED BY FT STEWART POLICE ▮▮▮ STATED THAT HE DIDNT KNOW WHY AGUIGUI HAD BROUGHT THE WEAPON TO THIS HOUSE. ▮▮▮ STATED THAT HE ASKED AGUIGUI TO LEAVE ONCE THE WEAPON DISCHARGED. ▮▮▮ STATED THAT HE THINKS AGUIGUI WAS CLEANING THE WEAPON WHEN IT DISCHARGED.<br><br>THIS REPORT IS EXEMPT FROM AUTOMATIC DISCLOSURE IAW THE PROVISION OF TITLE 5 USC 552 (B)(7) AND TITLE 5 USC 552 (J)(2) AS IMPLEMENTED BY EXEMPTION NUMBER 7 AR 25-55 AND CHAPTER 5 AR 340-21.<br><br>THIS DOCUMENT IS PROVIDED FOR OFFICIAL INFORMATION AND USE ONLY. COPIES OF THIS DOCUMENT OR ENCLOSURES THERETO AND INFORMATION THEREFROM WILL NOT BE FURTHER RELEASED WITHOUT THE PRIOR APPROVAL OF THE PROVOST MARSHAL, FT STEWART. WHEN THE PURPOSE FOR THIS DOCUMENT HAS BEEN SATISFIED DESTROY IT.<br><br>AS A COST SAVING INITIATIVE THIS OFFICE WILL NO LONGER FURNISH ENCLOSURES AS A PART OF THE CASE DISTRIBUTION. ENCLOSURES MAY BE REQUESTED BY CONTACTING THE PROVOST MARSHAL ADMINISTRATIVE SUPPORT AT 912-767-8498. |
| 2011/10/03 1015<br>▮▮▮<br>00:05 Investigative | Received CF back form TC. Instructed to follow-up and send the CXL BOLO report to the appropriate agencies. |

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
JAHR0043527

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

Case Number: 00905-2011-CID016

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| 2011/10/03 1030 ▮<br>00:25 Investigative | Received an e-mail from Mr. ▮ which reflect FBI agents interviewed PVT AGUIGUI and believed PVT AGUIGUI was credible and forthcoming in his answers and does not appear to pose a terrorism threat at this time or warrant further FBI investigation. |
| 2011/10/03 1055 ▮<br>00:30 Investigative | Coordinated with Mr. ▮ who related he sent notification to cancel the BOLO pertaining to PVT AGUIGUI statewide about 1455, 30 Sep 11.<br><br>About 1100, this office received an e-mail confirming the cancellation from Mr. ▮. |
| 2011/10/03 1153 ▮<br>00:10 Investigative | Forwarded the notification of the CXL BOLO report to the following:<br><br>▮<br><br>CC: ▮ |
| 2011/10/03 1200 ▮<br>00:05 Investigative | Submitted CF to TC for review/closure. |
| 2011/10/06 1630 ▮<br>00:05 Quality Control | SA ▮ coordinated with CPT ▮ PFC AGUIGUI's Company Commander, who verified PFC AGUIGUI did in fact return to Fort Stewart, GA for duty on 4 Oct 11. |
| 2011/10/06 1637 ▮<br>00:05 Quality Control | TC Review:<br><br>1. JTTF interviewed PFC AGUIGUI, who has since returned back to Fort Stewart upon completion of his authorized leave on 3 Oct 11. |

UNCLASSIFIED // FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## Case Activity Summary

**Case Number: 00905-2011-CID016**

| Date, Time, and Participant | Summary of Case Activity |
|---|---|
| | 2. BOLO was rescinded. |
| | To ASAC for review/closure. |
| 2011/10/18 1417 <br> ▇▇▇▇▇▇▇▇▇▇ <br> 00:05 Criminal Intelligence | CLOSED, FILE 2011. |
| 2014/01/16 0900 <br> ▇▇▇▇▇▇▇▇▇▇ <br> 00:01 Investigative | Little to no investigative activity due to Training |