FOR OFFICIAL USE ONLY

## STAFF JOURNAL

**Period Covered:** **From:** 7/18/2011 4:37:00 AM **To:** 4/3/2015 11:54:00 AM

CASE NR: **456057**    SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
|---|---|---|

**2011-07-18 / 04:37:00**    Mr. ▮ (LEA CAC)

Received Initial report from STE CAC. Edited and emailed the report to DFAS, and LEA CAC. Contacted Mr. Alpice (LEA CAC) about receipt of report.

**2011-07-18 / 04:48:00**    Journal Note

LEA CAC-Spoke with SSG ▮ pending movement until reciept of the casualy report, script, sglv, and 93. Also pending whether or not this is condolences or notification.0353 CST

**2011-07-18 / 05:34:00**    Multiple

Contacted Mr. ▮ (STE CAC) concerning more details on the DSM due to no heads up being offered. He confirmed that the Husband was the one to find the DSM and called 911. The Husband is also in the military. He also stated that both the parents of the DSM have been notified by the Husband. This information was confirmed through the assigned Chaplain, CPT ▮ DA also inquired about a SUPP for the cause of death and an initial report for the child. Mr. ▮ said his office is working on both issues.

Contacted Ms. ▮ (LEA CAC at 913-775-0849) to inform her that both parents have been notified and that condolence should be rendered to both parents. DA informed LEA CAC that there is a possibility that the parents may have left their home of residence and could be traveling to Fort Stewart. LEA CAC requested a script.

**2011-07-18 / 05:34:00**

The Secretary of the Army has asked me to express his deep regret that your daughter, Deirdre died in Fort Stewart, GA on July 17, 2011. Deirdre was found unresponsive by her husband and later transferred to Winn Army Hospital where she was pronounced deceased. The Army is conducting an investigation into the death of your daughter, Deirdre. When the investigation is complete, you will be offered the opportunity to receive a copy of the investigation. The Secretary extends his deepest sympathy to you and to your Family in your tragic loss. An Army casualty assistance officer will contact you shortly. In the meantime, if you have questions or require assistance please contact our regional representative at 1-877-681-5249.

Approved by LTC ▮

**2011-07-18 / 07:36:00**

The husband (PFC Aguigui) is presently residing with unit personnel and completing investigation with CID. Unit will designate a time and place this morning for CAO to extend condolences and complete documents. Unit POC: MAJ ▮ ▮ 4th IBCT, Office: (912) 435-7959, Cell: ▮

Mortuary is investigating Remains disposition (i.e. Soldier + Stillborn???)

**EXHIBIT**

**35-R**

JAHR0043386
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**    SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |

---

**2011-07-18 / 07:46:00**    Admin Notes
Reviewed case file.

Updated the following in DCIPS:

Reason
Citizenship
Religion

**2011-07-18 / 07:47:00**    Mr. ▇ (STE CAC)

Contacted Mr. ▇ (STE CAC) in reference to condolences to Soldier's spouse.

Per Mr. ▇ (STE CAC) waiting on MAJ ▇ (Rear-D Cdr) to find out where the Soldier's spouse is located. Pending CID investigation on Soldier's spouse.

The CAC is in the process of assigning a CAO to render condolences pending on the location of the Soldier's spouse.

Will SUPP Report and submit Initial Report for the child once information is available.

**2011-07-18 / 08:03:00**    Mr. ▇ (LEA CAC)

Contacted Mr. ▇ (LEA CAC) in reference to condolences to Soldier's parents.

Per Mr. ▇ (LEA CAC) he will contact DA with the status of condolences for Soldier's parents.

**2011-07-18 / 09:00:00**    Multiple Persons

Contacted Mr. ▇ (LEA CAC) the CAC is still working on assigning a CAO.

Contacted Mr. ▇ (STE CAC) the unit has provided an area where the Soldier's spouse can meet with the CAO and receive condolences.

Per Mr. ▇ (STE CAC) he will enter the CAO information into DCIPS.

**2011-07-18 / 10:02:00**    Multiple Persons

Received a call from Mr. ▇ (LEA CAC) inquiring about the location of the Soldier's parents; had concerns about the Soldier's parents departing their home address for the STE CAC area.

Contacted Mr. ▇ (STE CAC) about the above information and per Mr. ▇ he will inquire about the status of the Soldier's parents from the Soldier's spouse Rear-D.

**2011-07-18 / 10:08:00**    Mr. ▇ (LEA CAC)

Contacted Mr. ▇ (LEA CAC) and informed him that STE CAC is inquiring about the status of the Soldier's parents.

    

JAHR0043387
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**                          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                     **CAC/BASE Name**                                              **HQ Action Officer**

_____

DA will report back to Mr. ▮ (LEA CAC) with the information received from Mr. ▮ (STE CAC).

JAHR0043388
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**  **From:**  7/18/2011 4:37:00 AM  **To:**  4/3/2015 11:54:00 AM

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**   **CAC/BASE Name**   **HQ Action Officer**

_____

**2011-07-18 / 11:22:00**   Mrs. ▮ (STE CAC) ▮▮
Received call from Mrs. ▮ (STE CAC) with condolences information for Soldier¿s spouse.  Official condolences was completed on 18 Jul 11 at 1045 hours by SFC ▮ (CAO).

Updated DCIPS with condolences information.
**2011-07-18 / 11:27:00**   Mr. ▮ (LEA CAC) ▮▮
Contacted Mr. ▮ (LEA CAC) with condolences information for Soldier's spouse.

Informed Mr. ▮ (LEA CAC) that STE CAC comfirmed that the Soldier's parents will not be traveling to (STE CAC) until later this evening by POV.

Informed Mr. ▮ (LEA CAC) to launch the CAO to Soldier's parents.
**2011-07-19 / 02:26:00**   Journal Note ▮▮
LEA CAC-The CAO will be meeting and rendering official condolences at 1430 hours (CST).

CAO
SFC ▮
HHD, 347th Reg Grp
211 N. McCarrons Blvd
Roseville, MN 55113
▮

**2011-07-19 / 02:47:00**   Journal Note ▮
LEA CAC-CAO information for the Father and Mother has been added to DCIPS.
**2011-07-19 / 04:07:00** ▮
SFC ▮ has been appointed as the Casualty Assistance Officer for the Spouse. The Casualty Assistance Officer and Assign Next of Kin Tabs have been updated in DCIPS.
**2011-07-19 / 05:04:00**   MSG ▮ ▮
Condolence to the parents was completed at 1430 hrs CST. Parents will not be traveling until funeral arrangment has been made. Soldier has six siblings.

JAHR0043389
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**    **From:**    7/18/2011 4:37:00 AM    **To:**    4/3/2015 11:54:00 AM

CASE NR:  **456057**    SERVICE:  **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

**2011-07-19 / 06:03:00**    CPT▮▮  MAJ▮▮  Mr.▮▮    ▮▮▮▮

18 July 2011/1705 hours today; Received a phone call from CPT▮▮ (CMAOC Case Management) inquiring whether or not if this office received a CID Investigation Report or if the CID office had contacted this Casualty office to state whether or not if the Spouse was a person of interest. I replied that this office had not received a CID investigation Report not did we receive a phone call from the CID office. CPT▮▮ stated that Death Gratuity could not applied for until CID states that the husband is not a person of interest. I informed CPT▮▮ that the Death Gratuity payment claim has already been submitted to our local finance company (24th Financial Management Center, Fort Stewart, Georgia) for certification and upload to DFAS Casualty for payment. CPT▮▮ stated, you've submitted the request already, my reply was yeas and CPT▮▮ stated that the Soldier just died. CPT▮▮ stated that she has to talk with her Team Leads and asked for my desk phone number. MAJ▮▮ called this Casualty office for Mr.▮▮ (Casualty Chief). I informed MAJ▮▮ that Mr.▮▮ was gone for the day. MAJ▮▮ asked if I had talked to CPT▮▮ earlier and I stated that I had. MAJ▮▮ asked had I talked to the Spouse today and does he seem okay. I informed MAJ▮▮ that the Spouse and the Casualty Assistance Officer was in our office area today and that I had talked to both (receiving Casualty and Mortuary information). MAJ▮▮ stated that normally when CID has an open investigation no benefits can be applied for until the Spouse is cleared as a person of interest. I told MAJ▮▮ that I was not aware that the benefits are put on hold until CID completes their investigation or states that the Spouse is not a person of interest. MAJ▮▮ stated that she has tried to call the CID office and has been unable to reach anyone.  MAJ▮▮ inquired if I could contact the local finance company and see if they could put a hold on the Death Gratuity payment submission. I informed MAJ▮▮ that the local finance company is closed now and that I will contact the local finance company first thing in the morning and obtain a status on the Death Gratuity submission. MAJ▮▮ stated that she would also contact CID first thing in the morning to obtain information on whether or not the Spouse is a person of interest.  Contacted Mr.▮▮ and informed him of my conversations with both CPT▮▮ and MAJ▮▮

JAHR0043390
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**    **From:**    **7/18/2011 4:37:00 AM**    **To:**    **4/3/2015 11:54:00 AM**

CASE NR:  **456057**    SERVICE:  **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

**2011-07-19 / 06:19:00**

Emailed to peddopn on behalf of the Spouse the Record of Casualty Notification Actions (XXXX-R), Authorization For Disclosure of Information (Congress) and Privacy Act Statement (DA Form 4475). The DCIPS database attachment tab was not accessible to attach the documents.

**2011-07-19 / 06:42:00**    Mrs.

Condolences to SNOK and others entitled to condolences complete at 1430 by SFC

Contacted Ms'      informed her that DA will process a Deceased Transaction.

Completed Deceased Transaction;

JAHR0043391
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**        Name: **Deirdre Alice Aguigui**

                                                           Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                              **HQ Action Officer**

---

**2011-07-19 / 10:49:00**       CID ROI DATED 18 JUL 2011/INITIAL REPORT

CID ROI DATED 18 JUL 2011.

1. AGUIGUI, DEIRDRE ALICE (DECEASED); SGT; (XXX-XX-9264); (DOB);

(POB); FEMALE; WHITE; B CO, 4-3 BSTB, 4IBCT, FORT STEWART, GA 31314; FC ;

NEE: WETZKER, DEIRDRE ALICE; [UNDETERMINED MANNER OF DEATH]

2. AGUIGUI, UNNAMED CHILD (DECEASED); DC; FC ; (DEPENDENT OF

SGT AGUIGUI, DEIRDRE ALICE, SPONSOR XXX-XX-   B CO, 4-3 BSTB, 4IBCT,

FORT STEWART, GA 31314; FC ); [UNDETERMINED MANNER OF DEATH] (NFI);

JUVENILE - THIS RECORD MAY BE RELEASED ONLY AS AUTHORIZED BY AR

195-2, PARAGRAPH 4-3F

6. INVESTIGATIVE

THE INFORMATION IN THIS REPORT IS BASED UPON AN ALLEGATION OR

PRELIMINARY INVESTIGATION AND MAY BE CHANGED PRIOR TO THE

COMPLETION OF THE INVESTIGATION.

MILITARY POLICE INVESTIGATIONS (MPI), FORT STEWART, GA 31314 (FSGA)

NOTIFIED CID THAT PFC ISAAC G. AGUIGUI, XXX-XX-   6-8 CAV, 4IBCT, FSGA,

FOUND HIS WIFE, SGT AGUIGUI, DECEASED INSIDE THEIR ON-POST RESIDENCE.

PRELIMINARY INVESTIGATION REVEALED PFC AGUIGUI FOUND SGT AGUIGUI

UNRESPONSIVE ON A SOFA INSIDE THEIR LIVING ROOM. PFC AGUIGUI CALLED

911 AND ATTEMPTED LIFE-SAVING MEASURES UNTIL THE ARRIVAL OF EMS. EMS

INTUBATED SGT AGUIGUI AND SEARCHED FOR SIGNS OF LIFE, WHICH MET WITH

NEGATIVE RESULTS. EMS TRANSPORTED SGT AGUIGUI TO WINN ARMY

COMMUNITY HOSPITAL (WACH), FSGA, WHERE SHE WAS PRONOUNCED

DECEASED AT 2128, 17 JUL 11, BY DR.         EMERGENCY ROOM,

WACH, FSGA. SGT AGUIGUI WAS SEVERAL MONTHS PREGNANT AT THE TIME OF

HER DEATH. SGT AGUIGUI RE-DEPLOYED FROM OIF SOMETIME IN DEC 10, DUE TO

HER PREGNANCY. SEVERAL PRESCRIPTION NON-NARCOTIC MEDICATIONS WERE

FOUND AT THE SCENE, TO INCLUDE A MUSCLE RELAXANT AND PAIN RELIEVER.

AN OVER-THE-COUNTER POTASSIUM IODIDE SUPPLEMENT WAS ALSO FOUND.

AN AUTOPSY IS SCHEDULED FOR 19 JUL 11 BY DR. (LCDR)       MEDICAL

EXAMINER, OFFICE OF THE ARMED FORCES MEDICAL EXAMINER (OAFME),

ROCKVILLE, MD 20850.

THE CID CASUALTY LIAISON OFFICER IS CW2         AT 912.767.3334 (DSN:

870), OR

INVESTIGATION CONTINUES BY CID.

7. COMMANDERS ARE REMINDED OF THE PROVISIONS OF AR 600-8-2 PERTAINING

TO SUSPENSION OF FAVORABLE PERSONNEL ACTIONS AND AR 380-67 FOR THE

                                         

JAHR0043392
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**      **CAC/BASE Name**        **HQ Action Officer**

_____

SUSPENSION OF SECURITY CLEARANCES OF PERSONS UNDER INVESTIGATION.

8. USACIDC REPORTS ARE EXEMPT FROM AUTOMATIC TERMINATION OF

PROTECTIVE MARKINGS IN ACCORDANCE WITH CHAPTER 3, AR 25-55.

JAHR0043393

CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**
                                                                        Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                         **HQ Action Officer**

_____

**2011-07-19 / 12:16:00**    Agent [ ]    SPC [ ]    Mr. [ ]

Contacted Agent Wes [ ] (Fort Stewart, CID office) this morning and inquired if the Spouse (PFC Isaac Aguigui) is a person of interest. Agent [ ] stated that he is unable to say whether or not the Spouse is a person of interest at this time. The autopsy is being performed this morning and upon review of the results, Agent [ ] would be able to state whether or not the Spouse is a person of interest. Contacted SPC [ ] (24th Financial Management Center) to suspend the Death Gratuity payment. SPC [ ] called back and stated that their office submitted a request to DFAS for a recall of the Death Gratuity payment. Per SPC [ ] conversation with DFAS, the payment has already been released but they will attempt to pull the payment back. SPC [ ] will not know until later today upon her receipt of a response from DFAS informing her that their office was able to pull back the Death Gratuity payment. Mr. [ ] (Casualty Chief) was provided a status update.

**2011-07-19 / 13:30:00**    Journal Note

Mother maiden name is ¿[ ] passed on to Ms [ ]

**2011-07-19 / 15:49:00**    DD93/SGLV review

I reviewed the DD Form 93 (17 FEB 2011) and SGLV 8286 (17 FEB 2011) with the Team Lead. Verified the following beneficiaries:

PADD: Husband
UPPA: Husband 100%
Death Gratuity: Husband 100%
SGLI: Husband 100%
Days Ahead Binder: Husband
Flag: 2 (Husband, married parents)
Awards Sets: 2 (Husband, married parents)
Payment of benefits should be held until verification that CID is not considering the husband as a person of interest.

**2011-07-19 / 20:33:00**    emailed HRC/Ft Stewart

SSN & DOB updated for mother & father. Six siblings will be added when SSN's are provided. Mother and Father plan to depart today around 1200 CST for Ft Stewart. CAO for SNOK has been in contact with CAO for PNOK.

JAHR0043394
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2011-07-20 / 09:12:00**   Mr          (STE CAC)

Received a call from Mr          (STE CAC) to relay updates. He said autopsy is in progress and the Soldier is currently at Winn Army Community Hospital on Fort Stewart. Autopsy is being done by an Armed Forces Medical Examiner. He said DG is being held (as the Spouse is a person of interest) until the results of the autopsy are released. He said he received the 7302, and the PADD (Husband) elected cremation, and the baby (22 week boy) would be cremated with the Mother as well. He said PADD elected to retain the cremains.

He is going to make contact with the unit for any posthumous awards and services would be tentative for Mon or Tues.

**2011-07-20 / 09:26:00**   Spouse ADI Received

Received Spouse (PFC Isaac G. Aguigui) Members of Congress ADI from          and he CONSENTS.

(ADI uploaded to file attachments)
(NOK Tab Legal Docs updated)

JAHR0043395
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |

_____

**2011-07-20 / 09:41:00**     Posthumous Promotion Email Inquiry

Sent the following email inquiry to DA Enlisted Promotions for Posthumous Promotion Eligibility:

-----Original Message-----

From:                  CPT NG USA

Sent: Wednesday, July 20, 2011 9:36 AM

To:                SFC MIL USA;                    MSG MIL USA; HRC TAGD JR Enlisted Promotions;

          CIV USA;                CIV USA

Cc: HRC TAGD CMAOC PEDDOPN;                  CPT NG USA;            SFC RES US USA;

CTR US USA

Subject: SGT Aguigui, Dierdre A. - Posthumous Promotion Eligibility (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: FOUO

ALCON,

Is the following Soldier eligible for posthumous promotion to SSG:

SGT, Aguigui, Dierdre A.   xxx-xx-     DOD 17 July 2011

Soldier's Initial Casualty Report and ERB are attached.

V/R,

CPT

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

Fort Knox, KY 40121

Printed On 1/6/2016 4:08:08 PM

JAHR0043396
CONFIDENTIAL

# STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                    **HQ Action Officer**

_____

**2011-07-20 / 09:43:00**          Soldier is NOT eligible for posthumous promotion

Received following email response from DA Enlisted Promotions regarding Posthumous Promotion Eligibility:

-----Original Message-----

From: HRC TAGD JR Enlisted Promotions

Sent: Wednesday, July 20, 2011 9:42 AM

To:                    CPT NG USA;                         SFC MIL USA;                         MSG MIL USA; HRC TAGD JR

Enlisted Promotions;                         CIV USA;                         CIV USA

Cc: HRC TAGD CMAOC PEDDOPN;                         SFC RES US USA;                         CTR US USA

Subject: RE: SGT Aguigui, Dierdre A. - Posthumous Promotion Eligibility (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: FOUO

Soldier is not eligible for promotion.

Junior Enlisted Promotions

HRCoE, Fort Knox, KY

JAHR0043397
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |

---

**2011-07-20 / 10:17:00**    Attempted CAO Contact

Attempted contact with both CAOs (SFC ▮ and SFC ▮ I received a voicemail on the cell phone of SFC ▮ and a voicemail of a different person on the only number listed for SFC ▮ I sent the following email to LEA Casualty requesting verification of CAO contact information:

-----Original Message-----
From: ▮ CPT NG USA
Sent: Wednesday, July 20, 2011 10:17 AM
To: LEAV-CASUALTY
Cc: HRC TAGD CMAOC PEDDOPN; ▮ CPT NG USA ▮ SFC RES US USA; ▮ CTR US USA
Subject: SGT Aguigui, Deirdre A. - CAO Information (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: FOUO

ALCON:

Good Morning! I've attempted to make contact with CAO SFC ▮ at the business number listed in DCIPs (651-268-8084) and reached a voicemail for someone named ▮ Can you verify the contact phone number for this CAO and ask for a cell phone number as well?

Thank you.

V/R,
CPT ▮
Casualty Case Manager
Department of the Army
US Army Human Resources Command
1600 Spearhead Division Ave.
Fort Knox, KY 40121

**2011-07-20 / 10:20:00**    CAO Contact (SFC ▮ (STE)

I received a call back from PADD CAO (SFC ▮ and he said he did not have much time to talk because he was on his way to the funeral home with the Husband (PFC Isaac Aguigui) to make arrangements. I verified his email address and briefed him on and sent the initial emails. He said he'd give me a call back when he was done with the family member.

JAHR0043398
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**        **CAC/BASE Name**                **HQ Action Officer**

_____

**2011-07-20 / 10:40:00**      LEA CAC (Mr

Received response from LEA CAC (Mr    with correct contact number for SFC    (651-268-8085) and corrected it in DCIPs. Also advised me that the parents are on their way to Ft Stewart. They left last night and are driving. Ft Stewart is aware of this.

**2011-07-20 / 11:00:00**      CAO Contact (SFC

Made contact with CAO for Parents (SFC    introduced myself, and verified his contact information. I briefed him on the initial emails, and sent those to him. He is a National Guard AGR Soldier and has completed the CAO training online within the year.

He let me know that the Mother and Father and two of thier children are on their way to Fort Stewart. I briefed him on the Joint Federal Travel Regulation and he said he's already provided LEA CAC with the siblings information (as seen in email traffic). Pending SSNs they will be added to DCIPs NOK Screen. He said there are 4 other siblings that will need rides to the airport and he said he'd most likely be assisting with that.

He also said he was hoping there would be a Courtesy CAO assigned from STE as there is a bit of family dynamics. The Soldier's family is Morman, and have had issues with the Soldier's husband in the past. He said they have been communicating with the Husband's Parents more than the Soldier himself. He said they have financial problems as a the Father has been unemployed for some time. He also confirmed he had made contact with SFC    (PADD CAO).

He said he had not had a chance to get the ADIs completed for the Parents, but forwarded the forms to the CAC for the CAO that will assist in Georgia to have them sign.

**2011-07-20 / 14:14:00**

Attached    Court Martial Orders for 2LT    also she were briefed on her duties and responsibility.

2LT

Email:

Cell: (717)818-5598

**2011-07-20 / 17:19:00**      PADD CAO (SFC

Received a call back from PADD CAO (SFC    and he let me know that the elected method of payment for the death gratuity was EFT. He said he had the 7302 and that he'd be sending it in shortly. He said the PADD had elected Option 4 with the PADDs intent to retain the cremains. He said he had no. I verified his mailing address as the following:

JAHR0043399
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**   SERVICE: **United States Army**        Name: **Deirdre Alice Aguigui**
Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |

---

**2011-07-20 / 17:28:00**   Days Ahead Binder Request

I requested shipment of the Days Ahead Binder from the Support Section for PADD CAO (SFC ███ be sent to:

███████████

**2011-07-20 / 17:35:00**   Plan of Action

Plan of Action

- daily contact with CAOs
- monitor for CCAO assignment for Mother and Father from STE
- monitor for 7302
- monitor for 7 Questions
- monitor for Mother and Father ADIs
- monitor for payment receipt of DG to Spouse (pending autopsy findings)
- review awards
- monitor for posthumous awards from Unit through Mr ███ (STE CAC)
- monitor for schedule of services

**2011-07-21 / 10:55:00**   SPC ███   SFC ███

20 July 2011 Delayed Entry***Contacted Agent ███ (Fort Stewart CID) and informed that the autopsy was complete. Inquired with Agent ███ about whether or not if the Spouse is a person of interest and Agent ███ stated at this time the Spouse is not considered a person of interest. Contacted MAJ ███ (CMAOC Case Management) and informed her of my conversation with Agent ███ Contacted SPC ███ (24th Financial Management Center) and informed her that the Death Gratuity payment could be resubmitted for payment. SPC ███ said that their office has to get DFAS confirmation that the initial payment was pulled back from the Spouse¿s account before a resubmission of the Death Gratuity payment. Per conversation with SFC ███ (CAO, Spouse), the Spouse informed him that USAA Savings Bank contacted the Spouse and informed him that DFAS had pulled back the Death Gratuity payment. It was explained to SFC ███ that as soon as the local finance office confirms that DFAS has pulled back the initial Death Gratuity payment, the claim for payment will be resubmitted.

JAHR0043400
CONFIDENTIAL

## STAFF JOURNAL

| | Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**      SERVICE:  **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

Date / Time            CAC/BASE Name                                    HQ Action Officer

---

**2011-07-21 / 11:02:00**      Noted
Request for CCNO

-----Original Message-----
From: LEAV-CASUALTY
Sent: Thursday, July 21, 2011 9:53 AM
To: ▊▊▊▊▊CIV USA
Cc: ▊▊▊▊CIV USA IMCOM; ▊▊▊▊▊CIV USA IMCOM; ▊▊▊▊
Subject: Courtesy CAO-SGT Aguigui, Deirdre-Case#456057

Mr. ▊▊▊

Just spoke with SFC ▊▊▊ (CAO for the Parents) and he has informed me that the Parents are leaving today and plan to arrive in your area either tonight or tomorrow. He is requesting contact information for the Courtesy CAO so he can talk with him/her and put him/her in contact with the Family, Thank you.

Respectfully,

▊▊▊ ▊▊
Memorial Affairs Coordinator
**2011-07-21 / 11:25:00**
All Concerned (email sent to peddopn, Leavenworth Casualty and Ms. J. ▊▊ all concerned Casualty Assistance Officers)

The Disposition Remains Statement (DA Form 7302) is forwarded and has already been attached to DCIPS. The following funeral arrangements have been made thus far;

Monday (25 Jul 11), Viewing, 1800-2000 hours, Howard Jones Noble Funeral Home, 777 South 1st Street, Jessup, Georgia 31545 (912) 427-3721.

Tuesday (26 Jul 11), Funeral Service, 1000 hours, Howard Jones Noble Funeral Home, 777 South 1st Street, Jessup, Georgia 31545 (912) 427-3721.

Military Honors Request and request for a Protestant Chaplain has been submitted through Fort Stewart Military Honors Coordinator.

JAHR0043401
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**         **CAC/BASE Name**               **HQ Action Officer**

_____

Two flag cases (Spouse and Parents of deceased Soldier) will be delivered to SFC     (Spouse, CAO) on Friday (22 Jul 11).

Unit has initiated a posthumous Army Commendation Medal.

CW2 LW     has been appointed as the Courtesy Casualty Assistance Officer (information in DCIPS CAO Tab) for the deceased Soldier's Parents upon their arrival to Hinesville, Georgia. CW2     and SFC        (CAO, Spouse) have made contact with each other.

JAHR0043402
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

---

**2011-07-21 / 11:33:00**    7302 Received (STE CAC)    provided update

Received 7302 and following email update from Case Manager from STE CAC:

From: M CIV USA
Sent: Thursday, July 21, 2011 11:24 AM
To: HRC TAGD CMAOC PEDDOPN; LEAV-CASUALTY; A CIV USA IMCOM
Cc: STEW CASUALTY-AG - IMSE-STW-HRM; CW2 MIL USA FORSCOM; SFC MIL USA;

Subject: SGT Aguigui, Deirdre A. (Ref: Disposition remains Statement and Funeral Information)

All Concerned,

The Disposition Remains Statement (DA Form 7302) is forwarded and has already been attached to DCIPS. The following funeral arrangements have been made thus far;

Monday (25 Jul 11), Viewing, 1800-2000 hours, Howard Jones Noble Funeral Home, 777 South 1st Street, Jessup, Georgia 31545 (912) 427-3721.

Tuesday (26 Jul 11), Funeral Service, 1000 hours, Howard Jones Noble Funeral Home, 777 South 1st Street, Jessup, Georgia 31545 (912) 427-3721.

Military Honors Request and request for a Protestant Chaplain has been submitted through Fort Stewart Military Honors Coordinator.

Two flag cases (Spouse and Parents of deceased Soldier) will be delivered to SFC (Spouse, CAO) on Friday (22 Jul 11).

Unit has initiated a posthumous Army Commendation Medal.

CW2 LW has been appointed as the Courtesy Casualty Assistance Officer (information in DCIPS CAO Tab) for the deceased Soldier¿s Parents upon their arrival to Hinesville, Georgia. CW2 and SFC (CAO, Spouse) have made contact with each other.

Very Respectfully,

Ms.
Casualty Case Manager

Printed On 1/6/2016 4:08:08 PM

JAHR0043403
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**            Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                    **HQ Action Officer**

_____

AG, Casualty Assistance Center
Fort Stewart, GA  31314

Printed On 1/6/2016 4:08:08 PM

JAHR0043404
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**      **From:**    7/18/2011 4:37:00 AM    **To:**     4/3/2015 11:54:00 AM

CASE NR: **456057**     SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**       **CAC/BASE Name**        **HQ Action Officer**

_____

**2011-07-21 / 11:58:00**     7302 Review
7302 Review

Upon review of the 7302, I ensured the following:

- top section was filled out properly
- signature witness and date are properly filled out
- only one option was selected and the selected option was properly initialed
- the reimburseable limit is on the form and is correct
- PADD elected option 5 - and is retaining the cremains
- the funeral home was provided

**2011-07-21 / 12:27:00**
Attached PERE Identification MEMO.

**2011-07-21 / 14:53:00**     SFC     (Parents CAO)           .AL

Passed all of CW2     contact information that was attached to DCIPS on to SFC     (CAO Parents). SFC
     said he would attempt to make contact with CW2

**2011-07-21 / 15:30:00**
The Days Ahead Binder for (Spouse) was sent out on 21 Jul 2011 to:

FEDEX Tracking #7973 2671 4966

**2011-07-21 / 15:54:00**     SPC     SFC

Spouse provided confirmation that he did receive the $100,000 Death Gratuity payment was received into his bank account via Electronic Funds Transfer. Contacted SPC     (24th Financial Management Center) and informed her that the Death Gratuity payment was received by the Spouse.

JAHR0043405
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**          Name: **Deirdre Alice Aguigui**

                                                                Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                              **HQ Action Officer**

_____

**2011-07-21 / 16:50:00**          Days Ahead Binder Shipment Heads Up Email

Sent following email as heads up for Spouse/PADD CAO SFC ▆▆▆ on the shipment of the Days Ahead Binder:

-----Original Message-----

From: ▆▆▆▆ CPT NG USA

Sent: Thursday, July 21, 2011 4:50 PM

To: ▆▆▆▆ SFC MIL USA

Cc: HRC TAGD CMAOC PEDDOPN; ▆▆▆▆ CPT NG USA; ▆▆▆▆ SFC RES US USA; ▆▆▆▆

CTR US USA

Subject: SGT Aguigui, Deirdre A. - Days Ahead Binder Shipment (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: FOUO

SFC ▆▆▆

The Days Ahead Binder for (Spouse) was sent out on 21 Jul 2011 to:



FEDEX Tracking #7973 2671 4966

Ship date:  Jul 21, 2011

Estimated delivery:  Jul 22, 2011 by 3:00 PM

Destination:  SAVANNAH, GA

*Note- the package will require signature, so ensure you are present at the

above listed time to receive this shipment.

V/R,

CPT ▆▆▆

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

JAHR0043406
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**        Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**        **CAC/BASE Name**                **HQ Action Officer**

_____

Fort Knox, KY 40121

JAHR0043407

CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**
                                                                                                         Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                      **HQ Action Officer**

---

**2011-07-21 / 16:56:00**     Ops Interim Close

Case file has been reviewed and interim closed.

Currently pending payment of benefits to NOK.

DD Form 1300 will be forwarded to DFAS.

Ops Interim Close 21 July 2011.

**2011-07-21 / 16:59:00**     Funeral Home Verification

I called Howard Jones Nobles Funeral Home and spoke with Carrie and verified the address and contact number as well as the schedule of services. She verified the address schedule below:

Monday (25 Jul 11), Viewing, 1800-2000 hours, at Howard Jones Noble Funeral Home.

Tuesday (26 Jul 11), Funeral Service, 1000 hours, at Howard Jones Noble Funeral Home.

She informed me that the Soldier had moved this morning from the Winn Army Hospital at Fort Stewart to the Howard Jones Noble Funeral Home this morning.

She said once services are complete on 26 July, they will transport the Soldier to Miles Odum Funeral Home in Waycross, GA for cremation. The urn will then be retained by the PADD/Husband.

**2011-07-21 / 17:16:00**     CAO Contact (SFC

Made contact with PADD CAO (SFC         to confirm schedule of services. He said everything is tracking for Monday and Tuesday and that there has been a Unit Memorial tentatively scheduled for 04 August at 1100. He will email the details as he gets them. I briefed him on the current location of remains, and he is aware that the Soldier will be cremated at Miles Odum Funeral Home post funeral. He said the Soldier has already been asked to borrow money since he had received the death gratuity (not by the parents, but outsiders) and he is going to take him to get a power of attorney to ensure he is secure with the large sum of money he just received. I asked about the 7 Questions and he said he's giving the Spouse a breather since he is under a lot of stress but will get them done and turn them in as soon as he can.

He also let me know that he made contact with the Courtesy CAO CW2         (that he is from his Unit), and they expect the family to arrive in their area at about 0230 tomorrow morning.

No current issues at this time.

Printed On 1/6/2016 4:08:08 PM

JAHR0043408
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**       SERVICE:  **United States Army**              Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                **HQ Action Officer**

---

**2011-07-21 / 17:29:00**       Schedule of Services Relay

Relayed Schedule of Services to all three CAOs; Spouse/PADD CAO, Parents' CAO and Parents' CCAO while in STE AOR.
Also relayed to STE CAC.

-----Original Message-----
From: ▮▮▮ ▮▮▮ CPT NG USA
Sent: Thursday, July 21, 2011 5:26 PM
To: ▮▮▮ ▮▮▮ SFC MIL USA; ▮▮▮▮ us.army.mil'; ▮▮▮ ▮▮ CW2 MIL USA FORSCOM
Cc: STEW CASUALTY-AG - IMSE-STW-HRM; HRC TAGD CMAOC PEDDOPN; ▮▮ ▮▮ CPT NG USA; ▮▮▮
▮▮ R SFC RES US USA; ▮▮▮ ▮▮▮ CTR US USA; ▮▮▮ ▮▮ CIV USA
Subject: SGT Aguigui, Deirdre A - Schedule of Services (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: FOUO

ALCON:

Below I've provided the schedule of services for SGT Aguigui, Deirdre A:

Visitation
Type: Public
Location: Howard Jones Nobles Funeral Home
Date: 25 Jul 2011 Time: 18:00 To: 20:00
Address: 777 South 1st Street
Jesup, GA 31545-0226
United States
Phone: Bus. Phone 912-427-3721

Funeral
Date: 26 Jul 2011 Time: 10:00
Location: Howard Jones Nobles Funeral Home
Address: 777 South 1st Street
Jesup, GA 31545-0226
Phone: Bus. Phone 912-427-3721

Post Funeral the Soldier will be moved to Miles Odum Funeral Home for
cremation and the cremains will be retained by the PADD/Spouse.

JAHR0043409
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time** **CAC/BASE Name** **HQ Action Officer**

_____

If there are any questions please let me know.

Thank you.

V/R,

CPT ▮▮ ▮▮

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

Fort Knox, KY 40121

Printed On 1/6/2016 4:08:08 PM

JAHR0043410
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**  SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2011-07-21 / 17:34:00**  Attempted Contact with CCAO (CW2

Attempted contact with Courtesy CAO (CW2 ) to touch base and ask if there were any questions. I know they are tracking the family's arrival early tomorrow morning, and briefed that I emailed the schedule of services. Left my contact information, pending call back.

**2011-07-21 / 17:36:00**  Plan of Action

Plan of Action

- daily contact with CAOs
- monitor for 7 Questions
- monitor for Mother and Father ADIs
- monitor for posthumous awards from Unit through Mr (STE CAC)
- review awards
- review investigations and generate FOIAs

**2011-07-22 / 12:55:00**  Noted

Added all six siblings into DCIPS. Flight informaton on parens and siblings is uploaded into DCIPS

JAHR0043411
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**     SERVICE: **United States Army**     Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                        **HQ Action Officer**

---

**2011-07-22 / 13:31:00**     Flags/Flag Cases/Lapel Pins (STE CAC)

Received following email from Mr [ ] (STE CAC) confirming flag, flag case, and lapel pin delivery to the funeral home:

-----Original Message-----
From: [ ] Mr CIV USA IMCOM
Sent: Friday, July 22, 2011 6:28 AM
To: [ ] CPT NG USA
Cc: [ ] SFC MIL USA; [ ] Mr CIV USA; [ ] Mr CIV USA IMCOM; [ ] CIV USA
Subject: RE: SGT Aguigui, Deirdre A - Schedule of Services (UNCLASSIFIED)

CPT [ ]
        I will deliver 2 flag cases, 2 flags, 12 lapel pins to the
funeral home this morning. By the way, congratulations on your promotion:)

SFC [ ]
        Please ensure you pick up the lapel pins which will have your
name on the envelope from the funeral director and give to the PADD for
distribution.

very respectfully,

[ ]
Casualty Operations
AG Casualty Assistance Center
Fort Stewart, GA

**2011-07-22 / 13:38:00**     CAO Contact (SFC [ ] CW2 [ ]

Attempted contact with PADD CAO (SFC [ ] and reached a voicemail. Left contact information, pending call back.

Made contact with CW2 [ ] He confirmed the family arrived early this morning and he met them and got them settled in a hotel in the Stewart area. He said they have plans to move to Jesup on Monday. He said they have completed the 7 Questions and ADIs and will sent them via email. I provided him with the initial emails with contact information and let him know that he will be working with SFC [ ] this weekend. I told him I'd be calling on Monday to discuss pre-funeral checks to ensure everything is ready for the funeral.

JAHR0043412
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2011-07-22 / 13:51:00**    Plan of Action    ███ A.████

Plan of Action

- daily contact with CAOs
- monitor for 7 Questions
- monitor for Mother and Father ADIs
- monitor for posthumous awards from Unit through Mr███████ (STE CAC)
- review awards
- pre-funeral checks Monday (24 July)
- review investigations and generate FOIAs

**2011-07-22 / 15:01:00**    CAO Contact (SFC █████    █████ █████

Received voicemail back from PADD CAO (SFC █████ he said he has made contact with the family with CW2 █████ and confirmed they have made it into the STE area and have plans to meet with the PADD/Husband and his family today. He said they are tracking on the schedule, and the message I left him about extra lapel pins (if any after Spouse, Parents and Siblings received one) going back to the CAC. He said there are no issues at all at this time.

**2011-07-25 / 10:25:00**    Noted    █████████

Uploaded ADIs and Seven question on parents to DCIPS.

**2011-07-25 / 16:56:00**    ███ █ ███

Spoke with CAO and conducted pre-funeral check.

CAO has sufficient flags and lapel pins.

CAO knows husband receives flag from casket.

No changes in funeral schedule.

CAO has coordinated with Honors Team and Funeral Director.

CAO reports no issues at this time.

Plan of Action:

-Conduct post funeral checks

**2011-07-26 / 13:05:00**    7 Questions and ADIs for Parents Rec'd    █████ █

Pulled 7 Questions and ADIs for Congress and Third Parties for Parents.

████ ██ ████ (Mother) CONSENTS to BOTH Congress and Third Parties

██ ██ ████ (Father) CONSENTS to BOTH Congress and Third Parties

(Updated NOK Tab Legal Docs)

JAHR0043413
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**      SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

                                                                            Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                              **HQ Action Officer**

_____

**2011-07-26 / 13:16:00**      Days Ahead Binder Received

CAO SFC ▮▮▮▮▮ has signed for received Days Ahead Binder according to FedEx Tracking Website:

Tracking no.: 797326714966E

Delivered

Signed for by: ▮▮▮▮▮▮

Ship date: Jul 21, 2011

Delivery date: Jul 22, 2011 12:33 PM

Destination: SAVANNAH, GA

Proof of Delivery

**2011-07-26 / 13:25:00**      Posthumous Awards

Still pending posthumous award documentation. Emailed STE CAC for update on posthumous awards, and whereabouts of documentation.

Received word from DA Team NCOIC MSG Huss that he made contact with the CAO (SFC ▮▮▮▮▮ and he told him the Unit is still processing her posthumous ARCOM. They will present it to the family when it is complete. SFC ▮▮▮▮▮ also let him know that the Soldier will be transported to the crematory shortly.

JAHR0043414
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR:  **456057**      SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                    **HQ Action Officer**

_____

**2011-07-26 / 13:53:00**        Post Funeral Email Sent to CAO SFC ▮▮▮▮        ▮▮▮▮ ▮▮▮

Sent the following Post Funeral Follow Up email to PADD CAO (SFC ▮▮▮)

-----Original Message-----

From: ▮▮▮ ▮▮▮ CPT NG USA

Sent: Tuesday, July 26, 2011 1:53 PM

To: ▮▮▮ ▮▮ SFC MIL USA

Cc: HRC TAGD CMAOC PEDDOPN; ▮▮▮ ▮▮ CPT NG USA; ▮▮▮ ▮▮ R SFC RES US USA; ▮▮▮ ▮▮ ▮

CTR US USA

Subject: SGT Aguigui, Deirdre A. - Post Funeral Follow Up (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: FOUO

SFC ▮▮▮

Good Afternoon! Just wanted to touch base with you to see how the funeral
went this morning.  Please email the answers to the following questions
(1-12)

back to us as soon as you get a chance:

1.  What was your overall impression of the services that occurred?

2.  How did the Family react to the services that occurred?

3.  How did the Honors Team perform, any issues/concerns with the GO?

4.  Who received flag cases?

5.  Did anyone just receive flags in a vinyl case?  If so, who?

6.  Who received medal sets?

7.  Did you have any lapel pins to pass out?  If so, how many and who got
them?

8.  Will you be available for follow-up in the near future (next 45 days)?

JAHR0043415
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**
                                                                                Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                **HQ Action Officer**

_____

(If you have any pending deployments, schools, or alternate assignments
planned, please let us know so that we can have the CAC reassign another
CAO.)

9. Will the Spouse be available for future follow-up (next 45 days) or is
she scheduled to take a vacation? (If the Spouse requests to be left alone
for a while or indefinitely, please let us know.)

10. Since you are now part of the CAO pool, the CAC will remain as a
resource to you for all issues related to this case or further issues
related to benefits and burial. However, are there any further issues that
the Case Management Branch at the Department of the Army level should be
aware of that need to be immediately addressed?

11. (not related to services) I've checked the FedEx Tracking Website for
the Days Ahead Binder delivery and it posted the following:

Tracking no.: 797326714966E

Delivered
Signed for by: ▌▐▉▉▉▉▉
Ship date: Jul 21, 2011
Delivery date: Jul 22, 2011 12:33 PM
Destination: SAVANNAH, GA
Proof of Delivery

Have you delivered the Binder to the Spouse yet? If so, if so what date?

12. (not related to services) I've tried to locate the 7 questions for the
Spouse and have been unsuccessful. Would you mind sending them to me again?
If you have not sent them yet, are they complete?

Finally, I cannot thank you enough for the help that you provided in helping
to honor this fallen Soldier. In addition, I am thanking you in advance for
the continued help that you are likely to provide. As your case manager at
the DA level, please feel free to contact me for any issues or questions.
If you cannot reach me, any case manager that you do reach can provide you

JAHR0043416
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR:  **456057**        SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

                                                                                    Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                  **HQ Action Officer**

_____

with assistance as well.

V/R,

CPT ▮▮ ▮▮

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

Fort Knox, KY 40121

Printed On 1/6/2016 4:08:08 PM

JAHR0043417
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

**Period Covered:** **From:** 7/18/2011 4:37:00 AM **To:** 4/3/2015 11:54:00 AM

CASE NR: **456057** SERVICE: **United States Army** Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time** **CAC/BASE Name** **HQ Action Officer**

---

**2011-07-26 / 13:57:00** Post Funeral Email Sent to CAO CW2 ▮▮▮ ▮▮▮▮

Sent the following Post Funeral Follow Up email to Parents CAO (CW2 ▮▮▮

-----Original Message-----

From: ▮▮▮ ▮▮▮ A CPT NG USA

Sent: Tuesday, July 26, 2011 1:57 PM

To: ▮▮▮ ▮▮ CW2 MIL USA FORSCOM

Cc: HRC TAGD CMAOC PEDDOPN; ▮▮▮ ▮▮ A CPT NG USA; ▮▮▮ ▮▮ R SFC RES US USA; ▮▮▮ ▮▮ E CTR US USA

Subject: SGT Aguigui, Deirdre A. - Post Funeral Follow Up (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: FOUO

CW2 ▮▮▮▮

Good Afternoon! Just wanted to touch base with you to see how the funeral went this morning. Please email the answers to the following questions (1-10) back to us as soon as you get a chance:

1. What was your overall impression of the services that occurred?

2. How did the Family react to the services that occurred?

3. How did the Honors Team perform, any issues/concerns with the GO?

4. Who received flag cases?

5. Did anyone just receive flags in a vinyl case? If so, who?

6. Who received medal sets?

7. Did you have any lapel pins to pass out? If so, how many and who got them?

8. Will you be available for follow-up in the near future (next 45 days)?

JAHR0043418
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                                **HQ Action Officer**

_____

(If you have any pending deployments, schools, or alternate assignments
planned, please let us know so that we can have the CAC reassign another
CAO.)

9.  Will the Parents be available for future follow-up (next 45 days) or is
she scheduled to take a vacation? (If the Parents requests to be left alone
for a while or indefinitely, please let us know.)

10.  Since you are now part of the CAO pool, the CAC will remain as a
resource to you for all issues related to this case or further issues
related to benefits and burial.  However, are there any further issues that
the Case Management Branch at the Department of the Army level should be
aware of that need to be immediately addressed?

Finally, I cannot thank you enough for the help that you provided in helping
to honor this fallen Soldier.  In addition, I am thanking you in advance for
the continued help that you are likely to provide.  As your case manager at
the DA level, please feel free to contact me for any issues or questions.
If you cannot reach me, any case manager that you do reach can provide you
with assistance as well.

V/R,

CPT

Casualty Case Manager
Department of the Army
US Army Human Resources Command
1600 Spearhead Division Ave.
Fort Knox, KY 40121

JAHR0043419
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                    **HQ Action Officer**

_____

**2011-07-26 / 13:59:00**     Plan of Action

Plan of Action

- monitor for 7 Questions from Spouse CAO
- monitor for posthumous awards from Unit through Mr ▇▇ (STE CAC)
- review awards
- monitor for Post Funeral responses from CAOs
- review investigations and generate FOIAs

**2011-07-26 / 15:00:00**     PE Entry-SCMO Contact

PE UPDATE:

Contacted the SCMO through email and asked her to call me in regards to her appointment as SCMO.

Classification: UNCLASSIFIED

Caveats: FOUO

2LT ▇▇

I am trying to get in touch with you to brief you on your SCMO duties. The

number I have for you is ▇▇▇.

If you could return my phone call at your earliest convenience, I would

really appreciate it.

Thank you in advance.

v/r

Ms. ▇▇ ▇▇ ▇▇

Casualty & Mortuary Affairs-PE Case Manager

U.S. Army Human Resources Command

1600 Spearhead Div Ave

Ft. Knox, KY 40121

TEL: 502-613-8288

EMAIL ▇▇

Classification: UNCLASSIFIED

JAHR0043420
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

**2011-07-26 / 15:06:00**    PE Entry-SCMO Contact    ▮▮▮▮ ▮▮▮▮▮▮▮

PE UPDATE:

Received an out of office reply from the SCMO informing me she was on emergency leave and will return 2 Aug 2011.

JAHR0043421
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**      SERVICE: **United States Army**                  Name: **Deirdre Alice Aguigui**
                                                                          Rank: **SGT**

**Date / Time**                  **CAC/BASE Name**                              **HQ Action Officer**

_____

**2011-07-27 / 09:29:00**      Post Funeral Response from CAO (SFC ███ )       ███████
Received email response to Post Funeral follow-up email from PADD CAO (SFC ████ )

-----Original Message-----
From: ████    ████ SFC MIL USA
Sent: Tuesday, July 26, 2011 6:30 PM
To: ████    ████ A CPT NG USA
Cc: HRC TAGD CMAOC PEDDOPN; ████   ████ SFC RES US USA; ████   ████ CTR US USA
Subject: RE: SGT Aguigui, Deirdre A. - Post Funeral Follow Up (UNCLASSIFIED)
Importance: High

Answers for Post Funeral follow up

1. The overall impression from the family members was excellent they highly
approved of the service from beginning to end in honor of SGT Deirdre
Aguigui. The Military Honors was proper and to standard from uniform to
procedure.

2. The Families reaction was successful/ no complaints just good comments.

3. Military Honors was a GO

4. The Husband PFC Aguigui/ and the Mother of the deceased Mrs. ████
████

5. The casings for the flags were wood engraved

6. The husband requested I give the lapel pins to His wifes mother, father,
brothers, sisters,. His Father and Mother also received a lapel pin due to
his request. There were 12 lapel pins altogether

7. I will be available in the next 45 days for a follow up/ the soldier will
be available in the next 45 days currently there are no leave requests or
schools pending for either of us.

8. I have the Days ahead binder and will give it to him this week. I decided
to wait until after the funeral due to his mental status and the stress of

JAHR0043422
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR:　**456057**　　SERVICE:　**United States Army**　　　　　　Name: **Deirdre Alice Aguigui**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

coordinating the showing and the funeral he is exhausted. No further issues
at this time

　　　　　　　　　　　　　　　　　　　　　Printed On 1/6/2016 4:08:08 PM

JAHR0043423
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**     **CAC/BASE Name**     **HQ Action Officer**

_____

**2011-07-27 / 11:14:00**     CAO Response to Post Funeral Follow Up

Received email response to Post Funeral follow up email from CAO (CW2 ▮▮▮

From: ▮▮▮▮ ▮▮ CW2 MIL USA FORSCOM
Sent: Wednesday, July 27, 2011 11:12 AM
To: ▮▮▮▮ ▮ CPT NG USA
Cc: HRC TAGD CMAOC PEDDOPN; ▮▮▮▮ ▮▮ CPT NG USA; ▮▮▮ ▮▮ SFC RES US USA; ▮▮▮ ▮▮▮ ▮
CTR US USA; ▮▮▮▮ ▮▮ CW2 MIL USA FORSCOM
Subject: SGT Aguigui, Deirdre A. - Post Funeral Follow Up (UNCLASSIFIED)

1. What was your overall impression of the services that occurred?
The funeral service went well, the family was very comfortable with how the service was planned and executed

2. How did the Family react to the services that occurred?
They were pleased and overwhelm with the hospitality

3. How did the Honors Team perform, any issues/concerns with the GO?
There were no issues or concerns, they performance was outstanding

4. Who received flag cases?

5. Did anyone just receive flags in a vinyl case? If so, who?
No, the flags were presented to the families in a case by SFC ▮▮▮ and I during the ceremony.

6. Who received medal sets?
Both families

7. Did you have any lapel pins to pass out? If so, how many and who got them?
Every family member received a lapel pin

8. Will you be available for follow-up in the near future (next 45 days)?
(If you have any pending deployments, schools, or alternate assignments planned, please let us know so that we can have the CAC reassign another CAO.)Yes, I will be able to do a follow up.

9. Will the Parents be available for future follow-up (next 45 days) or is she scheduled to take a vacation? (If the Parents requests to be left alone

JAHR0043424
CONFIDENTIAL

## STAFF JOURNAL

| Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR:  **456057**      SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
|---|---|---|

_____

for a while or indefinitely, please let us know.) I have their phone number, I am sure they would be pleased that some is taking the time to check on their family.

10.  Since you are now part of the CAO pool, the CAC will remain as a
resource to you for all issues related to this case or further issues
related to benefits and burial.  However, are there any further issues that
the Case Management Branch at the Department of the Army level should be
aware of that need to be immediately addressed? NO, I thing we covered everything

VR,

W01 ▮▮▮▮▮▮▮ ▮
110th QM CO
Petroleum Tech
"Top It Off"

Printed On 1/6/2016 4:08:08 PM

JAHR0043425
CONFIDENTIAL

**FOR OFFICIAL USE ONLY**

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**        Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                    **HQ Action Officer**

_____

**2011-08-01 / 13:08:00**     PE Entry-SCMO Brief

PE UPDATE:

Contacted the SCMO (2LT█████ and conducted the initial brief. This is her first time being a SCMO and she has been briefed by STE CAC. She has already determined the husband to be the PERE and given the memo to STE CAC. She was aware of her duties to receive local debts. I verified her contact information and sent her the the initial SCMO email. Updated tdispo and spreadsheet.

**2011-08-01 / 13:13:00**     PE Entry-PERE Memo

PE UPDATE:

PERE determination validated on 21 July 2011.

The SCMO has determined that Isaac Aguigui (husband) is the PERE. Updated tdispo, spreadsheet, and next of kin screen.

JAHR0043426
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                      **HQ Action Officer**

_____

**2011-08-01 / 15:30:00**

7 questions responses for the husband of SGT Aguigui are as follows:

1. Soldier's complete name to include middle name:

Deirdre Alice Aguigui

2. Soldier's complete unit of assignment:

Company B, 4th Special Troops Battalion, 4th Brigade Combat Team, 3rd Infantry Division (Mechanized), Fort Stewart, Georgia

3. Soldier's common name:

Deirdre

4. Any professional titles for the husband:

Private First Class (PFC)

5. Husband's complete name to include middle initial:

PFC Isaac G. Aguigui  (Isaac)

6. Husband's confirmed 45 day mailing address:

Mailing address:  c/o SFC

This address has been verified through USPS.

7. CAO Information:

NAME:  SFC                    USA

UNIT:  Headquarters and Headquarters Detachment, 260th Quartermaster Battalion, 3rd Sustainment

JAHR0043427
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                     **HQ Action Officer**

_____

Brigade, 3rd Infantry Division (Mechanized), Fort Stewart, Georgia

ADDRESS:

Printed On 1/6/2016 4:08:08 PM

JAHR0043428
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                    **HQ Action Officer**

_____

### 2011-08-01 / 15:32:00

7 questions responses for the parents of SGT Aguigui are as follows:

1. Soldier's complete name to include middle name:

Deirdre Alice Aguigui

2. Soldier's complete unit of assignment:

Company B, 4th Special Troops Battalion, 4th Brigade Combat Team, 3rd Infantry Division (Mechanized), Fort Stewart, Georgia

3. Soldier's common name:

Deirdre

4. Any professional titles for the parents:

No professional titles

5. Parents's complete name to include middle initial:

Mr. ███████ █ █ ███████ (███
Mrs. ███████ █ █ ███████ (███████

6. Parent's confirmed 45 day mailing address:

█████████████████████████████████

This address has been verified through USPS.

7. CAO Information:

NAME: SFC ███ █ █ ███████ ARNG

UNIT: Headquarters and Headquarters Detachment, 347th Regional Support Group, Minnesota
    Army National Guard, Roseville, Minnesota

Printed On 1/6/2016 4:08:08 PM

JAHR0043429
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**

                                                                        Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                            **HQ Action Officer**

_____

ADDRESS:

JAHR0043430
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**  SERVICE: **United States Army**  Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**  **CAC/BASE Name**  **HQ Action Officer**

_____

**2011-08-01 / 15:41:00**  SFC  husband CAO

Received a call from the Soldier's spouse's CAO, SFC  he stated he wasn't sure what housing was going to do with the spouse seeing he is living in government quarters and a Soldier and if they will let him stay beyond the 45 day address. SFC  suggested this office send the spouse's official correspondence to his home of residence to make sure the husband will receive it.

JAHR0043431
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**               **CAC/BASE Name**                                    **HQ Action Officer**

_____

### 2011-08-03 / 16:29:00

7 questions responses for the husband of SGT Aguigui are as follows:

1. Soldier's complete name to include middle name:

Deirdre Alice Aguigui

2. Soldier's complete unit of assignment:

Company B, 4th Special Troops Battalion, 4th Brigade Combat Team, 3rd Infantry Division (Mechanized), Fort Stewart, Georgia

3. Soldier's common name:

Deirdre

4. Any professional titles for the husband:

Private First Class (PFC)

5. Husband's complete name to include middle initial:

PFC Isaac G. Aguigui  (Isaac)

6. Husband's confirmed 45 day mailing address:

Mailing address:  c/o SFC ███████ ██ █████

This address has been verified through USPS.

7. CAO Information:

NAME:  SFC ███████ ██ █████  USA

UNIT:  Headquarters and Headquarters Detachment, 260th Quartermaster Battalion, 3rd Sustainment

JAHR0043432
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**     Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**     **CAC/BASE Name**     **HQ Action Officer**

_____

Brigade, 3rd Infantry Division (Mechanized), Hunter Army Airfield, Georgia

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JAHR0043433
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**  SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2011-08-05 / 10:13:00**

Presidential Memorial Certificate requests for Mr. and Mrs. ▮▮▮ were faxed on 05UAG11, ▮▮▮ Benefits Coordinator, LEA CAC.

**2011-08-10 / 11:20:00**

Certified copies of the Initial DD Form 1300 were sent out on 10 August 2011 to:

SFC ▮▮▮ ▮ ▮▮▮

FedEx #7950 6227 5435 (Spouse)

SFC ▮▮▮ ▮▮▮

FedEx #7950 6231 2374(Parents)

Printed On 1/6/2016 4:08:08 PM

JAHR0043434
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**   **CAC/BASE Name**   **HQ Action Officer**

_____

**2011-08-10 / 16:44:00**   CAO (SFC       FOIA Request and Letter (Spouse)

-----Original Message-----

From:          SFC RES US USA

Sent: Wednesday, August 10, 2011 3:39 PM

To:          SFC MIL USA

Cc: HRC TAGD CMAOC PEDDOPN;          CPT NG USA;          CTR US USA;          SFC

RES US USA

Subject: SGT Aguigui, Deirdre A. - 456057 - FOIA Requests and Investigation Letter


SFC

Attached are FOIA documents and a letter for the Spouse of SGT Aguigui, Deirdre A. Completing these requests forms provides an opportunity for the Soldier's Spouse to receive copies of the investigations performed. Please note that the forms have been pre-filled to annotate the requestor's Relationship to the Soldier. We do this so that only those parties required by law to be notified of the investigations are offered the first opportunity to request the reports. If other Family members want to request their own copies of the investigations, a blank form may be obtained from the CAC.

Note: Please remember to also get a copy of the Family member's IDs. In terms of ID, just get a copy of the drivers licenses, front and back (or other equivalent picture ID). This is just for administrative purposes as the departments that process the investigations don't necessarily directly answer to my branch chief. It's also a fail-safe for you so that we (as the Army) have transparency that it is the Family that is actually requesting the reports.

Please contact me for any questions.


SFC

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

Fort Knox, KY 40121

JAHR0043435
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**            Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                    **HQ Action Officer**

_____

PH: (502) 613-8293

FAX: (502) 613-4505

EMAIL:

General EMAIL: hrc.cmaoc.peddopn@conus.army.mil

JAHR0043436
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**    SERVICE: **United States Army**        Name: **Deirdre Alice Aguigui**
                                                        Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |

---

**2011-08-10 / 16:46:00**    CAO (       FOIA Request and Letter (Parents)      .R.

-----Original Message-----

From:        SFC RES US USA

Sent: Wednesday, August 10, 2011 3:42 PM

To: 

Cc: HRC TAGD CMAOC PEDDOPN;       CPT NG USA;       CTR US USA;       SFC RES US USA

Subject: SGT Aguigui, Deirdre A. - 456057 - FOIA Requests and Investigation Letter

SFC 

Attached are FOIA documents and a letter for the Father and Mother of SGT Aguigui, Deirdre A. Completing these requests forms provides an opportunity for the Soldier's Father and Mother to receive copies of the investigations performed. Please note that the forms have been pre-filled to annotate the requestor's Relationship to the Soldier. We do this so that only those parties required by law to be notified of the investigations are offered the first opportunity to request the reports. If other Family members want to request their own copies of the investigations, a blank form may be obtained from the CAC.

Note: Please remember to also get a copy of the Family member's IDs. In terms of ID, just get a copy of the drivers licenses, front and back (or other equivalent picture ID). This is just for administrative purposes as the departments that process the investigations don't necessarily directly answer to my branch chief. It's also a fail-safe for you so that we (as the Army) have transparency that it is the Family that is actually requesting the reports.

Please contact me for any questions.

SFC 

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

Fort Knox, KY 40121

PH: (502) 613-8293

FAX: (502) 613-4505

EMAIL: 

JAHR0043437
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

                                                                          Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                          **HQ Action Officer**

_____

General EMAIL: hrc.cmaoc.peddopn@conus.army.mil

**2011-08-11 / 09:21:00**        Thrift Savings Plan

Spoke with Ms. ▆▆▆ (Thrift Savings Plan) who verified that the Deceased Service Member (SGT Aguigui, Deirdre A.) had funds available in her account.

JAHR0043438
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                          **HQ Action Officer**

_____

**2011-08-11 / 09:22:00**       Montgomer GI Bill

Spoke with Mr. ▮▮▮▮ (GI Bill Educational Department) who verified that the Deceased Service Member (SGT Aguigui,

Deirdre A.) contributed to the Montgomery GI Bill.

**2011-08-17 / 14:30:00**       SGLI Cert

DSM has been certified for $400k of SGLI coverage.

JAHR0043439
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR:  **456057**     SERVICE:  **United States Army**          Name: **Deirdre Alice Aguigui**
                                                            Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                              **HQ Action Officer**

---

**2011-08-18 / 17:41:00**      SFC ▮▮▮▮▮▮             BYRON.G.CABRERA

7 Questions responses for the SGT Aguigui's spouse are as follows:

1. Soldier's complete name to include middle name:

Deirdre Alice Aguigui

2. Soldier's complete unit of assignment:

Company B, 4th Special Troops Battalion, 4th Brigade Combat Team, 3rd Infantry Division (Mechanized), Fort Stewart, Georgia

3. Soldier's common name:

Deirdre

4. Any professional titles for the next-of-kin:

Private First Class (PFC), United States Army

Next-of-kin's complete name to include middle initial:

Mr. Isaac G. Aguigui (Isaac)  Spouse requests to be addressed as "PFC Isaac G. Aguigui."

6. Next-of-kin's confirmed 45 day mailing address:

▮▮▮▮▮

Mailing address:  c/o SFC ▮▮▮▮▮
This address has been verified through USPS.

Note:  Even though the spouse's residential address is verifiable, the residence is off-limits due to an on-going investigation. Send all official correspondence to the CAO for hand delivery.

7. CAO information and component, unit and mailing address:

NAME:  SFC ▮▮▮▮▮  USA

JAHR0043440
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR:  **456057**       SERVICE:  **United States Army**                Name: **Deirdre Alice Aguigui**

                                                                                                                                    Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                           **HQ Action Officer**

_____

UNIT:  Headquarters and Headquarters Detachment, 260th Quartermaster Battalion, 3rd Sustainment

Brigade, 3rd Infantry Division (Mechanized), Hunter Army Airfield, Georgia

MAILING ADDRESS:

JAHR0043441
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                              **HQ Action Officer**

_____

**2011-08-23 / 15:08:00**      Noted

AAR uploaded to DCIPS on Parents

JAHR0043442
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                                      **HQ Action Officer**

---

**2011-08-23 / 15:30:00**     ITO screens updated

Updated ITO screen for unit memorial per email from Ms. ▆ at STE CAC.

-----Original Message-----
From: ▆ ▆ CIV USA
Sent: Thursday, August 18, 2011 3:28 PM
To: ▆ ▆ CTR US USA; STEW CASUALTY-AG - IMSE-STW-HRM
Cc: HRC TAGD CMAOC PEDDOPN; ▆ ▆ SFC RES US USA; ▆ ▆ CPT NG USA; ▆ ▆
SFC MIL USA
Subject: RE: Unit Memorial verification- SGT Aguigui, Deirdre #456057 (UNCLASSIFIED)

All Concerned,

The Unit Memorial was held on 4 August 2011. The Unit Commander (CPT ▆
inquired with all the eligible travelers (Soldier's Parents, Soldier's
Siblings and Spouse's Parents) regarding the open invitation for the Unit
memorial. The eligible travelers declined due to having returned home the
week prior from the funeral services and were not available to travel so soon.
The Spouse is local and attended the Unit Memorial Service.

There was no requirement for an Escort. The Military Contract Funeral Home
that picked up the deceased remains from Winn Army Medical Center Morgue was
the same Funeral Home that the PADD chose to provide services for the deceased
Soldier and the unborn fetus. The Funeral Services were at the Funeral Home
and the remains were cremated with the cremated remains retained by the PADD.

The Casualty office is in the process of obtaining a copy of the Posthumous
Army Commendation Medal that was presented to the Spouse during the Unit
Memorial Service. Upon receipt of the Posthumous award recommendation and
certificate, the documents will be attached to DCIPS and forwarded to Case
Management, Casualty and Mortuary Affairs.

Very Respectfully,

Ms. ▆ ▆
Casualty Case Manager
AG, Casualty Assistance Center

JAHR0043443
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**    SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                **HQ Action Officer**

_____

Ft Stewart, GA 31314
(912) 767-6559

NOTICE: The information contained in this communication is intended for the
sole use of the named addresses/recipients to whom it is addressed, in their
conduct of official business of the United States Government. This
communication may contain information that is exempt from disclosure under the
Freedom of Information Act, 5 U.S.C. 552 and the Privacy Act, 5 U.S.C. 552a.
Addressees/recipients are not to disseminate this communication to individuals
other than those who have an official need to know the information in the
course of their official Government duties. If you received this communication
in error, please do not examine, review, print, copy, forward, disseminate, or
otherwise use the information. Please immediately notify the sender at
(912)767-6559 and delete the copy received.

-----Original Message-----
From: ▮▮▮ ▮▮▮ ▮ CTR US USA
Sent: Thursday, August 18, 2011 11:40 AM
To: ▮▮▮ ▮▮▮ ▮ CTR US USA; STEW CASUALTY-AG - IMSE-STW-HRM; ▮▮▮ ▮▮▮ ▮
CIV USA
Cc: HRC TAGD CMAOC PEDDOPN; ▮▮▮ ▮▮▮ ▮ SFC RES US USA; ▮▮▮ ▮▮▮ ▮ CPT
NG USA
Subject: RE: Unit Memorial verification- SGT Aguigui, Deirdre #456057
(UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: FOUO

One more thing- did the unit decide if they were going to award a posthumous
ARCOM to the soldier? There is not paperwork on this in DCIPS and it is not
in the awards screen.

Thank you!

-----Original Message-----
From: ▮▮▮ ▮▮▮ ▮ CTR US USA
Sent: Thursday, August 18, 2011 11:18 AM

JAHR0043444
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

To: STEW CASUALTY-AG - IMSE-STW-HRM; ▮▮▮ ▮▮▮ ▮ CIV USA
Cc: HRC TAGD CMAOC PEDDOPN; ▮▮▮ ▮▮▮ ▮ SFC RES US USA; ▮▮▮ ▮▮▮ ▮
CPT NG USA
Subject: Unit Memorial verification- SGT Aguigui, Deirdre #456057
(UNCLASSIFIED)

ALCON-

Please verify if there was a unit memorial held for the following service
member. CAO stated on 21 July that there was a unit memorial tentatively
scheduled for 04 August 2011. Also, was there an escort assigned for this
service member?

DSM: Aguigui, Deirdre
DCIPS #456057
DOD: 17-Jul-2011

Thank you!

V/R,

Ms. ▮▮▮ ▮ ▮▮▮
Casualty Case Manager
Department of the Army
US Army Human Resources Command
1600 Spearhead Division Ave.
Fort Knox, KY 40121
Desk: (502) 613-8279
Case Management: 502-613-9025

JAHR0043445
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**          **HQ Action Officer**

---

**2011-08-23 / 15:38:00**     Parent's ID's requested for FOIA submission ███████

Requested photo ID's for parent's FOIA requests.


-----Original Message-----

From: ████ ████ CTR US USA

Sent: Tuesday, August 23, 2011 3:38 PM

To: ████ ████ SFC RES US USA; ████████████

Cc: HRC TAGD CMAOC PEDDOPN; ████ ████ CPT NG USA

Subject: RE: SGT Aguigui, Deirdre A. - 456057 - FOIA Requests and Investigation Letter (UNCLASSIFIED)


Classification: UNCLASSIFIED

Caveats: FOUO


SFC ████████

We have received the signed FOIA forms from the parents, however we need a

copy of their photo ID's to process these requests. Please send these copies

as soon as you get a chance and we will forward the requests.


V/R,


Ms. ████ ██████

**2011-08-23 / 16:12:00**     FOIA's submitted (parents) ███████

Submitted signed FOIA requests for parents to CMAB Investigations Branch.

**2011-08-23 / 16:15:00**     Plan of Action ███████

Plan of Action:

-Monitor for Unit Memorial tab update (location)

-Verify posthumous ARCOM from the unit (paperwork from the unit? was it presented to the family?)

-Monitor for signed FOIAs from the spouse

-Monitor for spouse CAO AAR

**2011-08-24 / 11:58:00** ███████████

PFC Aguigui met with Survivor Outreach Services Financial Counselor to discuss investment options and budgeting

concerns.

**2011-08-25 / 15:10:00**     Posthumous ARCOM paperwork ███████

Attached posthumous ARCOM paperwork in DCIPS.

JAHR0043446
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

     Rank: **SGT**

**Date / Time**      **CAC/BASE Name**      **HQ Action Officer**

---

**2011-08-25 / 15:48:00**     Spouse CAO AAR requested

Requested CAO 30-day AAR for spouse CAO from STE CAC.

-----Original Message-----

From: █████ █████ CTR US USA

Sent: Thursday, August 25, 2011 3:48 PM

To: STEW CASUALTY-AG - IMSE-STW-HRM

Cc: HRC TAGD CMAOC PEDDOPN; █████ █████ SFC RES US USA

Subject: CAO 30 day AAR- SGT Deirdre Aguigui #456057 (UNCLASSIFIED)

Good Afternoon,

This is regarding SGT Deirdre Aguigui DCIPS #456057. Please attach the
husband's CAO's 30 day AAR in DCIPS at your earliest convenience.

Thank you!

V/R,

Ms. █████ ██████

**2011-08-25 / 15:49:00**     CM Case Closout

FOIA's have been sent and ITO's have been updated in DCIPS. Case is ready to transfer to BEST team.

Pending:

-Spouse CAO 30-day AAR

-Signed FOIA requests from spouse

**2011-08-25 / 15:53:00**     SGLI Paid

Payment issued to Isaac Aguigui, Spouse, on 19-Aug-2011 in the amount of $400,185.75.

**2011-09-19 / 10:36:00**     Noted

AAR on Parents uploaded to DCIPS

**2011-10-14 / 17:36:00**     Transferred to BEST

Case has been transferred to the Benefits and Entitlements Support Team.

Effective 14 Oct 2011, the new case manager is █████ █████

JAHR0043447
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                **HQ Action Officer**

---

**2011-10-18 / 09:19:00**

From: ▮▮▮ ▮▮▮ MAJ RES USAR ODCSPER▮▮▮▮▮▮▮        Fri 10/14/2011 5:43 PM

Cc: ▮▮▮ ▮▮▮ A CIV USA IMCOM; ▮▮▮ ▮▮▮ L CTR US USA

Subject: Re: Aguigui, D #456057

I sent a message to the Investigations team today and asked them to update the Autopsy tab. It is completely blank, so it is unclear whether the autopsy was done by the AFME or the local coroner. The Soldier lived near Ft. Stewart, so it could have been done by either.

We're still awaiting the death certificate and cause of death. Neither the 15-6 nor the LOD will be completed until that is received.

▮▮▮▮▮▮▮▮

MAJ, LG

----- Original Message -----

From: <▮▮▮▮▮▮▮▮▮▮

Date: Friday, October 14, 2011 17:39

Subject: Re: Aguigui, D #456057

To: "▮▮▮ ▮▮▮ USA CIV (US)" <▮▮▮ ▮▮▮▮▮▮

Cc: ▮▮▮▮▮▮▮

The BEST case manager is ▮▮▮ ▮▮▮

>

> ----- Original Message -----

> From: "▮▮▮ ▮▮▮ USA CIV (US)" <

> Date: Friday, October 14, 2011 11:41

> Subject: Aguigui, D #456057

> To: "▮▮▮▮▮▮ MAJ USA MIL (US)" <

>

> > > Can you tell me the BEST CM? It was transferred from CM to Best on 25 Aug. Trying to find out the status on the autopsy/LODI/CID reports.

> >

> > Ms ▮▮▮

> >

> > ▮▮▮ ▮▮▮

> > Chief, Casualty Assistance Center

JAHR0043448
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**        Name: **Deirdre Alice Aguigui**

                                                         Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

> > Adjutant General

> > Directorate of Human Resources

> > Fort Leavenworth, KS 66027

> > COM: 913-684-2650; DSN 552-2650

> >

JAHR0043449
CONFIDENTIAL