## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                    **HQ Action Officer**

_____

**2011-10-25 / 16:24:00**

Spouse Casualty Assistance Officer Report attached to DCIPS and email sent to hrc.cmaoc.peddopn.

**2011-10-25 / 16:37:00**

MSG     requested Financial Counseling for   and       per instructions from BEST. I have contacted      SOS FC at LEA CAC, for services.

**2011-10-26 / 10:02:00**

       FC LEA CAC, replied he can assist with financial questions of Mr. and Mrs.   but no additional benefit counseling would be necessary. I also gave MSG     contact information for LEA CAC BC     and grief counseling resources (Vet Center and LSS/CORE). I have assigned myself as the inactive SOS C for the parents.

**2011-10-27 / 10:24:00**          CAO

Formal introduction made with SFC     (CAO for Husband); confirmed address/contact information in DCIPS (added SSN). Reviewed Initial CAO Report with pending actions being forwarded by email to SFC     and Ft Stewart CAC Office (Ms.     SFC     while reviewing his CAO Report, mentioned if I knew what was going on with the Soldier. When asked what he meant, SFC     proceeded to inform me that, his personal opinion/suspicion only of PFC Aguigui, due to home still being sealed off since his wifes' death is that PFC Aguigui may have something to do with the situation. SFC     stated that he wanted to ensure that he had no facts in the matter and was only addressing his opinion. PFC Aguigui (Husband) is currently living in the barracks across from his Unit until final investigations are completed; home has been sealed off. SFC     will provide address of PFC Aguigui's location. The SCMO is also unable to enter the home to remove any TA50's, etc until home is available for re-entry. PFC Aguigui received an Article 15 (month ago) and received extra duty; currently under review to be Chaptered out of military; date unknown at this time per SFC    

**2011-10-27 / 11:15:00**          FSGLI Hold - Possible Bene Involvement

HOLD FSGLI: Per CID, the spouse is a person of interest for the death of the soldier and the stillborn child. SGLI has already been paid, but no FSGLI has. Emailed heads-up to Mr.     and SFC     FSGLI certifiers.

JAHR0043450
CONFIDENTIAL

## STAFF JOURNAL

| Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR:  **456057**      SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | CAC/BASE Name | | HQ Action Officer |
|---|---|---|---|

---

**2011-10-27 / 11:48:00**          UPPA/BAH

Contacted Ms.                    w/DFAS on 27 Oct 11 regarding Unpaid Pay and Allowance which is to be issued to PFC

Aguigui (Husband). Ms.            will pull Soldier's file and place a hold on UPPA payment. Ms.            also stated that BAH

payment in amount of $11,232.00, based on circumstances, should not have been paid to PFC Aguigui.

**2011-10-27 / 11:57:00**          DIC

Contacted Mr.                    of VA reference holding DIC payments to PFC Aguigui (Husband) until further notice due to

circumstances pertaining to PFC Aguigui.  Mr.            retrieved SGT Deirdre Aguigui's file and placed a note to hold

payment.

**2011-10-27 / 12:00:00**

Based on                    conversation with the CAO, I contacted CID to confirm that the BJE #38, posted on 21 July 2011,

was correct.  I spoke to CW4                    912-767-3334.  He is the replacement for the previous agent (CW2

I read the journal entry to CW4 Bauman and asked him to confirm that the spouse (PFC Isaac Aguigui) is NOT a

person of interest.  CW4 Bauman stated that PFC Aguigui is STILL a person of interest.  His notes indicated that PFC

Aguigui had received the $100K of DG, but that the $400K of SGLI was being withheld.  I advised him that the $100K DG

and the $400K SGLI had both been paid.

I spoke to COL            and verified that we should hold all other outstanding payments.  Spoke to Ms.            ¿ she will put a

hold on the $100K FSGLI for SGT Aguigui and $10K for her unborn child.  Spoke to Ms.            ¿ she will put a hold on the

SBP.  Spoke to Ms.            will put a hold on the UPPA.  Spoke to                    ¿ he will put a hold on the DIC.

**2011-10-27 / 12:06:00**          MGIB

Spoke with SSG            (Transition Team - MGIB Rep), 3-8044 in order to get a POC at VA reference MGIB accounts.

SSG            stated that he will contact VA, inquire as to whether there is funds available in SGT Aguiguis' account and

how much, and reference who he spoke with at VA.  SSG            will have VA place a hold on the account until further

notice.  Request SSG            to return call with information and person spoken to from VA.

**2011-10-27 / 12:07:00**

VERIFYING WITH VA AS OF 27OCT20111208.  NO ANSWER AS OF NOW.  WILL CONTACT THIS AFTERNOON TO

PUT A HOLD ON CLAIM./

JAHR0043451
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**       SERVICE: **United States Army**              Name: **Deirdre Alice Aguigui**

Rank: **SGT**

Date / Time                    **CAC/BASE Name**                           **HQ Action Officer**

_____

**2011-10-27 / 14:29:00**        MGIB

Received return call from SSG          (Transition Team) regarding MGIB payment. Per his contact with VA on 27 Oct 11, payment in the amount of $1200 was made to PFC Aguigui (Husband), on 16 Sep 11 for the Montgomery GI Bill. SSG          noted same on MGIB Benefits Tab; information has been placed in Casualty Document Tracking.

**2011-10-27 / 14:30:00**

updated MGIBill TAB.

**2011-10-28 / 13:43:00**

Contacted Ms.       (Ft Stewart CAC), 27 Oct 11 and Ms.       (Ft Leavenworth CAC) on 28 Oct 11 regarding status of PFC Aguiguis' case. Informed them that all remaining financial benefits are being placed on hold until further notice. This action was being done due to PFC Aguigui still being a person of interest (see JE 105 dt 27 Oct 11).

**2011-10-28 / 16:26:00**        Will email Ms.       (BEST)

AAR Parents uploaded to DCIPS

**2011-11-08 / 12:47:00**

Received an email from LEA CAC and the parents' CAO requesting update on the following items:

CID - This report is not complete. The agent should provide regular updates to the parents. I just called CID and requested that the agent call Mr. and Mrs.       The FOIA for the parents has been received. When the report is complete, it will be released to them.

LOD - This report is not complete. The FOIA for the parents has been received. When the report is complete, it will be released to them.

Autopsy - This report is not complete. The FOIA for the parents has been received. When the report is complete, it will be released to them.

15-6 - This report is not complete. No FOIA was generated for this report. The case manager,       will prepare the letter and send it to the CAO for signature. Please have the parents sign and return it.

Final DD 1300 - The final DD 1300 cannot be issued until we receive the final death certificate with cause and manner of death. I checked with the AFME - the cause and manner of death has not been finalized.

JAHR0043452
CONFIDENTIAL

## STAFF JOURNAL

| | Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**              Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                    **HQ Action Officer**

---

**2011-11-08 / 14:43:00**

From: ▌▌▌▌ CTR US USA         Tue 11/8/2011 2:44 PM

To: ▌▌▌▌ SFC MIL USA

Cc: ▌▌▌▌ CW2 MIL USA FORSCOM; STEW CASUALTY-AG - IMSE-STW-HRM

Subject: SGT Aguigui, Case #456057, DOD 17 Jul 2011, ARCOM Award (UNCLASSIFIED)

Signed by: ▌▌▌▌▌

SFC ▌▌ (CAO for Husband)

In reference to the ARCOM Award, request confirmation and date of receipt of the Award by the Parents of SGT Deirdre Aguigui. According to Journal Entries made on behalf of the Award: on 26 July 11, Unit was still processing; on 8 Aug 11, question as to whether Unit was going to award a posthumous ARCOM to SGT Aguigui; 23 Aug 11, monitoring of the ARCOM from the Unit and presentation to the Family, and on 25 Aug 11, ARCOM award was attached to DCIPS.

There was indication that the ARCOM was presented to Mr and Mrs ▌▌ on 04 Aug 11. As this may not be correct; request that an accurate date be provided which ensures that the Parents actually received the award.

Spoke with CW2 ▌▌ Courtesy CAO (while parents where in the Ft Stewart area), and he referenced that the ARCOM Award was in the casing of the Flag; which included the medals on the day of burial ceremony. CW2 ▌▌ requested that confirmation be made with you as to certainty of receipt and delivery.

Thank you in advance for your cooperation in this matter.

Ms. ▌▌

Case Manager

Casualty and Mortuary Affairs Operation Center

Benefits and Entitlements Support Team

(502) 613-8231

**2011-11-08 / 15:46:00**    SSA

Contacted SSA Office and spoke with Mr. ▌▌ (SSA Rep), on 8 Nov 11, to request a note be placed on SGT Aguigui's file regarding her Husband (PFC Aguigui) being a person of interest by CID Investigators. Mr. ▌▌ mentioned that he could only place a note and if PFC Isaac Aguigui files a claim for payment, SSA will make the final determination on elgibility.

**2011-11-08 / 16:52:00**    FOIA

Forwarded signed FOIA Request to HRC CMAB Investigations on 8 Nov 11 for the CID and LOD Investigative Reports for (PFC) Isaac Aguigui (Husband).

Submitted the blank AR 15-6 and Autopsy FOIA Request to Ft Stewart CAC (Ms. ▌▌ and CAO (SFC ▌▌ for (PFC)

JAHR0043453
CONFIDENTIAL

FOR OFFICIAL USE ONLY

# STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR:   **456057**     SERVICE:   **United States Army**           Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                           **HQ Action Officer**

_____

Isaac Aguigui's signature.

JAHR0043454
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR:  **456057**    SERVICE:  **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

---

**2011-11-30 / 11:48:00**    CID ROI DATED 29 NOV 2011/2D STATUS REPORT

CID ROI DATED 29 NOV 2011.

2ND STATUS

THIS REPORT PROVIDES AN INVESTIGATIVE UPDATE. SINCE 17 JUL 11, THIS

OFFICE HAS CONDUCTED A SCENE EXAMINATION, ATTENDANCE AT THE

AUTOPSY OF SGT AGUIGUI, WITNESS INTERVIEWS, AND A REVIEW OF SGT

AGUIGUI¿S MEDICAL RECORDS.

ON 27 JUL 11, DIGITAL EVIDENCE RECOVERED FROM THE SCENE WAS SUBMITTED

TO USACIL DIGITAL EVIDENCE BRANCH FOR FORENSIC EXAMINATION. RESULTS

OF THE EXAMINATION IS PENDING. THE ARMED FORCES MEDICAL EXAMINERS

SYSTEM REPORT IS ALSO PENDING.

INVESTIGATION CONTINUES BY CID.

**2011-12-05 / 14:44:00**

Spoke with SFC                and provided an update on Autopsy and Investigative reports as follows, as of 05 Dec 11:

- AFME, per                   - still pending

- LOD has not been completed

- CID has not been completed (CID Agent is to provide regular updates to Parents)

- 15-6 has not been completed (Per CAO, Parents do not wish copies of 15-6 report)

JAHR0043455
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**      SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2011-12-09 / 17:46:00**        Posthumous Award Certificate for Parents

Had a brief conversation with former Commander (CPT █████████ and provided him this email (as he requested) to have the current Chain of Command help generate another copy of the Posthumous ARCOM for the parents of SGT Aguigui.

-----Original Message-----

From: ████ ████ CPT USA MIL (US)

Sent: Friday, December 09, 2011 5:45 PM

To: ████████ ████ CPT USA MIL (US);  ████████████

Cc: ████ ████ CPT USA MIL (US)

Subject: SGT Aguigui, Deirdre A. - Award Follow Up (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

CPT █████████

Reference our previous phone conversation, the Posthumous ARCOM awarded by Company B, 4-3 BSTB will need to be generated again for the Parents of SGT Deirdre Aguigui who did not receive a copy at the time the Husband was presented his at the Unit Memorial. A printed copy of the original 638 should be provided with another certificate. If the signature on the actual certificate is different that is ok also since the COL who originally signed may be unavailable as you said.

Thank you for your help on this. I greatly appreciate it.

V/R,

CPT █████████

Casualty Case Manager

Department of the Army

US Army Human Resources Command

1600 Spearhead Division Ave.

Fort Knox, KY 40122

PH: (502) 613-8297

FAX: (502) 613-4505

Printed On 1/6/2016 4:08:08 PM

JAHR0043456
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**    **From:**    **7/18/2011 4:37:00 AM**    **To:**    **4/3/2015 11:54:00 AM**

CASE NR:  **456057**    SERVICE:  **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

EMAIL: 

General EMAIL: hrc.cmaoc.peddopn@conus.army.mil

"Be the change you hope to see."

JAHR0043457
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**
                                                                                                                                        Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                                      **HQ Action Officer**

_____

**2011-12-13 / 11:00:00**        CW4

I spoke to CID agent CW4                            912-767-3334. He confirmed that the spouse, Isaac Aguigui, has been arrested
and charged in connection with the murder of two individuals:

He anticipates that Isaac Aguigui will also be charged in connection with the death of Deirdre Aguigui.

He asked me to confirm whether the spouse had received the $400K of SGLI. I confirmed that $400,185.75 was paid on
08/19/2011.

**2011-12-15 / 09:03:00**        CID ROI DATED 14 DEC 2011/3RD STATUS REPORT

CID ROI DATED 14 DEC 2011.

 3RD STATUS:

THIS REPORT IDENTIFIES PFC AGUIGUI AS THE SUBJECT OF MURDER.

THE SPECIAL AGENT IN CHARGE AND THE BENNING CID BATTALION OPERATIONS

OFFICER DETERMINED THERE WAS MORE THAN SUFFICIENT CREDIBLE

INFORMATION TO BELIEVE PFC AGUIGUI MURDERED HIS WIFE AND THEIR

UNBORN CHILD. THIS DECISION WAS BASED UPON PFC AGUIGUI'S COMMENTS TO

SIGNIFICANT WITNESSES HE WAS ABOUT TO GAIN A LARGE SUM OF MONEY, HIS

AFFAIRS WITH OTHER WOMEN, STATEMENT THAT SGT AGUIGUI'S UNBORN CHILD

WAS NOT HIS, SGT AGUIGUI'S ALLERGY TO THE SUBSTANCE AGUIGUI

PURCHASED BEFORE HE RETURNED TO FSGA, AND HIS DEEP INVOLVEMENT WITH

OTHER THE MURDER OF OTHER PEOPLE.

THIS OFFICE IS STILL PENDING THE FINAL AUTOPSY REPORT AND ADDITIONAL

CANVASS INTERVIEWS OF UNIT MEMBERS.

INVESTIGATION CONTINUES BY CID.

**2011-12-16 / 13:16:00**        SFC            CAO Report

Received call from SFC            (CAO for Parents) on the submittal of his Final CAO Report. SFC            inquired on
status of ARCOM Award for Mr. and Mrs.            informed him that CPT            of CMAOC Case Management was
coordinating with the Commander (CPT            to have Chain of Command generate another copy of the Posthumous
ARCOM Award (pending receipt).

SFC            was meeting with Ms.            of the Ft Stewart CAC Office at time of call. Spoke with Ms.            and she will
be finalizing SFC            CAO Report; attach same to DCIPS, and requested that any Investigative Reports and/or
remaining documents pertaining to the Parents of SGT Aguigui be forwarded to the Ft Stewart CAC Office.

**2011-12-20 / 12:43:00**        Noted

Uploaded current AAR on parents to DCIPS. will email Ms.

JAHR0043458
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**
                                                                Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                **HQ Action Officer**

---

**2012-01-04 / 12:43:00**

Discovered that DFAS paid the UPPA to the husband on 19 Dec 2011.

Called Mr.　　　He said that he saw no notes regarding spousal involvement, despite my call to　　　　in October. He said that the check had not been returned.

Attempted to call CW4　　　　　CID Special Agent. No answer. Left a message asking him to call me back. If CID has access to his mail, we will request return of the check.

**2012-01-04 / 12:44:00**        **UPPA**

During final review of the SGT Aguigui case for transfer, the Arrears Tab showed the UPPA payment was made to PFC Aguigui on 19 Dec 2011 in the amount of $9,318.98. UPPA payment was placed on hold on 27 Oct 11 by MAJ　　　　to　　　　　　　of DFAS. A follow-up is on-going into attempts to retrieve the check and/or arrange a stop payment by MAJ　　　　OIC, BEST.

**2012-01-04 / 16:56:00**        **UPPA Status**

Spoke to a CPT　　　OIC, 912-435-7637 (6/8 Cav 4th Inf Combat Team 3rd Inf Div) to assist in locating UPPA check sent from DFAS to PFC Aguigui on 19 Dec 11. The Mail Room was closed and CPT　　　will have the Mail Room Clerk check first thing in the morning; and also see who the recipient of PFC Aguiguis' mail is. CPT　　　will have someone return my call with the findings by 5 Jan 12.

**2012-01-04 / 17:58:00**

Spoke to CW4　　　　　Advised him that the UPPA had been paid to PFC Isaac Aguigui in error. He asked whether DFAS could put a stop payment on the check.

Called Mr.　　at DFAS. He said that putting a stop payment on the check does not necessarily prevent the check from being negotiated. He confirmed that the check had been sent to the　　　address ¿ the address where the soldier passed away. He said that Treasury checks are not supposed to be forwarded ¿ it should be returned to DFAS. He confirmed that he has documented instructions to cancel the check and not reissue it.

JAHR0043459
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**  **From:**  **7/18/2011 4:37:00 AM**  **To:**  **4/3/2015 11:54:00 AM**

CASE NR:  **456057**   SERVICE:  **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**   **CAC/BASE Name**   **HQ Action Officer**

---

**2012-01-05 / 09:08:00**   Initial DD1300

Was contacted by MSG [ ] (CAO for Parents) that Mr. and Mrs. [ ] were requesting extra copies of the Initial DD1300 dt 04 Aug 11. Reason for request was due to most of the previous DD1300's were forwarded to agencies pertaining to loans the Parents had co-signed for on behalf of their Daughter (SGT Aguigui). Spoke with SFC [ ] CMAOC (CMAB Casualty Support) on 4 Jan 12, and request was approved to have the copies sent to MSG [ ] on behalf of the Parents.

Ms. [ ] will forward to MSG [ ] on 5 Jan 12. Requested MSG [ ] to confirm when delivery to Parents were made.

**2012-01-05 / 09:24:00**

CAO for the parents, SFC [ ] requested additional copies of Initial DD Form 1300. Copies sent on 5 January 2012, FEDEX#7930 8348 6179.

JAHR0043460
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE:  **United States Army**                     Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                      **HQ Action Officer**

_____

**2012-01-05 / 15:39:00**      ARCOM Award

From: ▓▓   ▓▓  ▓ CTR (US)  Thu 1/5/2012 3:39 PM

To: ▓

Cc: ▓       ▓▓  ▓ MSG NGMN'; USARMY Ft Knox HRC Mailbox TAGD CMAOC PEDDOPN

Subject: SGT Aguigui, Case #456057, DOD 17 Jul 2011 - ARCOM Award for Parents (UNCLASSIFIED)

Signed By: ▓       ▓▓  ▓

Mr. ▓   (Ft Stewart CAC)


Contacted 1LT ▓           Battalion Adjutant, 4-3 BSTB, 4 IBCT who confirmed that the ARCOM Award was sent to

your office on Tues., Jan 3, 2012 to the attention of Mr. ▓   According to you, subject ARCOM Award has been received,

pending delivery to CAO.


Please FedEx and provide tracking number of the Award to MSG ▓   ▓▓   (CAO for Mr. and Mrs ▓     His

address has been verified in DCIPS).


Upon receipt, MSG ▓   will confirm actual delivery to the Parents.

v/r

Ms. ▓

Consultant

Booz | Allen | Hamilton (USA)

==================================

U.S. Army Human Resource Center of Excellence (HRCoE) Casualty and Mortuary

Affairs Operations Center (CMAOC) Benefits and Entitlement Support Team

Casualty Mortuary Affairs Branch, Room 1-2-028 1600 Spearhead Division

Avenue Fort Knox, Kentucky 40122-5100

Office: 502-613-8231

BAH Email: ▓         ▓▓  ▓

Govt Email: ▓         ▓ ▓  ▓

JAHR0043461
CONFIDENTIAL

## STAFF JOURNAL

| | | | | | |
|---|---|---|---|---|---|
| **Period Covered:** | | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**   SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**   **CAC/BASE Name**   **HQ Action Officer**

---

**2012-01-05 / 16:26:00**

Benefits and Entitlements Support Team (Transfer Journal Entry #130)

Case Transfer to Transition Team:  5 Jan 2012

Pending Actions:

- Death Certificate
- LOD Determination Pending
- DIC is on HOLD by ▓ ▓ (VA)
- FSGLI is on HOLD by Ms. ▓
- SBP is on HOLD by J. ▓
- Investigation Reports
- Receipt of ARCOM Award to Parents
- TSP Account - funds available; pending Death Certificate
- Final LES to Spouse
- SSA: request to place on HOLD w/Mr. ▓ of SSA
- Receipt of Presidential Memorial Certificates
- Final CAO Reports
- Confirm Decorations/Awards presented to Spouse

**2012-01-06 / 08:53:00**

▓ ▓ Mr CIV USA IMCOM ▓ ▓ Thu 1/5/2012 3:50 PM

▓ L CTR (US)

▓ Mr CIV USA

RE: SGT Aguigui, Case #456057, DOD 17 Jul 2011 - ARCOM Award for Parents (UNCLASSIFIED)

▓ ▓

Thanks, Mr. ▓ will FedEx the award to the CAO.

V/r,

▓ ▓

Mortuary Officer

Casualty Assistance Center

Fort Stewart, GA

(912) 767-6456, DSN 870-6456

Fax: (912) 767-6289

JAHR0043462
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**     SERVICE: **United States Army**                     Name: **Deirdre Alice Aguigui**
                                                                        Rank: **SGT**

**Date / Time**               **CAC/BASE Name**                            **HQ Action Officer**

_____

**2012-01-10 / 10:07:00**      Journal Entry                              DON,

-----Original Message-----

From:          Mr CIV USA

Sent: Tuesday, January 10, 2012 10:05 AM

To:           Mr CIV USA IMCOM;          L CTR US USA

Cc:           us.army.mil'

Subject: RE: SGT Aguigui, Case #456057, DOD 17 Jul 2011 - ARCOM Award for Parents (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

All,

The award was FEDEX'd this morning to MSG          Tracking number is:

4952 3330 1210.

**2012-01-11 / 11:39:00**

Amber: CMAOC's Quality Assurance Questionnaire attempt. I left a message for Mr.          (Father, SNOK) on an

identified voice mail.

**2012-01-11 / 11:42:00**      SFC

Ineligible: CMAOC's Quality Assurance Unable to contact Mr. Isaac Aguigui (Husband, PNOK, PADD, PERE) for

Questionnaire attempt due to Survivor being incarcerated.

**2012-01-12 / 10:57:00**

From:          R MSG NGMN          us.army.mil]  Wed 1/11/2012 3:39 PM

To: LEAV-CASUALTY

Cc:           L CTR (US);          R MSG USARMY (US)

Subject: January 2012 CAO Checklist for  SGT Aguigui, Deirdre A  (UNCLASSIFIED)


Only changes are I have received both the DD 1300's and ARCOM to present to the family; have tried to contact them both
electronically and telephonically to coordinate presenting to the family, expect completion either at the end of this week or
beginning of next.


v/r


MSG

347th Regional Support Group

Operations NCO

JAHR0043463
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**　　SERVICE: **United States Army**　　　　　　　　Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**　　　　　　**CAC/BASE Name**　　　　　　　　　　**HQ Action Officer**

_____

PH: (651) 268-8085

**2012-01-17 / 09:21:00**　　Case Received from Best Team 16 Jan 12

Printed On 1/6/2016 4:08:08 PM

JAHR0043464
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**           Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
|---|---|---|

_____

**2012-01-17 / 17:02:00**

Amber: CMAOC's Quality Assurance Questionnaire attempt. I left a message for Mr. ███████ (Father, SNOK) on an identified voice mail.

**2012-01-25 / 17:32:00**

Amber: CMAOC's Quality Assurance Questionnaire attempt. I left a message for Mr. ███████ (Father, SNOK) on an identified voice mail.

**2012-02-02 / 13:11:00**      Noted

AAR uploaded on parents to DCIPS. Will email ███████

**2012-02-08 / 13:06:00**      Mr. ███████

Green: CMAOC's Quality Assurance completed Questionnaire with Mr. ███████ (Father, SNOK). Questionnaire completed.

**2012-02-08 / 13:46:00**      Mr. ███████

Compliment > Army Casualty Program > CAO > Professionalism >

During the CMAOC Quality Assurance Survivor Outreach Questionnaire (SOQ),
Mr. ███████ (Father, SNOK) expressed the following concerns:

-Mr. ██████ said that CW2 ███████ from the Fort Stewart CAC deserves a commendation!
He said that CW2 ██████ did things that no one else could do and deserves much recognition.

**2012-02-13 / 09:09:00**      email to DFAS

DFAS looking for address for Isaac G. Aguigui because of a returned 1099. We have the same address as DFAS.

**2012-03-06 / 11:35:00**

Certified copies of the Final DD Form 1300 were sent out on 06 March 2012 to:

SFC ███████ L. ███████

FedEx #793305220335(Spouse)

SFC ███████

FedEx #798135744184(Parents)

JAHR0043465
CONFIDENTIAL

## STAFF JOURNAL

|  | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**      SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                              **HQ Action Officer**

---

**2012-03-16 / 12:54:00**      Combat Action Badge

From:       CTR (US) Fri 3/16/2012 12:53 PM

to:       A CIV (US); casualty@conus.army.mil;       CIV (US)

Cc:       R MSG USARMY (US); Hrc.cmaoc.PEDDOPN@conus.army.mil

Subject: RE: FT LEAVENWORTH: SPC AGUIGUI, Deirdre DCIPS# 456057 (UNCLASSIFIED)

Signed by:

Ms.

Spoke with Mr.       of CMAOC Operations (Awards and Decorations Branch), and he confirmed that SPC Aguigui was not eligible for the Combat Action Badge.

In accordance with SPC Aguiguis' Enlisted Record Brief (dated 3/1/2011), SPC Aguigui had never deployed to Theater. AR 600-8-22, dated 11 Dec 2006 (8-8 Combat Action Badge) reads as follows:

c. Specific eligibility requirements.

(1) May be awarded to any Soldier.

(2) Soldier must be performing assigned duties in an area where hostile fire pay or imminent danger pay is authorized.

(3) Soldier must be personally present and actively engaging or being engaged by the enemy, and performing satisfactorily in accordance with the prescribed rules of engagement.

(4) Soldier must be assigned or attached to a unit that would qualify the Soldier for the CIB/CMB. For example, an 11B assigned to Corps staff is eligible for award of the CAB. However, an 11B assigned to an infantry battalion is not eligible for award of the CAB.

v/r

Mrs.

Consultant

Booz / Allen / Hamilton (USA)

=============================

U.S. Army Human Resource Center of Excellence (HRCoE) Casualty and Mortuary

Affairs Operations Center (CMAOC) Benefits and Entitlements Support Team

Casualty Mortuary Affairs Branch, Room 1-2-028, 1600 Spearhead Division

Avenue

Fort Knox, Kentucky 40122-5100

Office: 502-613-8231

JAHR0043466
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**      SERVICE:  **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**

**HQ Action Officer**

_____

BAH Email: ▮▮▮▮▮▮▮▮▮▮▮▮

Govt Email ▮▮▮▮ . ▮▮▮▮ @ ▮▮▮

-----Original Message-----

From: ▮▮▮▮ ▮▮ A CIV (US)

Sent: Friday, March 16, 2012 10:21 AM

To: ▮▮▮▮ ▮▮ CTR (US); casualty@conus.army.mil

Cc: ▮▮▮▮ ▮▮ MSG USARMY (US); Hrc.cmaoc.PEDDOPN@conus.army.mil

Subject: FT LEAVENWORTH: SPC AGUIGUI, Deirdre DCIPS# 456057 (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Good Morning Ms. ▮▮▮ and Ft Stewart CAC,

Please read the below email from MSG ▮▮▮ and let us know the status. This is the first I heard about a CAB also.

-----Original Message-----

From: ▮▮▮▮ ▮▮ MSG MIL NG MN ARNG

[mailto: ▮▮▮▮▮▮ us.army.mil]

Sent: Friday, March 16, 2012 8:20 AM

To: LEAV-CASUALTY

Cc: ▮▮▮▮ ▮▮ CIV (US)

Subject: Final AAR for SGT Aguigui, Deirdre A (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Attached is the final AAR for SGT Aguigui.

There is one alibi that the family asked (literally right before I left) me to check on for them.

Apparently at the funeral, SGT Aguigui's husband (currently in jail) had mentioned to the family that paperwork had been put in for the Combat Action Badge during a deployment. This is the first I had heard of this and with the husband in Jail, I don't know where we can track this info down. Can someone please check her file to see if there was an award in process or one complete? If so I will need to add to her flag case. If not I will need to come back with what effort was made (checked her

JAHR0043467
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                      **HQ Action Officer**

_____

Iperms, contacted former unit etc).

Please advise, I owe the family an answer.

v/r

MSG ▓▓▓ ▓▓▓▓▓
347th Regional Support Group
Operations NCO
PH: (651) 268-8085

▓▓▓ ▓▓▓▓▓
Casualty Operations Coordinator
Office of the Adjutant General
Directorate of Human Resources
U.S. Army Garrison
Combined Arms Center
Fort Leavenworth, KS
913-684-3561
DSN 552-3561
FAX 913-684-3555
▓▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓

Printed On 1/6/2016 4:08:08 PM

JAHR0043468
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**     **From:**    7/18/2011 4:37:00 AM    **To:**    4/3/2015 11:54:00 AM

CASE NR: **456057**     SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**      **CAC/BASE Name**             **HQ Action Officer**

---

**2012-03-19 / 17:46:00**

Spoke with SFC ████ (CAO for Spouse); received an envelope from CMAOC at his home, but did not know its contents. SFC ████ is in training at Ft Irwin and will return 01 Apr 2012. He will take the envelope to Ft Stewart CAC Office (Ms. ████ for further action. Informed SFC ████ that it may be the Fina DD1300 to be forwarded to the Husband (Isaac Aguigui).

**2012-03-21 / 17:29:00**     Mr. and Mrs. ████

Delayed entry: on 15 Mar 2012 accompanied MSG ████ for a warm handoff with ████ and ████ Two issues were brought up: 1. Isaac Aguigui's parents live in WA and have had no outreach for bereavement support. I contact SOS SC ████ and she is contacting ████ and ████ Aguigui in ████ 2. ████ had combined Deidre's education loans ($10,000) with her own prior to the death. She would now like them separated so Deidre's can be discharged. MN JAG CW2 ████ is willing to assist with this. ████ is getting the documents together.

**2012-04-05 / 15:35:00**     emailed Ms. ████

Final AAR on parents uploaded to DCIPS.

-----Original Message-----

From: ████ ████ CIV (US)

Sent: Thursday, April 05, 2012 2:34 PM

To: ████ ████ CTR (US)

Cc: Hrc.cmaoc.PEDDOPN@conus.army.mil

Subject: FT LEAVENWORHT: FINAL AAR ON SPC DIERDRE AGUIGUI DCIPS#456057 (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Good Afternoon Ms. ████

I uploaded the Final AAR into DCIPS on SPC Aguigui parents.

████ ████

Casualty Operations Coordinator

JAHR0043469
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

___

**2012-04-20 / 08:49:00**    CID ROI DATED 19 APR 2012/4TH STATUS REPORT

CID ROI DATED 19 APR 2012.

4TH STATUS:

THIS REPORT PROVIDES A 120 DAY INVESTIGATIVE UPDATE.

SINCE 14 DEC 11, CID HAS CONDUCTED NUMEROUS INTERVIEWS OF AGUIGUI'S

FAMILY MEMBERS, FRIENDS AND COWORKERS, AND RECEIVED THE AFMEO

AUTOPSY REPORT. THE REPORT REVEALED THE CAUSE OF SGT AGUIGUI'S DEATH

COULD NOT BE DETERMINED BY FORENSIC ANALYSIS AND HER TOXICOLOGY

WAS VOID OF ANY CONTROLLED SUBSTANCES OR ETHANOL.

PENDING INVESTIGATIVE ACTIVITY INCLUDES THE RE-INTERVIEW OF PVT

AGUIGUI'S FAMILY FRIEND AND THE RECEIPT OF THE DIGITAL FORENSIC

EXAMINATION OF I. AGUIGUI'S MEDIA, WHICH IS EXPECTED TO BE COMPLETED IN

APPROXIMATELY THREE MONTHS.

INVESTIGATION CONTINUES BY CID.

JAHR0043470
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

**2012-04-26 / 16:58:00**    emailed SFC
Request assistance below email about CAB

-----Original Message-----
From: ▮▮▮▮ CIV (US)
Sent: Thursday, April 26, 2012 3:34 PM
To: ▮▮▮ SFC USARMY (US)
Cc: ▮▮▮ MSG MIL NG MN ARNG'; ▮▮▮ A CIV (US); HRC TAGD CMAOC PEDDOPN
Subject: FT LEAVENWORTH: REF AGUIGUI, DEIRDRE DCIPS# 456057 (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Good Afternoon SFC ▮▮

Will someone from CMAOC please contact or send a letter to Mr▮ or Mrs.
▮▮▮ to officially inform them that their daughter is not
eligible to receive a CAB. There are DCIPS entries stating that she did not
qualify to receive this award but word of mouth from the CAO is not good
enough for them. Will someone please triple check to make sure she does not
qualified. Please read below email.

-----Original Message-----
From: ▮▮▮ MSG MIL NG MN ARNG
[mailto:▮▮▮
Sent: Thursday, April 26, 2012 3:01 PM
To: ▮▮▮ CIV (US)
Subject: RE: AAR DUE FOR APRIL 2012 (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Last follow-up..

JAHR0043471
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**
                                                          Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

---

Any updates? I will call him next week, but anticipate me telling him no
will not be good enough an answer....

-----Original Message-----
From: ▮▮▮ ▮▮▮ ▮ CIV (US) [mailto:▮▮▮ , ▮▮▮ @▮ ▮
Sent: Thursday, April 12, 2012 3:26 PM
To: ▮▮▮ ▮▮▮ ▮ MSG MIL NG MN ARNG
Subject: RE: AAR DUE FOR APRIL 2012 (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

No. There is nowhere to be found at her unit or DA to show that she was
entitled to a CAB and we cannot con't to look on the word of her husband.
Yes, she was in Iraq but she did not go out on any mission per her former
commander which is out of the Army now.

▮▮▮ ▮▮▮
Casualty Operations Coordinator

JAHR0043472
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

**2012-05-03 / 14:13:00**        UPPA payment

I received a call from         DFAS, regarding the UPPA check being returned undeliverable.  The husband is in jail pending trial for murder in an unrelated case.  I called         CID, regarding husband's status as a suspect in Deirdre's murder.  The CID investigation is still open and Isaac is a suspect.

DFAS is aware and will hold UPPA payment until Isaac is cleared or convicted of Deirdre's murder.

JAHR0043473
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**      SERVICE:  **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**                          **CAC/BASE Name**                                                **HQ Action Officer**

_____

**2012-05-14 / 14:51:00**        Combat Action Badge

A Memo concerning the CAB has been attached in DCIPS---------------------------------------

-----Original Message-----

From: ███████ █████ CIV (US)

Sent: Monday, May 14, 2012 8:52 AM

To: █████ █████ LTC USARMY (US)

Cc: ████████ CIV (US);  ████████ MAJ USARMY (US); ████████ MAJ USARMY (US)

Subject: RE: FT LEAVENWORTH: REF AGUIGUI, DEIRDRE DCIPS# 456057 (UNCLASSIFIED)


Thank you I will have the CAO hand deliver this.

Appreciate your assistance.

v/r

████████

████ █████

Chief, Casualty Assistance Center

Adjutant General

Directorate of Human Resources

Fort Leavenworth, KS 66027

COM: 913-684-2650; DSN 552-2650

████████, ████ @███

Please take a moment and let me know how I am doing, visit:

https://ice.disa.mil/index.cfm?fa=card&service_provider_id=95737&site_id=445

&


-----Original Message-----

From: ████ █████ LTC USARMY (US)

Sent: Monday, May 14, 2012 7:51 AM

To: █████ █████ CIV (US)

Cc: ████████ CIV (US); ████████ MAJ USARMY (US); █████

JAHR0043474
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |

CASE NR: **456057**    SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | | **HQ Action Officer** |

_____

MAJ USARMY (US)

Subject: FW: FT LEAVENWORTH: REF AGUIGUI, DEIRDRE DCIPS# 456057

(UNCLASSIFIED)


Mrs.


Attached is the memo for the DSM SGT Aguigui from DA awards branch.


v/r


LTC

JAHR0043475
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                **HQ Action Officer**

_____

**2012-08-16 / 14:39:00**        SFC ███ (CID Investigation Status)        ███████████

Requested the status of the CID Investigation:

SFC ██████

Please verify the status of the CID Investigation for the following:

SGT AGUIGUI, DEIRDRE  456057 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 17 JUL 2011

ISAAC AGUIGUI - SPOUSE

████ ████████ FATHER

Thanks,

V/R

████ ███████

HQDA Casualty Case Manager

U.S. Army Human Resources Command

1600 Spearhead Division Avenue

Fort Knox, KY 40121-5743

████████████

Phone: (502) 613-8276

**2012-08-16 / 14:42:00**        Mr. ██████ (TSP Status)        ████████████

Requested the status of the TSP

CONFIDENTIAL

# STAFF JOURNAL

**Period Covered:** **From:** **7/18/2011 4:37:00 AM** **To:** **4/3/2015 11:54:00 AM**

CASE NR: **456057** SERVICE: **United States Army** Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time** **CAC/BASE Name** **HQ Action Officer**

---

**2012-08-20 / 12:43:00** CID FOIA Status

-----Original Message-----

From: ▮▮▮▮▮▮▮▮▮▮MSG USARMY HRC (US)

Sent: Monday, August 20, 2012 12:44 PM

To: ▮▮▮▮ ▮▮▮▮▮ SFC USARMY (US)

Cc: USARMY Ft Knox HRC Mailbox TAGD CMAOC PEDDOPN; ▮▮▮▮ ▮▮▮▮ CIV (US); ▮▮▮▮▮ CIV (US)

Subject: RE: SGT Aguigui, Deirdre Case#456057 Non-Theater DOD: 17 JUL 2011 CID Investigation (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Investigation is still ongoing. FOURTH STATUS REPORT is the most recent
report.

ISAAC AGUIGUI - SPOUSE

▮▮▮▮ ▮▮▮▮▮ FATHER

v/r

▮▮▮▮▮▮▮▮

Master Sergeant

Casualty and Mortuary Affairs CID Liaison

HQ, U.S. Army Criminal Investigation Command

27130 Telegraph Road

Quantico, VA 22134

COM: (571) 305-4353

FAX: (571) 305-4132

Email: ▮▮▮▮▮▮▮▮@▮▮▮

"Few who have never served their country will ever understand a soldier's heart."

-General Norman Schwarzkopf

JAHR0043477
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**
                                                                          Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                             **HQ Action Officer**

---

**2012-08-22 / 09:23:00**      CID ROI DATED 21 AUG 2012/5TH STATUS REPORT

CID ROI DATED 21 AUG 2012.

5TH STATUS:

THIS REPORT PROVIDES A 120 DAY INVESTIGATIVE UPDATE.

SINCE 19 APR 12, CID HAS CONDUCTED NUMEROUS INVESTIGATIVE LEADS TO

INCLUDE SEVERAL INTERVIEWS OF THE AGUIGUI'S CLOSE FRIENDS AND FAMILY;

AND SUBMITTED A FORENSIC LABORATORY EXAMINATION REQUEST FOR THE

LATENT PRINT, TRACE EVIDENCE, SEROLOGY, AND DRUG CHEMISTRY

BRANCHES.

PENDING ACTIVITY INCLUDES THE FINAL REPORTS OF THE AFOREMENTIONED

FORENSIC EXAMINATIONS, WHICH WAS SUBMITTED ON 13 AUG 12; THE RECEIPT

OF THE DFE FINAL REPORT FROM THE DEFENSE COMPUTER FORENSICS

LABORATORY (DCFL), WHICH IS EXPECTED TO BE COMPLETED IN

APPROXIMATELY TWO MONTHS AND CONTINUE COORDINATION WITH THE

AFMEO AND THE OFFICE OF THE STAFF JUDGE ADVOCATE.

INVESTIGATION CONTINUES BY CID.

**2012-09-04 / 16:59:00**

I received the following link to an article regarding Isaac Aguigui from WA SOS SC,

Cashmere soldier Aguigui faces death penalty charges | The Wenatchee World <blockedhttp://shar.es/7FwE7>

Source: wenatcheeworld.com

LUDOWICI, Ga. (AP) ¿ A prosecutor says he will seek the death penalty against three Georgia-based soldiers, including Isaac Aguigui of Cashmere, who are accused of killing two people to protect an anti-government militia.

Due to a change in MN AORs, the parents and siblings of Deidre Aguigui are now in SOS SC                    AOR. I have called and briefed him.

**2012-09-12 / 09:24:00**

forward Death Certificate and TSP-U-17 to            , TSP POC

**2012-09-26 / 15:12:00**

Briefed 1LT                    on his duties and responsibilities as            Court Marshal Officer for SGT Aguigui.

**2012-10-10 / 12:55:00**        Mr.          (TSP Status)

Requested the status of the TSP payment.

JAHR0043478
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                        **HQ Action Officer**

_____

### 2012-10-30 / 08:49:00

Latest update on personal effects:SGT Aguigui¿s residence on post was released by CID in June and the summary court martial officer was able to collect and turn in her gear to CIF. SGT Aguigui¿s residence is still occupied by her and PFC Aguigui¿s belongings due to PFC Aguigui¿s incarceration. The summary court martial officer has been working with Fort Stewart¿s Administrative Law office to find the legal answer to a challenging situation. The process of out processing SGT Aguigui from installation is temporarily on hold. The summary court officer will be in JRTC from 29 October 2012 until 21 November 2012 but was informed by Administrative Law that there should be answer for the situation upon return from JRTC.

1LT, MI
Summary Court Martial Officer

JAHR0043479
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR:  **456057**    SERVICE:  **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                              **HQ Action Officer**

_____

**2012-12-14 / 11:17:00**      CID FOIA Status

-----Original Message-----

From: ███████████ MSG USARMY HRC (US)

Sent: Friday, December 14, 2012 11:18 AM

To: USARMY Ft Stewart USAG List DHR Casualty; ████████ L SFC USARMY (US); ██████████ CTR NG

MNARNG (US); USARMY Ft Leavenworth IMCOM Central Mailbox LEAV-CASUALTY

Cc: USARMY Ft Knox HRC Mailbox TAGD CMAOC PEDDOPN; █████████ M CIV (US); ██████████ CTR

(US); ██████████ MAJ USARMY (US); ██████████ MSG USARMY HRC (US)

CTR (US); ██████████ L CTR (US); ██████████ SFC USARMY (US); ██████████ CTR USARMY HRC

(US); ██████████ CTR USARMY HRC (US); ██████████ CTR (US); ██████████ CIV (US); █████████

███████ CTR (US); ██████████ CTR (US); ██████████ CTR USARMY HRC (US);

SFC USARMY (US) ██████████ CTR DHRA (US); ██████████ CTR (US); ██████████ CIV (US);

██████████ MSG USARMY (US); ██████████ CIV USARMY HRC (US) ██████████ CIV USARMY HRC

(US) ██████████ CTR (US); ██████████ SGT USARMY HRC (US); ██████████ SFC USARMY HRC (US);

██████████ CTR (US)

Subject: CID investigation status for SGT Aguigui, Deirdre Case#456057 Non-Theater DOD: 17 JUL 2011 (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Mr. ISAAC AGUIGUI  (Spouse) -- CID FOIA request has not been processed.  Investigation is still ongoing.  Once the

investigation is closed, a copy of the CID report will be mailed to:  c/o SFC ██████ ██ █████

████████████████████

Mr. ██████████ (Father) -- CID FOIA request has not been processed.  Investigation is still ongoing.  Once the

investigation is closed, a copy of the CID report will be mailed to: ████████████████████████████

██

v/r

██████████

Master Sergeant

JAHR0043480
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

Casualty and Mortuary Affairs CID Liaison HQ, U.S. Army Criminal Investigation Command

27130 Telegraph Road

Quantico, VA 22134

COM: (571) 305-4353

FAX: (571) 305-4132

Email: ███████████ ██████

"Few who have never served their country will ever understand a soldier's heart"

-General Norman Schwarzkopf

Printed On 1/6/2016 4:08:08 PM

JAHR0043481
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**
                                                           Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                                        **HQ Action Officer**

---

**2012-12-18 / 08:54:00**      CAO for the Spouse not in country

-----Original Message-----

From:            MSG USARMY HRC (US)

Sent: Tuesday, December 18, 2012 8:54 AM

To:         M CIV (US)                CTR (US);            MAJ USARMY (US);

MSG USARMY HRC (US)               CTR (US);         L CTR (US);         SFC

USARMY (US);             CTR USARMY HRC (US);        CTR USARMY HRC (US);

      M CTR (US);        CIV (US);         CTR (US);            CTR

(US);        CTR USARMY HRC (US);       SFC USARMY (US);         CTR DHRA (US);

       CTR (US);        CIV (US);         MSG USARMY (US);        CIV

USARMY HRC (US);        CIV USARMY HRC (US);        CTR (US);         SGT

USARMY HRC (US);        SFC USARMY HRC (US)        CTR (US)

Cc: USARMY Ft Knox HRC Mailbox TAGD CMAOC PEDDOPN

Subject: FW: CID investigation status for SGT Aguigui, Deirdre Case#456057 Non-Theater DOD: 17 JUL 2011

(UNCLASSIFIED)

Importance: High

Classification: UNCLASSIFIED

Caveats: NONE

Good morning Transition Team,

SFC       (CAO for Mr. ISAAC AGUIGUI (Spouse) is currently in Afghanistan (see email below). He is listed in DCIPS as active status. Mr. Aguigui has requested the CID report be mailed to his CAO. Please verify with the CAC if they will assign a new CAO once the CID investigation is closed and the report is completed or if they want it mailed to the CAC. The CAO Tab will need to be updated also.

Thank you,

v/r

Master Sergeant
Casualty and Mortuary Affairs CID Liaison

JAHR0043482
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                    **HQ Action Officer**

_____

HQ, U.S. Army Criminal Investigation Command

27130 Telegraph Road

Quantico, VA 22134

COM: (571) 305-4353

FAX: (571) 305-4132

Email: ▮▮▮▮▮▮▮▮▮

"Few who have never served their country will ever understand a soldier's heart"

-General Norman Schwarzkopf

-----Original Message-----

From: ▮▮▮▮ ▮▮▮▮ L SFC USARMY (US)

Sent: Tuesday, December 18, 2012 3:10 AM

To: ▮▮▮▮▮▮ MSG USARMY HRC (US)

Subject: RE: CID investigation status for SGT Aguigui, Deirdre Case#456057

Non-Theater DOD: 17 JUL 2011 (UNCLASSIFIED)

Importance: High

Roger,

Message acknowledged, I am currently in Bagram, Afghanistan so if you could send it to my SIDPR and CENTRIX account instead of my home I would appreciate it.

SFC ▮▮▮▮

JAHR0043483
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

Date / Time                   **CAC/BASE Name**                                    **HQ Action Officer**

_____

**2012-12-31 / 09:04:00**          CID ROI DATED 28 DEC 2012/6TH STATUS REPORT

CID ROI DATED 28 DEC 2012.

6TH STATUS:

THIS REPORT IS SUBMITTED TO PROVIDE AN INVESTIGATIVE UPDATE.

SINCE 21 AUG 12, CID HAS CONDUCTED NUMEROUS INVESTIGATIVE LEADS TO

INCLUDE ADDITIONAL INTERVIEWS OF THE AGUIGUI'S FRIENDS AND FAMILY;

THE RECEIPT OF FORENSIC REPORTS FROM USACIL AND DCFL; AND THE

SUBMISSION OF FORENSIC LABORATORY EXAMINATION REQUESTS FOR

ADDITIONAL DIGITAL MEDIA EXAMINATIONS AND DNA ANALYSIS.

ADDITIONALLY, THIS OFFICE ATTEMPTED TO RE-INTERVIEW PVT AGUIGUI, WHO

INVOKED HIS RIGHTS AND REQUESTED LEGAL COUNSEL.

PENDING ACTIVITY INCLUDES RECEIPT OF THE FINAL REPORTS FROM THE 10TH

MP BN (CID) DIGITAL MEDIA EXAMINER AND AFMES, WHICH ARE EXPECTED TO

BE COMPLETED NEXT MONTH.

INVESTIGATION CONTINUES BY CID.

**2013-02-01 / 09:39:00**          Notes

**Notes

Benefits on hold pending completion of trial.

**2013-02-19 / 15:46:00**

Assigned 1LT                    as Summary Court Martial Officer. Briefed him on his duties and responsibilities.

1LT

Cell#

Email:

JAHR0043484
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                        **HQ Action Officer**

---

**2013-03-28 / 11:00:00**

Was contacted by LTC          about this case this week. The Father may be being charged with murder so I'll be getting in touch with the SNOK here in MN. My state counterpart originally had this case until our AOR re-alignment. I will be calling the past CAO to gather family dynamic information and update DCIPS accordingly as needed.

Will take a "backseat" in this process, however, and defer to those working the legal process.

Survivor Service Coordinator - SOS
MPSC Contractor

651.282.4028 (office)

email

**2013-04-24 / 09:30:00**        CID ROI DATED 23 APR 2013/FINAL REPORT

CID ROI DATED 23 APR 2013.
 INVESTIGATIVE
The Military Police, Fort Stewart, GA (FSGA) notified CID that PFC AGUIGUI (20 Y/O) found
his wife, SGT AGUIGUI (24 Y/O), deceased inside their on-post residence.
Investigation established probable cause to believe PFC AGUIGUI murdered SGT AGUIGUI by
suffocation, which then resulted in the death of her unborn child.
The Armed Forces Medical Examiner's (AFME) autopsy report revealed the cause and manner of
SGT AGUIGUI's death could not be determined by forensic analyses and her toxicology was void
of any controlled substances or ethanol.
MAJ                    , Office of the Staff Judge Advocate (OSJA), FSGA, opined there was
probable cause to believe PFC AGUIGUI murdered his wife and unborn child.

**2013-05-09 / 08:29:00**

Attached Legal Document, stating that we can move forth with the parents being appointed as the PERE in this case. PERE
MEMO will be attached later, naming the father as the PERE.

JAHR0043485
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2013-05-09 / 09:18:00**     emailed Ft Steward/TT

original CAO (1SG         had been reactivate.

-----Original Message-----

From:                A CIV (US)

Sent: Thursday, May 09, 2013 8:18 AM

To:             CIV USARMY IMCOM ATLANTIC (US)

Cc: 'usarmy.stewart.usag.list.dhr-casualty@mail.mil'; 'usarmy.knox.hrc.mbx.tagd-cmaoc-altfcm@mail.mil'

Subject: FT LEAVENWORTH: CAR FOR SGT AGUIGUI-DCIPS#456057 (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Good Morning Mr.

The original CAO (1SG         had been reactivate as the CAO for SGT

Aguigui's parents. I have updated his phone numbers in DCIPS.

v/r

Casualty Operations Coordinator

JAHR0043486
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

---

**2013-05-14 / 13:24:00**    emailed SCMO
PE

-----Original Message-----
From: ▮▮▮▮▮ ▮▮▮▮▮ A CIV (US)
Sent: Tuesday, May 14, 2013 11:55 AM
To: ▮▮▮▮▮ conus.army.mil'
Cc: ▮▮▮▮▮ CIV USARMY IMCOM ATLANTIC (US);
▮▮▮▮▮

Subject: FORT LEAVENWORTH CAC: REF: SGT AGUIGUI PROPERTY (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Good Afternoon 1LT▮▮▮

I am inquiring about SGT Aguigui's personal property. Her parents lives in
our area and the father would like to know how much stuff do she have to be
delivered to him. He just want to know so he can plan accordingly.


1SG ▮▮▮▮▮

This is the ▮▮▮▮ Court Martial Officer (SCMO) that is handling SGT
Aguigui's PE.



v/r ▮▮▮



▮▮▮ ▮▮▮▮

Casualty Operations Coordinator
**2013-05-29 / 15:01:00**
Attached PERE MEMO for the father of SGT Aguigui.

JAHR0043487
CONFIDENTIAL

## STAFF JOURNAL

| | Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                          **HQ Action Officer**

---

**2013-05-30 / 13:27:00**        PERE determination

PERE information update to reflect new determination.

**2013-06-26 / 13:52:00**

FYI- Survivor/Pvt. Isaac Aguigui of Cashmere, Wash., will face a military hearing to determine if a court-martial should try him in the death of his wife, Army Sgt. Deirdre Aguigui, said Fort Stewart officials in southeast Georgia. The Army also charged Aguigui with causing the death of an unborn child, a boy, when his wife died in July 2011. Military authorities spent nearly two years investigating, but have not released any details about the killing.

"Every victim deserves to have their case prosecuted. In this case it took some time," said Fort Stewart spokesman

Less than five months after his wife's death, Aguigui and three fellow Fort Stewart soldiers were charged by civilian authorities in the December 2011 shooting deaths of             a former member of their Army unit, and         17-year-old girlfriend,          Civilian prosecutors are seeking the death penalty for Aguigui, saying he ordered the deaths to keep the couple from exposing the militia group.

Civilian prosecutors said in court last August that Aguigui, 21, recruited and led a group of disgruntled Army soldiers who plotted attacks ranging from bombing a park fountain in Savannah to poisoning apple crops in Washington state. They said the group also wanted to assassinate an American president, though prosecutors never specified if the target was President Barack Obama.

In addition to malice murder and felony murder, Aguigui faces state charges of criminal gang activity, aggravated assault and using a firearm while committing a felony.

**2013-08-21 / 10:22:00**

FW: AGUIGUI Shipment Status (UNCLASSIFIED)

Mr.

Still in contact with the CAO, 1SG          The AGUIGUI household goods were packed on Wed, 7 August 2013 and shipped from Savannah to Golden Valley, Minnesota on 9 August 2013 by Foremost Forwarders, Inc (503-245-1090). The GBL number is CHAT0024673. The arrival date was scheduled for Friday, 16 AUG 2013 and by the information from the CAO below, 1SG          it has arrived. But the family is currently not in town and not ready to receive the household goods. Once I get the confirmation from 1SG          that the family has received the household goods and is satisfied with the move, I will close out the case. My apologies for the lack of communication. I will keep you informed on any further developments.

JAHR0043488
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR:  **456057**     SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

1LT, TC
HHC REAR OIC
D CO 4-3 BSTB
912-435-8780

JAHR0043489
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**               Name: **Deirdre Alice Aguigui**
                                                                     Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                        **HQ Action Officer**

_____

**2013-09-05 / 14:59:00**
███████████ MN SOSSC:


███████ at LEA CAC emailed and phoned requesting my assistance to the parents, ████ and ████████████ I also spoke
with 1SG ████████ I've left a message on Mr. ████████ phone re-introducing myself and will follow up with another call
later today. Items brought to my attention by the CAO:

1. Parents want to connect with SGT Aguigui's unit regarding giving a gift on her behalf.

2. parents are still trying to settle with college loans in Diedre's name.

3. Family will need SOSSC outreach by phone on a timely basis while this trial is in process.


I've spoken with MN SOSSC ████████████████ and between the two of us we will stay in touch with the ██████ Family.

**2013-09-05 / 17:52:00**
███████████ MN SOSSC:


I spoke with ████ ████ (father) today. They are going through the PE and 'trying to decide what should be thrown away'.
He sounded weary. I offered to have a POC from the St. Paul Police Dept Survivor Resources call him; she deals with
survivors of traumatic death daily and will be able to give them some advice on coping and keeping. He accepted that offer
and gave permission for me to give her their phone number. I've completed a client card and submitted to JAG for
assistance with the school loans. I tried calling the FRSA for 4-3 BSTB at FT Stewart but there wasn't voicemail. I've emailed
the FT Stewart SOSSC for assistance in connecting with the unit FRG. The ████████ would like to make a contribution to
the FRG to assist pregnant women. I have mailed a card to the ████████ with contact information for both myself and my
MN counterpart ████ ████████ and stressed that they should call us any time. ████ and I will continue to outreach on a
regular basis.

JAHR0043490
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**      SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**         **CAC/BASE Name**                                **HQ Action Officer**

---

**2013-09-25 / 12:04:00**      Emailed to Mr. █████

Hello,

Just following up on any information you can provide on these claims. Please read the e-mail below.

Thanks,

████████

Claims Examiner

OSGLI Claims

Sent by: ████████████
OSGLI (NJ110132)
Phone Number: (800) 419-1473
Fax Number: (877) 832-4943

Wed 08/07/2013 01:20 PM To
USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty <usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil>,
cc
"███  ████ █ CIV (US)" ████████████  @███ ████ Subject Aguigui, Deidre A. Claim #11352006 & FSGLI #11352006

Hello,

    We were advised from AHRC that █████  █████ is the Casualty Liaison Officer for the Aguigui case. We were contacting him to check if he can provide the expected trial date for Isaac G Aguigui. Isaac has been charged with murder in the death of Dierdre and the death of an unborn child. We have not received any response from him. Is there any information you can provide in regards to these cases. We will appreciate any information you can supply to our office.

Thanks in advance,

████  ████

Printed On 1/6/2016 4:08:08 PM

JAHR0043491
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |

CASE NR: **456057**  SERVICE: **United States Army**  Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**  **CAC/BASE Name**  **HQ Action Officer**

_____

Claims Examiner

**2013-11-08 / 13:05:00**

Attached the Final Report on Disposition of Personal Effects.

JAHR0043492
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                Name: **Deirdre Alice Aguigui**
                                                                                                                             Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                              **HQ Action Officer**

_____

**2013-12-11 / 09:38:00**
            MN SOSSC:

MSG      MNARNG JAG, has made several attempts to contact           to assist with Deirdre's school loan payoffs.
Mr.      isn't responding to JAG's phone calls or emails.           MN SOS SC, has also tried contacting Mr.
        with no results. I've sent an email to CAO, MSG           with an update on this issue. We will continue all
MN SOS outreach to Mr.      and the family.

**2014-01-22 / 14:53:00**        Transfer to HQ SOS IMCOM

This case has been transferred to HQ SOS IMCOM as of today. HQ SOS IMCOM will assign an SOS coordinator who is
responsible for updating the CAO tab with their contact information.

HQ SOS IMCOM has been advised of the following pending issues:

- CMTT OIC exception memo has been completed and attached.
- I have received a verification email from Ms.      (Fort Leavenworth CAC Chief) confirming there are no pending issues
with their involved NOK.
- A FOIA request is still pending for the CID Report (Spouse).
- Spouse is currently incarcerated, see journal for details.
- FSGLI, SBP, SSA, TSP, Arrears of Pay, and the Final LES are pending trial conclusion.
- Case transferred per LTC      guidance.

**2014-01-28 / 10:54:00**

The CAO tab has been updated with current SOSC info, former MN SOSC           has been made Non
Active, NOK (s) have been assigned/transferred, and ongoing outreach will be/has been occurring in the forms of MN SOS
Quarterly Newsletters, Cards, Letters, and Invitations to Gold Star Events.

JAHR0043493
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**    **From:**    **7/18/2011 4:37:00 AM**    **To:**    **4/3/2015 11:54:00 AM**

CASE NR: **456057**    SERVICE: **United States Army**      Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**      **CAC/BASE Name**      **HQ Action Officer**

_____

**2014-04-11 / 12:20:00**     Ms. ▮

I spoke with Ms. ▮ in reference to DSM's husband being convicted of her murder and I wanted to know if any monetary benefits(SGLI, DG, UPPA) will now be paid to the parents. Ms. ▮ stated we need a copy of the conviction order to proceed from Fort Stewart.

Classification: UNCLASSIFIED
Caveats: NONE

STE CAC,
 Isaac Aguigui was convicted of his spouse's death in late March.
Would you please provide a copy of the conviction so that we may process
her benefits? Thank you.

Mrs. ▮▮
SR Benefits and Entitlements Officer
Casualty Support Section
United States Army Human Resources Command
1600 Spearhead Division Ave
Fort Knox, Kentucky 40122
(502) 613-8342
DSN:(312) 983-8342
FAX:(502) 613-4505
usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

JAHR0043494
CONFIDENTIAL

## STAFF JOURNAL

**Period Covered:**       **From:**     7/18/2011 4:37:00 AM     **To:**     4/3/2015 11:54:00 AM

CASE NR:  **456057**      SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**
                                                                          Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                               **HQ Action Officer**

_____

**2014-04-15 / 13:29:00**       Insurances
-----Original Message-----
From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty
Sent: Tuesday, April 15, 2014 1:21 PM
To: 'OSGLI Claims'
Cc:               G CIV USARMY IMCOM ATLANTIC (US);               CIV USARMY IMCOM ATLANTIC (US)
Subject: FW: SGLI and FSGLI - SGT AGUIGUI, DEIRDRE and Kalvin Aguigui DOD: 17 JUL 2011(UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

OSGLI,

 Please see attached conviction of Isaac Aguigui.  Requesting a review of the following insurances:

Deirdre's SGLI - Erroneously paid to the SM.  Will new beneficiary determination be made and paid?
Deirdre's FSGLI - Not issued, need beneficiary determination Kalvin's FSGLI - Not issued, need beneficiary determination

Mrs.
SR Benefits and Entitlements Officer
Casualty Support Section
United States Army Human Resources Command
1600 Spearhead Division Ave
Fort Knox, Kentucky 40122
(502) 613-8342
DSN:(312) 983-8342
FAX:(502) 613-4505
usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

JAHR0043495
CONFIDENTIAL

## STAFF JOURNAL

|  | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**  SERVICE: **United States Army**  Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**  **CAC/BASE Name**  **HQ Action Officer**

---

**2014-04-15 / 13:30:00**  DG and BAH

-----Original Message-----

From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Sent: Tuesday, April 15, 2014 1:30 PM

To: 'dfas-incasualty@dfas.mil';                    CIV DFAS'

Cc:                CIV USARMY USAG (US);                    CIV USARMY HRC (US);                    MSG

USARMY (US);                    CIV USARMY IMCOM ATLANTIC (US);                    CIV USARMY IMCOM

ATLANTIC (US)

Subject: DG and BAH - Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

DFAS,

 DG and BAH were erroneously paid to the spouse of this soldier.  He was just convicted of her death.  See attached.  Will you make a beneficiary determination and issue payment to the correct beneficiary(ies)?  Please advise so that we may assist.  Thank you.

Mrs.

SR Benefits and Entitlements Officer

Casualty Support Section

United States Army Human Resources Command

1600 Spearhead Division Ave

Fort Knox, Kentucky 40122

(502) 613-8342

DSN:(312) 983-8342

FAX:(502) 613-4505

usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

**2014-04-15 / 13:31:00**  UPPA

Per the Arrears of Pay tab:

"PAID UPPA 12/19/11 IN THE AMOUNT OF 9318.98 TO ISAAC AGUIGUI SPOUSE(TM)12/21/11.  UPPA check was returned undeliverable due to the husband being in jail, per ▮▮▮ DFAS. ▮▮"

JAHR0043496
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**          Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                    **HQ Action Officer**

---

**2014-04-15 / 13:36:00**          UPPA

-----Original Message-----

From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Sent: Tuesday, April 15, 2014 1:36 PM

To: 'dfas-incasualty@dfas.mil';                    CIV DFAS'

Cc:                    CIV USARMY USAG (US);                    CIV USARMY IMCOM ATLANTIC (US);

CIV USARMY IMCOM ATLANTIC (US);                    CIV USARMY HRC (US)                    MSG USARMY (US)

Subject: UPPA - Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

DFAS,

Our records indicate that a gentlemen named Eric at DFAS informed is that the UPPA check was sent to the spouse, but returned because he was incarcerated. He has now been convicted. See attached. Requesting a beneficiary designation for the UPPA. Please let us know if there is any further we can do to assist in getting this paid. Thank you.

Mrs.

SR Benefits and Entitlements Officer

Casualty Support Section

United States Army Human Resources Command

1600 Spearhead Division Ave

Fort Knox, Kentucky 40122

(502) 613-8342

DSN:(312) 983-8342

FAX:(502) 613-4505

usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

JAHR0043497
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**   **CAC/BASE Name**   **HQ Action Officer**

---

**2014-04-15 / 14:00:00**   DG, BAH, UPPA Determination   ▮▮▮▮▮
-----Original Message-----
From▮   CIV DFAS [mailto▮                    ▮]
Sent: Tuesday, April 15, 2014 1:57 PM
To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty
Subject: RE: DG and BAH - Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)

Mrs. ▮

We can send out the UPPA payment to be split between the parents, but the
BAH and DG won't be able to be reissued because they were both paid in good
faith at the time of payment. Can you get us an 1174 from both the mother
and father so that we can pay them the UPPA?

Thanks,

▮▮▮▮▮

Team Lead
Army Casualty Team
Military Pay Operations
Comm: (317) 212-7421
DSN: 699-7421
Fax: (317) 275-0353

JAHR0043498
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | | **HQ Action Officer** |

---

**2014-04-15 / 14:01:00**          UPPA

-----Original Message-----

From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Sent: Tuesday, April 15, 2014 2:00 PM

To: 'usarmy.leavenworth.imcom-west.mbx.leav-casualty@mail.mil'

Cc: ████████ ████ CIV DFAS'; ████ ████ S CIV USARMY USAG (US)

Subject: FW: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)


Classification: UNCLASSIFIED

Caveats: NONE


LEA CAC,

 DFAS is requesting an 1174 from each parent please.  Thank you.


Mrs. ████ ████

SR Benefits and Entitlements Officer

Casualty Support Section

United States Army Human Resources Command

1600 Spearhead Division Ave

Fort Knox, Kentucky 40122

(502) 613-8342

DSN:(312) 983-8342

FAX:(502) 613-4505

usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

**2014-04-16 / 16:08:00**          Journal entry

SF 1174's for parents were faxed to DFAS on 4/16/14. ████████ LEA CAC.

JAHR0043499
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**       SERVICE: **United States Army**                     Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                          **HQ Action Officer**

_____

**2014-04-17 / 09:30:00**          DG in Review for a FINAL Determination

-----Original Message-----

From: ▇▇▇▇▇ ▇▇▇ CIV DFAS [mailto:▇▇▇▇▇▇▇DFAS.MIL]

Sent: Wednesday, April 16, 2014 1:39 PM

To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Subject: RE: DG, BAH and UPPA – Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)

You're welcome. I've already sent up all the pertinent information to OGC
and hopefully will hear something soon.

Thanks,

▇▇▇▇ ▇▇ ▇▇▇▇

Team Lead
Army Casualty Team
Military Pay Operations
Comm: (317) 212-7421
DSN: 699-7421
Fax: (317) 275-0353

-----Original Message-----

From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty
[mailto:usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil]

Sent: Wednesday, April 16, 2014 1:37 PM

To: ▇▇▇▇▇ ▇▇▇ CIV DFAS

Subject: RE: DG, BAH and UPPA – Aguigui, Deirdre DOD: Jul 2011
(UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Thank you. I really appreciate it.

Mrs. ▇▇▇▇ ▇▇

SR Benefits and Entitlements Officer
Casualty Support Section

JAHR0043500
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR:  **456057**   SERVICE:  **United States Army**                    Name: **Deirdre Alice Aguigui**

                                                                          Rank: **SGT**

**Date / Time**                    **CAC/BASE Name**                                **HQ Action Officer**

_____

United States Army Human Resources Command
1600 Spearhead Division Ave
Fort Knox, Kentucky 40122
(502) 613-8342
DSN:(312) 983-8342
FAX:(502) 613-4505
usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil


-----Original Message-----
From:                      CIV DFAS [mailto:                    DFAS.MIL]
Sent: Wednesday, April 16, 2014 1:09 PM
To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty; USARMY Ft
Leavenworth IMCOM Central Mailbox LEAV-CASUALTY
Cc:             CIV USARMY USAG (US);                  CIV USARMY HQDA
HRMD (US)
Subject: RE: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011
(UNCLASSIFIED)

Mrs.

I am going to send up all the information to OGC right now to have them make
a determination. Once I get the decision from them, I will forward the
information along to you. I can't give you a clear deadline on their
decision, but will keep you informed.

Thanks,


Team Lead
Army Casualty Team
Military Pay Operations
Comm: (317) 212-7421
DSN: 699-7421
Fax: (317) 275-0353

JAHR0043501
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |

CASE NR:  **456057**      SERVICE:  **United States Army**                              Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**                **CAC/BASE Name**                                          **HQ Action Officer**

_____

-----Original Message-----

From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

[mailto:usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil]

Sent: Wednesday, April 16, 2014 1:05 PM

To: ████████  ███████ CIV DFAS; USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB

Casualty; USARMY Ft Leavenworth IMCOM Central Mailbox LEAV-CASUALTY

Cc███████████ CIV USARMY USAG (US); DFAS-IN CASUALTY; ██████████████

CIV USARMY HQDA HRMD (US)

Subject: RE: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011

(UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Mr. ████████

MSG ████████ will be leaving us soon (SEP I believe).  You should

know that Mr. ██████████ and myself are the benefits officers here and

will be your POCs for benefits.  Now, our records show that DG was paid by

Fort Stewart to Isaac Aguigui, spouse, on 21 July 2011 via EFT.  At that

time, CID was not communicating well with us and it wasn't until he killed

two others that they finally arrested him.  Then they started really looking

at this SM and her unborn child's death as a murder.  Who do I speak to at

the OGC in order to get a FINAL determination on the DG?  Her poor family

has been through enough, I'd rather the Army fight for their benefits than

to drag them through this mess any further.

Mrs. ████████

SR Benefits and Entitlements Officer

Casualty Support Section

United States Army Human Resources Command

1600 Spearhead Division Ave

Fort Knox, Kentucky 40122

(502) 613-8342

DSN:(312) 983-8342

FAX:(502) 613-4505

usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

JAHR0043502
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

-----Original Message-----
From: ▓▓▓▓▓▓▓ ▓▓▓▓ CIV DFAS [mailto:▓▓▓▓▓▓▓▓DFAS.MIL]
Sent: Wednesday, April 16, 2014 11:54 AM
To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty; USARMY Ft
Leavenworth IMCOM Central Mailbox LEAV-CASUALTY
Cc: ▓▓▓▓▓▓▓ CIV USARMY USAG (US); DFAS-IN CASUALTY
Subject: RE: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011
(UNCLASSIFIED)

Mrs. ▓▓▓

I am checking with MSG ▓▓▓▓▓ to see if the DG payment was ever made. The
BAH payment couldn't be paid to the parents anyway because they are not
entitled to the payment, since there was no surviving dependent. If it's
found that the DG payment was made, then it will have to be up to OGC to
make a determination on whether the DG can be reissued.

Thanks,

▓▓▓ ▓▓ ▓▓▓▓▓

Team Lead
Army Casualty Team
Military Pay Operations
Comm: (317) 212-7421
DSN: 699-7421
Fax: (317) 275-0353

-----Original Message-----
From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty
[mailto:usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil]
Sent: Wednesday, April 16, 2014 11:23 AM
To: USARMY Ft Leavenworth IMCOM Central Mailbox LEAV-CASUALTY; USARMY Ft
Knox HRC Mailbox TAGD CMAOC CSB Casualty
Cc: ▓▓▓▓▓▓▓ ▓▓▓▓ CIV DFAS; ▓▓▓▓▓▓▓ CIV USARMY USAG (US); DFAS-IN
CASUALTY

JAHR0043503
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**  SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time** **CAC/BASE Name** **HQ Action Officer**

_____

Subject: RE: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011
(UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: NONE

Ms. ▮▮▮▮

 I understand your concern and in my personal opinion, I am with you.
CID would not say he was a suspect or a person of interest. Their lack of
communication could have prevented not only these payments, but possibly
saved the life of two other people. It is a really unfair situation, but it
is DFAS' decision.

DFAS,
 Is there no exception here? Anything that the family or ourselves
can do to get this overturned?

Mrs. ▮▮▮▮ ▮▮▮▮
SR Benefits and Entitlements Officer
Casualty Support Section
United States Army Human Resources Command
1600 Spearhead Division Ave
Fort Knox, Kentucky 40122
(502) 613-8342
DSN:(312) 983-8342
FAX:(502) 613-4505
usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

-----Original Message-----
From: USARMY Ft Leavenworth IMCOM Central Mailbox LEAV-CASUALTY
Sent: Tuesday, April 15, 2014 2:16 PM
To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty; USARMY Ft
Leavenworth IMCOM Central Mailbox LEAV-CASUALTY
Cc: ▮▮▮▮ ▮▮▮ W CIV DFAS (US); ▮▮▮▮ CIV USARMY USAG (US)
Subject: RE: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011

JAHR0043504
CONFIDENTIAL

## STAFF JOURNAL

| | Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**  SERVICE: **United States Army**  Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**  **CAC/BASE Name**  **HQ Action Officer**

_____

(UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

I question that it was paid in good faith when benefits should have been on
hold.

Ms ▆▆▆ - see journal entry 18, 22 & 38.Between CMAOC/STE CAC/CID and DFAS
there was a failure to communicate. CID could not state whether he was a
person of interest or not at that time.  In addition STE Finance had
submitted the payment to DFAS and  there was to be an attempt to pull the
payment back. Later CID says he's not and payment is reissued on 21 Jul

Ms ▆▆▆

▆▆▆ ▆▆▆

Chief, Casualty Assistance Center
Adjutant General
Directorate of Human Resources
Fort Leavenworth, KS 66027
COM: 913-684-2650; DSN 552-2650

▆▆▆▆▆▆▆▆▆▆▆

Please take a moment and let me know how I am doing, visit:
http://ice.disa.mil/index.cfm?fa=card&sp=121299&s=445&dep=*DoD&sc=33

ATTENTION: The information contained in this communication and any
accompanying attachments is intended for the sole use of the
namedaddresses/recipients to which it is addressed in their conduct of
official business of the United States Government. This communication may
contain information that is exempt from disclosure under the Freedom of
Information Act, 5 U.S.C. 552 and the Privacy Act, 5 U.S.C.552a.
Addressees/recipients are not to disseminate this communication to
individuals other than those who have an official need to know the
information in the course of their official government duties. If you

JAHR0043505
CONFIDENTIAL

## STAFF JOURNAL

| Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | CAC/BASE Name | HQ Action Officer |
|---|---|---|

---

received this communication in error, any disclosure, copying, distribution,
or the taking of any action on this information is prohibited. If you
received this confidential electronic mailing in error, please notify the
sender by a "reply to sender only" message, delete this email immediately
and destroy all electronic and hard copies of the communication, including
attachments.


-----Original Message-----
From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty
Sent: Tuesday, April 15, 2014 1:00 PM
To: USARMY Ft Leavenworth IMCOM Central Mailbox LEAV-CASUALTY
Cc: ▆▆▆ ▆▆▆ W CIV DFAS (US); ▆▆▆▆ CIV USARMY USAG (US)
Subject: FW: DG, BAH and UPPA - Aguigui, Deirdre DOD: Jul 2011
(UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

LEA CAC,
 DFAS is requesting an 1174 from each parent please.  Thank you.

Mrs. ▆▆▆
SR Benefits and Entitlements Officer
Casualty Support Section
United States Army Human Resources Command
1600 Spearhead Division Ave
Fort Knox, Kentucky 40122
(502) 613-8342
DSN:(312) 983-8342
FAX:(502) 613-4505
usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil


-----Original Message-----
From: ▆▆▆▆ ▆▆▆ CIV DFAS [mailto:▆▆▆▆▆▆▆▆]

JAHR0043506
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**   **CAC/BASE Name**   **HQ Action Officer**

_____

Sent: Tuesday, April 15, 2014 1:57 PM

To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Subject: RE: DG and BAH - Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)

Mrs. ▮▮▮▮

We can send out the UPPA payment to be split between the parents, but the
BAH and DG won't be able to be reissued because they were both paid in good
faith at the time of payment. Can you get us an 1174 from both the mother
and father so that we can pay them the UPPA?

Thanks,

▮▮▮▮ ▮▮ ▮▮▮▮

Team Lead
Army Casualty Team
Military Pay Operations
Comm: (317) 212-7421
DSN: 699-7421
Fax: (317) 275-0353

-----Original Message-----

From: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

[mailto:usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil]

Sent: Tuesday, April 15, 2014 1:30 PM

To: DFAS-IN CASUALTY; ▮▮▮▮▮▮   CIV DFAS

Cc: ▮▮▮   CIV USARMY USAG (US); ▮▮▮   CIV USARMY HRC (US);
▮▮▮▮   MSG USARMY (US); ▮▮▮   CIV USARMY IMCOM
ATLANTIC (US); ▮▮▮   CIV USARMY IMCOM ATLANTIC (US)

Subject: DG and BAH - Aguigui, Deirdre DOD: Jul 2011 (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

DFAS,

DG and BAH were erroneously paid to the spouse of this soldier. He

JAHR0043507
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|---|

CASE NR: **456057**    SERVICE: **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**    **CAC/BASE Name**    **HQ Action Officer**

_____

was just convicted of her death. See attached. Will you make a beneficiary
determination and issue payment to the correct beneficiary(ies)? Please
advise so that we may assist. Thank you.

Mrs. ▮▮▮▮ ▮▮

SR Benefits and Entitlements Officer
Casualty Support Section
United States Army Human Resources Command
1600 Spearhead Division Ave
Fort Knox, Kentucky 40122
(502) 613-8342
DSN:(312) 983-8342
FAX:(502) 613-4505
usarmy.knox.hrc.mbx.tagd-cmaoc-csb-casualty@mail.mil

Printed On 1/6/2016 4:08:08 PM

JAHR0043508
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**              **CAC/BASE Name**                                **HQ Action Officer**

_____

**2014-04-17 / 09:38:00**      FSGLI Determination

-----Original Message-----

From:              [mailto                              On Behalf Of OSGLI Claims

Sent: Thursday, April 17, 2014 9:08 AM

To: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Subject: Re: FW: SGLI and FSGLI - SGT AGUIGUI, DEIRDRE and Kalvin Aguigui DOD: 17 JUL 2011(UNCLASSIFIED)

Good morning.

No decision has been made as to yet regarding the SGLI - the 2011 benefit was issued based on a certification that allowed the claim to be paid as presented. Matter is under discussion here and I will keep you informed

FSGLI on Deirdre - Isaac was excluded under the Slayer's Rule, as was his mother as his contingent. Claim requests have been sent to her parents as next in line for the benefit payable to her family by law (not payable to her spouse as he was disqualified, no children, parents are next).

FSGLI on Kalvin - was payable under Deirdre's FSGLI - she is of course unable to collect and Isaac would be next in line as her SGLI beneficiary. He, however, is disqualified under Title 38, 1970(b) as he did not file claim within one year of the stillbirth. As a result, the benefit goes to her contingents, which are her parents. Claims requests have already been sent to them last week.

Please feel free to call me if you wish to discuss.

**2014-04-21 / 11:10:00**

Shipped the remainder of SGT Aguigui personal effect today, attached FedEx tracking information.

**2014-04-22 / 13:03:00**      Journal Note

Additional PE received by Mr          on 22 Apr 14.  CAO, 1SG          was present and assisted with inventory.

JAHR0043509
CONFIDENTIAL

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |

CASE NR: **456057**     SERVICE: **United States Army**            Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**            **CAC/BASE Name**                    **HQ Action Officer**

_____

**2014-04-23 / 12:25:00**

Contacted Idaho SOSC ▮▮▮ ▮▮▮ via phone and below email to inform ▮▮▮▮ and request transfer of Survivor responsibility.

Hey ▮▮,

I met with the ▮▮▮▮ who have informed me their daughter ▮▮▮▮▮ is living in Idaho. ▮▮ her father has provided me her contact information and request we outreach to her. ▮▮ also said she has been struggling with the passing of her sister and thought she would be open to bereavement counseling resources. I have updated ▮▮▮'s information in the Module and in DCIPS but request you update the CAO Tab and assign yourself as the Support Coordinator in both data bases.

▮▮▮▮▮

▮▮▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮▮▮

Respectfully,

▮▮▮▮▮

Army Survivor Outreach Services
Support Coordinator
Human Resources Consulting Inc. Contractor

▮▮▮▮▮

651-282-4116 (Office)
▮▮▮▮▮mil@mail.mil

▮▮▮▮▮

**2014-04-23 / 12:32:00**

Idaho Survivor Outreach Services: Received phone call and email from ▮▮▮▮▮ Survivor Outreach Coordinator in Minnesota notifying me of the deceased soldiers sister, ▮▮▮▮▮ that resides in Idaho. The Deceased parents have requested that she be contacted and provided with grief counseling referrals as she is in need of them at this time.  I have

JAHR0043510
CONFIDENTIAL

## STAFF JOURNAL

| Period Covered: | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|

CASE NR: **456057**   SERVICE: **United States Army**   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                              **HQ Action Officer**

_____

updated my information in the CAO tab and will make contact with her and provide referrals for her as well as any additional support she requires.

Printed On 1/6/2016 4:08:08 PM

JAHR0043511
CONFIDENTIAL

## STAFF JOURNAL

|  | **Period Covered:** | From: | 7/18/2011 4:37:00 AM | To: | 4/3/2015 11:54:00 AM |

CASE NR: **456057**    SERVICE: **United States Army**

Name: **Deirdre Alice Aguigui**
Rank: **SGT**

**Date / Time**    **CAC/BASE Name**

**HQ Action Officer**

_____

**2014-05-06 / 10:12:00**    Final DG Determination

-----Original Message-----

From:    CIV DFAS [mailto    ]

Sent: Tuesday, May 06, 2014 9:53 AM

To:    W CIV DFAS (US)

Cc: USARMY Ft Knox HRC Mailbox TAGD CMAOC CSB Casualty

Subject: RE: Death Gratuity, SGT Deirdre A. Aguigui; PL #14-16068

This is in response to your request for an opinion regarding whether a second death gratuity payment should be issued for the benefit of the surviving parents of SGT Deirdre A. Aguigui. It is our opinion that pursuant to the specific facts of this case, a second payment of death gratuity should not be made.

The information provided shows as follows: SGT Deirdre A. Aguigui died on July 17, 2011. On her DD Form 93, Record of Emergency Data, she designated her husband, Isaac Glen Aguigui, as the beneficiary of her death gratuity. SGT Aguigui was survived by her spouse, she was not survived by any children. The Staff Journal from the Finance activity at Fort Stewart, Georgia, specifies that on or about July 18, 2011, a payment of death gratuity was made to the beneficiary, Isaac Glen Aguigui. However, due to pending CID investigations into the circumstances of the death of SGT Aguigui, the payment was soon successfully pulled back from the bank. See Staff Journal, notes of July 21, 2011, 10:55:00. Personnel at Fort Stewart contacted Agent [        ] of the CID Office and were told that, he was unable to say "at this time" whether or not the spouse is a person of interest (in the death of SGT Aguigui); he would be able to conclude whether the spouse was a person of interest upon review of the results of the autopsy. See Staff Journal, notes of July 19, 2011, 12:16:00. Upon completion of the autopsy, Agent [      ] informed that the spouse was not considered a person of interest at this time. See Staff Journal, notes of July 21, 2011, 10:55:00. With the information provided by Agent [      ] a second and final payment of death gratuity was made on July 21, 2011 to SGT Aguigui's designated beneficiary, her spouse Isaac Glen Aguigui. See Staff Journal, notes of July 21, 2011, 15:54:00. Subsequently, on March 27, 2014, Isaac G. Aguigui was convicted of the murder of SGT Aguigui and her unborn child. See Department of Defense Report of Result of Trial, dated March 27, 2014, [        ].

The Comptroller General has held that the Government is not liable for a second payment of death gratuity to a proper payee where the original payment was made in reliance on the service member's representations, whether willful or erroneous, and nothing otherwise appeared to give rise to doubt as to the correctness of such representations. See Comp. Gen. decision, B-176847, March 21, 1973; B-166915, June 18, 1969; 37 Comp. Gen. 131 (1957). In such cases, the payment to the initial beneficiary is not considered to be erroneous (based on the information available at the time of payment). Therefore, the Government has obtained good acquittance and no subsequent payment is authorized. Applied to the instant case, the payment to Isaac G. Aguigui was made only after finance officials at Fort Stewart had been informed by an agent at CID that

JAHR0043512
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |
|---|---|---|---|---|

CASE NR: **456057**     SERVICE: **United States Army**                    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| **Date / Time** | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

Isaac was not considered a person of interest in the death of SGT Aguigui. Thus, the payment was reasonably made based on the information available at the time of payment. Unfortunately, many years after that payment was made and following the discovery of additional information by law enforcement officials, Isaac G. Aguigui was charged, tried, and found guilty of the murder of SGT Aguigui. However, the original payment of death gratuity to Isaac G. Aguigui was not erroneous based on the information available at the time the payment was made, therefore, there is no entitlement for a second payment.

 If you have questions regarding this opinion, please give me a call.

█

████████

Senior Associate Counsel
Office of General Counsel

JAHR0043513
CONFIDENTIAL

FOR OFFICIAL USE ONLY

## STAFF JOURNAL

| | **Period Covered:** | **From:** | 7/18/2011 4:37:00 AM | **To:** | 4/3/2015 11:54:00 AM |
|---|---|---|---|---|---|

CASE NR:  **456057**    SERVICE:  **United States Army**    Name: **Deirdre Alice Aguigui**

Rank: **SGT**

| Date / Time | **CAC/BASE Name** | **HQ Action Officer** |
|---|---|---|

_____

**2014-05-08 / 16:20:00**

The SOSC tab has been reviewed / updated with current SOSC info; NOK(s)

contact information has annually been verified & reviewed; ongoing outreach has been

occurring and will continue to occur in the forms of MN SOS Quarterly Newsletters, Minnesota Sos private Facebook support

group/network, Cards, Letters, Invitations to Gold Star Events, and needs assessment inquiries.

**2014-05-20 / 09:21:00**    FSGLI Paid

and    parents, were paid $50,699.21 each on 04/28/14.

**2014-11-25 / 11:38:00**    &

Delayed entry: On 10Nov2014 I personally delivered the 15-6 Investigation to   &   at their HOR.  I also

assisted them in filing out VA Form 40-1330, faxed the paperwork to the National Cemetery Scheduling Office, and provided

the means necessary to coordinate the final details with the National Cemetery Scheduling Office. The family is

planning on having SGT Aguigui¿s ashes laid to rest at the Jefferson Barracks National Cemetery.

**2014-11-25 / 12:13:00**    emailed Mr.   and Ms.

15-6 Delivered

-----Original Message-----

From:    A CIV USARMY USAG (US)

Sent: Tuesday, November 25, 2014 11:12 AM

To:    CIV USARMY HRC (US);    CIV USARMY HRC (US)

Subject: 15-6-AGUIGUI, Deirdre, DOD 17 JUL 2001, Case#456057

Good Afternoon,

The 15-6 was delivered 0n 10Nov14 to SGT Aguigui's parents,   &

They are making plans to  bury her ashes, no date set yet.

v/r

Casualty Operations Coordinator

JAHR0043514
CONFIDENTIAL

## STAFF JOURNAL

| **Period Covered:** | **From:** | **7/18/2011 4:37:00 AM** | **To:** | **4/3/2015 11:54:00 AM** |

CASE NR: **456057**     SERVICE: **United States Army**                   Name: **Deirdre Alice Aguigui**

Rank: **SGT**

**Date / Time**          **CAC/BASE Name**                          **HQ Action Officer**

_____

**2015-04-03 / 11:54:00**

The CAO tab has been reviewed / updated with current SOSC info; NOK(s) ,

contact information has annually been verified & reviewed; ongoing outreach has been occurring

and will continue to occur in the forms of MN SOS Quarterly Newsletters, Minnesota SOS private Facebook support

group/network, Cards, Letters, Invitations to Gold Star Events, and needs assessment inquiries.

Back in November of 2014 I had provided      contact information to the Jefferson Barracks National Cemetery Scheduling

office and help him complete the VA headstone paperwork.  In following up with      he stated that he hasn¿t made the

time and his family is still not quite ready to deal with a burial ceremony. Last fall      was running for a local state House of

Representative Seat and is now currently in the process of selling his over sea¿s engineering company for a substantial

amount of money.      said he would reach out to me if he needed any assistance with Jefferson Barracks when their

family was ready for a burial ceremony and greatly appreciated all SOS and myself have done for him and his family.

JAHR0043515
CONFIDENTIAL