(P) [redacted].

**From:** (P) [redacted]
**Sent:** Friday, September 30, 2011 4:34 PM
**To:** (P) [redacted]
**Cc:**

**Subject:** AGUIGUI -Possible Threat

After speaking at length with (E), (P) [redacted] AGUIGUI should be returning to Ft. Stewart on Sunday (we're checking on flights now). There is no known concrete connection to any terrorist ideation or group, nor has any specific threat been articulated.

According to (E), (P) [redacted] AGUIGUI is apparently an intelligent, odd 20 year-old, who spent one year at West Point before being discharged for an incident with a knife. During his service as an enlisted member, he met his wife, who died pregnant. Toxicology results are not available and cause of death is unknown per Army CID. AGUIGUI may have fired a round in his military residence prior to this wife's death; he may be discharged from the Army at some point due to this incident.

AGUIGUI is Guamanian, and his father was a career Army soldier. He was groomed from an early age to become an Army officer. AGUIGUI was home-schooled with a pronounced Christian emphasis. He has been fascinated with weapons from an early age.

He is apparently at home on AL (we are confirming leave status now), and spending an immediate insurance settlement from the death of his wife on a variety of things, including the purchase of up to 15 rifles yesterday (AGUIGUI purchased the weapons on Thursday, but picked them out on Wednesday of this week). He may have tried to purchase a silencer. AGUIGUI plans to place the weapons in the custody of a friend when he travels back to Ft. Stewart this Sunday. He has not expressed any suicidal ideation or the like.

According the Army CID, AGUIGUI may have been mentioned in a murder-for-hire plot, and recently reported the loss/theft of an issued handgun.

AGUIGUI is living in Wenatchee, address unknown (not at the (P) [redacted] of his parents). (E), (P) [redacted] will be able to provide the address.

CID contact: Ft. Stewart CID Agent In Charge (P) [redacted] BB (S) [redacted], Direct - (P) [redacted]

**Game Plan**

1. Interview (E), (P) [redacted] in Wenatchee today.
2. Absent other information, interview AGUIGUI today regarding the recent weapons purchase.
3. Confirm AGUIGUI's travel back to his duty station.

Thank you,

(P) [redacted]

EXHIBIT
37-R
exhibitsticker.com

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) (direct)
(S) (mobile)
(509) 747-0106 (fax)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 1:09 PM
**To:** (P)
(P)
**Subject:** RE: Soldier Threat to Military and Public (UNCLASSIFIED)

Afternoon,

(P) please coordinate and start heading to Wenatchee to interview (E), (P).
(E) (E), (P) By the time you get there, (E) the associate of AGUIGUI,
(E)

We just interview (E), (P) telephone, more to follow in a subsequent email.

Thanks, (P)

(P)
Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) (direct)
(S) (mobile)
(509) 747-0106 (fax)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 12:21 PM
**To:** (P)
(P)
**Cc:** (P)
**Subject:** RE: Soldier Threat to Military and Public (UNCLASSIFIED)

Morning again,

**Background**

Just spoke with Det. Sgt. (P) cell (S), (P). AGUIGUI is most likely residing at (P) (P) with his parents. (P) has spoken with High Mountain Hunting Supplies in Cashmere. One of the employees has confirmed that AGUIGUI has purchased a number of firearms to include AR variants (described as black guns) and bolt action rifles. One of the employees may be a friend of AGUIGUI. Det. (P) is concerned that if a LEO asks the gun store for a list of weapons, the information will leak to AGUIGUI.

The information about AGUIGUI's weapon's purchases is (E), (P) (E), (P) does not contact Issac AGUIGUI directly, (E) (E).

As some of us know, AGUIGUI's wife and unborn child died under mysterious circumstances within the last two months; AGUIGUI is a suspect, but has already received a monetary benefit from the death. He is spending quite a bit of money.

AGUIGUI was supposedly accepted to West Point, but later washed out. He later enlisted, and may be in the process of receiving a less-than-honorable discharge.

AGUIGUI may be traveling back his base this Sunday.

AGUIGUI is supposedly interested in explosives, and has expressed distaste for the Army.

Cashmere is a small town in Chelan County, serviced by the Chelan County Sheriff's Office. Contact is Det. Sgt. [redacted] (P) He is aware of this situation, but just arrested a shooting subject.

**Action Items for Recipients**

1. Army CID contact requested to determine status of murder and cocaine distribution charges against AGUIGUI. Determine if any enforcement action is possible to immediately neutralize any potential threat.
2. SAs [redacted] (P) prepare to travel to Cashmere/Wenatchee.
3. We're conducting an initial telephonic interview with [redacted] (E), (P) ight now .

Thanks,

[redacted] (P)

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
[redacted] (P) (direct)
[redacted] (S) (mobile)
(509) 747-0106 (fax)

---

**From:** [redacted] (P)
**Sent:** Friday, September 30, 2011 11:37 AM
**To:** [redacted] (P)
**Cc:** [redacted] (P)
**Subject:** RE: Soldier Threat to Military and Public (UNCLASSIFIED)

Morning, Detective Sergeant [redacted] (P) is a Wenatchee PD officer. He's at the range and I'm trying to get in contact with him for more detail on AGUIGUI to include his current location.

Thanks,

[redacted] (P)

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
[redacted] (P) (direct)
[redacted] (S) (mobile)

(509) 747-0106 (fax)

---

**From** (P)
**Sent:** Friday, September 30, 2011 10:46 AM
**To:** (P)
**Cc:** (P)
**Subject:** Fw: Soldier Threat to Military and Public (UNCLASSIFIED)
**Importance:** High

FYI

---

**From:** (P)
**To:** (P)
**Sent:** Fri Sep 30 13:36:57 2011
**Subject:** Fw: Soldier Threat to Military and Public (UNCLASSIFIED)

(P)

Another one coming out of the woodwork. Not sure who needs this, but probably the JTTF out of Spokane.

(P)

---

**From:** (P)
**To** (P)
(P)

**Sent:** Fri Sep 30 13:29:33 2011
**Subject:** Soldier Threat to Military and Public (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

About 1010, 30 Sep 11, this office was telephonically notified by Detective Sergeant (P) (509) 888-4251, Wenatchee County Sheriff's Office, Wenatchee, WA, of the following incident. SGT (P) said (E) (NFI) of PVT Isaac G. AGUIGUI, HHC 6th of the 8th Arm Recon, Fort Stewart, GA 31314, residing at (P) (P) told him that AGUIGUI may be planning a terrorist Attack against an unknown entity. The (E) said AGUIGUI was being investigated for the murder of his wife in GA and that he has been acting strangely. AGUIGUI purchased 15 different types of fire arms from High Mountain Hunting Supplies, Cashmere, WA (509) 665-96362 within the last few days. The (E) told SGT (P) that AGUIGUI is suppose to go to Wisconsin for unknown reason for an unknown military matter. SGT (P) said he confirmed the purchase of the 15 weapons (some of the weapons were assault) from the High Mountain Hunting Supplies.

A review of the DOD Employee Interactive Data System (DEIDS) confirmed AGUIGUI as a Soldier.

A review of the Automated Criminal Investigative and Intelligence System (ACI2) revealed that AGUIGUI is a subject in Report of Investigation 0204-11-CID093-42091 at Fort Stewart, GA. The file is still in an open status. AGUIGUI was titled with Conspiracy to Commit Murder, Solicitation to Commit Murder and Wrongful Distribution of Cocaine.

Photo is attached.





https://pki.dmdc.osd.mil/owa/dpdri/deids.prc_Selectbox

PO BOX 464
CASHMERE,WA 98815-0464, United States
Telephone:5092643620

| P-1 | Aguigui | Isaac Glen | 04-24-1991 | Not Releasable |
|---|---|---|---|---|
| UIC:WG20T0 (WG20T0FC) Beg.Date:04-26-2010 Svc/Agcy:Army Category:Active duty Pay Plan:Enlisted | | Active Duty:Yes End.Date: (Current) Grade:01 | 060008ARHHC AR RECON FT STEWART GA 31314-0000 Home Address: 7030 DUKE CT APT B FORT STEWART,GA 31315-5871, United States Telephone:5205331548 | |
| Dependents: 1 | Last Name | First Middle | Birth Date | Association |
| P-1 | Aguigui | Deirdre Alice | 07-05-1987 | Spouse |

Done

(P)
CRIM INTEL SPECIALIST
5183 N. DIVISION ST.
44TH MP DET (CID)
JBLM, WA 98433
V: (P)
F: (253) 967-7825

Classification: UNCLASSIFIED
Caveats: NONE

UNCLASSIFIE

File Edit View History Bookmarks Tools Help

osd.mil https://pki.dmdc.osd.mil/owa/dpdri/deids.prc_Selectbox

PO BOX 464
CASHMERE,WA 98815-0464, United States
**Telephone:**5092643620

| | | | | | |
|---|---|---|---|---|---|
| | P-1 | Aguigui | Isaac Glen | 04-24-1991 | **Not Releasable** |

**UIC:**WG20T0 (WG20T0FC) | **Active Duty:Yes** | 060008ARHHC AR RECON FT STEWART GA 31314-0000

**Beg.Date:**04-26-2010 | **End.Date:** (Current)

**Svc/Agcy:**Army
**Category:**Active duty
**Pay Plan:**Enlisted | **Grade:**01

**Home Address:**
7030 DUKE CT APT B
FORT STEWART,GA 31315-5871, United States
**Telephone:**5205331548

| Dependents: 1 | Last Name | First Middle | Birth Date | Association |
|---|---|---|---|---|
| P-1 | Aguigui | Deirdre Alice | 07-05-1987 | Spouse |

Done

(P)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 4:43 PM
**To:** (P)
**Subject:** RE: AGUIGUI -Possible Threat

BTW, (E), (P) quests a low-key approach. (E) so that might be easy. Thanks guys, very much.

(P)
Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) direct)
(S) (mobile)
(509) 747-0106 (fax)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 1:34 PM
**To:** (P)
**Cc:** (P)
**Subject:** AGUIGUI -Possible Threat

After speaking at length with (E), (P) AGUIGUI should be returning to Ft. Stewart on Sunday (we're checking on flights now). There is no known concrete connection to any terrorist ideation or group, nor has any specific threat been articulated.

According to (E), (P) AGUIGUI is apparently an intelligent, odd 20 year-old, who spent one year at West Point before being discharged for an incident with a knife. During his service as an enlisted member, he met his wife, who died pregnant. Toxicology results are not available and cause of death is unknown per Army CID. AGUIGUI may have fired a round in his military residence prior to this wife's death; he may be discharged from the Army at some point due to this incident.

AGUIGUI is Guamanian, and his father was a career Army soldier. He was groomed from an early age to become an Army officer. AGUIGUI was home-schooled with a pronounced Christian emphasis. He has been fascinated with weapons from an early age.

He is apparently at home on AL (we are confirming leave status now), and spending an immediate insurance settlement from the death of his wife on a variety of things, including the purchase of up to 15 rifles yesterday (AGUIGUI purchased the weapons on Thursday, but picked them out on Wednesday of this week). He may have tried to purchase a silencer. AGUIGUI plans to place the weapons in the custody of a friend when he travels back to Ft. Stewart this Sunday. He has not expressed any suicidal ideation or the like.

According the Army CID, AGUIGUI may have been mentioned in a murder-for-hire plot, and recently reported the loss/theft of an issued handgun.

AGUIGUI is living in Wenatchee, address unknown (not at the (P) of his parents). (E), (P) will be able to provide the address.

CID contact: Ft. Stewart CID Agent In Charge (P) 3B – (S), Direct – (P)

**Game Plan**

1. Interview (E), (P) in Wenatchee today.
2. Absent other information, interview AGUIGUI today regarding the recent weapons purchase.
3. Confirm AGUIGUI's travel back to his duty station.

Thank you,

(P)

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) (direct)
(S) (mobile)
(509) 747-0106 (fax)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 1:09 PM
**To:** (P)
**Cc:** (P)
(P)
**Subject:** RE: Soldier Threat to Military and Public (UNCLASSIFIED)

Afternoon,

(P) please coordinate and start heading to Wenatchee to interview (E), (P). (E) (E), (P). By the time you get there, (E), the associate of AGUIGUI, (E)

We just interviewed (E), (P) y telephone, more to follow in a subsequent email.

Thanks (P)

(P)

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) (direct)
(S) (mobile)
(509) 747-0106 (fax)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 12:21 PM
**To:** (P)
(P)
**Cc** (P)
**Subject:** RE: Soldier Threat to Military and Public (UNCLASSIFIED)

Morning again,

**Background**

Just spoke with Det. Sgt. (P) cell (S), (P). AGUIGUI is most likely residing at (P) (P) with his parents. (P) has spoken with High Mountain Hunting Supplies in Cashmere. One of the employees has confirmed that AGUIGUI has purchased a number of firearms to include AR variants (described as black guns) and bolt action rifles. One of the employees may be a friend of AGUIGUI. Det. (P) s concerned that if a LEO asks the gun store for a list of weapons, the information will leak to AGUIGUI.

The information about AGUIGUI's weapon's purchases is (E), (P) (E), (P) (E) does not contact Issac AGUIGUI directly, (E) (E)

As some of us know, AGUIGUI's wife and unborn child died under mysterious circumstances within the last two months; AGUIGUI is a suspect, but has already received a monetary benefit from the death. He is spending quite a bit of money.

AGUIGUI was supposedly accepted to West Point, but later washed out. He later enlisted, and may be in the process of receiving a less-than-honorable discharge.

AGUIGUI may be traveling back his base this Sunday.

AGUIGUI is supposedly interested in explosives, and has expressed distaste for the Army.

Cashmere is a small town in Chelan County, serviced by the Chelan County Sheriff's Office. Contact is Det. Sgt. (P) He is aware of this situation, but just arrested a shooting subject.

**Action Items for Recipients**

1. Army CID contact requested to determine status of murder and cocaine distribution charges against AGUIGUI. Determine if any enforcement action is possible to immediately neutralize any potential threat.
2. SA (P) prepare to travel to Cashmere/Wenatchee.
3. We're conducting an initial telephonic interview with (E), (P) right now .

Thanks,

(P)

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) (direct)
(S) (mobile)
(509) 747-0106 (fax)

**From:** (P)
**Sent:** Friday, September 30, 2011 11:37 AM
**To:** (P)
**Cc:** (P)
**Subject:** RE: Soldier Threat to Military and Public (UNCLASSIFIED)

Morning, Detective Sergeant (P) is a Wenatchee PD officer. He's at the range and I'm trying to get in contact with him for more detail on AGUIGUI to include his current location.

Thanks,

(P)

Supervisory Senior Resident Agent
Eastern Washington
FBI Seattle
(P) (direct)
(S) (mobile)
(509) 747-0106 (fax)

---

**From:** (P)
**Sent:** Friday, September 30, 2011 10:46 AM
**To:** (P)
**Cc:** (P)
**Subject:** Fw: Soldier Threat to Military and Public (UNCLASSIFIED)
**Importance:** High

FYI

---

**From:** (P)
**To:** (P)
**Sent:** Fri Sep 30 13:36:57 2011
**Subject:** Fw: Soldier Threat to Military and Public (UNCLASSIFIED)

(P)

Another one coming out of the woodwork. Not sure who needs this, but probably the JTTF out of Spokane.

(P)

---

**From:** (P)
**To:** (P)
(P)
**Sent:** Fri Sep 30 13:29:33 2011
**Subject:** Soldier Threat to Military and Public (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

About 1010, 30 Sep 11, this office was telephonically notified by Detective Sergeant (P) (509) 888-4251, Wenatchee County Sheriff's Office, Wenatchee, WA, of the following incident. SGT (P) said (E) (NFI) of PVT Isaac G. AGUIGUI, HHC 6th of the 8th Arm Recon, Fort Stewart, GA 31314, residing at (P) (P) told him that AGUIGUI may be planning a terrorist Attack against an unknown entity. The (E) said AGUIGUI was being investigated for the murder of his wife in GA and that he has been acting strangely. AGUIGUI purchased 15 different types of fire arms from High Mountain Hunting Supplies, Cashmere, WA (509) 665-96362 within the last few days. The (E) told SGT (P) that AGUIGUI is suppose to go to

Wisconsin for unknown reason for an unknown military matter. SGT (P) said he confirmed the purchase of the 15 weapons (some of the weapons were assault) from the High Mountain Hunting Supplies.

A review of the DOD Employee Interactive Data System (DEIDS) confirmed AGUIGUI as a Soldier.

A review of the Automated Criminal Investigative and Intelligence System (ACI2) revealed that AGUIGUI is a subject in Report of Investigation 0204-11-CID093-42091 at Fort Stewart, GA. The file is still in an open status. AGUIGUI was titled with Conspiracy to Commit Murder, Solicitation to Commit Murder and Wrongful Distribution of Cocaine.

Photo is attached.




(P)
CRIM INTEL SPECIALIST
5183 N. DIVISION ST.
44TH MP DET (CID)
JBLM, WA 98433
V: (P)
F: (253) 967-7825

Classification: UNCLASSIFIED
Caveats: NONE

UNCLASSIFIE

File Edit View History Bookmarks Tools Help

osd.mil https://pki.dmdc.osd.mil/owa/dpdri/deids.prc_Selectbox

PO BOX 464
CASHMERE,WA 98815-0464, United States
**Telephone:**5092643620

| P-1 | Aguigui | Isaac Glen | 04-24-1991 | **Not Releasable** |
|---|---|---|---|---|

| | | |
|---|---|---|
| UIC:WG20T0 (WG20T0FC) | **Active Duty:Yes** | 060008ARHHC AR RECON<br>FT STEWART GA 31314-0000 |
| **Beg.Date:**04-26-2010 | **End.Date:** (Current) | **Home Address:**<br>7030 DUKE CT APT B<br>FORT STEWART,GA 31315-5871, United States |
| **Svc/Agcy:**Army<br>**Category:**Active duty<br>**Pay Plan:**Enlisted | **Grade:**01 | **Telephone:**5205331548 |

| Dependents: 1 | Last Name | First Middle | Birth Date | Association |
|---|---|---|---|---|
| P-1 | Aguigui | Deirdre Alice | 07-05-1987 | Spouse |

Done