**EXHIBIT**

**38-R**

| **AGENT'S INVESTIGATION REPORT** | ROI NUMBER 0104-12-CID081 |
|---|---|
| *CID Regulation 195-1* | 0279-11-CID093-42143 |
| | PAGE 1 OF 1 PAGES |

DETAILS
BASIS FOR INVESTIGATION: About 1429, 5 Sep 12, this office received a Request for Assistance from SA ███████ Fort Stewart CID Office, Fort Stewart, GA, 31314 (FSGA) to obtain any documentation pertaining to PVT Isaac G. AGUIGUI, XXX-XX-███, HHD 6-8 CAV, 4IBCT, FSGA, and he deceased wife SGT Deirdre A. AGUIGUI, XXX-XX-███ 4-3 BSTB, 4IBCT, FSGA, while they were assigned to US Military Academy, West Point, NY (WPNY).

About 1351, 6 Sep 12, SA ███ obtained digital copies of disciplinary documentation from MAJ ███ ███ Brigade Tactical Officer (BTO), USMAPS, WPNY, regarding PVT AGUIGUI, which indicated PVT AGUIGUI was separated from USMAPS for several honor code violations as well as for making physical and verbal threats to other Cadet Candidates (CC) one incident in which PVT AGUIGUI placed the blade of a knife to the throat of another CC. MAJ ███ related some of the schools hard copy records were still located in storage do to a recent move from Fort Monmouth, NJ.

About 1710, 7 Sep 12, SSG █████████, USMAPS, delivered the original files pertaining to PFC AGUIGUI and SGT AGUIGUI to this office, which contained statements corroborating PFC AGUIGUI'S reason for separation.

About 1351, 11 Sep 12 SA███ coordinated with SA ██████ FSGA, and briefed him on the status of this investigation. He stated his office did not need any further investigative activity pertaining to this matter.
///LAST ENTRY///

| TYPED AGENT'S NAME AND SEQUENCE NUMBER | ORGANIZATION West Point CID Office 616 Swift Road West Point, NY 10996 | |
|---|---|---|
| SA ████████ | | EXHIBIT |
| SIGNATURE ████████ | DATE 11 Sep 12 | 66 |

CID FORM 94
1 FEB 77
FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE
001400
CONFIDENTIAL
JAHR0020947

# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 6-22; the proponent agency is TRADOC.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** For subordinate leader development IAW FM 6-22. Leaders should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary.

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| Aguigui, Issac | CC | | 9 NOV 09 |

**Organization:** VSMAPS

**Name and Title of Counselor:** CC

### PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** (Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)

Possession of illegal blade of more than 3" in length
- Use of Knife in threatening manner towards fellow CC. (PAT DAY)
- Failure to report to mandatory study barracks.

### PART III - SUMMARY OF COUNSELING

Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

- Regulations Book clearly states the limit to which a CC can have a knife on Fort Monmouth and within VSMAPS.

- Threatening CC's undermines their Squad, the Army Values and is a criminal offense.

- Failure to report to study barracks is a failure of duty.

### OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment, (other than rehabilitative transfers), separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**DA FORM 4856, MAR 2006**   EDITION OF JUN 99 IS OBSOLETE   Page____ of____ Pages

For Official Use Only / Law Enforcement Sensitive

CONFIDENTIAL
IAHR0020958

**Plan of Action** *(Outlines actions that the sub——— will do after the counseling session to reach the ——— bon goal(s). The actions must be specific enough to modify or maintain the sub——— behavior and include a specified time line for im——— entation and assessment (Part IV below))*

- Possession of illegal blade - 5 hours

- Threatening CC DAY, PAT with knife - 5 hours

- Failure to report to study barracks - 2 hours

    12 hours total

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

**Individual counseled:** [X] agree   [ ] disagree with the information above.
**Individual counseled remarks:**

**Signature of Individual Counseled:** _Timur Apigi_   **Date:** 9 NOV 09

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

**Signature of Counselor:** ██████████████   **Date:** 9 NOV 09

~~OF ACTION~~

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

**Counselor:** _____   **Individual Counseled:** _____   **Date of Assessment:** _____

**Note:  Both the counselor and the individual counseled should retain a record of the counseling.**

For Official Use Only
Law Enforcement
Sensitive

Page_____ of_____ Pages

APD PE v2.01ES

CONFIDENTIAL
JAHR0020959

# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 6-22; the proponent agency is TRADOC.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)

**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.

**ROUTINE USES:** For subordinate leader development IAW FM 6-22.  Leaders should use this form as necessary.

**DISCLOSURE:** Disclosure is voluntary.

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| Agviqin, Issac | CC | | 9 Nov 05 |

| Organization | Name and Title of Counselor |
|---|---|
| USMAPS | CC |

### PART II - BACKGROUND INFORMATION

**Purpose of Counseling:**  (Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)

Threatening CC Crisman with illegal Knife by holding Knife ~~the~~ in an aggressive manner towards CC Crisman.

### PART III - SUMMARY OF COUNSELING

Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

- Criminal offense to threatens ones life with a weapon.

- Goes against all army values.

### OTHER INSTRUCTIONS

This form will be destroyed upon:  reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement.  For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**DA FORM 4856, MAR 2006**　　　EDITION OF JUN 99 IS OBSOLETE　　　Page_____ of _____Pages

For Official Use Only
Law Enforcement
Sensitive

APD PE v2.01ES

CONFIDENTIAL
JAHR0020960

**Plan of Action** *(Outlines actions that the subordinate will do after the counseling session to reach the* ⬤ *upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below)*

- Threatening CC Crismons life with illegal blade - 10 hours

10 hours total

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled:  ☑ I agree   ☐ disagree with the information above.
Individual counseled remarks:

Signature of Individual Counseled: _____   Date:

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Signature of Counselor: ███████████████   Date: 9 NOV 09

████████████ PLAN OF ACTION

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

Counselor: _____   Individual Counseled: _____   Date of Assessment: _____

**Note:** Both the counselor and the individual counseled should retain a record of the counseling.

REVERSE, DA FORM 4856, MAR 2006

For Official Use Only
Law Enforcement
Sensitive

APD PE v2.01ES

CONFIDENTIAL
UAHR0020961

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent of this form is ODCSOPS

## PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397Dated November 22, 1943 (SSN) |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately recorded. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION BETWEEN BULDINGS 1205 E AND BRAVO BARRACKS | 2. DATE (YYYYMMDD) 2006-11-06 | 3. TIME unknown | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | | 7. GRADE/STATUS E-4/RA |

| 8. ORGANIZATION OR ADDRESS |
|---|
| ALPHA COMPANY, USMAPS, 1205 ABBEY ROAD, FORT MONMOUTH, NJ |

9.

I, ▉▉▉▉▉▉▉▉ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the evening of November 7, 2009, a group of CC's and I were walking back from the bubble were we had been playing ultimate football. This group consisted of ▉▉▉▉▉▉▉▉▉▉, and myself. While we were walking towards the entance of 1205 E, away from the Bravo Company Barracks, CC Aguigui came out of 1205 E in civilian clothes and passed by our group while heading towards the Bravo Company Barracks. W▉▉▉▉▉▉▉▉▉▉▉▉ group CC Chrismon made a comment to CC Aguigui about his group ▉▉▉▉▉▉▉▉. CC Aguigui then quickly turned to CC ▉▉▉▉ with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ over the unknow object towards CC Chrismon's throat and said, "▉▉▉ european model that about 10-14 inches. CC ▉▉▉▉ did not take any actions against CC Aguigui because we still had not realized what CC Aguigui had in his hand. Once the two CC's moved away from each other CC Aguigui began to put the object back in its sheath when we realized that it was a knife. CC Aguigui proceeded into the Bravo Company Barracks and we made our way to the CQ desk in 1205 E. We had been sitting by the CQ desk for a few minutes when CC Aguigui came in and said, "That was really fucked up, sorry." and CC Chrismon responded, "It's ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____."

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

| DA FORM 2823, DEC 1998 | DA FORM 2823, JUL 72 IS OBSOLETE | USAPA V1.00 |
|---|---|---|

For Official Use Only
Law Enforcement
Sensitive

CONFIDENTIAL
Exhibit JAHR0020962

279 - 11 - C | D 0 9 3 - 4 2 1 4

| STATEMENT OF | Alexander J. Broman | TAKEN AT | 1058 | DATED | November 10, 2009 |

9.   STATEMENT (Continued)

No more follows.

**AFFADAVIT**

I, Alexander J. Broman, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____ _____.
at _____

WITNESSES:

_____

_____
*(Signature of Person Administering Oath)*

ORGANIZATION OR ADDRESS

_____
*(Typed Name of Person Administering Oath)*

_____

ORGANIZATION OR ADDRESS

_____
*(Authority to Administer Oath)*

INITIALS OF PERSON MAKING STATEMENT

PAGE 3, DA FORM 2823, DEC 1998

PAGE 2 OF 2 PAGES

USAPA V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 4 CONFIDENTIAL
JAHR0020963

U 2 7 9 - 1 1 - C | D 0 9 3 - 4 2

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION USMAPS | 2. DATE (YYYYMMDD) 09 NOV 09 | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS CC |
|---|---|---|

**8. ORGANIZATION OR ADDRESS** USMAPS

9.

I, ███████████████ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

During the meeting with Major ████ CC Aguigui,
CC ████ CC ████ and myself, I ~~witnessed~~
~~CC Aguigui reply with a stern answer of "no no"~~
~~when asked by Major ████ if he has~~
~~ever committed a threshold violation.~~ Major ████
repeated the question and asked him again if
he committed a threshold violation, ~~again answered~~
~~with no.~~ CC Aguigui was given ~~at least two~~
~~more opportunities throughout the meeting when asked~~
again about the threshold ~~but CC Aguigui answered with no.~~

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ████ | PAGE 1 OF ___ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006** DA FORM 2823, DEC 1998, IS OBSOLETE APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Page _____ of _____ Pages

Exhibit 17

0014 JAHR0020964 CONFIDENTIAL

610.093-42143

| STATEMENT OF | | KEN AT USMAPS | DATED 9 NOV.09 |

**9. STATEMENT** *(Continued)*

Nothing follows
Nothing follows
Nothing

**AFFIDAVIT**

_____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __1__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, _____

_____ *tement)*

**WITNESSES:**

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this _____ day of _____, _____

_____       at_____

**ORGANIZATION OR ADDRESS**                       _____
                                                                       *(Signature of Person Administering Oath)*

_____       _____
                                                                       *(Typed Name of Person Administering Oath)*

**ORGANIZATION OR ADDRESS**                       _____
                                                                       *(Authority To Administer Oaths)*

**INITIALS OF PERSON MAKING STATEMENT**

| | PAGE | OF | PAGES |

*DA FORM 2823, NOV 2006*                                                                APD V1.00

For Official Use Only
Law Enforcement
Sensitive

CONFIDENTIAL
JAHR0020965

Page_____ of _____Pages

Exhibit____

0279-11-CID083-

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION USMAPS 1205 E | 2. DATE (YYYYMMDD) 2009 11 09 | 3. TIME 1415 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME ▮▮▮ | | 6. SSN ▮▮▮ | 7. GRADE/STATUS CS/CC |

8. ORGANIZATION OR ADDRESS  USMAPS 1205 Abbey Ave. Fort Monmouth NJ 07703

9. I, ▮▮▮, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On ~~Thursday~~ ▮▮▮, CC ▮▮▮ CE▮, and CC ▮▮▮ came to my room asking for advice on a situation. They told me that CC ▮▮▮ and CC Agirigui were having sex in CC ▮▮▮ and CC Agirigui's room on CC Agirigui's bed. I went to check it out for myself ~~and tried~~, going through the adjacent Suites bathroom still as they informed me the hallway door was locked. As I looked in the room from the bathroom, I ~~heard bodies buckling, saw Agiriguis bent over what chairs and the two of them moving back and forth in unison~~. The view was partially obscured by the dividing wall, so I can't confirm or deny if they were having sex. I ~~can however attest to there being a threshold violation.~~ →

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ▮▮▮ | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**   DA FORM 2823, DEC 1998, IS OBSOLETE   APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Page____ of ____ Pages

0012 CONFIDENTIAL
JAHR0020966
Exhibit

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▓▓▓▓▓▓▓▓▓▓ TAKEN AT USMPS 1421 DATED 9 Nov 09

9. STATEMENT (Continued)

After witnessing this I exited the bathroom and went to his hallway door. I knocked loudly and yelled for Agvigus to let me in. There was no answer and the door was locked. After about 3 minutes the door lock clicked and I re-knocked. This time he opened the door, shirtless, sweaty, and covered in scratches, grinning. ~~I walked in and asked him what he was doing, and he replied, "Dude, Could you please leave, she is naked in the closet right now."~~ At that point I left. This all happened at about 1215L on 5 Nov 09.

NOTHING FOLLOWS
NOTHING FOLLOWS

INITIALS OF PERSON MAKING STATEMENT ▓▓▓▓▓

PAGE    OF    PAGES

DA FORM 2823, NOV 2006

APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Page_____ of _____ Pages

Exhibit
CONFIDENTIAL
JAHR0020967

STATEMENT OF _____ TAKEN AT _USMPS HIS_ DATED _9 Nov 09_

9. STATEMENT *(Continued)*

NOTHING FOLLOWS

NOTHING FOLLOWS

NOTHING FOLLOWS

**AFFIDAVIT**

I, _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:                                   Subscribed and sworn to before me, a person authorized by law to

_____            administer oaths, this _____ day of _____, _____
                                             at _____

ORGANIZATION OR ADDRESS                      _____
                                             *(Signature of Person Administering Oath)*

_____            _____
                                             *(Typed Name of Person Administering Oath)*

ORGANIZATION OR ADDRESS                      *(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

| | PAGE | OF | PAGES |
|---|---|---|---|

DA FORM 2823, NOV 2006                                                       APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 42   CONFIDENTIAL
JAHR0020968

0279-17-CID093-42143

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management.  Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION 1205 E | | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME ▓▓▓ | | 6. SSN 9313 | | 7. GRADE/STATUS E-1 / CC |
| 8. ORGANIZATION OR ADDRESS USMAPS | | | | |

9. ▓▓▓▓▓▓▓▓▓▓▓▓▓, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

~~I witnessed CC Issac Aguigui and CC Wetzel~~
~~I ▓ CC Aguigui's room having sexual intercourse~~
~~on thursday ▓▓▓▓▓▓▓▓▓~~ of last week. CC ▓▓▓▓
and I were going to hang out in his room.
When we went to his room the door
was locked. Therefore we had to enter
▓▓▓ / Aguigui's room through CC ▓▓▓▓▓ / CC
▓▓▓▓▓ room. We went into ▓▓▓▓▓ room
and heard music playing and movement.
Then we looked over and saw ▓▓▓▓▓▓▓
on top of Aguigui. We were surprised
so we went into the bathroom. We went
back in the room 5 min later and
Aguigui heard us and told us to leave.
Another 5 min passed and ▓▓▓▓▓▓▓ needed
to get something out of his room

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ▓▓▓▓ | PAGE 1 OF 3 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**      DA FORM 2823, DEC 1998, IS OBSOLETE      APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 22   CONFIDENTIAL
UJAHR0020969

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ████████████████ ——— TAKEN AT **14:03** ——— DATED **9ᵗʰ Nov 2007**

9. STATEMENT *(Continued)*

CC ████████████ and ~~I followed where we~~
~~witnessed Aguigui got and we began having~~
~~Sex.~~ We quickly ran out of the room.
We went to ████████████ for advice where
then he went down to the room, looked
in through the bathroom, went back
around to the front knocked on the door
and told aguigui to stop. Aguigui opened
the door and said Just me a minute...
She has to put her ~~Clotes~~ ~~at~~ Clotues
back on.

Nothing

further

INITIALS OF PERSON MAKING STATEMENT ████████████      PAGE **2** OF **3** PAGES

DA FORM 2823, NOV 2006                                    APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit CONFIDENTIAL
JAHR0020970

UEIY-II-EID093-42143

**STATEMENT OF** ▮▮▮▮▮▮▮  TAKEN AT _14:03_  DATED _9th Nov 1689_

**9. STATEMENT** *(Continued)*

Nothing further

**AFFIDAVIT**

I, ▮▮▮▮▮▮▮ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _3_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

**WITNESSES:**

_____

_____

**ORGANIZATION OR ADDRESS**

_____

_____

**ORGANIZATION OR ADDRESS**

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, _____

at _____

_____
*(Signature of Person Administering Oath)*

_____
*(Typed Name of Person Administering Oath)*

_____
*(Authority To Administer Oaths)*

**INITIALS OF PERSON MAKING STATEMENT**

PAGE _3_ OF _3_ **PAGES**

**DA FORM 2823, NOV 2006**

APD V1.00

For Official Use Only
Law Enforcement
Sensitive



Exhibit 22  CONFIDENTIAL
JAHR0020971

0279-11-CID093-4214

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN). |
| **PRINCIPAL PURPOSE:** | To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. |
| **ROUTINE USES:** | Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions. |
| **DISCLOSURE:** | Disclosure of your SSN and other information is voluntary. |

| 1. LOCATION 1205 E | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS C.C |
|---|---|---|

| 8. ORGANIZATION OR ADDRESS          USMAPS |
|---|

9. I, _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On thursday, November 5th at approximately 12:15 in the afternoon, I ~~tryed to open my door and it was~~ ~~locked~~. I heard music playing so I knocked but no one answered the door. After this me and CC ▮▮▮ decided to go round the other side of the room and enter through the bathroom. As soon as we walked in ~~I see CC Caretaker on top of CC Asvisvi~~ ~~the room~~. About 5 minutes later we came back in with and CC Asvisvi stood up and asked we leave the room for 10 minutes. Then we began to get angry because we wanted to be in my room so we got CC. ▮▮▮ and he came down, saw ~~what~~ the inter course taking place and went around and knocked on the door and to CC asvisvi to stop. When he opened the door he was breathing

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**          DA FORM 2823, DEC 1998, IS OBSOLETE          APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Page_____ of _____ Pages
Exhibit 42          CONFIDENTIAL
                    JAHR0020972

0279-11-C1D093-42145

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▮▮▮▮▮▮▮▮  TAKEN AT _USMcPS_  DATED _9 Nov 09_

9. STATEMENT *(Continued)*

heavy with no shirt on and scratches on his Chest.
The room smelled terrible and ~~he asked if because we~~
Could wait to come in until ~~if we taker~~ put his
Clothes back on.

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 2 PAGES

For Official Use Only
Law Enforcement
Sensitive

Page_____ of _____ Pages

CONFIDENTIAL
JAHR0020973

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN). |
| **PRINCIPAL PURPOSE:** | To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. |
| **ROUTINE USES:** | Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions. |
| **DISCLOSURE:** | Disclosure of your SSN and other information is voluntary. |

| 1. LOCATION 1205E | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS E.C |
|---|---|---|

| 8. ORGANIZATION OR ADDRESS |
|---|

9. I, ███████████████, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the night of Sunday, Nov 8th I returned back from pass and the first thing he said to me was something "Somone has been messing up ur bed". I Proceeded upstirs to my room to find my bed was all messed up and sombody had pulled my internet cord out of my Computer. It looked as if somone had used my cord to use their computer on my bed. I waited for CC Advisui's C8 shift to be over and when he come in the room I began to question him. ~~After about 5 minutes of questioning he confessed to me that him and CC had been totally nacked in my bed.~~ I began to get angry and I told him I was going to call Sergent ███████ or major ███████. I told him they would probably give me permission to beat him up for being in my bed with another CC female. He ~~then told me~~

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ██████ | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

| DA FORM 2823, NOV 2006 | DA FORM 2823, DEC 1998, IS OBSOLETE | APD V1.00 |
|---|---|---|

For Official Use Only
Law Enforcement
Sensitive

Page _____ of _____ Pages
Exhibit _____ CONFIDENTIAL
JAHR0020974

0279-33-CID093-42143

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▮▮▮▮▮▮▮▮ TAKEN AT USMAPS DATED 9 Nov 09

9. STATEMENT (Continued)

that if I ever tryed to do anything he was going to
"Stab" and "murder" me. After this I went to my
Squad leaders room, CC ▮▮▮▮, and we went in and told
aSuljui to keep his knife away. I then slept on
C.C. ▮▮▮▮ floor because I did not want to be
in the same room as CC Asuljui with his knife.

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 2 PAGES

APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Page_____ of_____ Pages
Exhibit_____

CONFIDENTIAL
JAHR0020975

0279-11-C|D093-42143.

STATEMENT OF ▓▓▓▓▓▓▓  TAKEN AT _USMAPS_  DATED _9 NOV 09_

9. STATEMENT *(Continued)*

**AFFIDAVIT**

I, ▓▓▓▓▓▓▓ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _1_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:

C.C.
C.C.

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____ , _____ at _____

_____
*(Signature of Person Administering Oath)*

_____
*(Typed Name of Person Administering Oath)*

ORGANIZATION OR ADDRESS

_____
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

| | PAGE | OF | PAGES |
|---|---|---|---|

DA FORM 2823, NOV 2006

For Official Use Only
Law Enforcement
Sensitive

Page_____ of _____Pages

APD V1.00

Exhibit 6 CONFIDENTIAL

JAHR0020976

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN). |
| **PRINCIPAL PURPOSE:** | To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. |
| **ROUTINE USES:** | Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions. |
| **DISCLOSURE:** | Disclosure of your SSN and other information is voluntary. |

| 1. LOCATION<br>1205 ~~ABBEY~~ AVE | 2. DATE (YYYYMMDD)<br>2009 11 9 | 3. TIME<br>1412 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME ▓▓▓▓▓ | | 6. SSN ▓▓▓▓▓ | 7. GRADE/STATUS |

| 8. ORGANIZATION OR ADDRESS |
|---|
| UNITED STATES MILITARY ACADEMY PREPARATORY SCHOOL |

9.

I, ▓▓▓▓▓▓▓▓ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

ON 2009 NOVEMBER 5th,
AT APPROXIMATELY 1200 HOURS, ~~I OBSERVED CC AGUIGUI HAVING~~

~~SEX ON HIS BED WITH A FEMALE~~ AS MUSIC PLAYED. AT

ON 2009 NOVEMBER 8th
APPROXIMATELY 2300 HOURS, I ~~OBSERVED CC AGUIGUI THREATENING~~

~~CC DAY VERBALLY TO STAB HIM WITH A KNIFE~~ IF THEY

WERE TO FIGHT.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF _____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**         DA FORM 2823, DEC 1998, IS OBSOLETE         APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 14         CONFIDENTIAL
JAHR0020977

UEFY-11-CID093-42143

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION USMAPS | 2. DATE (YYYYMMDD) 20091110 | 3. TIME 1125 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME: ▮▮▮ | 6. SSN ▮▮▮ | | 7. GRADE/STATUS E-3 |
| 8. ORGANIZATION OR ADDRESS | | | |

9.

I, ▮▮▮ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the night of 7 NOV, ▮▮▮ ▮▮▮ and I were walking back to 1205 East building when CC Aguigui crossed our path. ▮▮▮ commented on the clothes CC Aguigui was wearing. He said, "Aguigui you look like a European model." Aguigui immediately spun around, pulled a knife from the sheath on his belt, and placed the knife to ▮▮▮ neck. Aguigui told ▮▮▮ verbatim, "a European model that's about to end you." Our group did not recognize that it was a knife until Aguigui put the knife back into the sheath. ▮▮▮ upon recognizing that it was in fact a knife put to his throat, pushed Aguigui and told him to never do that again or ▮▮▮ would kick his ass." Aguigui approached ▮▮▮ later and told him that it was fucked up what he had done with the knife. Aguigui more or less apologized.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ▮▮▮ | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**    DA FORM 2823, DEC 1998, IS OBSOLETE    APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 76

CONFIDENTIAL
0014 JAHR0020978

STATEMENT OF ███████████████ TAKEN AT _USMAB_ · DATED _10 NOV_

**9. STATEMENT** *(Continued)*

**AFFIDAVIT**

I, ████████████████, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE_____. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOP██████████████████████ THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLA███████████████████████

███████████████████████████████████████████████████

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, _____

at _____

_____
**ORGANIZATION OR ADDRESS**

_____
*(Signature of Person Administering Oath)*

_____
**ORGANIZATION OR ADDRESS**

_____
*(Typed Name of Person Administering Oath)*

_____
*(Authority To Administer Oaths)*

**INITIALS OF PERSON MAKING STATEMENT**

PAGE _2_ OF _2_ **PAGES**

**DA FORM 2823, NOV 2006**

APD V1.00

For Official Use Only
Law Enforcement
Sensitive

CONFIDENTIAL
JAHR0020979

Exhibit 37

U279-11-CID093-42143

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION Quad in front of DFAC | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME ▓▓▓▓ | 6. SSN ▓▓▓▓ | | 7. GRADE/STATUS E1 |
| 8. ORGANIZATION OR ADDRESS USMAPS  Alpha Company | | | |

9.

I, ▓▓▓▓▓▓▓▓▓▓▓, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On ~~Saturday~~ ~~November 15th~~ to, myself, CC ▓▓▓▓▓ and ▓▓▓▓ were walking from the bubble. We get into the quad in front of the DFAC and CC Aguigui comes out of the Bravo company Barracks. As Aguigui passed me ~~I said "Aguigui, you~~ ~~look like a European model."~~ He turned ~~took a~~ ~~knife out of his buck pocket put the knife to~~ ~~my neck and said " the European model thats~~ ~~about to end your life." He~~ ~~puts on my shoulder~~ ~~with the blade on half from my neck.~~ At this time I pushed him off, he ~~turned put the~~ ~~knife in his left back pocket and walked~~ ~~away.~~ He later came about 10 minutes later and said that that was wrong to do. I do not know if he still had the knife, I did not want to test it. ~~I then told him that~~

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

**DA FORM 2823, NOV 2006**          DA FORM 2823, DEC 1998, IS OBSOLETE          APD V1.00

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _____ TAKEN AT _____ DATED _____

9. STATEMENT (Continued)

if he did that again I would fucking fuck him up.

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 3 PAGES

DA FORM 2823, NOV 2006

APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 4 CONFIDENTIAL
JAHR0020981

STATEMENT OF _____   TAKEN AT _____   DATED _____

9. STATEMENT *(Continued)*

**AFFIDAVIT**

I, _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __3__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this _____ day of _____ , _____

_____   at _____

_____   _____
ORGANIZATION OR ADDRESS                 *(Signature of Person Administering Oath)*

_____   _____
                                        *(Typed Name of Person Administering Oath)*

_____   _____
ORGANIZATION OR ADDRESS                 *(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT                              PAGE 3 OF 3   PAGES

DA FORM 2823, NOV 2006                                                        APD V1.00

For Official Use Only
Law Enforcement
Sensitive

Exhibit 77
CONFIDENTIAL
JAHR0020982





**DEPARTMENT OF THE ARMY**
Battalion Tactical Department
United States Military Academy Preparatory School
Fort Monmouth, New Jersey 07703

MAPS-BTD-A                                                    10 November 2009

MEMORANDUM FOR BATTALION TACTICAL OFFICER, USMAPS

SUBJECT: Battalion Tactical Officer's Board Packet for CC Aguigui, Isaac

1. CC Aguigui, Isaac will attend the Battalion Tactical Officer's Board on 12 November 2009 to address his pattern of misconduct at USMAPS.

2. CC Aguigui has demonstrated a disturbing pattern of misconduct over the past several weeks which warrant a BTO board at the earliest date. The pattern of misconduct involves failing to attend mandatory study barracks, honor violation, lying to a tactical officer, several threshold violations, possessing a weapon (i.e., knife) and having intercourse in the barracks. However, the most severe incident involves verbally and physically threatening the livelihood of two CCs (i.e., ▮▮▮▮▮▮▮▮). With regard to CC▮▮▮▮▮▮, CC Aguigui verbally and physically threatened his life by brandishing his knife to CC▮▮▮▮▮▮s neck. The attached sworn statements speak to the aforementioned pattern of misconduct and it is my strong opinion that CC Aguigui be expeditiously separated from USMAPS.

3. Point of Contact for this memorandum is the undersigned at (732) 532-5160.



MAJ AV
Alpha Company Tactical Officer

Encls:
DA 2823 (8)

For Official Use Only
Law Enforcement
Sensitive



Exhibit 7-8 CONFIDENTIAL
JAHR0020983

# USMAPS CADET CANDIDATE SEPARATION MEMORANDUM

MAPS-BTD

Date: 12 November 2009

MEMORANDUM FOR RECORD

SUBJECT: Separation of Cadet Candidate Isaac Aguigui

1. Reason:

   a. Academic Failure:

   b. CFA Failure:

   c. Misconduct: CC Aguigui is being separated for exhibiting a pattern of misconduct over the past several weeks which initially warranted a BTO board. The pattern of misconduct involved failing to attend mandatory study barracks, honor violation, lying to a tactical officer, several threshold violations, possessing a weapon (i.e., knife) and having intercourse in the barracks. However, the most severe incident involves verbally and physically threatening the livelihood of two CCs (i.e. ███████ With regard to CC ███████ CC Aguigui verbally and physically threatened his life by brandishing his knife to CC ███████ neck. The attached sworn statements speak to the aforementioned pattern of misconduct. The result of the BTO board recommends that CC Aguigui be separated from USMAPS at the earliest possible date.

   d. Other:

2. Aguigui, Isacc

3. Company A, Room 115 A/B, Building 1205, Fort, Monmouth, New Jersey 07703

4. **COMMENTS/RECOMMENDATIONS**:

   a. Battalion Tactical Officer: I request separation of this Cadet Candidate for the reason(s) indicated above.

   MAJ, AV
   Battalion Tactical Officer

5. **COMMANDANT'S DISPOSITION**:

   a. Approved/Disapproved

   b. Comments: _____

   _____

   _____

For Official Use Only
Law Enforcement
Sensitive

CONFIDENTIAL
GOV UAHR0020984
Exhibit

# USMAPS CADET CANDIDATE SEPARATION MEMORANDUM

███████████████████████

COL, EN
Commandant and Dean

Encls:
DA 2823 (9)
Memorandum dated 10NOV09

For Official Use Only
Law Enforcement
Sensitive

Exhibit 28

CONFIDENTIAL
JAHR0020985

Circle the appropriate copy designat

Copy 1    Copy 2   Copy 3    Copy 4

## PERSONNEL ACTION

For use of this form, see AR 600-8-6 and DA PAM 600-8-21; the proponent agency is ODCSPER

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| **AUTHORITY:** | Title 5, Section 3012; Title 10, USC, E.O. 9397. |
| **PRINCIPAL PURPOSE:** | Used by soldier in accordance with DA PAM 600-8-21 when requesting a personnel action on his/her own behalf *(Section III).* |
| **ROUTINE USES:** | To initiate the processing of a personnel action being requested by the soldier. |
| **DISCLOSURE:** | Voluntary. Failure to provide social security number may result in a delay or error in processing of the request for personnel action. |

| 1. THRU *(Include ZIP Code)* | 2. TO *(Include ZIP Code)* | 3. FROM *(Include ZIP Code)* |
|---|---|---|
| | COMMANDER<br>MPD<br>ATTN: AMSEL-PT-PSC-PSB<br>FT. MONMOUTH, NJ 07703 | COMMANDER<br>USMAPS<br>ATTN: PAC<br>FT MONMOUTH, NJ 07703 |

### SECTION I - PERSONAL IDENTIFICATION

| 4. NAME *(Last, First, MI)* | 5. GRADE OR RANK/PMOS/AOC | 6. SOCIAL SECURITY NUMBER |
|---|---|---|
| AGUIGUI, ISAAC G. | CC/09D10 | |

### SECTION II - DUTY STATUS CHANGE *(AR 600-8-6)*

7. The above soldier's duty status is changed from _____ to _____

effective _____ hours. _____

### SECTION III - REQUEST FOR PERSONNEL ACTION

8. I request the following action:  *(Check as appropriate)*

| | | | |
|---|---|---|---|
| ☐ Service School *(Enl only)* | ☐ Special Forces Training/Assignment | ☐ Identification Card | |
| ☐ ROTC or Reserve Component Duty | ☐ On-the-Job Training *(Enl only)* | ☐ Identification Tags | |
| ☐ Volunteering For Oversea Service | ☐ Retesting in Army Personnel Tests | ☐ Separate Rations | |
| ☐ Ranger Training | ☐ Reassignment Married Army Couples | ☐ Leave - Excess/Advance/Outside CONUS | |
| ☐ Reassignment Extreme Family Problems | ☐ Reclassification | ☐ Change of Name/SSN/DOB | |
| ☐ Exchange Reassignment *(Enl only)* | ☐ Officer Candidate School | ☒ Other *(Specify)* | |
| ☐ Airborne Training | ☐ Asgmt of Pers with Exceptional Family Members | SEPARATION OF COG | |

| 9. SIGNATURE OF SOLDIER  *(When required)* | 10. DATE  *(YYYYMMDD)* |
|---|---|

### SECTION IV - REMARKS  *(Applies to Sections II, III, and V)  (Continue on separate sheet)*

1. IAW 612-205 para 9-d. Failure to complete the course due to his involuntary separation from the USMAPS course effective date 12 November 2009. CC Aguigui was separated from the USMAPS course due to a pattern of misconduct, honor violation, lying to a tactical officer, threshold violation, possession of a weapon (knife), sexual intercourse in the barracks, and verbally and physically threatening the livelihood of two CC's.

2. Next of Kin:

3. SM: DOB: 19910424

4. SM ETS: 20091116

5. Movement Designator Code: 7BE8

### SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

11. I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

| ☐ HAS BEEN VERIFIED | ☐ RECOMMEND APPROVAL | ☐ RECOMMEND DISAPPROVAL | ☒ IS APPROVED | ☐ IS DISAPPROVED |
|---|---|---|---|---|

| 12. COMMANDER/AUTHORIZED REPRESENTATIVE | 13. SIGNATURE | 14. DATE *(YYYYMMDD)* |
|---|---|---|
| COL, EN, CMDT | | 20091112 |

DA FORM 4187, JAN 2000       PREVIOUS EDITIONS ARE OBSOLETE       APD PE v1.00ES

For Official Use Only<br>Law Enforcement<br>Sensitive

CONFIDENTIAL<br>UAHR0020986

0014

**Exhibit**