# DAILY ACCESS LOG

DATE: 05 DEC

| # | TIME | DRIVER NAME (Last, First) | DRIVER'S LICENSE NUMBER | DVRS LICENSE STATE | STATE LICENSE PLATE ISSUED | VEHICLE TAG NUMBER | VEHICLE - MAKE, MODEL, COLOR, & YEAR | DESTINATION | WEAPONS DECLARED | CSG INITIALS | PASS CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2101 | [redacted] | [redacted] | GA | GA | 8292ALP | 2003 Cavalier Chev Gold | 4th BDE | N | | |
| 2 | 2103 | [redacted] | [redacted] | GA | GA | APV7464 | 2001 Agent Kawasaki Grey | 500 | N | | |
| 3 | 2105 | [redacted] | [redacted] | GA | GA | BLI0675 | 1999 Galant Mits White | 3005 | N | | |
| 4 | 2107 | [redacted] | [redacted] | GA | GA | BTL6950 | 2006 Altima Nissan Black | N Bryan | N | | |
| 5 | 2108 | [redacted] | [redacted] | GA | GA | PD88A2 | 1994 Park Ave Buick Green | 515 | N | | |
| 6 | 2111 | [redacted] | [redacted] | GA | GA | BEU6015 | 2001 Montecarlo Chev Grey | 631 | N | | |
| 7 | 2113 | [redacted] | [redacted] | CO | GA | BX25112 | 2008 Scion Toyota Blue | 636 | N | | |
| 8 | 2115 | [redacted] | [redacted] | GA | GA | STK8057 | 2005 Optima Kia Silver | 634 | N | | |
| 9 | 2117 | [redacted] | [redacted] | GA | GA | BJT5548 | 1999 Grandmarqs Merc Blue | 518 | N | | |
| 10 | 2119 | [redacted] | [redacted] | OH | OH | EFH6984 | 2002 Town/Country Chrysler Green | S Oaks | N | | |
| 11 | 2121 | [redacted] | [redacted] | GA | GA | BUI1652 | 2001 Camry Toyota Silver | Marne Woods | N | | |
| 12 | 2122 | [redacted] | [redacted] | GA | GA | AAW2127 | 2007 Scion Toyota Blue | Liberty Woods | N | | |
| 13 | 2127 | [redacted] | [redacted] | GA | OH | GUY7005 | 2001 Expedition Ford Brown | S Oaks | N | | |
| 14 | 2129 | [redacted] | [redacted] | CT | GA | BSQ1752 | 2001 Sportage Kia Silver | 629 | N | | |
| 15 | 2132 | [redacted] | [redacted] | CT | | Temp | 2007 Maxima Nissan White | 516 | N | | |
| 16 | 2132 | [redacted] | [redacted] | MI | | Temp | 2006 Sportage Kia Brown | 514 | N | | |
| 17 | 2125 | [redacted] | [redacted] | GA | | Temp | 2010 Galant Mits Red | 218 | N | | |
| 18 | 2131 | [redacted] | [redacted] | CT | CT | 6379TN | 2005 Civic Honda Tan | S Bryan | N | | |
| 19 | 2131 | [redacted] | [redacted] | TX | | Temp | 2005 Sylva Nissan Blue | MRC | N | | |
| 20 | 2132 | [redacted] | [redacted] | GA | GA | PD387X | 2005 Cherokee Jeep Silver | Courage Loop | N | | |

Gate Location: 1

EXHIBIT 43-R

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE