# DEVELOPMENTAL COUNSELING FORM
For use of this form, see FM 6-22; the proponent agency is TRADOC.

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army.
**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems or records notices also apply to this system.
**DISCLOSURE:** Disclosure is voluntary.

0279-11-CID093-42143

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Aguigui, Isaac | PFC/E3 | 20110315 |

| Organization | Name and Title of Counselor |
|---|---|
| Rear Detachment, HHT/6-8 CAV, 4AAB, 3ID | SGT [redacted] Squad Leader & S2 NCOIC |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** (Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)

- Event
  o Consuming alcohol under the age of 21
  o Allowing another Soldier, also under the age of 21 who had been consuming alcohol, to drive you home

## PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

PFC Aguigui, on 13 March 2011 you informed me of an incident which took place on 12 March 2011 at PVT [redacted] private residence in [redacted] which resulted in a verbal altercation between you and your wife. You informed me you were at a BBQ at PVT [redacted] residence during which time you were consuming alcohol to the point where you said "I was too messed up to do anything", ultimately admitting to myself that you were drunk. Additionally, on 14 March 2011 while recounting the incident you openly admitted again that you were intoxicated to myself, SSG [redacted] SGT [redacted] CPT [redacted] and to SFC [redacted]. PFC Aguigui, you are 20 years of age which puts you below the legal age for consuming alcohol. By illegally consuming alcohol on 12 March 2011, you violated Georgia State laws and UCMJ laws. Furthermore, you had PVT [redacted] who is also underage and had been consuming alcohol, bring you home and the next morning you awoke to your wife, SPC Aguigui, Deidre, arriving at the residence to find you in a provokative situation which resulted in a physical altercation between her and another woman and the Military Police being called to the scene. As a result of all of this, the Military Police have asked you to leave your residence and you are currently residing with a friend of yours on post.

****************************************************************************

If this conduct continues, action may be initiated to separate you from the Army under AR 635-200, Chapters 5, 9, 13, or 14. If you are involuntarily separated, you could receive an Honorable discharge, a General, under honorable conditions, discharge, or an Under Other Than Honorable conditions discharge. An Honorable discharge may be awarded under any provision. A General discharge may be awarded for separation UP Chapters 5, 9, 13, and 14. An Under Other Than Honorable conditions discharge may be awarded for separation UP Chapter 14. If you receive an Honorable discharge, you will be qualified for most benefits resulting from military service. An involuntary Honorable discharge, however, will disqualify you from reenlistment for some period of time and may disqualify you from receiving transitional benefits and the Montgomery G.I. Bill. If you receive a General discharge, you will be disqualified from reenlisting in the service for some period of time and you will be ineligible for some benefits including the Montgomery G.I. bill. If you receive an Under Other Than Honorable conditions discharge, you will be ineligible for reenlistment and for most benefits including payment for accrued leave, transportation of dependents and household goods to home, transitional benefits and the Montgomery G.I. Bill. You may also face difficulty in obtaining civilian employment, as employers have a low regard for the General and Under Other Than Honorable conditions discharges. Although there are agencies to which you may apply to have the character of your discharge changed, it is unlikely that any such applications will be successful.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

**OTHER INSTRUCTIONS**
This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, AUG 2010    PREVIOUS EDITIONS ARE OBSOLETE.    Page ___ of ___ Pages

EXHIBIT 0014
CONFIDENTIAL
JAHR0021035

| Plan of Action. (Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below) |
|---|

- You will self-enroll into the Army Substance Abuse Program NLT 1630, 16 March 2011
  o Provide me with all necessary appointment dates, times and place so I can stay informed and also ensure that you get to these appointments
  o Provide me with a print out to verify that you are enrolled in ASAP 0279-11-CID093-42143

- You will sit down with me and complete a sworn statement NLT 1630, 16 March 2011 meticulously detailing all of the events which you verbally discussed with myself, SSG ▮▮▮ SGT ▮▮▮ CPT ▮▮▮ and SFC ▮▮▮ n order to have documentation ready should you need to seek legal assistance

- YOU WILL NOT CONSUME ALCOHOL! THE NEXT INCIDENT OF ANY SORT OF ALCOHOL WILL RESULT IN MY RECOMMENDATION FOR UCMJ ACTION AND A RECOMMENDED SEPARATION FROM THE ARMY!

- Provide me with following information on your temporary residence NLT 1630, 16 March 2011: individual's name, phone number, address, map from Squadron Headquarters (158 Cavalry Way, Building 506, Fort Stewart, GA 31314) to the residence, unit and 1SG & Commander's names

- Get a new cell phone and provide me with the new phone number.

- Keep me informed as to updates and necessary information concerning your marriage and if any assistance is needed (ie. being escorted to the residence to get personal items, legal advice, etc)

**Session Closing:** (The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)

Individual counseled: [X] I agree  [ ] disagree with the information above.
Individual counseled remarks:

Signature of Individual Counseled: _I.Sa ASJP_    Date: 20110315

**Leader Responsibilities:** (Leader's responsibilities in implementing the plan of action.)
- Ensure Soldier enrolls in ASAP & track upcoming appointments on Squad PERSTAT
- Ensure Soldier understands possible punishments under UCMJ for underage drinking
- Ensure Soldier is taken care of and has a place to stay

Signature of Counselor: ▮▮▮▮▮▮    Date: 20110315

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

Assessment: (Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)

Counselor: _____  Individual Counseled: _____  Date of Assessment: _____

Note: Both the counselor and the individual counseled should retain a record of the counseling.

EXHIBIT 10
FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE
Page ____ of ____ Pages

CONFIDENTIAL
JAHR0021036