FD-272 (Rev. 9-8-97)

# FEDERAL BUREAU OF INVESTIGATION

0482-11-CID093-42290

| Reporting Office | Office of Origin | Date | Investigative Period | |
|---|---|---|---|---|
| Atlanta | Atlanta | 03/19/2012 | 12/2011-Present | |
| Title of Case | | Report made by | | Typed By: |
| Isaac Glen Aguigui<br>Tier 5 - Radicalizer / Recruiter<br>AOT-DT - Anarchist Extremism | | SA Bradford Snider | | |
| | | Character of Case<br>Domestic Terrorism | | |

PROSECUTIVE

Approved _____ Special Agent in Charge _____ Do not write in spaces below

Copies made:
1 - USAO (AUSA Bourne)
1 - Army CID (SA Jeremy Foxx)
1 - AT (266H-AT-107597)

·tations

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT

Page __1__ of __110__ Pages

A*
Cover Page

**Exhibit 45 (Corrected)**

APCID00438

FD-517 (Rev. 2-17-97)



0482-11-CID093-42290

# Federal Bureau of Investigation

## Prosecutive Report of Investigation Concerning

ISAAC GLEN AGUIGUI
TIER 5 - RADICALIZER/RECRUITER
AOT-DT - ANARCHIST EXTREMISM

266H-AT-107597

SA Bradford Snider

Copy to: UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF GEORGIA
AUSA CARLTON R. BOURNE

EXHIBIT

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

Page 2 of 116 Pages

**Exhibit 45 (Corrected)**

APCID00439

266H-AT-107597

# DETAILED TABLE OF CONTENTS

0482-11-CID093-42290

A. **PROSECUTIVE REPORT**
   Narrative of Offense

B. **Link Chart**
   "The Family"

C. **FD-302s for "The Family"**
   1. Isaac Glen Aguigui
   2. Anthony Peden
   3. Michael Abraham Burnett
   4. Heather Salmon #1
   5. Heather Salmon #2
   6. Christopher Jenderseck #1
   7. Christopher Jenderseck #2
   8. Adam Dearman

D. **FD-302s for Associates of "The Family"**
   1. Anthony Willis Garner (active military)
   2. Timothy Joiner (active military)
   3. Matthew Asimakoupoulos (childhood friend of Aguigui)
   4. Richard Teegardin (former military)
   5. Stephen Payne (active military)
   6. Anthony Garner (active military)
   7. Harmony Hartlage (dancer)
   8. Ericka Romeo (active military)
   9. James Huffman (tattoo Artist)
   10. Linda Frazier
   11. Kimberly Feteke (sister of Schaefer)
   12. John Dodds (active military)
   13. Scott Zipp (active military)
   14. Michael Schaefer (active military)
   15. Nathan McNew (former military)
   16. Jeffery Roberts (former military)
   17. Haylie Seymour (dancer)

E. **FD-302s to document Seizure Warrants and Weapons**
   1. Warrant to seize funds in USAA Accounts
   2. Warrant to seize funds in E-Trade Accounts
   3. Documentation of check received from USAA
   4. Documentation of check received from E-Trade
   5. Weapons released by Asimakoupoulos
   6. Kelsey Hilderbrand (owner of High Mountain Hunting)

F. **Seizure Warrants**
   1. USAA Warrant ($125,871.76)
   2. E-Trade Warrant ($5,243.63)
   3. High Mountain Hunting Warrant ($12,094.42)

EXHIBIT

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

Page 3 of 110 Pages

**Exhibit 45 (Corrected)**

APCID00440

FD-518 (Rev. 12-1-95)

0482-11-CID093-42290

| | | |
|---|---|---|
| Report of: | SA Bradford Snider | Office:       Atlanta |
| Date: | March 19, 2012 | |
| Case ID # | 266H-AT-107597 | |

Narrative of Offense:

      This investigation has been conducted by agents of the FBI, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Georgia Bureau of Investigation (GBI), and Army Criminal Investigation Division (CID).

      AGUIGUI is an active duty soldier assigned to the 6-8 Cavalry, 4th Brigade, 3rd Infantry Division, Fort Stewart, Georgia. AGUIGUI is currently being held at a local jail on charges related to the homicides of Michael Roark and Tiffany York. AGUIGUI admitted to being present at the homicides along with other members of his group. AGUIGUI admitted to being a member of the group that called itself "The Family," and that the group was responsible for the homicides. As it pertains to this investigation, "The Family" is composed of the following individuals: ISAAC AGUIGUI, Chris Salmon, Heather Salmon, Michael Burnett, Anthony Peden, Chris Jenderseck, and Adam Dearman. All of the above either admitted to being members of the group or were identified as such by other members of the group. The group also called itself "FEAR" (Forever Enduring Always Ready).

      According to AGUIGUI, he recruited Michael Roark to be a member of "The Family" prior to Roark's death. Roark attended meetings with others in the group and rented a storage facility on behalf of AGUIGUI. Roark sent a text to the group stating that he found a place to purchase "plates for their vests" while in Florida. When Roark returned from Florida, AGUIGUI, Burnett, Chris Salmon, and Peden asked him to meet on a rural road in Long County, Georgia. When Roark met with them that evening, he was murdered along with his girlfriend, Tiffany York. AGUIGUI and Peden have confessed to taking a part in the murders. Burnett admitted that he was present at the scene of the murders. AGUIGUI stated, at various times, that Roark stole from him and that Roark knew too much. Peden stated that they wanted to scare Roark, but things got out of hand.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Page 4 of 10 Pages

**Exhibit 45 (Corrected)**

APCID00441

266H-AT-107597

0482-11-CID093-42290

      Custodial interviews were conducted with AGUIGUI, Burnett, and Peden on December 10 and 11, 2011, by agents of the GBI and FBI. All three individuals had some knowledge of "The Family's" purpose, but differed as to knowledge of what plans were involved. As noted below, certain plans were developed by specific individuals and not all members were part of all the discussions.

      According to Peden and Burnett, between October 1, 2011 and December 10, 2011, "The Family" developed a plan to purchase 90 acres of land in the state of Washington and build a compound where they all would live. Each member of "The Family" would have a role in the compound. "The Family" recruited several friends to join the group and AGUIGUI asked them to join him in Washington. AGUIGUI was disillusioned by the Army and how the U.S. Government had treated him.

      According to Peden and Burnett, after reading an article in "Game Informer" magazine about a fictional domestic terrorist group in a video game, AGUIGUI and Chris Salmon talked about how this idea appealed to them. In the video game, domestic terrorists take over key U.S. cities and attempt to overthrow the U.S. Government. They showed the article to Peden, Burnett, Jenderseck, and Dearman. If a person agreed with the basic tenets of the article, as all of "The Family" did, AGUIGUI would discuss his plans for moving to Washington and indoctrinate them with the group's ideas.

      Peden and Burnett told investigators that between October 1, 2011 and December 10, 2011, AGUIGUI, Chris Salmon, Burnett, and Peden discussed methods to overthrow the government of the United States. Peden and Burnett stated that the long-term goal of "The Family" was to give the United States back to the people on July 17, 2031, the 20th anniversary of AGUIGUI'S wife's death. Although no definitive plan was adopted to effectuate this goal, AGUIGUI, along with other members of "The Family," attempted to construct explosive devices, stockpiled weapons, engaged in tradecraft to conceal such actions, and recruited other individuals to do the same. AGUIGUI, Peden, Burnett, and Salmon also trained in methods to tactically enter a house in an urban environment. Peden stated that he was training other members of the group in how to use firearms and become "snipers."

      AGUIGUI stated that at various times during this period, members of "The Family" discussed the possibility and the feasibility of such actions. Among the actions discussed by AGUIGUI, Burnett, and Peden were the kidnaping of Army officers, the poisoning of water

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT

Page 5 of 110 Pages

Exhibit 45 (Corrected)

APCID00442

266H-AT-107597

0482-11-CID093-42290

supplies, blowing up the vehicles of government officials, and destroying various landmarks. AGUIGUI admitted during a custodial interview on December 11, 2011, that the group could have successfully taken over the 4th Brigade Barracks on Fort Stewart, but at the present time, none of the other actions were possible.

AGUIGUI admitted to attempting to assemble a pipe bomb and storing such materials at the Salmon residence on Fort Stewart. According to receipts and video taken from Lowe's Home Improvement, AGUIGUI used his money to purchase the parts needed to create explosive devices.

Pursuant to a search warrant authorized in the Southern District of Georgia, Burnett's residence at 7416 Taejon Street, Fort Stewart, Georgia, was searched. A partially assembled pipe bomb was discovered along with detailed plans to construct a firing mechanism for the bomb. The plans were found in a notebook with AGUIGUI'S name on it. Books on building booby traps and urban survival were also found at the residence. The parts needed to construct the bomb were located in a box at Burnett's residence. According to Burnett, AGUIGUI asked him to store the box there following the murders of Roark and York.

Peden stated that he taught AGUIGUI how to make a pipe bomb and they began to assemble a device at the Salmon residence. Materials used to make an explosive device were also discovered at Peden's residence at 701 Cordele Circle, Hinesville, Georgia, and the storage facility rented by AGUIGUI. Burnett admitted that he saw AGUIGUI and Peden assembling a pipe bomb. AGUIGUI stated that he wanted to detonate the bombs under the vehicles of government officials. At various times he mentioned the district attorney and the homeland security director. Peden and Burnett discussed purchasing old vehicles and experimenting on them with their homemade explosive devices.

AGUIGUI'S wife died on July 17, 2011. As of now, the cause of the death is still undetermined. Due to the fact that iodine was found in her system (she had an iodine allergy), Army CID is still treating AGUIGUI as a suspect in his wife's death. As a member of the Army, AGUIGUI'S wife was enrolled in the Service Member's Group Life Insurance (SGLI) policy. In August 2011, AGUIGUI was the beneficiary of his wife's $400,000 SGLI policy. According to AGUIGUI, there was another life insurance policy because he received approximately $500,000 in life insurance benefits. When Heather Salmon began to

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT
Page 6 of 10 Pages

Exhibit 45 (Corrected)

APCID00443

266H-AT-107597

0482-11-…290

manage his money in October 2011, there was approximately $150,000 remaining from the original amount.

AGUIGUI used the life insurance money received from the death of his wife to purchase firearms in Washington. AGUIGUI purchased approximately $32,000 of firearms, ammunition and firearms accessories from High Mountain Hunting Supply located at 223 North Mission Street, Wenatchee, Washington 98801 in September 2011. The purchases were made while AGUIGUI was physically present and on authorized military leave. AGUIGUI left the firearms in the custody of a friend in Washington.

In separate purchases made over the telephone, AGUIGUI bought $26,000 of firearms, ammunition and firearms accessories between September 29, 2011 and November 28, 2011 from High Mountain Hunting Supply. Although AGUIGUI paid for the above firearms and accessories, he never collected the firearms from that store; nor did the store mail or deliver the weapons to him.

AGUIGUI financed all of the group's purchases from his own bank accounts. All of the items purchased by AGUIGUI were intended for use by "The Family." Weapons purchased in Georgia were stored at the homes of group members and at storage facilities rented by AGUIGUI. AGUIGUI was maintaining assets for the purpose of furthering the plans of "The Family." As such, AGUIGUI was providing resources that were to be used in preparation for the destruction of a building or property used in interstate commerce or owned by the U.S. Government.

Based on the above stated facts, FBI/Atlanta believes that ISAAC GLENN AGUIGUI was involved in domestic terrorism and providing material support to terrorists. Through his actions as detailed above AGUIGUI provided material support to terrorists in violation of Title 18, United States Code, Section 2339A. AGUIGUI provided material support and resources, intending that they be used in preparation for a violation of Title 18, United States Code, Sections 844(f): attempted destruction by an explosive device of building or property owned by the United States; and that he was part of a conspiracy to kill an officer or employee of the United States Government, in violation of Title 18, United States Code, Sections 371 and 1114.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT

Page 2 of 110 Pages

**Exhibit 45 (Corrected)**

APCID00444



Exhibit 45 (Corrected)