**CLINTON BROOK & PEED**
NEW YORK | NEW JERSEY | WASHINGTON DC

**BRIAN C. BROOK**
BRIAN@CLINTONBROOK.COM

100 CHURCH STREET
8TH FLOOR
NEW YORK, NY 10007
TEL: (212) 256-1957

January 8, 2018

**By ECF**

The Honorable Barbara J. Rothstein
United States Courthouse
700 Stewart Street, Suite 16128
Seattle WA 98101-9906

   Re:  *Jahr et al. v. United States*, No. 2:14-cv-01884-BJR

Dear Judge Rothstein:

In accordance with this Court's order dated December 8, 2017, we write on behalf of all parties to update the Court on the progress of our mediation efforts. Since our last update, the parties' settlement discussions are even closer to their conclusion, and all parties agree that the Court should continue the pause in proceedings and refrain from rescheduling the trial date at this time.

As expressed in our previous letters, if the Court requires additional information we respectfully request that the Court schedule a brief conference call with all parties on the line.

                            Respectfully submitted,

                            Brian C. Brook
                            *Counsel for Plaintiffs*

cc:    Kristin Johnson