The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JAHR, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendants. | No.  C14-1884-BJR<br><br>**JOINT STIPULATION OF DIMSISSAL WITH PREJUDICE** |

Plaintiffs Brenda Thomas and Timothy York and Defendant United States of America file this Joint Stipulation of Dismissal with Prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, with all parties bearing their own costs and fees.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970
(206) 553-4073 (fax)
kristin.b.johnson@usdoj.gov

*Counsel for Defendant*

Dated: January 24, 2018

/s Brian C. Brook
BRIAN C. BROOK, admitted *pro hac vice*
CLINTON BROOK & PEED
100 Church Street, 8th Floor
New York, NY 10007
(212) 256-1957
(646) 257-2887 (fax)
brian@clintonbrook.com

*Counsel for Plaintiffs*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE-1
(C14-1884-BJR)

CLINTON BROOK & PEED
100 Church Street, 8th Floor
New York, NY 10007
(212) 256-1957

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this stipulation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the defendant's counsel of record.

Dated: January 24, 2018

<u>/s Brian C. Brook</u>
BRIAN C. BROOK, admitted *pro hac vice*
CLINTON BROOK & PEED
100 Church Street, 8th Floor
New York, NY 10007
(212) 256-1957
(646) 257-2887 (fax)
brian@clintonbrook.com

*Counsel for Plaintiffs*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE-2
(C14-1884-BJR)

CLINTON BROOK & PEED
100 Church Street, 8th Floor
New York, NY 10007
(212) 256-1957